**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AEROGROUP INTERNATIONAL, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 17-11962 (KJC)<br><br>(Jointly Administered)<br><br>**Objections Due: December 28, 2017** |

**NOTICE OF REJECTION OF UNEXPIRED**
**LEASES OF NON-RESIDENTIAL REAL PROPERTY**

    **PLEASE TAKE NOTICE** that on October 19, 2017, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [D.I. 185] (the "Rejection Procedures Order")[2] in the above-referenced, jointly administered chapter 11 cases of the above-captioned debtors and debtors-in-possession (the "Debtors") establishing, among other things, procedures (the "Rejection Procedures") for the rejection of unexpired leases.

    **PLEASE TAKE FURTHER NOTICE** that pursuant to the terms of the Rejection Procedures Order, the Debtors hereby provide notice (this "Notice") of their intent to reject the below-referenced leases, including any amendments or ancillary agreements related thereto. Pursuant to the terms of the Rejection Procedures Order, unless a written objection is filed and served in accordance with the terms of the Rejection Procedures Order, the following leases will be rejected pursuant to section 365(a) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), effective as of the date set forth below in this Notice (the "Rejection Date"):

| Address of Subject Property | Landlord Name and Address | Date of Vacation | Description of Abandoned Property[3] | Proposed Effective Date of Rejection |
|---|---|---|---|---|
| 2 Broadway<br>New York, NY 10004 | Metropolitan Transportation Authority<br>2 Broadway, 4th Floor<br>New York, NY 10004<br>Attn: Director, Real Estate | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Aerogroup International, Inc. (6119), AGI Holdco, Inc. (7087), Aerogroup International LLC (4658), Aerogroup International Holdings LLC (4312), Aerogroup Retail Holdings, Inc. (4650), and Aerogroup Gift Card Company, Inc. (7551). The mailing address for the Debtors, solely for purposes of notices and communications, is: 201 Meadow Road, Edison, NJ 08817.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Rejection Procedures Order.

[3] For each of the leases listed in this chart, the abandoned property may include, without limitation, the following: built in wall fixtures (including shelving, mirrors, hosiery fixtures); cash wraps; floor fixtures (display tables, risers, picture frames, pendant lights, floor mats); seating (benches and ottomans); gondolas (including end caps); stockroom shelving (stationary or rolling racks); left over supplies (bags, light bulbs, stickers, mops, brooms, ladders, etc.); safes; signage (store front, interior lettering, marketing grids to hang signage); traffic counters, surveillance cameras; cash registers (with hard drive removed); water coolers; managers' desks (with phone, printer, router, and music players); alarm systems; and mini-refrigerators.

| | | | | |
|---|---|---|---|---|
| 34th Street<br>36 West 34th Street<br>New York, NY 10001 | ALGM Leasehold II LLC<br>c/o Emmes Realty Services, Inc.<br>420 Lexington Ave.<br>New York, NY<br>Attn: Legal Department | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| Arundel Mills<br>7000 Arundel Mills Circle, Suite 513<br>Hanover, MD 21076 | Arundel Mills<br>c/o M.S. Management Associates Inc.<br>225 W. Washington St.<br>Indianapolis, IN 46204-3438 | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| Bay Street<br>5643 Bay Street<br>Emeryville, CA 94608 | Bay St. Partners, LLC<br>7 West 7th St., 16th Floor<br>Cincinnati, OH 45202 | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| Bay Terrace Shopping Center<br>212-47 26th Avenue<br>Bayside, NY 11360 | Cord Meyer Development, LLC<br>111-15 Queens Blvd.<br>Forest Hills, NY 11375 | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| Broadway + 113th<br>2913A Broadway<br>New York, NY 10025 | Columbia University<br>Deputy Vice President, Institutional Real Estate<br>400 West 119th St.<br>New York, NY 10027 | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| Brook 35 Plaza<br>2150 Highway 35, E-05<br>Sea Girt, NJ 08750 | Brook 35, LLC<br>225 108th Ave. N.E., Suite 520<br>Bellevue, WA 98004 425/990-1200 | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| Carolina Premium Outlets<br>1247 Outlet Center Drive<br>Smithfield, NC 27577 | Carolina Premium Outlets<br>c/o M.S. Management Associates Inc.<br>225 W. Washington St.<br>Indianapolis, IN 46204-3438 | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| Chicago Premium Outlets<br>1650 Premium Outlets Blvd, Suite 1271<br>Aurora, IL 60505 | Chicago Premium Outlets<br>c/o M.S. Management Associates Inc.<br>225 W. Washington St.<br>Indianapolis, IN 46204-3438 | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| Christiana Mall<br>132 Christiana Mall, Suite 1401<br>Newark, DE 19702 | Christiana Mall, LLC<br>c/o Christiana Mall<br>110 North Wacker Drive<br>Chicago, IL 60606<br>Attn: Law/Leasing Dept | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| Chrysler Building<br>137 East 42nd Street<br>New York, NY 10017 | TS 405 Lexington Owner, LLC<br>c/o Tishman Properties, LP<br>45 Rockefeller Plaza, 7th Floor<br>New York, NY 10111<br>Attn: General Counsel | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |

| Location | Landlord | Deadline | Property | Date |
|---|---|---|---|---|
| City Place At The Promenade<br>68 The Promenade, Suite C4b<br>Edgewater, NJ 07020 | RREEF America REIT II Corp. HH<br>c/o RREEF<br>200 Crescent Court, Suite 560<br>Dallas, TX 75201 | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| Concord Mills<br>8111 Concord Mills Blvd, Suite 618<br>Concord Place, NC 28027 | Concord Mills<br>c/o M.S. Management Associates Inc.<br>225 W. Washington St.<br>Indianapolis, IN 46204-3438 | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| Deer Park Outlets<br>152 The Arches Circle, Suite 355<br>Deer Park, NY 11729 | Tanger Properties, LP<br>3200 Northline Ave., Suite 305<br>Greensboro, NC 27408<br>Attn: Legal Dept | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| Dolphin Mall<br>11401 NW 12th Street<br>Miami, FL 33172 | Taubman<br>200 East Long Lake Road, Suite 300<br>Bloomfield, MI 48304-2324<br>Attn: Lease/Law Administration | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| Downtown Seattle<br>1420 5th Avenue, Suite 107<br>Seattle, WA 98101 | City Centre Associates<br>c/o General Manager<br>1450 Fifth Avenue, Suite 450<br>Seattle, WA 98101 | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| Fairfax Corner<br>11945 Grand Commons Avenue<br>Fairfax, VA 22030 | Fairfax Corner Retail, LLC<br>c/o The Peterson Companies<br>12500 Fair Lakes Circle, Suite 400<br>Fairfax, VA 22033<br>Attn: General Counsel, Retail | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| Fashion Island<br>1075 Newport Center Drive<br>Newport Beach, CA 92660 | Attn: General Counsel, Retail Properties<br>The Irvine Company, LLC<br>100 Innovation<br>Irvine, CA 92617<br><br>-and-<br><br>Ernie Zachary Park<br>Bewley, Lassleben & Miller<br>13215 East Penn St., Suite 510<br>Whittier, CA 90602 | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| Fashion Outlets Rosemont<br>5220 Fashion Outlet Way, Suite 1194<br>Rosemont, IL 60018 | Fashion Outlets of Chicago, LLC<br>5220 Fashion Outlets Way, Suite 230<br>Rosemont, IL 60018 | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| Fashion Show Mall<br>3200 Las Vegas Blvd. South, Suite 1270<br>Las Vegas, NV 89109 | Fashion Show Mall, LLC<br>c/o Fashion Show<br>110 N. Wacker Dr.<br>Chicago, IL. 60606<br>Attn: Law/Lease Department | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |

| Location | Landlord | Deadline | Property | Date |
|---|---|---|---|---|
| Fashion Show Mall<br>3200 Las Vegas Blvd. South<br>Storage Space # E2040-517 s.f.<br>Las Vegas, NV 89109 | Fashion Show Mall, LLC<br>c/o Fashion Show<br>110 N. Wacker Dr.<br>Chicago, IL. 60606<br>Attn: Law/Lease Department | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| Florida Mall<br>8001 S. Orange Blossom Trail<br>Orlando, FL 32809 | Florida Mall Associates, LTD.<br>c/o M.S. Management Associates Inc.<br>225 W. Washington St.<br>Indianapolis, IN 46204-3438 | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| Harlem<br>200 West 125th Street<br>New York, NY 10027 | BLDG Management Co., Inc.<br>417 5th Ave., 4th Floor<br>New York, NY 10016 | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| Huntington 086<br>260 Main Street<br>Huntington, NY 11743 | GWS 206 Main St.<br>770 New York Ave.<br>Huntington, NY 11743 | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| Jackson Premium Outlets<br>537 Monmouth Road, Suite 156<br>Jackson, NJ 08527 | Jackson Premium Outlets<br>c/o M.S. Management Associates Inc.<br>225 W. Washington St.<br>Indianapolis, IN 46204-3438 | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| John Street<br>18 John Street<br>New York, NY 10038 | Relide Realty Co.<br>15 Maiden Lane<br>New York, NY 10038 | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| Kings Plaza Mall<br>5394 Kings Plaza<br>Brooklyn, NY 11234 | Brooklyn Queens Plaza, LLC<br>Management Office<br>5100 Kings Plaza<br>Brooklyn, NY 11234<br>Attn:  Property Manager | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| Las Americas Premium Outlets<br>4155 Camino Del La Plaza Bld B, Suite 424<br>San Ysidro, CA 92173 | Las Americas Premium Outlets<br>c/o M.S. Management Associates Inc.<br>225 W. Washington St.<br>Indianapolis, IN 46204-3438 | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| Leesburg Corner Premium Outlets<br>241 Fort Evans Road NE, Suite 1301<br>Leesburg, VA 20176 | Leesburg Corner Premium Outlets<br>c/o M.S. Management Associates Inc.<br>225 W. Washington St.<br>Indianapolis, IN 46204-3438 | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| MacArthur Center<br>300 Monticello Avenue, Suite 298<br>Norfolk, VA 23510 | Starwood Retail Property Management, LLC<br>1 East Wacker Drive, Suite 3700<br>Chicago, IL 60601<br>Attn: Lease Coordinator | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |

| Location | Landlord | Date | Property | Date |
|---|---|---|---|---|
| Mall of Georgia<br>3333 Buford Drive, Suite 2026<br>Buford, GA 30519 | Mall of Georgia, LLC<br>c/o M.S. Management Associates Inc.<br>225 W. Washington St.<br>Indianapolis, IN 46204-3438 | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| Menlo Park Mall<br>100 Menlo Park Drive, Suite 1620<br>Edison, NJ 08837 | Shopping Center Associates<br>c/o M.S. Management Associates Inc.<br>225 W. Washington St.<br>Indianapolis, IN 46204-3438 | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| Merrimack Outlet NH<br>80 Premium Outlets Blvd., Suite 525<br>Merrimack, NJ 03054 | Merrimack Outlet NH<br>c/o M.S. Management Associates Inc.<br>225 W. Washington St.<br>Indianapolis, IN 46204-3438 | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| Miromar Outlets<br>10801 Corkscrew Rd., Suite 333<br>Estero, FL 33928 | Miromar Development Corp.<br>10801 Cork Screw Road, Suite 305<br>Estero, FL 33928 | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| Montgomery Village<br>723 Village Court<br>Santa Rosa, CA 95405 | G. David Codding, Owner<br>Montgomery Village, LP<br>911 Village Court<br>Santa Rosa, CA 95405 | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| National Harbor Outlets<br>6800 Oxon Hill Road, Suite 160<br>National Harbor, MD 20745 | Tanger National Harbor, LLC<br>Tanger Properties, LP<br>3200 Northline Ave., Suite 305<br>Greensboro, NC 27408<br>Attn:  Legal Dept | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| North Georgia Premium Outlets<br>800 Highway 400 South, Suite 435<br>Dawsonville, GA 30534 | North Georgia Premium Outlets<br>c/o M.S. Management Associates Inc.<br>225 W. Washington St.<br>Indianapolis, IN 46204-3438 | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| Orlando Premium Outlets<br>8200 Vineland Ave, Suite 1244<br>Orlando, FL 32821 | Orlando Premium Outlets<br>c/o M.S. Management Associates Inc.<br>225 W. Washington St.<br>Indianapolis, IN 46204-3438 | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| Palm Beach Outlets<br>1781 Palm Beach Lakes Blvd., Suite W213<br>West Palm Beach, FL 33401 | Palm Beach Mall Holdings, LLC<br>c/o New England Development<br>75 Park Plaza<br>Boston, MA 02116<br>Attn: Diane MacMillan | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| Palmer House Hilton<br>109 South State Street, Suite F-7<br>Chicago, IL 60603 | Thor Palmer House Retail, LLC<br>c/o Thor Equities<br>25 W. 39th Street, 16th Floor<br>New York, NY 10018 | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| Philadelphia Premium Outlets<br>18 West Lightcap Road, Suite 385<br>Pottstown, PA 19464 | Philadelphia Premium Outlets<br>c/o M.S. Management Associates Inc.<br>225 W. Washington St.<br>Indianapolis, IN 46204-3438 | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |

| Location | Landlord | Surrender Date | Property | Date |
|---|---|---|---|---|
| Queens Center<br>90-15 Queens Blvd., Suite 1060<br>Elmhurst, NY 11373 | Queens Center SPE, LLC<br>90-15 Queens Blvd<br>Elmhurst NY 11373<br>Attn: Management Office | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| Riverhead<br>1770 West Main Street<br>Riverhead, NY 11901 | Tanger Properties, LP<br>3200 Northline Ave., Suite 305<br>Greensboro, NC 27408<br>Attn: Legal Dept | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| Riverwalk Marketplace<br>500 Port of New Orleans Place, Suite 124<br>New Orleans, LA 70130 | The Howard Hughes Corp<br>One Galleria Tower, 22nd Floor<br>13355 Noel Road<br>Dallas, TX 75240 | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| Rockefeller Center<br>1250 Avenue of the Americas, Suite J<br>New York, NY 10112 | RCPI Landmark Properties, LLC<br>c/o Tishman Speyer Properties, LP<br>30 Rockefeller Plaza<br>New York, NY 10111<br>Attn: Property Manager - 30 Rockefeller Plaza | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| Savannah<br>200 Tanger Outlet, Suite 579<br>Pooler, GA 31322 | Outlet Mall of Savannah, LLC<br>c/o Tanger Outlet Center<br>Tanger Properties, LP<br>3200 Northline Ave., Suite 305<br>Greensboro, NC 27408<br>Attn: Legal Dept | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| South Vegas Outlets<br>7400 S. Las Vegas Blvd., Suite 65<br>Las Vegas, NV 89123 | South Vegas Outlet<br>c/o M.S. Management Associates Inc.<br>225 W. Washington St.<br>Indianapolis, IN 46204-3438 | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| Southbury Green Shopping Center<br>775 Main Street South<br>Southbury, CT 06488 | Southbury 84 Associates Limited Partnership<br>c/o Miller & Favazzo Properties, Inc<br>27 Congress St.<br>Salem, MA 01970 | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| Southpark Mall<br>4400 Sharon Road, Suite E2<br>Charlotte, NC 28211 | Southpark Mall Limited Partnership<br>c/o M.S. Managament Associates Inc.<br>225 W. Washington St.<br>Indianapolis, IN 46204-3438 | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| St. Augustine Outlet Center<br>2700 State Road 16, Suite 902<br>St. Augustine, FL 32092 | St Augustine Outlet Center<br>c/o M.S. Management Associates Inc.<br>225 W. Washington St.<br>Indianapolis, IN 46204-3438 | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| Staten Island Mall<br>2655 Richmond Ave, Suite 1575<br>Staten Island, NY 10314 | GGP SI Mall, LLC<br>c/o Staten Island Mall - Phase 1<br>110 North Wacker Drive<br>Chicago, IL 60606<br>Attn: Law/Leasing Dept | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |

| Location | Landlord | Deadline | Property | Date |
|---|---|---|---|---|
| Steinway St.<br>30-29 Steinway Street<br>Long Island City, NY 11103 | A. Recknagel, Inc.<br>c/o The Goldstein Group<br>28-23 Steinway St.<br>Long Island City, NY 11103 | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| Streets At Southpoint<br>6910 Fayetville Road, Suite 182<br>Durham, NC 27713 | Southpoint Mall, LLC<br>110 N. Wacker Dr.<br>Chicago, IL 60606<br>Attn: Law/Lease Administration Department | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| Tanger Factory Outlet Center<br>10835 Kings Road, Suite 795<br>Myrtle Beach, SC 29572 | Tanger Properties, LP<br>3200 Northline Ave., Suite 305<br>Greensboro, NC 27408<br>Attn:  Legal Dept | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| The Crossings Premium Outlets<br>1000 Premium Outlets Drive, Suite C05<br>Tannersville, PA 18372 | The Crossings Premium Outlets<br>c/o M.S. Management Associates Inc.<br>225 W. Washington St.<br>Indianapolis, IN 46204-3438 | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| The Grove At Shrewsbury<br>603 Route 35<br>Shrewsbury, NJ 07702 | Route 35 Shrewsbury, LP<br>c/o The Grove at Schrewsbury<br>10500 N.E. 8th Street, Suite 850<br>Bellvue, WA 98004 | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| The Mall at Millenia<br>4200 Conroy Road, Suite 202<br>Orlando, FL 32839 | Forbes Taubman Orlando, LLC<br>100 Galleria Officentre, Suite 427<br>Southfield, MI 48034 | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| The Shoppes At Union Hill<br>3056 State Route 10 West, Suite W<br>Denville, NJ 07834 | Denville Union Hill, LLC<br>c/o RPAI US Management, LLC<br>2021 Spring Road, Suite 200<br>Oak Brook, IL 60523<br>Attn: President, Eastern Division | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| Towson Town Center<br>825 Dulaney Valley Road<br>Towson, MD 21204 | Towson Town Center<br>c/o Towson TC, LLC<br>110 North Wacker Drive<br>Chicago, IL 60606<br>Attn:  Law/Leasing Dept | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| Vernon Hills<br>688 White Plains Road<br>Scarsdale, NY 10583 | Vernon Hills Shopping Center, LLC<br>700 White Plains Road<br>Scarsdale, NY 10583 | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
| Walnut Street<br>1700 Walnut Street, Suites 1 & 2<br>Philadelphia, PA 19103 | 1700 Walnut Associates<br>c/o John J. Turchi, Jr.<br>1700 Walnut St.<br>Philadelphia, PA 19103 | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |

| Wrentham Village Premium Outlets<br>Premium Outlet Blvd., Suite 665<br>Wrentham, MA 02093 | Wrentham Village Premium Outlets<br>c/o M.S. Management Associates Inc.<br>225 W. Washington St.<br>Indianapolis, IN 46204-3438 | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |
|---|---|---|---|---|
| Yorktown Mall<br>203 Yorktown Road, Suite 227<br>Lombard, IL 60148 | Yorktown Holdings, LLC<br>c/o Long-Pehrson Associates, LLC<br>203 Yorktown<br>Lombard, IL 60148 | On or Before 12/31/17 | Fixtures, Furniture, Equipment, Personal Property | 12/31/17 |

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to this Notice must be filed and served so that such objection is filed with the Court and actually received by the following parties no later than seven (7) days after the date of service of this Notice: (i) co-counsel to the Debtors: (a) Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036–8704 (Attn: Gregg M. Galardi), gregg.galardi@ropesgray.com; and (b) Bayard, P.A., 600 N. King Street, Suite 400, Wilmington, DE 19801 (Attn: Scott D. Cousins and Erin R. Fay) scousins@bayardlaw.com, efay@bayardlaw.com; (iii) counsel to the official committee of unsecured creditors appointed in these cases, Cooley LLP, The Grace Building, 1114 Avenue of the Americas, 46th Floor, New York, NY 10036 (Attn: Michael Klein and Sarah A. Carnes), mklein@cooley.com and scarnes@cooley.com and Gellert Scali Busenkell & Brown, LLC, 1201 North Orange Street, Suite 300, Wilmington, Delaware 19801 (Attn: Michael Busenkell), mbusenkell@gsbblaw.com; (iv) counsel to Wells Fargo Bank, NA, as the ABL Agent, Choate, Hall, & Stewart LLP, Two International Place, Boston, MA 02110 (Attn: Kevin J. Simard), ksimard@choate.com; (v) counsel to THL Corporate Finance, Inc., as the Term Loan Agent, Paul Hastings LLP, 71 S. Wacker Drive, Forty-Fifth Floor, Chicago, IL 60606 (Attn: Matthew Murphy), mattmurphy@paulhastings.com; (vi) Palladin Consumer Retail Products, John Hancock Tower, 200 Clarendon Street, 26th Floor, Boston, MA 02116 (Attn: John Lawrence); (vii) counsel to the Prepetition Senior Noteholders and the Prepetition Subordinated Noteholders, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153 (Attn: Jacqueline Marcus), jacqueline.marcus@weil.com; (viii) the Office of the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE, 19801 (Attn: David Buchbinder); and (ix) the affected Landlord, if any, to the extent the objecting party is not a Landlord (collectively, the "Objection Notice Parties"). Each Objection must state, with specificity, the grounds for objection to the proposed Lease rejection

**PLEASE TAKE FURTHER NOTICE** that pursuant to the terms of the Rejection Procedures Order, if no objection is filed and served in accordance with the above procedures, the Debtors may submit a proposed order approving the rejection of the leases set forth in this Notice (the "Rejection Order"), substantially in the form attached hereto, for entry by the Court under certification of counsel, and such rejection shall be deemed effective as of the Rejection Date.

**PLEASE TAKE FURTHER NOTICE** that if an objection to this Notice is timely filed and served, the Debtors will seek a hearing on such objection and shall provide at least seven (7) days' notice of such hearing to the objecting party and the Objection Notice Parties. If the Court upholds the Debtors' rejection of the applicable lease(s), then the applicable lease(s) shall be deemed rejected (i) as of the Rejection Date or (ii) as otherwise set forth by the Court in any order overruling such objection.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the terms of the Rejection Procedures Order, if the Debtors have deposited funds with a Landlord as a security deposit or pursuant to some other arrangement, such Landlord may not setoff or otherwise use such deposit without the prior authority of this Court or agreement of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the terms of the Rejection Procedures Order, any Rejection Order shall be served on the appropriate Counterparties no later than five (5) days after entry of such order.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the terms of the Rejection Procedures Order, for any claim that you may assert against the Debtors in connection with a rejected Lease, you must submit a proof of claim for damages arising from such rejection on or before the later of (a) the deadline for filing proofs of claim established by the Court in the Debtors' cases, or (b) thirty (30) days after the date of entry of the Rejection Order. If you do not timely file such proof of claim, you will not be treated as a creditor with respect to such claims for voting on any chapter 11 plan in these consolidated cases and shall be forever barred from participating in any distributions that may be made in connection with these chapter 11 cases unless otherwise ordered by the Court.

Dated: December 21, 2017
Wilmington, Delaware

BAYARD, P.A.

*/s/ Erin R. Fay*
Scott D. Cousins (No. 3079)
Erin R. Fay (No. 5268)
Gregory J. Flasser (No. 6154)
600 N. King. Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 655–5000
Facsimile: (302) 658–6395
scousins@bayardlaw.com
efay@bayardlaw.com
gflasser@bayardlaw.com

-and-

ROPES & GRAY LLP
Gregg M. Galardi
Mark R. Somerstein
1211 Avenue of the Americas
New York, NY 10036–8704
Telephone: (212) 596–9000
Facsimile: (212) 596–9090
gregg.galardi@ropesgray.com
mark.somerstein@ropesgray.com

*Co-Counsel to the Debtors and Debtors-in-Possession*