**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>AEROGROUP INTERNATIONAL, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 17-11962 (KJC)<br>(Jointly Administered)<br><br><u>Related D.I.</u>: 532 & 533 |

**ORDER SHORTENING NOTICE REGARDING THE MOTION OF THE DEBTORS FOR ENTRY OF (I) AN ORDER (A) APPROVING BID PROCEDURES FOR THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS, (B) APPROVING RELATED CONTRACT ASSUMPTION AND ASSIGNMENT PROCEDURES, (C) AUTHORIZING THE DEBTORS TO ENTER INTO STALKING HORSE AGREEMENTS AND APPROVING CERTAIN BID PROTECTIONS, SUBJECT TO A FURTHER HEARING, (D) SCHEDULING A SALE HEARING, AND (E) GRANTING CERTAIN RELATED RELIEF; AND (II) AN ORDER (A) APPROVING THE SALE OF THE DEBTORS' ASSETS, (B) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, <u>AND (C) GRANTING CERTAIN RELATED RELIEF</u>**

Upon the motion (the "<u>Motion</u>")[2] filed by the above-captioned debtors and debtors-in-possession (the "<u>Debtors</u>") seeking entry of an order shortening the notice and objection periods for the *Motion of the Debtors for Entry of (I) an Order (A) Approving Bid Procedures For the Sale of Substantially All of the Debtors' Assets, (B) Approving Procedures For the Assumption and Assignment of Executory Contracts or Unexpired Leases in Connection with the Sale, (C) Authorizing the Debtors to Enter Into Stalking Horse Agreement and Approving Certain Bid Protections, Subject to a Further Hearing,*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Aerogroup International, Inc. (6119), AGI Holdco, Inc. (7087), Aerogroup International LLC (4658), Aerogroup International Holdings LLC (4312), Aerogroup Retail Holdings, Inc. (4650), and Aerogroup Gift Card Company, Inc. (7551). The mailing address for the Debtors, solely for purposes of notices and communications, is: 201 Meadow Road, Edison, New Jersey 08817.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

{BAY:03174976v1}

*(D) Scheduling a Sale Hearing and (E) Granting Certain Related Relief, and (II) an Order (A) Approving the Sale of the Debtors' Assets, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Certain Related Relief* filed contemporaneously herewith (the "Emergency Sale Procedures Motion"); and due and sufficient notice of the Motion having been given under the particular circumstances; and the Court having subject matter jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157(b) and 1334; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein; and

2. The hearing on the bidding procedures relief in the Emergency Sale Procedures Motion shall be held on _Tuesday, January 30_, 2018 at _1:00_ p.m. (ET), with objections to such relief, if any, due ~~no later than~~ _AT THE TIME OF THE HEARING_ ~~2018 at _____ .m. (ET)~~ (the "Objection Deadline").

3. Immediately following the Objection Deadline, the Debtors may file a certificate of no objection with respect to the Emergency Sale Procedures Motion, after which, the Court may entered the Bid Procedures Order without further notice or hearing.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated: January 25, 2018
      Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE