## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re:

AEROGROUP INTERNATIONAL,
INC., *et al.*,

Debtors.[1]

Chapter 11

Case No. 17-11962 (KJC)

(Jointly Administered)

**Bidding Procedures Hearing Date:
Jan. 30, 2018 at 1:00 p.m. (ET)
Bidding Procedures Obj. Deadline:
At the Hearing**

**NOTICE OF HEARING REGARDING THE MOTION OF THE DEBTORS FOR
ENTRY OF (I) AN ORDER (A) APPROVING BID PROCEDURES FOR THE
SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS,
(B) APPROVING RELATED CONTRACT ASSUMPTION AND ASSIGNMENT
PROCEDURES, (C) AUTHORIZING THE DEBTORS TO ENTER  INTO
STALKING HORSE AGREEMENTS AND APPROVING CERTAIN BID
PROTECTIONS, SUBJECT TO A FURTHER HEARING, (D) SCHEDULING A
SALE HEARING, AND (E) GRANTING CERTAIN RELATED RELIEF; AND
(II) AN ORDER (A) APPROVING THE SALE OF THE DEBTORS' ASSETS,
(B) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN
EXECUTORY CONTRACTS AND UNEXPIRED LEASES,
AND (C) GRANTING CERTAIN RELATED RELIEF**

PLEASE TAKE NOTICE that on January 24, 2018, the above-captioned debtors

and debtors-in-possession (collectively, the "Debtors"), by and through their undersigned

counsel, filed with the United States Bankruptcy Court for the District of Delaware (the

"Court") the *Motion of the Debtors for Entry of (I) An Order (A) Approving Bid*

*Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Approving Related*

*Contract Assumption and Assignment Procedures, (C) Authorizing the Debtors to Enter*

*Into Stalking Horse Agreements and Approving Certain Bid Protections, Subject to a*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Aerogroup International, Inc. (6119), AGI Holdco, Inc. (7087), Aerogroup International LLC (4658), Aerogroup International Holdings LLC (4312), Aerogroup Retail Holdings, Inc. (4650), and Aerogroup Gift Card Company, Inc. (7551).  The mailing address for the Debtors, solely for purposes of notices and communications, is: 201 Meadow Road, Edison, New Jersey 08817.

*Further Hearing, (D) Scheduling a Sale Hearing, and (E) Granting Certain Related Relief; and (II) An Order (A) Approving the Sale of the Debtors' Assets, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Certain Related Relief* [D.I. 532] (the "Motion").

PLEASE TAKE FURTHER NOTICE that on January 25, 2018, the Court entered the *Order Shortening Notice Regarding the Motion of the Debtors for Entry of (I) and Order (A) Approving Bid Procedures for the Sale of Substantially all of the Debtors' Assets, (B) Approving Related Contract Assumption and Assignment Procedures, (C) Authorizing the Debtors to Enter into Stalking Horse Agreements and Approving Certain Bid Protections, Subject to a Further Hearing, (D) Scheduling a Sale Hearing, and (E) Granting Certain Related Relief; and (II) an Order (A) Approving the Sale of the Debtors' Assets, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Certain Related Relief* [D.I. 535] (the "Order").

PLEASE TAKE FURTHER NOTICE that a hearing to consider the bidding procedures relief contained in the Motion will be held before the Honorable Kevin J. Carey on **January 30, 2018 at 1:00 p.m. (ET)** (the "Hearing") at the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware.  Only those objections that are timely raised will be considered by the Court.

PLEASE TAKE FURTHER NOTICE that pursuant to the Order, any response or objection to the bidding procedures relief contained in the Motion may be presented at the Hearing.

Dated: January 25, 2018
      Wilmington, Delaware

BAYARD, P.A.

*/s/  Erin R. Fay_____*
Scott D.  Cousins (No. 3079)
Erin R. Fay (No. 5268)
Gregory J.  Flasser (No. 6154)
600 N. King Street, Suite 400
Wilmington, Delaware  19801
Phone: (302) 655-5000
Email: scousins@bayardlaw.com
       efay@bayardlaw.com
       gflasser@bayardlaw.com

-and-

ROPES & GRAY LLP
Gregg M. Galardi
Mark R. Somerstein
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone:  (212) 596-9000
Facsimile:    (212) 596-9090
gregg.galardi@ropesgray.com
mark.somerstein@ropesgray.com

*Co-Counsel for the Debtors and Debtors in Possession*