**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>Aerogroup International, Inc., et al.,<br>Debtors.[1] | Chapter 11<br>Case No. 17-11962 (KJC)<br>(Jointly Administered) |

## NOTICE OF AUCTION AND SALE HEARING

**PLEASE TAKE NOTICE** that on January 24, 2018, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Motion of the Debtors for Entry of (I) an Order (A) Approving Bid Procedures For the Sale of Substantially All of the Debtors' Assets, (B) Approving Procedures For the Assumption and Assignment of Executory Contracts or Unexpired Leases in Connection with the Sale, (C) Authorizing the Debtors to Enter Into Stalking Horse Agreements and Approving Certain Bid Protections, Subject to a Further Hearing, (D) Scheduling a Sale Hearing and (E) Granting Certain Related Relief, and (II) an Order (A) Approving the Sale of the Debtors' Assets, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Certain Related Relief* (the "Sale Motion").[2] The Debtors seek, among other things, to sell substantially all of their assets (collectively, the "Assets") following an auction free and clear of all liens, claims, encumbrances and other interests pursuant to sections 363 and 365 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, on January 31, 2018, the Bankruptcy Court entered an order (the "Bid Procedures Order") approving the bid procedures (the "Bid Procedures") attached as Exhibit 1 to the Bid Procedures Order. The Bid Procedures set the key dates and times related to the sale of the Assets. All interested parties should carefully read the Bid Procedures Order and the Bid Procedures. To the extent that there are any inconsistencies between the Bid Procedures Order (including the Bid Procedures) and the summary description of its terms and conditions contained in this Notice of Auction and Sale Hearing, the terms of the Bid Procedures Order shall control.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Bid Procedures, an auction (the "Auction") to sell the Assets will be conducted on **February 12, 2018, starting at 10:00 a.m. (prevailing Eastern Time)** at the offices of Ropes & Gray LLP, 1211 Avenue of the Americas, New York, New York 10036, or such other location as shall be timely communicated to all entities entitled to attend the Auction. The Debtors may adjourn or cancel the Auction pursuant to the Bid Procedures.

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held to approve the sale(s) of the Assets to the Successful Bidder(s) (the "Sale Hearing") before the Honorable Kevin J. Carey, United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, 5th Floor, Courtroom #5, on **February 14, 2018 at 1:30 p.m. (prevailing Eastern Time)**, or at such time thereafter as counsel may be heard or at such other time as the Bankruptcy Court may determine. The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by filing a notice on the Court's docket for these Chapter 11 cases or the making of an announcement at the Sale Hearing.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Aerogroup International, Inc. (6119), AGI Holdco, Inc. (7087), Aerogroup International LLC (4658), Aerogroup International Holdings LLC (4312), Aerogroup Retail Holdings, Inc. (4650), and Aerogroup Gift Card Company, Inc. (7551). The mailing address for the Debtors, solely for purposes of notices and communications, is: 201 Meadow Road, Edison, New Jersey 08817.

[2] Unless otherwise stated, all capitalized terms not defined herein shall have the same meaning as set forth in the Sale Motion or the Bid Procedures, as applicable.

{BAY:03188128v1}

**PLEASE TAKE FURTHER NOTICE** that objections to the Sale(s) shall be filed and served so as to be received no later than **February 12, 2018 at 4:00 p.m. (prevailing Eastern Time)** by (i) co-counsel to the Debtors: (a) Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036–8704 (Attn: Gregg M. Galardi), gregg.galardi@ropesgray.com; and (b) Bayard, P.A., 600 N. King Street, Suite 400, Wilmington, DE 198013 (Attn: Scott D. Cousins and Erin R. Fay) scousins@bayardlaw.com, efay@bayardlaw.com; (ii) the U.S. Trustee, Office of The United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: David L. Buchbinder) david.l.buchbinder@usdoj.gov; (iii) counsel to the THL Corporate Finance, Inc., as the Term Loan Agent, Paul Hastings LLP, 71 S. Wacker Drive, Forty-Fifth Floor, Chicago, Illinois 60606 (Attn: Matthew Murphy), mattmurphy@paulhastings.com; (iv) Palladin Consumer Retail Products, Attn: John Lawrence, John Hancock Tower, 200 Clarendon Street, 26th Floor, Boston, MA 02116; (v) counsel to the Prepetition Senior Noteholders and the Prepetition Subordinated Noteholders, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York  10153 (Attn: Jacqueline Marcus), jacqueline.marcus@weil.com; (vi) counsel to the Committee, Cooley LLP (Attn: Michael Klein and Sarah A. Carnes), mklein@cooley.com and scarnes@cooley.com; and (vii) counsel to the DIP Lender, Arent Fox LLP, 1675 Broadway, New York, New York 10019 (Attn: Robert M. Hirsh, Esq.), Robert.Hirsh@arentfox.com.

**PLEASE TAKE FURTHER NOTICE** that Wiesner Products, Inc. ("Wiesner") has alleged that certain of the Debtors' trademarks cannot be sold free and clear of Wiesner's rights under its rejected trademark license agreement with the Debtors. Moveon Componentes e Calçado, S.A. ("Moveon") has similarly asserted that the Debtors cannot sell free and clear of its rights under its trademark license agreement with the Debtors, if such license agreement is rejected.  The Debtors disagree with the positions of Wiesner and Moveon and contend that the Debtors can sell free and clear of the rights of Wiesner and Moveon pursuant to section 363(f) of the Bankruptcy Code and also contend that both trademark licenses can be terminated for breach. Without an order of the Court agreeing with the Debtors' position or consent of Wiesner and Moveon, the applicable trademarks may not be sold free and clear.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Auction and Sale Hearing is subject to the full terms and conditions of the Sale Motion, Bid Procedures Order and Bid Procedures, which shall control in the event of any conflict.  The Debtors encourage parties in interest to review such documents in their entirety. A copy of the Sale Motion, Bid Procedures and/or Bid Procedures Order may be obtained by calling the Debtors' claims and notice agent, Prime Clerk LLC at (844) 858-8887 or by visiting https://cases.primeclerk.com/Aerosoles/.

Dated January 31, 2018

| | |
|---|---|
| BAYARD, P.A. | ROPES & GRAY LLP |
| Scott D. Cousins (No. 3079) | Gregg M. Galardi |
| Erin R. Fay (No. 5268) | Mark R. Somerstein |
| Gregory J. Flasser (No. 6154) | W. Alexander McGee |
| 600 N. King Street, Suite 400 | 1211 Avenue of the Americas |
| Wilmington, Delaware  19801 | New York, NY 10036–8704 |
| Phone: (302) 655-5000 | Telephone: (212) 596–9000 |
| | Facsimile: (212) 596–9090 |

*Co-Counsel to the Debtors and Debtors in Possession*