## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>AEROGROUP INTERNATIONAL,<br>INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 17-11962 (KJC)<br><br>(Jointly Administered)<br><br>**Re: D.I. 532, 566** |

### NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT
### OF CONTRACTS AND RELATED CURE AMOUNTS

**PLEASE TAKE NOTICE** that on January 24, 2018, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Motion of the Debtors for Entry of (I) an Order (A) Approving Bid Procedures For the Sale of Substantially All of the Debtors' Assets, (B) Approving Procedures For the Assumption and Assignment of Executory Contracts or Unexpired Leases in Connection with the Sale, (C) Authorizing the Debtors to Enter Into Stalking Horse Agreements and Approving Certain Bid Protections, Subject to a Further Hearing, (D) Scheduling a Sale Hearing and (E) Granting Certain Related Relief, and (II) an Order (A) Approving the Sale of the Debtors' Assets, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Certain Related Relief* (the "Sale Motion") [D.I. 532].[2]  The Debtors seek, among other things, to sell substantially all of their assets (collectively, the "Assets") following an auction free and clear of all liens, claims, encumbrances and other interests pursuant to sections 363 and 365 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, on January 31, 2018, the Bankruptcy Court entered an order (the "Bid Procedures Order") [D.I. 566] approving the bid procedures (the "Bid Procedures") attached as Exhibit 1 to the Bid Procedures Order.  The Bid Procedures set the key dates and times related to the sale of the Assets. All interested parties should carefully read the Bid Procedures Order and the Bid Procedures. To the extent that there are any inconsistencies between the Bid Procedures Order (including the Bid Procedures) and the summary description of its terms and conditions contained in this Notice of Potential Assumption and Assignment of Contracts, the terms of the Bid Procedures Order shall control.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Bid Procedures, an auction (the "Auction") to sell the Assets will be conducted on **February 12, 2018, starting at 10:00 a.m. (ET)** at the offices of Ropes & Gray LLP, 1211 Avenue of the Americas, New York, New York 10036, or such other location as shall be timely communicated to all entities entitled to attend the Auction.  The Debtors may cancel the Auction pursuant to the Bid Procedures.

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held to approve the sale(s) of the Assets to the Successful Bidder(s) (the "Sale Hearing") before the Honorable Kevin J. Carey, United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, 5th Floor, Courtroom #5, on **February 14, 2018 at 10:00 a.m. (ET)**, or at such time thereafter as counsel may be heard or

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Aerogroup International, Inc. (6119), AGI Holdco, Inc. (7087), Aerogroup International LLC (4658), Aerogroup International Holdings LLC (4312), Aerogroup Retail Holdings, Inc. (4650), and Aerogroup Gift Card Company, Inc. (7551).  The mailing address for the Debtors, solely for purposes of notices and communications, is: 201 Meadow Road, Edison, NJ 08817.

[2] Unless otherwise stated, all capitalized terms not defined herein shall have the same meaning as set forth in the Sale Motion or the Bid Procedures, as applicable.

{BAY:03188129v1}

at such other time as the Bankruptcy Court may determine. The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by filing a notice on the Court's docket for these Chapter 11 cases or the making of an announcement at the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have included as <u>Schedule 1</u> attached hereto a list of the Debtors' executory contracts and unexpired leases (collectively, the "<u>Executory Contracts</u>"), that the Debtors may assume and assign to the Successful Bidder(s) along with the cure amounts that the Debtors believe must be paid to cure all prepetition defaults (in each instance, the "<u>Executory Contract Cure Amount</u>"). If you agree with the Executory Contract Cure Amount and do not otherwise object to the assumption and assignment of your Executory Contract listed on Schedule 1, you need not take any further action.

**PLEASE TAKE FURTHER NOTICE** that any party seeking to object to the validity of the Executory Contract Cure Amount (a "<u>Cure Objection</u>") provided by the Debtors on Schedule 1, or otherwise assert that any other amounts, defaults, conditions or pecuniary losses must be cured or satisfied under any of the Executory Contracts in order to be assigned to the Successful Bidder(s) must file an objection, which must: (a) be in writing; (b) conform to the applicable provisions of the Bankruptcy Rules and the Local Bankruptcy Rules; (c) state with specificity what cure the party to the Executory Contract believes is required with appropriate documentation in support thereof; and (d) be filed with the Court and served so the objection is actually received no later than **February 12, 2018 at 4:00 p.m. (ET)** (the "<u>Cure Objection Deadline</u>") by (i) co-counsel to the Debtors: (a) Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036–8704 (Attn: Gregg M. Galardi), gregg.galardi@ropesgray.com; and (b) Bayard, P.A., 600 N. King Street, Suite 400, Wilmington, DE 198013 (Attn: Scott D. Cousins and Erin R. Fay) scousins@bayardlaw.com, efay@bayardlaw.com; (ii) the Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: David L. Buchbinder) david.l.buchbinder@usdoj.gov; (iii) counsel to the THL Corporate Finance, Inc., as the Term Loan Agent, Paul Hastings LLP, 71 S. Wacker Drive, 45th Floor, Chicago, Illinois 60606 (Attn: Matthew Murphy), mattmurphy@paulhastings.com; (iv) Palladin Consumer Retail Products, Attn: John Lawrence, John Hancock Tower, 200 Clarendon Street, 26th Floor, Boston, MA 02116; (v) counsel to the Prepetition Senior Noteholders and the Prepetition Subordinated Noteholders, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Jacqueline Marcus), jacqueline.marcus@weil.com; (vi) counsel to the Committee, Cooley LLP (Attn: Michael Klein and Sarah A. Carnes), mklein@cooley.com and scarnes@cooley.com; and (vii) counsel to the DIP Lender, Arent Fox LLP, 1675 Broadway, New York, New York 10019 (Attn: Robert M. Hirsh, Esq.), Robert.Hirsh@arentfox.com, (collectively, the "<u>Objection Notice Parties</u>").

**PLEASE TAKE FURTHER NOTICE that any non-Debtor counterparty to any Executory Contract who does not file a Cure Objection by the Cure Objection Deadline, shall be forever barred from objecting to the Executory Contract Cure Amount set forth on Schedule 1 or asserting or claiming any cure amount (other than the Executory Contract Cure Amount) against the Debtors or any Successful Bidder(s).**

**PLEASE TAKE FURTHER NOTICE** that the deadline for filing an objection to the assumption and assignment of an Executory Contract on the basis of a lack of adequate assurance of future performance (an "<u>Adequate Assurance Objection</u>") shall be **February 13, 2018 at 4:00 p.m.** (ET) (the "<u>Adequate Assurance Objection Deadline</u>"). Adequate Assurance Objections, if any, shall be in writing, conform to the applicable provisions of the Bankruptcy Rules and the Local Rules, filed with the Court and served upon the Objection Notice Parties.

**PLEASE TAKE FURTHER NOTICE that any non-Debtor party to an assumed Executory Contract who does not file a timely Cure Objection or Adequate Assurance Objection shall be deemed to have consented to the potential assumption and assignment of its Assumed Contract to the Successful Bidder(s) and will be forever barred from objecting to such assumption and assignment on account of the**

Executory Contract Cure Amount, lack of adequate assurance or any other grounds.

**PLEASE TAKE FURTHER NOTICE** that the hearing with respect to any Cure Objections and/or Adequate Assurance Objections may be held (i) at the Sale Hearing, or (ii) on such other date as the Bankruptcy Court may designate. To the extent the Debtors and non-Debtor counterparty to an Executory Contract are able to consensually resolve the Cure Objection or the Adequate Assurance Objection prior to the Sale Hearing, the Debtors shall promptly provide notice to the Committee, the U.S. Trustee and the Successful Bidder(s) of such resolution.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Potential Assumption and Assignment of Contracts is subject to the full terms and conditions of the Sale Motion, Bid Procedures Order and Bid Procedures, which shall control in the event of any conflict. The Debtors encourage parties in interest to review such documents in their entirety. A copy of the Sale Motion, Bid Procedures and/or Bid Procedures Order may be obtained by calling the Debtors' claims and notice agent, Prime Clerk LLC at (844) 858-8887 or by visiting https://cases.primeclerk.com/Aerosoles/.

Dated: February 2, 2018
Wilmington, Delaware

BAYARD, P.A.

*/s/  Gregory J. Flasser*
Scott D. Cousins (No. 3079)
Erin R. Fay (No. 5268)
Gregory J. Flasser (No. 6154)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Phone: (302) 655-5000
Email: scousins@bayardlaw.com
            efay@bayardlaw.com
            gflasser@bayardlaw.com

-and-

ROPES & GRAY LLP
Gregg M. Galardi
Mark R. Somerstein
W. Alex McGee
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone:  (212) 596-9000
Facsimile:   (212) 596-9090
Email: gregg.galardi@ropesgray.com
            mark.somerstein@ropesgray.com
            alex.mcgee@ropesgray.com

*Co-Counsel for the Debtors*
*and Debtors in Possession*

# SCHEDULE 1

**Executory Contracts and Cure Amounts**

In re Aerogroup International Inc. *et al.* , Case No. 17-11962 (KJC)
Executory Contracts and Cure Amount Schedule

| Debtor | Counterparty | Description of Contract or Lease | Contract Date | Assignee | Cure Amount |
|--------|--------------|----------------------------------|---------------|----------|-------------|
| Aerogroup International, LLC | 135 Somerset Mews Urban Renewal LLC | Residential Lease | 11/18/2016 | TBD | 0.00 |
| Aerogroup International, LLC | 135 Somerset Mews Urban Renwal LLC | Real Property Lease | 1/0/1900 | TBD | 0.00 |
| Aerogroup International, LLC | AA Footwear Co., Ltd. | Letter Confirming Distribution Authorization | 10/20/2009 | TBD | 0.00 |
| Aerogroup International, LLC | ABC SAL | Distribution Agreement | 7/1/2015 | TBD | 0.00 |
| Aerogroup Retail Holdings, LLC | Academy Fire Life Safety, LLC | Fire Inspection Service | | TBD | 539.29 |
| Aerogroup International, LLC | ACE American Insurance Company | Cyber Liability Insurance | | TBD | 0.00 |
| Aerogroup International, Inc. | ADP, Inc. | Letter of Intent | 11/4/2014 | TBD | 23,164.18 |
| Aerogroup International, Inc. | ADP, LLC | Master Services Agreement | 11/18/2014 | TBD | 0.00 |
| Aerogroup International, Inc. | ADP, LLC | First Amendment to Master Services Agreement | 4/6/2015 | TBD | 0.00 |
| Aerogroup International, LLC | AEE Int'l Ltd. | License Agreement | 9/7/2010 | TBD | 0.00 |
| Aerogroup International, Inc. | AEPG Wealth Strategies | ERISA §3(38) Plus Consulting Agreement | 6/19/2017 | TBD | 0.00 |
| Aerogroup International, LLC | Aerogroup International, Inc. | Master Foreign Trademark Assignment Agreement | 6/29/2008 | TBD | 0.00 |
| Aerogroup International, Inc. | Aerogroup International, LLC | Master Foreign Trademark Assignment Agreement | 6/29/2008 | TBD | 0.00 |

In re Aerogroup International Inc. *et al.* , Case No. 17-11962 (KJC)
Executory Contracts and Cure Amount Schedule

| Debtor | Counterparty | Description of Contract or Lease | Contract Date | Assignee | Cure Amount |
|--------|-------------|----------------------------------|---------------|----------|-------------|
| Aerogroup International Holdings, LLC | Aeropostale West, Inc. | Co-Existence Agreement | 9/16/2008 | TBD | 0.00 |
| Aerogroup International Holdings, LLC | Aeropostale West, Inc. | Co-Existence Agreement | 9/16/2008 | TBD | 0.00 |
| Aerogroup International, LLC | Aeropostale West, Inc. | Co-Existence Agreement | 9/16/2008 | TBD | 0.00 |
| Aerogroup International, LLC | Aeropostale West, Inc. | Co-Existence Agreement | 9/16/2008 | TBD | 0.00 |
| Aerogroup International, LLC | Aerotek, Inc. | Services Agreement for Contract Employees | 3/27/2017 | TBD | 0.00 |
| Aerogroup International, Inc. | Aetna | Employee Health Insurance | | TBD | 0.00 |
| Aerogroup International, Inc. | Aetna Life Insurance Company | Administrative Services Only Agreement | 2/28/2017 | TBD | 84,114.57 |
| Aerogroup International, Inc. | Aetna Life Insurance Company | Administrative Services Only Agreement | 2/28/2017 | TBD | 0.00 |
| Aerogroup International, Inc. | Affiliated Technology Solutions, LLC | Software Service Agreement | | TBD | 1,829.82 |
| Aerogroup International, LLC | Affiliated Technology Solutions, LLC | AltiGen Phone System Agreement | | TBD | 0.00 |
| Aerogroup Retail Holdings, Inc. | Affiliated Technology Solutions, LLC | Purchase Order for Softswitch License | | TBD | 0.00 |
| Aerogroup International, Inc. | Alena Margolis | Employment offer | 9/26/2016 | TBD | 0.00 |
| Aerogroup Retail Holdings, LLC | Alpine Water Systems, LLC | Retail Contract (Supplies) | | TBD | 0.00 |

In re Aerogroup International Inc. *et al.* , Case No. 17-11962 (KJC)
Executory Contracts and Cure Amount Schedule

| Debtor | Counterparty | Description of Contract or Lease | Contract Date | Assignee | Cure Amount |
|---|---|---|---|---|---|
| Aerogroup International, Inc. | Amazon Fulfillment Services, Inc. | Vendor Terms and Conditions | 6/6/2006 | TBD | 0.00 |
| Aerogroup International, LLC | Amazon Fulfillment Services, Inc. | Amendment to Vendor Terms and Conditions | 6/16/2015 | TBD | 0.00 |
| Aerogroup International, Inc. | American Alternative Insurance Corporation | General Indemnity Agreement | 2/1/2016 | TBD | 0.00 |
| AGI HoldCo, Inc. | American Alternative Insurance Corporation | General Indemnity Agreement | 2/1/2016 | TBD | 0.00 |
| Aerogroup International, Inc. | American Express Travel Related Services Company, Inc. | Amendment to the Corporate Services Commercial Account Agreement Financial Appendix | 12/13/2012 | TBD | 0.00 |
| Aerogroup International, Inc. | American Express Travel Related Services Company, Inc. | Corporate Services Commercial Account Agreement | 6/29/2012 | TBD | 0.00 |
| Aerogroup International, Inc. | American Express Travel Related Services Company, Inc. | Work Services Agreement | 5/20/2013 | TBD | 0.00 |
| Aerogroup International, LLC | Anatwine Limited | Anatwine Vendor Direct-to-Consumer Agreement | 5/5/2017 | TBD | 0.00 |
| Aerogroup International, LLC | APL (f/k/a U.S. Lines) | Shipping/Logistics Contract | | TBD | 0.00 |
| Aerogroup Retail Holdings, LLC | Arcuri Alarm Systems, Inc. | Retail Contract (Alarm Monitoring) | | TBD | 194.42 |
| Aerogroup International, Inc. | AT&T Corp. | Convergent Bill Agreement | 6/20/2014 | TBD | 22,710.40 |
| Aerogroup International, Inc. | AT&T Corp. | Business Network Service Pricing Schedule and Attachment A | 9/29/2016 | TBD | 0.00 |
| Aerogroup International, Inc. | AT&T Corp. | Business Network Service Pricing Schedule and Attachment A | 9/29/2016 | TBD | 0.00 |
| Aerogroup International, LLC | AT&T Corp. | Release and Settlement Agreement | 9/27/2016 | TBD | 0.00 |

In re Aerogroup International Inc. *et al.* , Case No. 17-11962 (KJC)
Executory Contracts and Cure Amount Schedule

| Debtor | Counterparty | Description of Contract or Lease | Contract Date | Assignee | Cure Amount |
|---|---|---|---|---|---|
| Aerogroup International Holdings, LLC | Autistically Awesome | Letter Agreement Settling Potential Trademark Opposition | 3/9/2015 | TBD | 0.00 |
| Aerogroup Retail Holdings, Inc. | Automated Data Processing, Inc. | Sales Order | 4/11/2012 | TBD | 0.00 |
| Aerogroup Retail Holdings, Inc. | Automated Data Processing, Inc. | Sales Order | 4/11/2012 | TBD | 0.00 |
| Aerogroup Retail Holdings, Inc. | Automated Data Processing, Inc. | Guaranteed Price Agreement | 4/11/2012 | TBD | 0.00 |
| Aerogroup Retail Holdings, Inc. | Automated Data Processing, Inc. | Major Accounts Agreement | 4/11/2012 | TBD | 0.00 |
| Aerogroup International, LLC | Avenue Stores, LLC | Buying Agent Agreement | 8/5/2016 | TBD | 0.00 |
| Aerogroup Retail Holdings, Inc. | Axper Inc. | Master Purchase Agreement for Products, Support Services and Professional Services and SOW | 1/0/1900 | TBD | 1,537.00 |
| Aerogroup Retail Holdings, Inc. | Axper Inc. | Signature Page | 5/12/2017 | TBD | 0.00 |
| Aerogroup International, LLC | Bazaarvoice, Inc. | Master Application Service Provider Agreement | 1/29/2010 | TBD | 0.00 |
| Aerogroup International, LLC | Bazaarvoice, Inc. | Second Amendment to Service Addendum | 7/25/2011 | TBD | 0.00 |
| Aerogroup International, LLC | Bazaarvoice, Inc. | Service Addendum | 1/29/2010 | TBD | 0.00 |
| Aerogroup International, LLC | BeavEx Incorporated | Customer Transportation Agreement | 4/18/2016 | TBD | 0.00 |
| Aerogroup International, LLC | Belk Ecommerce LLC | Supplier Direct Fulfillment Program Vendor Agreement | 4/14/2016 | TBD | 0.00 |

In re Aerogroup International Inc. *et al.* , Case No. 17-11962 (KJC)
Executory Contracts and Cure Amount Schedule

| Debtor | Counterparty | Description of Contract or Lease | Contract Date | Assignee | Cure Amount |
|---|---|---|---|---|---|
| Aerogroup International, LLC | Belk Ecommerce LLC | Mutual Confidentiality and Non-Disclosure Agreement | 4/14/2016 | TBD | 0.00 |
| Aerogroup Retail Holdings, LLC | Bing | Marketing Contract | | TBD | 0.00 |
| Aerogroup International, LLC | Bluecore, Inc. | Addendum to Platform Master Services Agreement | 2/6/2017 | TBD | 0.00 |
| Aerogroup International, LLC | Bluecore, Inc. | Statement of Work | 6/2/2016 | TBD | 0.00 |
| Aerogroup International, LLC | Bluestem Brands, Inc. | Purchase Order Terms and Conditions | 5/20/2011 | TBD | 0.00 |
| Aerogroup International, LLC | Burlington Coat Factory Warehouse Corporation | Electronic Data Interchange Agreement | 5/1/2012 | TBD | 0.00 |
| Aerogroup International, Inc. | Cablevision Lightpath, Inc. | Service Agreement | 12/29/2015 | TBD | 11,632.66 |
| Aerogroup International, Inc. | Cablevision Lightpath, Inc. | Service Agreement | 12/29/2015 | TBD | 0.00 |
| Aerogroup International, Inc. | CareerBuilder, LLC | Master Services Agreement | Not dated | TBD | 4,522.24 |
| Aerogroup International, Inc. | CEB | Letter of Agreement | 12/20/2016 | TBD | 0.00 |
| Aerogroup International, Inc. | Celartem, Inc. d.b.a. Extensis | Annual Support Agreement | | TBD | 0.00 |
| Aerogroup International, LLC | CenturyLink  Sales Solutions, Inc. | Amendment to Express Agreement | 4/17/2017 | TBD | 5,963.28 |
| Aerogroup International, Inc. | Chesapeake System Solutions, Inc. | T-Recs Enterprise System Upgrade - Schedule A-2, Software Deliverables and Fees | 11/14/2013 | TBD | 0.00 |

In re Aerogroup International Inc. *et al.* , Case No. 17-11962 (KJC)
Executory Contracts and Cure Amount Schedule

| Debtor | Counterparty | Description of Contract or Lease | Contract Date | Assignee | Cure Amount |
|---|---|---|---|---|---|
| Aerogroup International, LLC | Chesapeake System Solutions, Inc. | T-Recs Enterprise System Upgrade - Schedule A-2, Software Deliverables and Fees | 11/14/2013 | TBD | 0.00 |
| Aerogroup International, Inc. | Chesapeake System Solutions, Inc. | Master Software License and Maintenance Agreement | 3/28/2005 | TBD | 0.00 |
| Aerogroup International, Inc. | Chesapeake System Solutions, Inc. | T-Recs Enterprise System - Schedule D-2, Additional Services | 10/18/2013 | TBD | 0.00 |
| Aerogroup International, Inc. | Chesapeake System Solutions, Inc. | T-Recs Enterprise System - Schedule C-1, Maintenance Support Services and Fees | 3/24/2005 | TBD | 0.00 |
| Aerogroup International, Inc. | Chesapeake System Solutions, Inc. | T-Recs Enterprise System - Schedule E-1 SmartStatment Balance Reporting Services and Fees | 3/24/2005 | TBD | 0.00 |
| Aerogroup International, LLC | Chubb Insurance Company of New Jersey | Employed Lawyers Professional Liability Insurance | | TBD | 0.00 |
| Aerogroup International, Inc. | Columbia Insurance Company | Settlement Agreement | 8/13/2003 | TBD | 0.00 |
| Aerogroup International, LLC | Comercial Eccsa S.A. | Distribution and Licensing Agreement | | TBD | 0.00 |
| Aerogroup Retail Holdings, LLC | Commerce Technologies, LLC dba Commercehub | Logistics Contract (Software) | | TBD | 0.00 |
| Aerogroup International, LLC | Commercial ECCSA S.A. | Distribution and Licensing Agreement | 7/1/2015 | TBD | 0.00 |
| Aerogroup International, LLC | Common Ground LLC | Confidential Settlement Agreement | 6/14/2017 | TBD | 0.00 |
| Aerogroup International, LLC | Complement Pte. Ltd. | License Agreement | 11/21/2013 | TBD | 0.00 |
| Aerogroup Retail Holdings, Inc. | Computer Generated Solutions, Inc. | Services Schedule 11286 Managed Hosting Services Agreement | 12/12/2016 | TBD | 29,666.49 |

In re Aerogroup International Inc. *et al.* , Case No. 17-11962 (KJC)
Executory Contracts and Cure Amount Schedule

| Debtor | Counterparty | Description of Contract or Lease | Contract Date | Assignee | Cure Amount |
|--------|--------------|----------------------------------|---------------|----------|-------------|
| Aerogroup Retail Holdings, Inc. | Computer Generated Solutions, Inc. | Master Services Agreement | 8/3/2011 | TBD | 0.00 |
| Aerogroup Retail Holdings, Inc. | Computer Generated Solutions, Inc. | Services Schedule | 1/1/2017 | TBD | 0.00 |
| Aerogroup International, LLC | Conversant LLC | Insertion Order under Full Platform Service Order | 9/13/2017 | TBD | 0.00 |
| Aerogroup International, LLC | Conversant LLC | Insertion Order under Full Platform Service Order | 9/13/2017 | TBD | 0.00 |
| Aerogroup International, LLC | Conversant LLC | Insertion Order | 9/6/2016 | TBD | 0.00 |
| Aerogroup Retail Holdings, LLC | Creative Circle LLC | Temporary Employee Staffing Agency | | TBD | 6,900.00 |
| Aerogroup International, Inc. | Credit2B, LLC | Order Form | 1/4/2017 | TBD | 0.00 |
| Aerogroup International, Inc. | Credit2B, LLC | Terms of Use | Not dated | TBD | 0.00 |
| Aerogroup International, Inc. | Credit2B, LLC | Terms of Use | Not dated | TBD | 0.00 |
| Aerogroup International, Inc. | Credit2B, LLC | Order Form | 1/4/2017 | TBD | 0.00 |
| Aerogroup International, Inc. | CreditRiskMonitor.com, Inc. | Subscription Agreement | 7/1/2013 | TBD | 486.99 |
| Aerogroup International, Inc. | CreditRiskMonitor.com, Inc. | Subscription Agreement | 7/1/2013 | TBD | 0.00 |
| Aerogroup Retail Holdings, LLC | Criteo | Marketing Contract | | TBD | 42,160.76 |

In re Aerogroup International Inc. *et al.* , Case No. 17-11962 (KJC)
Executory Contracts and Cure Amount Schedule

| Debtor | Counterparty | Description of Contract or Lease | Contract Date | Assignee | Cure Amount |
|---|---|---|---|---|---|
| Aerogroup International, LLC | CyberSource Corporation | Payment Solutions Agreement | 10/21/2010 | TBD | 10,499.92 |
| Aerogroup International, Inc. | D & E Packaging | Packaging Materials | | TBD | 99,220.47 |
| Aerogroup International, Inc. | Damco USA Inc. | Logistics Services Agreement | 1/5/2015 | TBD | 151,500.13 |
| Aerogroup International, LLC | Daniela Kriessl | Letter Confirmation of Trademark Agreement | 12/11/2014 | TBD | 0.00 |
| Aerogroup International, LLC | Daphe Investment (Group) Co., Ltd. | Letter Confirming Trademark License - China | 2/11/2013 | TBD | 0.00 |
| Aerogroup International, LLC | Daphe Marketing Co., Ltd. | Letter Confirming Trademark Sub-License - Taiwan | 2/11/2013 | TBD | 0.00 |
| Aerogroup International, LLC | Daphne International Holdings, Ltd. | Sub-license Authorization Letter | 12/16/2014 | TBD | 0.00 |
| Aerogroup International, LLC | Datalogix | Price Quote | 1/8/2014 | TBD | 0.00 |
| Aerogroup International, Inc. | De Lage Landen Financial Services, Inc. | Master Lease Agreement | 11/4/2015 | TBD | 0.00 |
| Aerogroup International, Inc. | De Lage Landen Financial Services, Inc. | Addendum to Master Lease Agreement | 11/4/2015 | TBD | 0.00 |
| Aerogroup International, Inc. | Delta Dental Insurance Company | Employee Dental Insurance | | TBD | 0.00 |
| Aerogroup International, Inc. | Delta Dental of NJ | Employee Dental Insurance | | TBD | 0.00 |
| Aerogroup International, Inc. | Denise Incandela | Employment Agreement | 3/30/2017 | TBD | 0.00 |

In re Aerogroup International Inc. *et al.* , Case No. 17-11962 (KJC)
Executory Contracts and Cure Amount Schedule

| Debtor | Counterparty | Description of Contract or Lease | Contract Date | Assignee | Cure Amount |
|---|---|---|---|---|---|
| Aerogroup International, Inc. | Denise Incandela | Amendment No. 1 to the Employment Agreement | 9/11/2017 | TBD | 0.00 |
| Aerogroup International, LLC | Digital Management, Inc. | Production Support Statement of Work | 8/14/2017 | TBD | 0.00 |
| Aerogroup International Holdings, LLC | Dillon R. Naylor | Letter Agreement re: Potential Trademark Opposition | 3/18/2016 | TBD | 0.00 |
| Aerogroup International, Inc. | Distribution Management Group, Inc. | Service Agreement | 10/9/2012 | TBD | 222,924.57 |
| Aerogroup International, Inc. | Distribution Management Group, Inc. | Letter for Services Agreement Modification | 7/9/2015 | TBD | 0.00 |
| Aerogroup International, Inc. | Distribution Management Group, Inc. | Fifth Amendment of Sublease | 10/9/2012 | TBD | 0.00 |
| Aerogroup International, Inc. | Distribution Management Group, Inc. | Sixth Amendment of Sublease | 7/9/2015 | TBD | 0.00 |
| Aerogroup International, Inc. | Distribution Management Group, Inc. | Sublease Agreement | 5/1/1998 | TBD | 0.00 |
| Aerogroup International, Inc. | Distribution Management Group, Inc. | Letter of Approval for Alterations to Leased Premises | 1/28/2010 | TBD | 0.00 |
| Aerogroup Retail Holdings, Inc. | Diversified Distribution Systems, Inc. | Store Supply Distribution Agreement | 11/2/2006 | TBD | 92,678.98 |
| Aerogroup International, LLC | DSW Shoe Warehouse, Inc. | Drop Ship Agreement | 5/20/2015 | TBD | 0.00 |
| Aerogroup International, LLC | DSW Shoe Warehouse, Inc. | Drop Ship Agreement | 5/20/2015 | TBD | 0.00 |
| Aerogroup Retail Holdings, LLC | Dunbar Armored Inc. and Dunbar Security Products, Inc. | Armored Car Services and Deposit Bags | | TBD | 69.84 |

In re Aerogroup International Inc. *et al.* , Case No. 17-11962 (KJC)
Executory Contracts and Cure Amount Schedule

| Debtor | Counterparty | Description of Contract or Lease | Contract Date | Assignee | Cure Amount |
|---|---|---|---|---|---|
| Aerogroup International Holdings, LLC | Edward J. Laperouse | Letter Agreement re Potential Trademark Opposition | 3/21/2007 | TBD | 0.00 |
| Aerogroup International, LLC | Epsilon | Direct Marketing Contract | | TBD | 3,467.74 |
| Aerogroup International, LLC | Epsilon Data Management, LLC | Abacus Cooperative Order | 11/18/2011 | TBD | 0.00 |
| Aerogroup International, LLC | Epsilon Data Management, LLC | Pricing Amendment No. 1 | 6/1/2011 | TBD | 0.00 |
| Aerogroup International, LLC | Evanston Insurance Co. (CRC) | DIC Earthquake Insurance | | TBD | 0.00 |
| Aerogroup International, Inc. | Exeter | WMS Support Consulting Services | | TBD | 0.00 |
| Aerogroup International, LLC | Experian | Cheetahmail3 | | TBD | 48,870.77 |
| Aerogroup International, LLC | Experian Marketing Solutions, Inc. | Statement of Work | 9/1/2017 | TBD | 0.00 |
| Aerogroup International, LLC | Fidelity Management Trust Company | Retirement Plan Service Agreement | 4/12/2010 | TBD | 0.00 |
| Aerogroup International, Inc. | First Data Merchant Services Corporation dba Santander Merchant Services | Amendment No. 3 of the Merchant Processing Application and Agreement | 7/28/2014 | TBD | 0.00 |
| Aerogroup International, Inc. | First Data Merchant Services Corporation dba Santander Merchant Services | Amendment No. 2 of the Merchant Processing Application and Agreement | 11/1/2010 | TBD | 0.00 |
| Aerogroup International, Inc. | First Data Merchant Services Corporation dba Santander Merchant Services | Amendment No. 3 of the Merchant Processing Application and Agreement | 7/28/2014 | TBD | 0.00 |
| Aerogroup Retail Holdings, LLC | Formtastic | WMS Packing List and Invoicing Software | | TBD | 0.00 |

In re Aerogroup International Inc. *et al.*, Case No. 17-11962 (KJC)
Executory Contracts and Cure Amount Schedule

| Debtor | Counterparty | Description of Contract or Lease | Contract Date | Assignee | Cure Amount |
|---|---|---|---|---|---|
| Aerogroup International, LLC | FPS | Letter re: Infringement of Agreement | 12/3/2015 | TBD | 0.00 |
| Aerogroup International Holdings, LLC | Genesco Inc. | Guaranty Agreement | 4/28/2011 | TBD | 0.00 |
| Aerogroup International Holdings, LLC | Giuyan Ye | Letter re Potential Trademark Oppositions | 2/2/2016 | TBD | 0.00 |
| Aerogroup Retail Holdings, LLC | Google | Analytics and AdWords | | TBD | 69,802.01 |
| Aerogroup International, LLC | Great Northern Insurance Company (Chubb) | International General Liability Insurance | | TBD | 0.00 |
| Aerogroup International, LLC | Great Northern Insurance Company (Chubb) | International Automobile Insurance | | TBD | 0.00 |
| Aerogroup International, LLC | Great Northern Insurance Company (Chubb) | International Property Insurance | | TBD | 0.00 |
| Aerogroup International, LLC | Great Northern Insurance Company (Chubb) | International Crime Insurance | | TBD | 0.00 |
| Aerogroup International, LLC | Great Northern Insurance Company (Chubb) | International Workers' Compensation Insurance | | TBD | 0.00 |
| Aerogroup International, LLC | Great Northern Insurance Company (Chubb) | International Employer's Liability Insurance | | TBD | 0.00 |
| Aerogroup International, LLC | Green Cross Manufacturers Proprietary Limited | Letter re Nonexclusive Trademark License | 5/12/2016 | TBD | 0.00 |
| Aerogroup Retail Holdings, Inc. | Gryson Inc. | Mutual Release Agreement | 3/2/2009 | TBD | 0.00 |
| Aerogroup International, Inc. | GXS, Inc. | VAN and Active Catalogue Services Schedule | 3/30/2015 | TBD | 14,627.04 |

In re Aerogroup International Inc. *et al.* , Case No. 17-11962 (KJC)
Executory Contracts and Cure Amount Schedule

| Debtor | Counterparty | Description of Contract or Lease | Contract Date | Assignee | Cure Amount |
|--------|--------------|----------------------------------|---------------|----------|-------------|
| Aerogroup International, Inc. | H.H. Brown Shoe Company, Inc. | Settlement Agreement | 8/13/2003 | TBD | 0.00 |
| Aerogroup International, Inc. | H.H. Brown Shoe Company, Inc. | Letter re Investigation of Aerosoles' Caribbean Shoe | 4/4/2008 | TBD | 0.00 |
| Aerogroup International, LLC | Hartford Fire Insurance Company | Special Multi-Flex Insurance Policy Restrictions and Limitations | 7/27/2017 | TBD | 0.00 |
| Aerogroup International, Inc. | HireRight, LLC | Letter of Authorization | 10/28/2016 | TBD | 1,143.93 |
| Aerogroup International, Inc. | HireRight, LLC | Service Agreement | 9/27/2016 | TBD | 0.00 |
| Aerogroup International, Inc. | HireRight, LLC | Modification to Services Agreement Schedule of Fees | 10/28/2016 | TBD | 0.00 |
| Aerogroup International, Inc. | HireRight, LLC | Integration Addendum | 10/28/2016 | TBD | 0.00 |
| Aerogroup International, Inc. | Hongfu International Corporation Limited | Buying Agency Agreement | 11/22/2016 | TBD | 0.00 |
| Aerogroup International, Inc. | IBM | IT Contract (AS400) | | TBD | 1,709.30 |
| Aerogroup International, Inc. | ICB Inc. | Buying Agency Agreement | 6/30/2016 | TBD | 0.00 |
| Aerogroup International, Inc. | ICB Inc. | Buying Agency Agreement | 6/30/2016 | TBD | 0.00 |
| Aerogroup Retail Holdings, Inc. | iCIMS.com, Inc. | License Agreement | 1/6/2010 | TBD | 13,252.50 |
| Aerogroup International, Inc. | In Colorado, Inc. | Buying Agency Agreement | 7/5/2016 | TBD | 0.00 |

In re Aerogroup International Inc. *et al.* , Case No. 17-11962 (KJC)
Executory Contracts and Cure Amount Schedule

| Debtor | Counterparty | Description of Contract or Lease | Contract Date | Assignee | Cure Amount |
|--------|-------------|----------------------------------|---------------|----------|-------------|
| Aerogroup International, LLC | Indeka Imports, Ltd. | Indeka Imports, Ltd. | 5/1/2017 | TBD | 0.00 |
| Aerogroup Retail Holdings, Inc. | Industry Retail Group, Inc. | Customer Service Agreement | 7/14/2009 | TBD | 0.00 |
| Aerogroup International, Inc. | Infinisource Benefit Services | Contact Change Form | 4/4/2017 | TBD | 260.00 |
| Aerogroup International, Inc. | Interactive Health LLC, d/b/a ACA TRACK | Managed Services Agreement | 3/11/2016 | TBD | 760.00 |
| Aerogroup International, Inc. | Iron Mountain Information Management, LLC | Customer Agreement | 3/23/2017 | TBD | 272.69 |
| Aerogroup International, Inc. | J. C. Penney Purchasing Corporation, Inc. | Non-Exclusive Buying Agency Agreement | 12/31/2006 | TBD | 0.00 |
| Aerogroup International Holdings, LLC | J. Hirsh Vertriebs GmbH & Co. KG | Letter Complaint re Quality of Product | 12/3/2015 | TBD | 0.00 |
| Aerogroup Retail Holdings, LLC | Jboss (Red Hat) | Shadowsoft Software | | TBD | 0.00 |
| Aerogroup International, LLC | Jens Maerker | Letter Confirmation of Trademark Agreement | 12/11/2014 | TBD | 0.00 |
| Aerogroup International, LLC | JPT Group, LLC | Patent License and Settlement Agreement | 3/27/2014 | TBD | 0.00 |
| Aerogroup International, LLC | JPT Group, LLC | Patent License and Settlement Agreement | 3/27/2014 | TBD | 0.00 |
| Aerogroup International, Inc. | Jurgen Hirsch | Trademark Settlement Agreements | 8/31/2004 | TBD | 0.00 |
| AGI HoldCo, Inc. | Karen Maier | Employment Offer Letter | 2/5/2016 | TBD | 0.00 |
| Aerogroup International, LLC | Kasta Anonimi Emporiki Etairia Endymaton & Ypodimaton | Trademark Settlement Agreements - Private Agreement | 7/11/2011 | TBD | 0.00 |

In re Aerogroup International Inc. *et al.* , Case No. 17-11962 (KJC)
Executory Contracts and Cure Amount Schedule

| Debtor | Counterparty | Description of Contract or Lease | Contract Date | Assignee | Cure Amount |
|---|---|---|---|---|---|
| Aerogroup International Holdings, LLC | Keuka Footwear, Inc. | License Agreement | 4/28/2011 | TBD | 0.00 |
| Aerogroup International, Inc. | Kewill (Clippership) | IT Contract | | TBD | 0.00 |
| Aerogroup International Holdings, LLC | Kinetic Academy, LLC | Co-Existence Agreement | 8/28/2014 | TBD | 0.00 |
| Aerogroup International Holdings, LLC | Kinetic Academy, LLC | Co-Existence Agreement | 8/28/2014 | TBD | 0.00 |
| Aerogroup Retail Holdings, Inc. | Kliger-Weiss Infosystems Inc. | Purchase Agreement | 6/26/2009 | TBD | 62,609.92 |
| Aerogroup Retail Holdings, Inc. | Kliger-Weiss Infosystems Inc. | Letter Confirming Connected Retailer Store Software Sub-License | 5/29/2009 | TBD | 0.00 |
| Aerogroup International, LLC | KnowledgePath Solutions, LLC | Master Service Agreement | | TBD | 35,740.00 |
| Aerogroup International, Inc. | Kohl's | Standard Vendor Agreement Form | 3/9/2017 | TBD | 0.00 |
| Aerogroup International, Inc. | Kohl's | Standard Vendor Agreement Form | 3/9/2017 | TBD | 0.00 |
| Aerogroup International, Inc. | Krauter & Company LLC | Letter Regarding the appointment of Krauter & Company as Exclusive Broker Representative and Producer of Record | 4/2/2015 | TBD | 0.00 |
| Aerogroup International, LLC | Kronos | IT Contract | | TBD | 10,101.00 |
| Aerogroup International, LLC | Kronos | Software as a Service Terms and Conditions | 5/17/2016 | TBD | 0.00 |
| Aerogroup International, Inc. | KWI | Retail POS Systems | | TBD | 668.31 |

In re Aerogroup International Inc. *et al.* , Case No. 17-11962 (KJC)
Executory Contracts and Cure Amount Schedule

| Debtor | Counterparty | Description of Contract or Lease | Contract Date | Assignee | Cure Amount |
|---|---|---|---|---|---|
| Aerogroup International Holdings, LLC | Leif J. Ostberg, Inc. | Letter Agreement re Aerolite Trademark | 9/11/2017 | TBD | 0.00 |
| Aerogroup International, Inc. | Lightpath | IT Contract | | TBD | 11,632.66 |
| Aerogroup International, Inc. | Lightpath | IT Contract (Service Agreement) | | TBD | 0.00 |
| Aerogroup International, LLC | Limelight Networks, Inc. | Amendment #1 to Order Form | 7/27/2015 | TBD | 7,239.60 |
| Aerogroup International, LLC | Limelight Networks, Inc. | Services Order Form | 3/24/2015 | TBD | 0.00 |
| Aerogroup International, LLC | Limelight Networks, Inc. | Service Level Agreement and Order Form | 1/28/2016 | TBD | 0.00 |
| Aerogroup International, LLC | Limelight Networks, Inc. | Services Order Form | 6/3/2015 | TBD | 0.00 |
| Aerogroup International, LLC | Limelight Networks, Inc. | Services Order Form | 6/3/2015 | TBD | 0.00 |
| Aerogroup International, LLC | Limelight Networks, Inc. | Services Order Form | 6/3/2015 | TBD | 0.00 |
| Aerogroup International, Inc. | LinkedIn | Order Form | 6/29/2017 | TBD | 7,687.50 |
| Aerogroup International, LLC | Lloyds of London (CRC) | Cargo Insurance | | TBD | 0.00 |
| Aerogroup International, LLC | Maersk Agency U.S.A., Inc. as agent for A.P. | Signature Page of Shipping Status | 8/9/2014 | TBD | 0.00 |
| Aerogroup Retail Holdings, Inc. | Maple Lake Limited | Software Escrow Agreement | 2/13/2002 | TBD | 0.00 |
| Aerogroup Retail Holdings, Inc. | Maple Lake Limited | Professional Services Agreement | 1/25/2011 | TBD | 0.00 |

In re Aerogroup International Inc. *et al.* , Case No. 17-11962 (KJC)
Executory Contracts and Cure Amount Schedule

| Debtor | Counterparty | Description of Contract or Lease | Contract Date | Assignee | Cure Amount |
|---|---|---|---|---|---|
| Aerogroup Retail Holdings, Inc. | Maple Lake Limited | Software License Agreement | 1/25/2011 | TBD | 0.00 |
| Aerogroup International, LLC | Mason Companies, Inc. | Signature Page of Supplier Agreement | 9/13/2016 | TBD | 0.00 |
| Aerogroup International, LLC | MBS Insight, Inc. | Agreement | 12/5/2012 | TBD | 0.00 |
| Aerogroup International, LLC | MBS Insight, Inc. | Statement of Work | 2/19/2013 | TBD | 0.00 |
| Aerogroup International, LLC | Meijer Distribution Inc. | Vendor Information Form | Not dated | TBD | 0.00 |
| Aerogroup International, LLC | MeijerEcom, Inc. | E-Commerce Direct Trading Agreement | Not dated | TBD | 0.00 |
| Aerogroup International, LLC | MeijerEcom, Inc. | Cash Terms Trade Agreement (E-Commerce) | 11/2/2011 | TBD | 0.00 |
| Aerogroup International, LLC | Mercer LLC | Participation and Purchase Agreement | 11/8/2016 | TBD | 0.00 |
| Aerogroup International, LLC | Mercer LLC | Participation and Purchase Agreement | 11/8/2016 | TBD | 0.00 |
| Aerogroup International, Inc. | Michaels, Ross & Cole, Ltd. | Software License Agreement | 12/6/2006 | TBD | 0.00 |
| Aerogroup Retail Holdings, LLC | Mondo International LLC | Temporary Employee Staffing Agency | | TBD | 16,717.00 |
| Aerogroup International, LLC | MoveOn-Componentes e Calcado, S.A. | Letter re Nonexclusive Trademark License | 5/12/2016 | TBD | 0.00 |
| Aerogroup International, Inc. | Mr. Georgios Xanthis | Trademark Settlement Agreements - Private Agreement | 9/10/2002 | TBD | 0.00 |

In re Aerogroup International Inc. *et al.* , Case No. 17-11962 (KJC)
Executory Contracts and Cure Amount Schedule

| Debtor | Counterparty | Description of Contract or Lease | Contract Date | Assignee | Cure Amount |
|---|---|---|---|---|---|
| Aerogroup International, Inc. | Multivu c/o PR Newswire Association LLC | Work Order | 9/1/2016 | TBD | 0.00 |
| Aerogroup Retail Holdings, Inc. | Muzak LLC d/b/a Mood Media | Extension of Business Music Services Agreement | 7/22/2016 | TBD | 2,929.75 |
| Aerogroup International, LLC | Natalia Andrea Bosch | Trademark Settlement Agreements | 5/6/2012 | TBD | 0.00 |
| Aerogroup International, LLC | National Union Fire Insurance Company of Pittsburgh (AIG) | Kidnap and Ransom Insurance | | TBD | 0.00 |
| Aerogroup International, LLC | Navigators Insurance Co. | Excess Umbrella Liability Insurance | | TBD | 0.00 |
| Aerogroup Retail Holdings, Inc. | NeuStar, Inc. | Master Services Agreement | 4/18/2012 | TBD | 1,233.33 |
| Aerogroup Retail Holdings, Inc. | NeuStar, Inc. | Service Order for Webmetrics Monitoring Service | 4/18/2012 | TBD | 0.00 |
| Aerogroup International Holdings, LLC | New Look International, Inc. | Trademark Settlement Agreement | 5/11/2012 | TBD | 0.00 |
| Aerogroup International, LLC | Oracle America, Inc. | Executable Quote | 8/28/2013 | TBD | 5,689.28 |
| Aerogroup International, LLC | Oracle America, Inc. | General Terms | 8/28/2013 | TBD | 0.00 |
| Aerogroup International, LLC | Oracle America, Inc. | Master Agreement Amendment One | 8/28/2013 | TBD | 0.00 |
| Aerogroup International, LLC | Paradysz Inc. now PMX Agency LLC | Schedule #9 to Master Services Agreement - Paid Social Display | 12/15/2016 | TBD | 0.00 |
| Aerogroup International, LLC | Paradysz, Inc. | Schedule #6 to Master Services Agreement - Display Media Test | 12/1/2015 | TBD | 0.00 |

In re Aerogroup International Inc. *et al.* , Case No. 17-11962 (KJC)
Executory Contracts and Cure Amount Schedule

| Debtor | Counterparty | Description of Contract or Lease | Contract Date | Assignee | Cure Amount |
|---|---|---|---|---|---|
| Aerogroup International, LLC | Paradysz, Inc. | Schedule #7 to Master Service Agreement - Social Media Services | 2/9/2016 | TBD | 0.00 |
| Aerogroup International, LLC | Paradysz, Inc. | Schedule #8 to Master Service Agreement - Social Media Services | 7/26/2016 | TBD | 0.00 |
| Aerogroup International, LLC | Paradysz, Inc. | Schedule #1 to Master Services Agreement: Paid Media | 2/16/2015 | TBD | 0.00 |
| Aerogroup International, LLC | Paradysz, Inc. | Schedule #2 to Master Services Agreement: Search Engine Optimization | 2/16/2015 | TBD | 0.00 |
| Aerogroup International, LLC | Paradysz, Inc. | Schedule #3 to Master Services Agreement- Affiliate Program Management | 8/26/2015 | TBD | 0.00 |
| Aerogroup International, LLC | Paradysz, Inc. | Schedule #4 to Master Services Agreement- Data Feed Management | 7/22/2015 | TBD | 0.00 |
| Aerogroup International, LLC | Paradysz, Inc. | Schedule #5 to Master Services Agreement- Social Media Services | 12/1/2015 | TBD | 0.00 |
| Aerogroup Retail Holdings, Inc. | PayPal | Direct Marketing Contract (Online Payments) | | TBD | 0.00 |
| AGI HoldCo, Inc. | Piper Jaffray & Co. | Engagement Letter | 6/22/2017 | TBD | 0.00 |
| AGI HoldCo, Inc. | Piper Jaffray & Co. | Engagement Letter | 6/22/2017 | TBD | 0.00 |
| Aerogroup International, LLC | PM Digital Corp. | Master Services Agreement | 5/18/2009 | TBD | 89,122.50 |
| Aerogroup International, LLC | PM Digital Corp. | Digital Schedule to Master Services Agreement | 5/18/2009 | TBD | 0.00 |
| Aerogroup International, LLC | PM Digital Corp. | Signature Authorization Agreement | 5/18/2009 | TBD | 0.00 |
| Aerogroup Retail Holdings, Inc. | ProfitPoint, Inc. | Addendum to Services Agreement | 4/27/2011 | TBD | 0.00 |

In re Aerogroup International Inc. *et al.* , Case No. 17-11962 (KJC)
Executory Contracts and Cure Amount Schedule

| Debtor | Counterparty | Description of Contract or Lease | Contract Date | Assignee | Cure Amount |
|--------|--------------|----------------------------------|---------------|----------|-------------|
| Aerogroup International, LLC | QVC Inc. | Letter Setting Forth Zulily Marketing Agreement | 5/18/2016 | TBD | 0.00 |
| Aerogroup International, LLC | QVC Inc. | Drop Ship Agreement | 2/10/2012 | TBD | 0.00 |
| Aerogroup International, LLC | Qwest Communications Company, LLC | Summary Page - DM- Amendment | 6/29/2010 | TBD | 0.00 |
| Aerogroup International, Inc. | Qwest Communications Corporation | Summary Page Agreement | 5/12/2008 | TBD | 0.00 |
| Aerogroup International, Inc. | R. Shawn Neville | Incentive Stock Option Grant Notice and Agreement | 9/8/2015 | TBD | 0.00 |
| Aerogroup International, Inc. | R. Shawn Neville | Employment Agreement | 8/24/2015 | TBD | 0.00 |
| AGI HoldCo, Inc. | R. Shawn Neville | Incentive Stock Option Grant Notice and Agreement | 9/8/2015 | TBD | 0.00 |
| Aerogroup International, LLC | Rackspace US, Inc. d/b/a Rackspace Hosting | Hosting Services Agreement | 3/17/2014 | TBD | 42,821.11 |
| Aerogroup International, LLC | Rakuten Card Linked Offer Network, Inc. | Change Order | 6/26/2017 | TBD | 95.00 |
| Aerogroup International, LLC | Rakuten Card Linked Offer Network, Inc. | Rakuten Card Linked Offer Network Merchant Agreement | 6/15/2017 | TBD | 0.00 |
| Aerogroup International, LLC | Rakuten Marketing LLC | Order Form and Pricing Schedule | 8/26/2015 | TBD | 0.00 |
| Aerogroup International, LLC | Rakuten Marketing LLC | Master Services Agreement | 8/26/2015 | TBD | 0.00 |
| Aerogroup International, LLC | Redcats USA, LP | Drop Ship Agreement | 4/21/2010 | TBD | 0.00 |
| Aerogroup International, Inc. | Refund Advisors, LLC | Freight Forwarders Settlement | 8/11/2015 | TBD | 0.00 |

In re Aerogroup International Inc. *et al.* , Case No. 17-11962 (KJC)
Executory Contracts and Cure Amount Schedule

| Debtor | Counterparty | Description of Contract or Lease | Contract Date | Assignee | Cure Amount |
|---|---|---|---|---|---|
| Aerogroup International, Inc. | Revelwood | Subscription and Support Order | 11/15/2016 | TBD | 2,062.50 |
| Aerogroup International, Inc. | Revelwood Inc. | Master Service Agreement | 12/29/2014 | TBD | 0.00 |
| Aerogroup International, LLC | RNA Resources Group Limited | Distribution Agreement | 6/1/2016 | TBD | 0.00 |
| Aerogroup International, LLC | RNA Resources Group Limited | First Amendment of Distribution Agreement | 3/30/2017 | TBD | 0.00 |
| Aerogroup International, LLC | Rustan Commercial Corporation | Distribution Agreement | 9/5/2017 | TBD | 0.00 |
| Aerogroup International, Inc. | Santander Bank | Amendment No. 3 of the Merchant Processing Application and Agreement | 7/28/2014 | TBD | 0.00 |
| Aerogroup Retail Holdings, LLC | Security Solutions | Retail Contract (R&M) | | TBD | 0.00 |
| Aerogroup International, Inc. | Shoe Carnival, Inc. | Buying Agency Agreement Amendment | 6/2/2006 | TBD | 0.00 |
| Aerogroup International, Inc. | Shoe Carnival, Inc. | Buying Agency Agreement | 12/6/2002 | TBD | 0.00 |
| Aerogroup International, Inc. | Shoebuy | MDF/COOP Agreement | 9/14/2016 | TBD | 0.00 |
| Aerogroup International, Inc. | Shoebuy | Letter Regarding Partnership Agreement with Shoebuy | 9/28/2016 | TBD | 0.00 |
| Aerogroup International, LLC | Smyyth Technology LLC | Subscriber Agreement Renewal Order Form | 6/17/2014 | TBD | 0.00 |
| Aerogroup International, LLC | Smyyth Technology LLC | Subscriber Agreement Renewal Order Form | 6/17/2014 | TBD | 0.00 |

In re Aerogroup International Inc. *et al.* , Case No. 17-11962 (KJC)
Executory Contracts and Cure Amount Schedule

| Debtor | Counterparty | Description of Contract or Lease | Contract Date | Assignee | Cure Amount |
|---|---|---|---|---|---|
| Aerogroup International, Inc. | Sovereign Bank | Amendment No. 2 | 11/1/2010 | TBD | 0.00 |
| Aerogroup International, LLC | Specialty Retailers, Inc. | E Comm Vendor Support Agreement | 10/10/2012 | TBD | 0.00 |
| Aerogroup International, LLC | Specialty Retailers, Inc. | First Amendment of Terms and Conditions of Purchase | 10/10/2012 | TBD | 0.00 |
| Aerogroup International, Inc. | SPS Commerce Inc. | General Terms and Conditions | Not dated | TBD | 475.88 |
| Aerogroup International, Inc. | Stewart Business Systems, LLC | Fifth Amendment of Sales Agreement and Service Agreement | 11/4/2015 | TBD | 501.25 |
| Aerogroup International, LLC | Stores Specialists, Inc. | Distribution Agreement | 9/5/2017 | TBD | 0.00 |
| Aerogroup Retail Holdings, LLC | Stratagem Security Inc | Retail Alarm Monitoring | | TBD | 875.43 |
| Aerogroup International, Inc. | Sun Life Assurance Company of Canada | Insurance Policy Amendment | 4/27/2017 | TBD | 0.00 |
| Aerogroup International, Inc. | SunLife | FMLA Administration | | TBD | 0.00 |
| Aerogroup Retail Holdings, Inc. | TALX Corporation | Schedule - Unemployment Cost Management Service Terms and Fees | 4/1/2017 | TBD | 2,125.53 |
| Aerogroup International, LLC | Tata International Limited | Second Amendment of License Agreement | 10/24/2016 | TBD | 0.00 |
| Aerogroup International, LLC | Tata International Limited | License Agreement | 3/1/2012 | TBD | 0.00 |
| Aerogroup International, LLC | Tata International Limited | Amendment Agreement | 5/21/2015 | TBD | 0.00 |

In re Aerogroup International Inc. *et al.* , Case No. 17-11962 (KJC)
Executory Contracts and Cure Amount Schedule

| Debtor | Counterparty | Description of Contract or Lease | Contract Date | Assignee | Cure Amount |
|---|---|---|---|---|---|
| Aerogroup International, LLC | Tata International Limited | Letter re Nonexclusive Trademark License | 5/12/2016 | TBD | 0.00 |
| Aerogroup Retail Holdings, Inc. | Telecheck Services, Inc. | Warranty Service Agreement | 7/17/2009 | TBD | 129.03 |
| Aerogroup International, Inc. | The Bon Ton Stores Inc. | Vendor Stipulation Request | 11/16/2016 | TBD | 0.00 |
| Aerogroup International, LLC | The Hanover Insurance Co. | Commercial General Liability Insurance | | TBD | 0.00 |
| Aerogroup International, LLC | The Hanover Insurance Co. | Automobile Liability and Physical Damage Insurance | | TBD | 0.00 |
| Aerogroup International, LLC | The Hartford | Insurance Underwriter Proposal | 6/26/2017 | TBD | 0.00 |
| Aerogroup International, LLC | The Mail Group / MAIL, Inc. | Client Agreement: Catalog Fulfillment | 3/16/2017 | TBD | 0.00 |
| Aerogroup International, LLC | The Mail Group / MAIL, Inc. | USPS Customer Registration ID Use and/or Acquisition Authorization | 3/16/2017 | TBD | 0.00 |
| Aerogroup Retail Holdings, LLC | The Zellman Group | Retail Loss Prevention | | TBD | 19,659.26 |
| Aerogroup International, LLC | Tiendas por Departamento Ripley S.A. | Distribution and Licensing Agreement | 7/1/2015 | TBD | 0.00 |
| Aerogroup International, Inc. | Tim Latif & Rudiger Gltaz | Pre-Right and Delimitation Agreement, as well as Trademark Assignment and License Agreement | 5/1/2003 | TBD | 0.00 |
| Aerogroup Retail Holdings, LLC | TL Ashford | WMS Label Generation Software | | TBD | 0.00 |
| Aerogroup International, Inc. | TrustWave Corporation | TrustKeeper Services Merchant Subscriber Agreement | 6/28/2005 | TBD | 0.00 |
| Aerogroup International, Inc. | Trustwave Holdings, Inc. | Addendum to Compliance Validation Agreement | 7/28/2011 | TBD | 0.00 |

In re Aerogroup International Inc. *et al.* , Case No. 17-11962 (KJC)
Executory Contracts and Cure Amount Schedule

| Debtor | Counterparty | Description of Contract or Lease | Contract Date | Assignee | Cure Amount |
|---|---|---|---|---|---|
| Aerogroup International, LLC | Twin City Fire Insurance Co. (Hartford) | Workers' Compensation and Employers Liability Insurance | | TBD | 0.00 |
| Aerogroup Retail Holdings, Inc. | TXT North America, Inc. (Maple Lake) | IT Contract (Software License Support) | | TBD | 22,342.37 |
| Aerogroup Retail Holdings, Inc. | TXT North America, Inc. (Maple Lake) | IT Contract (Solution Assistance) | | TBD | 0.00 |
| Aerogroup Retail Holdings, Inc. | TXT Retail | Maintenance and Assistance Services Solution | 12/21/2016 | TBD | 0.00 |
| Aerogroup International Holdings, LLC | United Parcel Service General Services Co. | Attachment 1 to the Electronic Data Access and Exchange Agreement | 9/20/2016 | TBD | 152,094.65 |
| Aerogroup International, Inc. | United Parcel Service General Services Co. | Electronic Data Access and Exchange Agreement | 9/20/2016 | TBD | 0.00 |
| Aerogroup International, Inc. | United Parcel Service, Inc. | Carrier Agreement - Draft | Not dated | TBD | 0.00 |
| Aerogroup International, Inc. | United Parcel Service, Inc. | Addendum to Aerogroup International UPS Carrier Agreement | 10/1/2017 | TBD | 0.00 |
| Aerogroup International, Inc. | Upsky Holdings Limited | Buying Agency Agreement | 2/20/2017 | TBD | 0.00 |
| Aerogroup International, LLC | US Lines, LLC, as agent for ANL Singapore PTE, Ltd | Credit Agreement | 5/5/2015 | TBD | 0.00 |
| Aerogroup International, LLC | USA800, Inc. | Addendum to Service Agreement Between USA800, Inc. and Aerogroup International, LLC | 8/14/2017 | TBD | 26,884.14 |
| Aerogroup International, LLC | USA800, Inc. | Service Agreement | 8/1/2015 | TBD | 0.00 |
| Aerogroup International Holdings, LLC | Veritas Tekstil Konfeksiyon Pazarlama Ve Sanayi Ticaret Anonim Sirketi | U.S. Co-Existence Agreement | 10/5/2016 | TBD | 0.00 |
| Aerogroup Retail Holdings, LLC | Verizon Wireless | Retail Contract (Employee Cell Phones) | | TBD | 6,648.59 |

In re Aerogroup International Inc. *et al.* , Case No. 17-11962 (KJC)
Executory Contracts and Cure Amount Schedule

| Debtor | Counterparty | Description of Contract or Lease | Contract Date | Assignee | Cure Amount |
|--------|-------------|----------------------------------|---------------|----------|-------------|
| Aerogroup International, LLC | Vertex, Inc. | Software as a Service Agreement | 5/8/2014 | TBD | 0.00 |
| Aerogroup International, LLC | Vertex, Inc. | Consulting Statement of Work No. 1 | 5/8/2014 | TBD | 0.00 |
| Aerogroup International, LLC | Vertex, Inc. | Consulting Agreement | 5/8/2014 | TBD | 0.00 |
| Aerogroup International, LLC | Vertex, Inc. | Statement of Work to Software as a Service Agreement | 4/22/2014 | TBD | 0.00 |
| Aerogroup Retail Holdings, LLC | Veterans Worldwide Maintenance | Retail Maintenance Contract | | TBD | 38,428.24 |
| Aerogroup International, Inc. | Walton Management Services, Inc. | Addendum to Agreement | 5/4/2016 | TBD | 889.63 |
| Aerogroup International, Inc. | Walton Management Services, Inc. | Professional Services Agreement | 12/4/2006 | TBD | 0.00 |
| Aerogroup Retail Holdings, LLC | Webmetrics | IT Contract (Website Monitoring) | | TBD | 0.00 |
| Aerogroup International, LLC | Westchester Fire Insurance Co. | Directors & Officers Insurance | | TBD | 0.00 |
| Aerogroup International, Inc. | Wiland Direct | Cooperative Database Agreement | 9/6/2005 | TBD | 0.00 |
| Aerogroup International, Inc. | Wiland Direct | Platinum Member Addendum | 9/7/2005 | TBD | 0.00 |
| Aerogroup International, Inc. | Wiland, Inc. | Services Addendum | 3/2/2015 | TBD | 0.00 |
| Aerogroup International, Inc. | Wiland, Inc. | Digital Insertion Order for Advertising Services | 3/2/2015 | TBD | 0.00 |

In re Aerogroup International Inc. *et al.* , Case No. 17-11962 (KJC)
Executory Contracts and Cure Amount Schedule

| Debtor | Counterparty | Description of Contract or Lease | Contract Date | Assignee | Cure Amount |
|---|---|---|---|---|---|
| Aerogroup International Holdings, LLC | William S. Parks, PLLC | Undertaking Resolving Trademark Dispute | 1/31/2016 | TBD | 0.00 |
| Aerogroup International, LLC | Women's Marketing, Inc. | Media Services Partnership Agreement | 8/5/2016 | TBD | 0.00 |
| Aerogroup International, Inc. | World Commerce International Limited | Buying Agency Agreement | 2/21/2017 | TBD | 428,124.85 |
| Aerogroup International, LLC | Zappos Merchandising, Inc. | Zappos Merchandising, Inc. Vendor Agreement | 5/11/2016 | TBD | 0.00 |
| Aerogroup International, LLC | Zeta Interactive, LLC | Statement of Work | 3/2/2016 | TBD | 92,624.97 |
| Aerogroup International, LLC | Zeta Interactive, LLC as successor in interest to eBay Enterprise, Inc | Service Exhibit | 5/6/2016 | TBD | 0.00 |
| Aerogroup International, LLC | Zeta Interactive, LLC as successor in interest to eBay Enterprise, Inc | Service Exhibit | 5/16/2016 | TBD | 0.00 |
| Aerogroup International, LLC | Zeta Interactive, LLC as successor in interest to eBay Enterprise, Inc | Service Exhibit | 5/16/2016 | TBD | 0.00 |
| Aerogroup International, LLC | Zmags Corporation | Master Description Agreement and Order No. 1 | 5/31/2016 | TBD | 0.00 |
| Aerogroup International, LLC | Zurich American Insurance Company | Directors & Officers Excess Liability Insurance | | TBD | 0.00 |