**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AEROGROUP INTERNATIONAL, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 17-11962 (KJC)<br>(Jointly Administered)<br><br>Re: D.I. 566 |

**NOTICE OF EXTENSION OF DATES RELATED TO STALKING**
**HORSE AGREEMENT, BID DEADLINE, AND AUCTION**

PLEASE TAKE NOTICE that on January 31, 2018, the United States Bankruptcy Court for the District of Delaware entered the *Order (A) Approving Bid Procedures for the Sale of Substantially all of the Debtors' Assets, (B) Approving Procedures for the Assumption and Assignment of Executory Contracts or Unexpired Leases in Connection with the Sale, (C) Authorizing the Debtors to Enter Into Stalking Horse Agreements and Approving Certain Bid Protections, Subject to a Further Hearing, (D) Scheduling a Sale Hearing, and € Granting Certain Related Relief* [D.I. 566] (the "Bid Procedures Order").[2]

PLEASE TAKE FURTHER NOTICE that the Stalking Horse Deadline has been extended from February 5, 2018 at 5:00 p.m. (ET) to **February 9, 2018 at 3:00 p.m. (ET)**. A hearing to approve the Debtors' selection of any Stalking Horse Bidder and related Bid Protections will be held at a date and time to be set by the Court.

PLEASE TAKE FURTHER NOTICE that the Bid Deadline has been extended from February 9, 2018 at 5:00 p.m. (ET) to **February 12, 2018 at 3:00 p.m. (ET)**.

PLEASE TAKE FURTHER NOTICE that the Auction has been rescheduled to commence on **February 13, 2018 at 10:00 a.m. (ET)** at the offices of Ropes & Gray LLP, 1211 Avenue of the Americas, New York, New York 10036.

PLEASE TAKE FURTHER NOTICE that no other deadlines set forth in the Bid Procedures Order have been extended or rescheduled.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Aerogroup International, Inc. (6119), AGI Holdco, Inc. (7087), Aerogroup International LLC (4658), Aerogroup International Holdings LLC (4312), Aerogroup Retail Holdings, Inc. (4650), and Aerogroup Gift Card Company, Inc. (7551). The mailing address for the Debtors, solely for purposes of notices and communications, is: 201 Meadow Road, Edison, New Jersey 08817.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Bid Procedures Order.

PLEASE TAKE FURTHER NOTICE that the Bid Procedures and the Bid Procedures Order remain in full force and effect, without modification, except as expressly set forth herein. Please be advised that the Bid Procedures and the Bid Procedures Order set forth various additional procedures concerning, and requirements for, the Bid Deadline and the Auction. These procedures and requirements are not restated in their entirety in this Notice but nonetheless remain in full force and effect except as expressly modified hereby. Accordingly, potential Bidders and other interested parties are urged to review carefully the Bid Procedures and the Bid Procedures Order. The Debtors reserve their right to adopt other or further modifications to the Bid Procedures in accordance with the terms thereof and of the Bid Procedures Order.

Dated: February 8, 2018
      Wilmington, Delaware

BAYARD, P.A.

_/s/ Erin R. Fay_
Scott D. Cousins (No. 3079)
Erin R. Fay (No. 5268)
Gregory J. Flasser (No. 6154)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Phone: (302) 655-5000
Email: scousins@bayardlaw.com
      efay@bayardlaw.com
      gflasser@bayardlaw.com

-and-

ROPES & GRAY LLP
Gregg M. Galardi
Mark R. Somerstein
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
gregg.galardi@ropesgray.com
mark.somerstein@ropesgray.com

*Co-Counsel for the Debtors and Debtors in Possession*