# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AEROGROUP INTERNATIONAL, INC, *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 17-11962 (KJC)<br>(Jointly Administered)<br><br>Hearing Date: Feb. 15, 2018 at 1:30 p.m. (ET)<br>Obj. Deadline: Feb. 12, 2018 at 4:00 p.m. (ET)<br><br>Re: Dkt. No. 532 |

## RESERVATION OF RIGHTS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE DEBTORS' SALE MOTION

The Official Committee of Unsecured Creditors (the "Committee") of Aerogroup International, Inc., *et al.*, as debtors and debtors-in-possession (collectively, the "Debtors"), by and through its undersigned counsel, hereby submits this reservation of rights to the Debtors' motion to sell substantially all of its assets (the "Sale Motion") [Dkt. No. 532],[2] and respectfully states as follows:

The Debtors, in consultation with the Consultation Parties, are still marketing their assets for sale in advance of the extended Bid Deadline and Auction (now both scheduled for February 14, 2018). Based on information provided by the Debtors, the Committee continues to focus its efforts on achieving bids that ensure administrative solvency and that deliver meaningful value to all of the Debtors' creditor constituencies. Nonetheless, and particularly in light of the absence of a Stalking Horse Bidder on the eve of the Bid Deadline, the Committee hereby reserves its rights to object to the Sale Motion at the Sale Hearing should the sale process result

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Aerogroup International, Inc. (6119), AGI Holdco, Inc. (7087), Aerogroup International LLC (4658), Aerogroup International Holdings LLC (4312), Aerogroup Retail Holdings, Inc. (4650), and Aerogroup Gift Card Company, Inc. (7551). The mailing address for the Debtors, solely for purposes of notices and communications, is: 201 Meadow Road, Edison, New Jersey 08817.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Sale Motion.

in the selection of a Successful Bid that, in the Committee's view, does not represent the highest or otherwise best offer for the Debtors' assets.

Dated: February 12, 2018

          **GELLERT SCALI BUSENKELL & BROWN, LLC**

          */s/ Michael Busenkell*
          Michael Busenkell (DE 3933)
          Ronald S. Gellert (DE 4259)
          1201 N Orange St Suite 300
          Wilmington, DE 19801
          T: 302.425.5800
          F: 302.425.5814
          mbusenkell@gsbblaw.com
          rgellert@gsbblaw.com

          and

          **COOLEY LLP**

          Cathy Hershcopf, Esq.
          Michael Klein, Esq.
          Sarah Carnes, Esq.
          1114 Avenue of the Americas
          New York, NY 10036
          T: 212.479.6000
          chershcopf@cooley.com
          mklein@cooley.com
          scarnes@cooley.com

          *Co-Counsel to the Official Committee of Unsecured Creditors*