**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AEROGROUP INTERNATIONAL, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 17-11962 (KJC)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON FEBRUARY 14, 2018 AT 1:30 P.M. (EASTERN)[2]**

**I.    MATTER GOING FORWARD**

1.    Motion of the Debtors for Entry of (I) An Order (A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Approving Related Contract Assumption and Assignment Procedures, (C) Authorizing the Debtors to Enter Into Stalking Horse Agreements and Approving Certain Bid Protections, Subject to a Further Hearing, (D) Scheduling a Sale Hearing, and (E) Granting Certain Related Relief; and (II) An Order (A) Approving the Sale of the Debtors' Assets, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Certain Related Relief [Filing Date: 1/24/18; 532]

Related Documents:

a.    Order (A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Approving Procedures for the Assumption and Assignment of Executory Contracts or Unexpired Leases in Connection with the Sale, (C) Authorizing the Debtors to Enter Into Stalking Horse Agreements and Approving Certain Bid Protections, Subject to a Further Hearing, (D) Scheduling a Sale Hearing, and (E) Granting Certain Related Relief [Date Entered: 1/31/18; D.I. 566]

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Aerogroup International, Inc. (6119), AGI Holdco, Inc. (7087), Aerogroup International LLC (4658), Aerogroup International Holdings LLC (4312), Aerogroup Retail Holdings, Inc. (4650), and Aerogroup Gift Card Company, Inc. (7551).  The mailing address for the Debtors, solely for purposes of notices and communications, is: 201 Meadow Road, Edison, New Jersey 08817.

[2]  Please note that the hearing is before the Honorable Kevin J. Carey in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801. Any person who wishes to appear must contact COURTCALL, LLC at 866-582-6878 no later than 12:00 p.m. (ET) one business day prior to the hearing. Chambers must be contacted regarding any late requests for telephonic appearances.

    b. Notice of Auction and Sale Hearing [Filing Date: 1/31/18; D.I. 568]

    c. Notice of Potential Assumption and Assignment of Contracts and Related Cure Amounts [Filing Date: 2/2/18; D.I. 588]

    d. Notice of Extension of Dates Related to Stalking Horse Agreement, Bid Deadline, and Auction [Filing Date: 2/8/18; D.I. 605]

    e. Notice of Extension of Dates Related to Bid Deadline, Auction, and Sale Hearing [Filing Date: 2/12/18; D.I. 612]

    f. Notice of Filing of Stalking Horse Agreement with Proposed Bid Protections [Filing Date: 2/13/18; D.I. 618]

    g. Notice of (A) Hearing on Selection of Stalking Horse Bidder and Proposed Bid Protections and (B) Filing of Proposed Order (I) Approving Selection of a Stalking Horse, (II) Approving the Bid Protections, and (III) Granting Related Relief [Filing Date: TO BE FILED]

Response Deadline:    At the Hearing

Responses Received:   None as yet, as to the proposed bid protections and stalking horse agreement

Status:    This matter is going forward with respect to approval of the selection of a stalking horse bidder and approving certain bid protections.

Dated: February 13, 2018
       Wilmington, Delaware

BAYARD, P.A.

*/s/ Erin R. Fay*_____
Scott D. Cousins (No. 3079)
Erin R. Fay (No. 5268)
Gregory J. Flasser (No. 6154)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Phone: (302) 655-5000
Email: scousins@bayardlaw.com
       efay@bayardlaw.com
       gflasser@bayardlaw.com

-and-

ROPES & GRAY LLP
Gregg M. Galardi
Mark R. Somerstein
William A. McGee
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Email: gregg.galardi@ropesgray.com
       mark.somerstein@ropesgray.com
       william.mcgee@ropesgray.com

*Co-Counsel for the Debtors and Debtors in Possession*