# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AEROGROUP INTERNATIONAL, INC., et al.,<br><br>                      Debtors. | Chapter 11<br><br>Case No. 17-11962 (KJC)<br><br>(Jointly Administered)<br><br>Re: Docket No. 628 |

**EXHBITIS TO OBJECTION OF AERO BRAND HOLDINGS LLC AND WIESNER PRODUCTS, INC. TO APPROVAL OF (I) ALDEN GLOBAL CAPITAL, LLC AS STALKING HORSE AND (II) BID PROTECTIONS**

Dated: February 14, 2018

DORSEY & WHITNEY (DELAWARE) LLP

*/s/ Alessandra Glorioso*
Robert W. Mallard (DE Bar No. 4279)
Alessandra Glorioso (DE Bar No. 5757)
300 Delaware Avenue, Suite 1010
Wilmington, Delaware 19801
Telephone: (302) 425-7171
Facsimile: (302) 425-7177
E-mail: mallard.robert@dorsey.com
          glorioso.alessandra@dorsey.com

-and-

DORSEY & WHITNEY LLP

Bruce R. Ewing (*pro hac vice*)
Janet M. Weiss (*pro hac vice*)
Daniel Goldberger (*pro hac vice*)
51 West 52nd Street
New York, New York 10019
Telephone: (212) 415-9200
Facsimile: (212) 953-7201
E-mail: ewing.bruce@dorsey.com
          weiss.janet@dorsey.com
          goldberger.dan@dorsey.com

*Counsel to Wiesner Products., Inc. and Aero Brand Holdings LLC*

## **CERTIFICATE OF SERVICE**

I, Alessandra Glorioso, hereby certify that on February 14, 2018, I caused a copy of the foregoing document to be filed through the Court's Case Management/Electronic Case File ("CM/ECF") System and served on all parties who have electronically entered a notice of appearance through the notice of filing generated by the Court's CM/ECF System and also upon the following parties via the methods indicated:

Bayard, P.A.
Scott D. Cousins, Esq.
Erin R. Fay, Esq.
Gregory J. Flasser, Esq.
600 N. King Street, Suite 400
Wilmington, DE 19801
*E-mail*

Ropes & Gray LLP
Gregg Galardi, Esq.
Mark R. Somerstein, Esq.
William A. McGee, Esq.
1211 Avenue of the Americas
New York, NY 10036
*E-mail*

David L. Buchbinder, Esq.
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
*E-mail*

Cooley LLP
Cathy Hershcopf, Esq.
Michael Klein, Esq.
Sarah Carnes, Esq.
1114 Avenue of the Americas
New York, NY 10036
*E-mail*

Michael Busenkell, Esq.
Gellert Scali Busenkell & Brown, LLC
1201 N Orange St Suite 300
Wilmington, DE 19801
*E-mail*

Paul Hastings LLP
Matt Murphy, Esq.
71 S. Wacker Drive, Forty-Fifth Floor
Chicago, IL 60606
*E-mail*

Arik Preis
Allison Miller
Akin Gump Strauss Haur & Feld LLP
One Bryant Park
New York, NY 10036
*E-mail*

Arent Fox LLP
Robert M. Hirsh, Esq.
1675 Broadway
New York, NY 10019
*E-mail*

| | |
|---|---|
| Dated:  February 14, 2018 | DORSEY & WHITNEY (DELAWARE) LLP |
| | */s/ Alessandra Glorioso*<br>Robert W. Mallard (DE Bar No. 4279)<br>Alessandra Glorioso (DE Bar No. 5757)<br>300 Delaware Avenue, Suite 1010<br>Wilmington, Delaware 19801<br>Telephone:  (302) 425-7171<br>Facsimile:  (302) 425-7177<br>E-mail:  mallard.robert@dorsey.com<br>　　　　　 glorioso.alessandra@dorsey.com |

4840-8570-9405\6