**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AEROGROUP INTERNATIONAL, INC., *et al.*,<br><br>　　　　　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 17-11962 (KJC)<br><br>(Jointly Administered) |
| WIESNER PRODUCTS, INC.<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>AEROGROUP INTERNATIONAL, INC. AND AEROGROUP INTERNATIONAL HOLDINGS LLC<br><br>　　　　　　　Defendants. | Adv. Pro. No. 18-50003 (KJC) |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 16, 2018 AT 3:00 P.M. (EASTERN)[3]**

> **AT THE DIRECTION OF THE COURT, THE HEARING TIME HAS CHANGED FROM 2:00 P.M. (EST) TO 3:00 P.M. (EST)**

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Aerogroup International, Inc. (6119), AGI Holdco, Inc. (7087), Aerogroup International LLC (4658), Aerogroup International Holdings LLC (4312), Aerogroup Retail Holdings, Inc. (4650), and Aerogroup Gift Card Company, Inc. (7551). The mailing address for the Debtors, solely for purposes of notices and communications, is: 201 Meadow Road, Edison, New Jersey 08817.

[2] **Amended items appear in bold.**

[3] Please note that the hearing is before the Honorable Kevin J. Carey in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801. Any person who wishes to appear must contact COURTCALL, LLC at 866-582-6878 no later than 12:00 p.m. (ET) one business day prior to the hearing. Chambers must be contacted regarding any late requests for telephonic appearances. Please note that the hearing will take place in the Courtroom typically utilized by Chief Judge Shannon.

## I. ADJOURNED MATTERS

1. Complaint [Filing Date: 1/4/18; Adv. D.I. 1]
   Related Documents:

   a. Summons and Notice of Pretrial Conference in an Adversary Proceeding [Filing Date: 1/4/18; Adv. D.I. 3]

   b. Stipulation for Extension of Time for Defendant to Respond to the Complaint [Filing Date 2/2/18; Adv. D.I. 4]

   Status: The pretrial conference in this matter is adjourned to the next omnibus hearing date set in these cases.

2. Debtors' Second Amended Joint Plan of Reorganization [Filing Date: 1/9/18; 468]

   Related Documents:

   a. Notice of Filing of Amended Exhibits A, C, and E and Exhibit M to Plan Supplement for the Debtors' Second Amended Joint Plan of Reorganization [Filing Date: 1/9/18; D.I. 470]

   b. Notice of Filing of (I) Amended Exhibits A, B, E, and F and (II) Exhibits N, O, and P to Plan Supplement for the Debtors' Revised Second Amended Joint Plan of Reorganization [Filing Date: 1/17/18; D.I. 501]

   c. Debtors' Revised Second Amended Joint Plan of Reorganization [Filing Date: 1/17/18; D.I. 502]

   d. Notice of Filing of Blackline of Debtors' Revised Second Amended Joint Plan of Reorganization [Filing Date: 1/17/18; D.I. 503]

   Response Deadline:    January 4, 2018 at 4:00 p.m. (EST).

   Responses Received:

   a. Wiesner Products, Inc.'s (I) Response to Debtors' Motion to Reject Wiesner License Agreement and (II) Objection to Confirmation of Debtors' Joint Plan of Reorganization [Filing Date: 12/22/17; D.I. 391]

   b. Reply in Support of Confirmation and to Objections of Wiesner Products, Inc. and Moveon Componentes E Calcado [Filing Date: 1/5/18; D.I. 459]

    c.  Reservation of Rights of THL Corporate Finance, Inc. and the THL Credit, Inc. to Confirmation of Debtors' First Amended Plan of Reorganization [Filing Date: 1/9/18; D.I. 464]

    d.  Debtors' (I) Memorandum of Law in Support of Confirmation of Debtors' Second Amended Joint Plan of Reorganization and (II) Omnibus Reply to Objections Thereto [Filing Date: 1/9/18; D.I. 467]

    e.  Wiesner Products, Inc.'s Sur-Reply in Support of Confirmation Objection and in Response to Debtors' Reply Brief in Support of Confirmation [Filing Date: 1/12/18; D.I. 490]

    f.  Informal Response of Deutsche Asset & Wealth Management, Federal Realty Investment Trust, The Forbes Company, Starwood Retail Partners LLC, The Macerich Company, and YTC Mall Owner, LLC

Status:    This matter is adjourned to a date to be determined.

## II. UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION

3.  Motion of the Debtors to Extend the Period Within Which Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 and Federal Rules of Bankruptcy Procedure 9006 and 9027 [Filing Date: 12/13/17; D.I. 368]

Related Documents:

    a.  Certificate of No Objection Regarding Motion of the Debtors to Extend the Period Within Which Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 and Federal Rules of Bankruptcy Procedure 9006 and 9027 [Filing Date: 1/2/18; D.I. 434]

    **b.  Order Granting Motion of the Debtors to Extend the Period Within Which Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 and Federal Rules of Bankruptcy Procedure 9006 and 9027 [Date Entered: 2/15/18; D.I. 640]**

Response Deadline:    December 27, 2017 at 4:00 p.m. (EST)

Responses Received:  None

**Status:    An Order has been entered with regard to this matter. A hearing with respect to this matter is not required.**

4.  Debtors' Motion for an Order Extending Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereto Pursuant to Section 1121(d) of the Bankruptcy Code [Filing Date: 1/12/18; D.I. 496]

Related Documents:

a. Certificate of No Objection Regarding Debtors' Motion for an Order Extending Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereto Pursuant to Section 1121(d) of the Bankruptcy Code [Filing Date: 1/31/18; D.I. 570]

**b. Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereto Pursuant to Section 1121(d) of the Bankruptcy Code [Date Entered: 2/15/18; D.I. 641]**

Response Deadline:    January 26, 2018 at 4:00 p.m. (EST)

Responses Received:  None

**Status:    An Order has been entered with regard to this matter.  A hearing with respect to this matter is not required.**

5. Motion of Esther Harris for Relief from Stay to Proceed with Personal Injury Action Filed in New York [Filing Date: 1/24/18; D.I. 527]

Related Documents:

a. Certificate of No Objection Regarding Docket No. 527 [Filing Date: 2/12/18; D.I. 613]

b. Proposed Form of Order

Related Documents:

**a. Order Granting Motion of Esther Harris for Relief from Stay to Proceed with Personal Injury Action Filed in New York [Date Entered: 2/15/18; D.I. 642]**

Response Deadline:    February 7, 2018 at 4:00 p.m. (EST)

Responses Received:  None

**Status:    An Order has been entered with regard to this matter.  A hearing with respect to this matter is not required.**

### III. UNCONTESTED MATTERS GOING FORWARD

6. First Omnibus Motion of the Debtors for Entry of an Order Authorizing the Debtors to Reject Executory Contracts and Unexpired Leases [Filing Date: 1/26/18; D.I. 540]

Related Documents:

a. Order Shortening Notice Regarding the Omnibus Motions of the Debtors for Entry of Orders Authorizing the Debtors to Reject Executory Contracts and Unexpired Leases [D.I. 540, 541, 542] [Date Entered: 1/29/18; D.I. 547]

b. Notice of Hearing Regarding the First Omnibus Motion of the Debtors for Entry of an Order Authorizing the Debtors to Reject Executory Contracts and Unexpired Leases [Filing Date: 1/29/18; D.I. 549]

Response Deadline:    February 7, 2018 at 4:00 p.m. (EST)

Responses Received:  None

**Status:    The Debtors will request to adjourn this matter.**

7. Fourth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Debtors to Reject Executory Contracts and Unexpired Leases [Filing Date: 1/31/18; D.I. 564]

Related Documents:

a. Order Shortening Notice Regarding the Fourth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Debtors to Reject Executory Contracts and Unexpired Leases [Date Entered: 1/31/18; D.I. 569]

b. Notice of Hearing Regarding the Fourth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Debtors to Reject Executory Contracts and Unexpired Leases [Filing Date: 1/31/18; D.I. 571]

Response Deadline:    February 8, 2018 at 4:00 p.m. (EST)

Responses Received:  None

**Status:    The Debtors will request to adjourn this matter.**

### IV. CONTESTED MATTERS

8. Second Omnibus Motion of the Debtors for Entry of an Order Authorizing the Debtors to Reject Executory Contracts and Unexpired Leases [Filing Date: 1/26/18; D.I. 541]

Related Documents:

a. Order Shortening Notice Regarding the Omnibus Motions of the Debtors for Entry of Orders Authorizing the Debtors to Reject Executory Contracts and Unexpired Leases [D.I. 540, 541, 542] [Date Entered: 1/29/18; D.I. 547]

b. Notice of Hearing Regarding the Second Omnibus Motion of the Debtors for Entry of an Order Authorizing the Debtors to Reject Executory Contracts and Unexpired Leases [Filing Date: 1/29/18; D.I. 550]

Response Deadline:    February 7, 2018 at 4:00 p.m. (EST)

Responses Received:

a. Objection of Moveon Componentes E Calcado, S.A. to the (I) Contract Rejection Motions and (II) Emergency Sale Motion [Filing Date: 2/8/18; D.I. 606]

**Status:    The Debtors will request to adjourn this matter.**

9. Third Omnibus Motion of the Debtors for Entry of an Order Authorizing the Debtors to Reject Executory Contracts and Unexpired Leases [Filing Date: 1/26/18; D.I. 542]

Related Documents:

a. Order Shortening Notice Regarding the Omnibus Motions of the Debtors for Entry of Orders Authorizing the Debtors to Reject Executory Contracts and Unexpired Leases [D.I. 540,541, 542] [Date Entered: 1/29/18; D.I. 547]

b. Notice of Hearing Regarding the Third Omnibus Motion of the Debtors for Entry of an Order Authorizing the Debtors to Reject Executory Contracts and Unexpired Leases [Filing Date: 1/29/18; D.I. 551]

Response Deadline:    February 7, 2018 at 4:00 p.m. (EST)

Responses Received:

a. Objection of Moveon Componentes E Calcado, S.A. to the (I) Contract Rejection Motions and (II) Emergency Sale Motion [Filing Date: 2/8/18; D.I. 606]

**Status:    The Debtors will request to adjourn this matter.**

10. Motion of the Debtors for Entry of (I) An Order (A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Approving Related Contract Assumption and Assignment Procedures, (C) Authorizing the Debtors to Enter Into Stalking Horse Agreements and Approving Certain Bid Protections, Subject to a Further Hearing, (D) Scheduling a Sale Hearing, and (E) Granting Certain Related Relief; and (II) An Order (A) Approving the Sale of the Debtors' Assets, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Certain Related Relief [Filing Date: 1/24/18; 532]

   Related Documents:

   a. Order (A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Approving Procedures for the Assumption and Assignment of Executory Contracts or Unexpired Leases in Connection with the Sale, (C) Authorizing the Debtors to Enter Into Stalking Horse Agreements and Approving Certain Bid Protections, Subject to a Further Hearing, (D) Scheduling a Sale Hearing, and (E) Granting Certain Related Relief [Date Entered: 1/31/18; D.I. 566]

   b. Notice of Auction and Sale Hearing [Filing Date: 1/31/18; D.I. 568]

   c. Notice of Potential Assumption and Assignment of Contracts and Related Cure Amounts [Filing Date: 2/2/18; D.I. 588]

   d. Notice of Extension of Dates Related to Stalking Horse Agreement, Bid Deadline, and Auction [Filing Date: 2/8/18; D.I. 605]

   e. Notice of Extension of Dates Related to Bid Deadline, Auction, and Sale Hearing [Filing Date: 2/12/18; D.I. 612]

   f. Notice of Filing of Stalking Horse Agreement with Proposed Bid Protections [Filing Date: 2/13/18; D.I. 618]

   g. Notice of Extension of Dates Related to Bid Deadline, Auction, and Sale Hearing [Filing Date: 2/13/18; D.I. 622]

   h. Notice of (A) Hearing on Selection of Stalking Horse Bidder and Proposed Bid Protections and (B) Filing of Proposed Order (I) Approving Selection of a Stalking Horse, (II) Approving the Bid Protections, and (III) Granting Related Relief [Filing Date: 2/13/18; D.I. 626]

   i. Order (I) Approving Selection of a Stalking Horse, (II) Approving the Bid Protections, and (III) Granting Related Relief [Date Entered: 2/14/18; D.I. 635]

 **j.** **Notice of Successful Bidder [TO BE FILED]**

 **k.** **Notice of Filing Proposed Sale Order [TO BE FILED]**

 **l.** **Notice of Filing Auction Transcript [TO BE FILED]**

Response Deadline: February 12, 2018 at 4:00 p.m. (EST)

Responses Received:

 a. Objection of Moveon Componentes E Calcado, S.A. to the (I) Contract Rejection Motions and (II) Emergency Sale Motion [Filing Date: 2/8/18; D.I. 606]

 b. Objection of Commerce Technologies, LLC to Debtors' Proposed Cure Amount and Reservation of Rights [Filing Date: 2/9/18; D.I. 608]

 c. Objection of the Chubb Companies to the Debtors' Proposed Sale of Assets [Filing Date: 2/12/18; D.I. 614]

 d. Objection of QVC, Inc. to Debtors' Proposed Cure Amount and Reservation of Rights [Filing Date: 2/12/18; D.I. 615]

 e. Reservation of Rights of the Official Committee of Unsecured Creditors to the Debtors' Sale Motion [Filing Date: 2/12/18; D.I. 616]

 f. Objection of the Chubb Companies with Respect to Adequate Assurance of Future Performance of Contracts Assumed and Assigned Pursuant to the Debtors' Proposed Sale of Assets [Filing Date: 2/13/18; D.I. 619]

 g. Informal response from Cheetah Digital regarding contract assumption

 h. Informal response from Oracle America, Inc. regarding contract assumption

 i. Informal response from Aetna Inc. regarding contract assumption

Status: This matter is going forward.

| | |
|---|---|
| Dated: February **16**, 2018<br>Wilmington, Delaware | BAYARD, P.A.<br><br>*/s/ Erin R. Fay*<br>Scott D. Cousins (No. 3079)<br>Erin R. Fay (No. 5268)<br>Gregory J. Flasser (No. 6154)<br>600 N. King Street, Suite 400<br>Wilmington, Delaware 19801<br>Phone: (302) 655-5000<br>Email: scousins@bayardlaw.com<br>    efay@bayardlaw.com<br>    gflasser@bayardlaw.com<br><br>-and-<br><br>ROPES & GRAY LLP<br>Gregg M. Galardi<br>Mark R. Somerstein<br>William A. McGee<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone:  (212) 596-9000<br>Facsimile:    (212) 596-9090<br>Email: gregg.galardi@ropesgray.com<br>    mark.somerstein@ropesgray.com<br>    william.mcgee@ropesgray.com<br><br>*Co-Counsel for the Debtors and Debtors in Possession* |