## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re:

AEROGROUP INTERNATIONAL,
INC., *et al.*,

                                    Debtors.[1]

Chapter 11

Case No. 17-11962 (KJC)
(Jointly Administered)

**Re: D.I. 566, 618, 622**

## NOTICE OF FILING AUCTION TRANSCRIPT

PLEASE TAKE NOTICE that on January 31, 2018, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order (A) Approving Bid Procedures for the Sale of Substantially all of the Debtors' Assets, (B) Approving Procedures for the Assumption and Assignment of Executory Contracts or Unexpired Leases in Connection with the Sale, (C) Authorizing the Debtors to Enter Into Stalking Horse Agreements and Approving Certain Bid Protections, Subject to a Further Hearing, (D) Scheduling a Sale Hearing, and (E) Granting Certain Related Relief* [D.I. 566] (the "Bid Procedures Order")[2] that, among other things, approved procedures for the solicitation and consideration of competing offers for the sale of substantially all of the Debtors' assets.

PLEASE TAKE FURTHER NOTICE that the Auction was held on February 15, 2018, commencing at 10:00 a.m. (ET) and continuing until February 16, 2018 at the offices of Ropes & Gray LLP, 1211 Avenue of the Americas, New York, New York 10036. At the Auction, Alden Global Capital, LLC, was designated as the Successful Bidder.

PLEASE TAKE FURTHER NOTICE that the transcript of the Auction is attached hereto as Exhibit A.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Aerogroup International, Inc. (6119), AGI Holdco, Inc. (7087), Aerogroup International LLC (4658), Aerogroup International Holdings LLC (4312), Aerogroup Retail Holdings, Inc. (4650), and Aerogroup Gift Card Company, Inc. (7551). The mailing address for the Debtors, solely for purposes of notices and communications, is: 201 Meadow Road, Edison, New Jersey 08817.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Bid Procedures Order.

Dated: February 16, 2018
      Wilmington, Delaware

BAYARD, P.A.

*/s/ Erin R. Fay*
Scott D. Cousins (No. 3079)
Erin R. Fay (No. 5268)
Gregory J. Flasser (No. 6154)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Phone: (302) 655-5000
Email: scousins@bayardlaw.com
      efay@bayardlaw.com
      gflasser@bayardlaw.com

-and-

ROPES & GRAY LLP
Gregg M. Galardi
Mark R. Somerstein
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
gregg.galardi@ropesgray.com
mark.somerstein@ropesgray.com

*Co-Counsel for the Debtors*

## Exhibit A

**Auction Transcript**

Page 1

1

2           UNITED STATES BANKRUPTCY COURT

3               DISTRICT OF DELAWARE

4    --------------------------------------x

5    In re:

6    AEROGROUP INTERNATIONAL, INC., et al.,   Chapter 11

                                             Case No. 17-11962(KJC)

7                    Debtors.

     --------------------------------------x

8                    February 15-16, 2018

                     10:25 a.m.

9

10

11

12           BANKRUPTCY AUCTION PROCEEDINGS,

13   held at the offices of Ropes & Gray LLP,

14   1211 Avenue Of The Americas, New York, New

15   York, New York, before Abner D. Berzon, a

16   Registered Professional Reporter,

17   Certified Realtime Reporter and Notary

18   Public of the State of New York.

19

20

21

22

23

24

25

Page 2

```
1
2  A P P E A R A N C E S :
3
4
     ROPES & GRAY LLP
5    1211 Avenue Of The Americas
     38th Floor
6    New York, New York 10036-8704
        Attorneys for Debtors
7
     By: GREGG M. GALARDI, ESQ.
8      ggalardi@ropesgray.com
       ALEX McGEE, ESQ.
9      amcgee@ropesgray.com
10
11 BAYARD, P.A.
     600 N. King Street, Suite 400
12 Wilmington, Delaware 19801
        Attorneys for Debtors
13
     BY: ERIN R. FAY, ESQ.
14     efay@bayardlaw.com
15
16 PAUL HASTINGS LLP
     71 S. Wacker Drive
17 45th Floor Chicago, Illinois 60606
        Attorneys for THL
18
     BY: MATTHEW M. MURPHY, ESQ.
19     mattmurphy@paulhastings.com
       BILL BRADY, ESQ.
20     bbrady@paulhastings.com
       TAMMY HSU, ESQ.
21     thsu@paulhastings.com
22
23 (Appearances continued on following
     page.)
24
25
```

Page 3

```
1
2  A P P E A R A N C E S :  (Continued):
3
4  YOUNG CONWAY STARGATT & TAYLOR, LLP
     270 Avenue of the Americas
5  New York, New York 10020
        Attorneys for Debtors
6
     BY: M. BLAKE CLEARY, ESQ.
7      mbcleary@ycst.com
8
9  DORSEY & WHITNEY LLP
     51 West 52nd Street
10 New York, New York 10019
        Attorneys for BLUESTAR/WIESNER/PJC
11
     BY: JANET WEISS, ESQ.
12     weiss.janet@dorsey.com
       ALESSANDRA GLORIOSO, ESQ.
13     glorioso.alessandra@dorsey.com
14
15 WEIL GOTSHAL & MANGES LLP
     767 Fifth Avenue
16 New York, New York 10153
        Attorneys for BLUESTAR/WIESNER/PJC
17
     BY: JACQUELINE MARCUS, ESQ.
18     jacqueline.marcus@weil.com
19
20 ARENT FOX
     1675 Broadway
21 New York, New York 10019
        Attorneys for Polk
22
     BY: ROBERT HIRSCH, ESQ.
23     robert.hirsh@arentfox.com
       BETH BROWNSTEIN, ESQ.
24     beth.brownstein@arentfox.com
     (Appearances continued on following
25 page.)
```

Page 4

```
1
2  A P P E A R A N C E S  (Continued)
3
4  COOLEY LLP
     1144 Avenue of the Americas
5  New York, New York 10036-7798
        Attorneys for UCC
6
     BY: MICHAEL A. KLEIN, ESQ.
7      mklein@cooley.com
       SARAH CARNES, ESQ.
8      scarnes@cooley.com
9
10
     NIXON PEABODY
11 Tower 46
     55 West 46th Street
12 New York, New York 10036-4120
        Attorneys for Aero IP, LLC
13
     BY: CHRISTOPHER DESIDERIO, ESQ.
14     cdesiderio @nixonpeabody.com
15
16 AKIN GUMP STRAUS HAUER & FELD LLP
     One Bryant Park
17 New York, New York 10036
        Attorneys for Alden Global Capital, LLC
18
     BY: ARIK PREIS, ESQ.
19     apreis@akingump.com
20
21
22 (Appearances continued on following
     page.)
23
24
25
```

Page 5

```
1
2  A P P E A R A N C E S  (Continued):
3
     ALSO PRESENT:
4
5  Representing Piper Jaffray & Co.
       RICHARD SHINDER
6      richard.j.schinder@pjc.com
       ASHLEY ALONSO
7      ashley.alonso@pjc.com
       JEAN HOSTY
8      jean.hosty@pjc.com
9
     Representing BRG:
10
       MARK WEINSTEIN
11     DAVID BERNSTEIN
       MATT BERNHARDT
12     CHRIS McAVINN
13
     Representing Aero Brand:
14
       JOE SUTTON, General Counsel
15     RALPH GINDI
       JOSEPH GABBAY
16
17
     Representing THL:
18     MICHELLE HANDY
19
20
21 (Appearances continued on following
     page.)
22
23
24
25
```

2 (Pages 2 - 5)

Page 6

1
2  A P P E A R A N C E S  (Continued):
3
   ALSO PRESENT:
4
   Representing Palladin Capital Partners:
5    MARK SCHWARTZ
6
   Representing Alden Global Capital:
7    MIKE MONTICCIOLO, ESQ.,
       General Counsel
8    JEN WILD
9
10 Representing Bellecas Consulting LLC:
    JIM FERGUSON
11
   Representing Wiesner:
12   JACKIE MIZRAHI
13
14
         *   *   *
15
16
17
18
19
20
21
22
23
24
25

Page 7

1
2        MR. GALARDI:  On the record.
3   This is Greg Galardi of Ropes & Gray
4   representing the Aerosole debtors.
5   And this is the time and place for the
6   scheduled auction with respect to the
7   Aerogroup assets.
8        What I would like to do is
9   introduce into the transcript for the
10  record 1, the order approving the for
11  bid procedures for today's auction.
12  That will be exhibit 1 to the auction.
13       (Exhibit 1, Order Approving Bid
14  Procedures, marked for identification,
15  this date.)
16       MR. WEINSTEIN:  Can we go off
17  the record one.
18       (Discussion held off the
19  record.)
20       MR. GALARDI:  So we'll start up.
21  Ready to go.  So I'd to first
22  introduce into the record the order
23  approving selection of -- the order
24  approving bid procedures for the sale
25  of substantially all of the debtor's

Page 8

1
2   assets, approving procedures for the
3   assumption and assignment of executory
4   contract and unexpired leases in
5   connection with the sale, and
6   authorizing the debtors to enter into
7   stalking horse agreements and
8   approving certain bid protections,
9   subject to a further hearing,
10  scheduling a sale hearing, and
11  granting certain relief.  It is
12  Docket No. 566, and that's Exhibit 1
13  to today's auction.
14       The next document that I would
15  like to introduce into the transcript
16  is a Notice of Filing of Stalking
17  Horse Agreement With Proposed Bid
18  Protections.  That is Docket No. 618,
19  again, in the Aerogroup International
20  cases.
21       (Exhibit 2, Notice of Filing of
22  Stalking Horse Agreement With Proposed
23  Bid Protections, marked for
24  identification, this date.)
25       MR. GALARDI:  And the third

Page 9

1
2   document that I want to introduce into
3   the record to commence the auction is
4   the Order Approving the Selection of
5   Stalking Horse, Approving the Bid
6   Protections, and Granting Related
7   Relief.  That is found at Docket No.
8   635.
9        (Exhibit 3, Order Approving the
10  Selection of Stalking Horse, Approving
11  the Bid Protections, and Granting
12  Related Relief, marked for
13  identification, this date.)
14       MR. GALARDI:  And with that,
15  what I would like to do before we take
16  our first break is to have people in
17  the room identify which -- who will be
18  speaking for each of the group.  And
19  what I would ask is that once you
20  identify yourself as speaking for the
21  group, to please take the same seat
22  each and every time you come back into
23  this room.  Let other people sit in
24  other places.  It will be easier for
25  the court reporter to determine who is

3 (Pages 6 - 9)

Page 10

1
2  speaking, and obviously if somebody
3  wants to speak that is not identified
4  themselves, please identify yourself
5  prior to speaking.
6      What I would like to also advise
7  the parties here today is that, in
8  various forms or fashions, we had
9  received interest from the following
10  parties, and you will call them bids.
11  I will say, quite candidly, some of
12  the bids are less formal than others,
13  but bids and qualified bidders that I
14  will say are in the room are:
15      1.  Alden, and on behalf of
16  Alden, who will be speaking today.
17      MR. PREIS:  Arik Preis, from
18  Akin Gump.
19      MR. GALARDI:  So at some point,
20  when he comes back, we'll have him sit
21  in one seat as the speaking party.  So
22  he will be one of the primary parties
23  speaking today from Akin Gump.
24      We also have still the bid from
25  the Aero Brands Group.  And who will

Page 11

1
2  be speaking on behalf of Aero Brands
3  today?
4      MR. GINDI:  Ralph Gindi.
5      MR. GALARDI:  Now, as we go
6  forward, we also have Wiesner, an
7  independent bidder, in the event that
8  it seeks at some point during this
9  auction to be a separate bidder.  Who
10  will be the speaking party on behalf
11  of Wiesner?
12      MR. MIZRAHI:  Jack Mizrahi.
13      MR. GALARDI:  What I would ask
14  then, Jack, if you're in here, or at
15  some point what I'd rather have is the
16  speakers come closer to the court
17  reporter as we move forward with the
18  auction, but, again, I'll leave that
19  to you.
20      Bid we did in fact receive with
21  a deposit brought in by the Aero IP
22  group -- that is the name of an
23  acquisition entity -- what I would
24  like to have identified is the name of
25  the counsel for -- the speaker for the

Page 12

1
2  acquisition company.  I will say, at a
3  certain point, if that bid becomes
4  relevant, because of the obligation to
5  assume and assign contracts, the
6  debtors have information, it is
7  confidential who that bidder is, we
8  believe they have financial
9  wherewithal, but, at some point, if
10  there's going to be an assumption or
11  rejection of contracts as we're moving
12  forward, obviously identity of that --
13  the money behind that will have to
14  have to come out on the record.
15      With respect to that, who will
16  be speaking on behalf of Aero IP?
17      MR. DESIDERIO:  Chris Desiderio
18  from the Nixon Peabody.
19      MR. GALARDI:  I don't see
20  present in the room, but perhaps they
21  are.  We have also deemed Tata Moveon,
22  or whatever name they've gone for, but
23  perhaps I'm not familiar with the
24  person who would be here, we've deemed
25  them to be a qualified bidder for the

Page 13

1
2  purposes of this auction should it
3  want to bid.
4      Is anyone here on behalf of Tata
5  Move On?
6      So I think it's unlikely we will
7  receive a bid from them.
8      I've also deemed as a qualified
9  bidder in its third- and fourth-lien
10  position, and independently, the
11  Palladin, as the agent for the third-
12  and fourth-lien lender.  I know
13  there's persons here.  Who will be
14  speaking on behalf of Palladin?
15      MR. SCHWARTZ:  Mark Schwartz.
16      MR. GALARDI:  And finally, we
17  received a bid from Hilco, with
18  respect to an inventory bid --
19  inventory and AR -- to be coupled
20  with, if there turns out to be an IP
21  bid, to be potentially be coupled with
22  that bid.  I don't see anyone from
23  Hilco here, but I may be mistaken.  Is
24  there anyone here from Hilco?  They
25  asked to be contacted in the event

4 (Pages 10 - 13)

1
2    that the bidding turns that way.  So
3    that's not surprising to me.
4         Now, the other interested
5    parties in the -- consultation parties
6    are in the room -- and I know there's
7    a question about the consultation
8    parties, but I will go through them
9    one at a time.
10        The DIP lender, Polk, is a
11   consultation party, and I know they're
12   in the room.  Who will be speaking for
13   Polk today?
14        MR. HIRSCH:  Robert Hirsch,
15   Arent Fox.
16        MR. GALARDI:  THL is also a
17   consultation party and a lender in the
18   case.  Who will be speaking with
19   respect to THL?
20        MR. MURPHY:  Mat Murphy, from
21   Paul Hastings.
22        MR. GALARDI:  And finally, the
23   Unsecured Creditors Committee is also
24   a consultation party with respect to
25   the bids.  Who will be speaking on

1
2    behalf of the Unsecured Creditors
3    Committee?
4         MR. KLEIN:  Michael Klein, of
5    Cooley LLP.
6         MR. GALARDI:  Now, with respect
7    to yesterday, I will make it the
8    third- and fourth-lien parties were in
9    fact consultation parties.  In light
10   of the fact that Palladin is the agent
11   is part of a bid, and because we were
12   considering a bid that actually came
13   from a group, the Aero Brand Group, as
14   Palladin, we have not used them as a
15   consultation party.
16        I've been asked the question and
17   I will say it now and we'll talk about
18   it as time goes on, as everyone knows,
19   and I believe THL has made clear, THL
20   is a consultation party, THL has a
21   right to credit bid, as does Polk have
22   a right to credit bid.  My view is
23   that they will still remain
24   consultation parties until such time
25   as there is a bid and there is an

1
2    allocation bid or there is something
3    of that, at which point we will take a
4    break and figure out how best to
5    handle that among the other
6    consultation parties.  I may be
7    rapidly down to one other consultation
8    party.
9         MS. MARCUS:  Greg?
10        MR. GALARDI:  Yes.
11        MS. MARCUS:  Jacqueline Marcus,
12   for Palladin.  In the event that the
13   bid that includes the Palladin Group
14   drops out, we would be consultation
15   parties.
16        MR. GALARDI:  And I agree with
17   that.  For the exact same opposite
18   reason, I would think that's a fair
19   request and we will obviously consider
20   that when and if -- we hope you don't
21   drop out, but, when and if you do, we
22   will come back to that point.
23        MS. MARCUS:  Thank you.
24        MR. PREIS:  Art Preis, for
25   Alden.  Did you want to say something

1
2    else about that or can we respond to
3    that?
4         MR. GALARDI:  I didn't want to
5    say something else about it.
6         MR. PREIS:  So we object on the
7    record to the idea that -- to any
8    concept where Tommy Lee is permitted
9    to begin the day as a consultation
10   party and at some time switch and
11   become a bidder.  It is inappropriate
12   that they receive any information that
13   other bidders don't in their capacity
14   as consultation parties.  And,
15   therefore, we think it is appropriate
16   that, at the beginning of the day, the
17   debtors require Tommy Lee to make a
18   decision that is binding on them the
19   entire day as to whether they are a
20   consultation party or a bidder.  And
21   for the same reason that it applies to
22   THL, we would the require it of Polk.
23        MR. GALARDI:  Okay.  We
24   disagree.
25        With respect to Palladin and the

5 (Pages 14 - 17)

1
2    third-party lenders, we had an
3    additional issue of an insider to be
4    evaluating bids. With respect to THL,
5    until I have an allocation issue, we
6    think it is more beneficial for the
7    estate to have them in the situation.
8    To the extent that there is
9    information that would be -- we
10   believe is detrimental to the bid
11   process, we will exclude them at that
12   point, but we're going to proceed
13   under the way that I've said is.
14        MS. MARCUS:  And, for the
15   record, Jacqueline Marcus for
16   Palladin, as the third- and
17   fourth-lien lenders, we object. We
18   oppose your request and we believe
19   that THL should not be forced to make
20   a decision right now.
21        MR. PREIS:  That's fine.  We
22   reserve our rights, to the extent --
23        MR. GALARDI:  Absolutely.
24        MR. PREIS:  Let me finish.
25        -- to the extent that, at the

1
2    end of this today, that we are not
3    declared the winner, we will object to
4    any sale in which, at some point
5    during the day, Tommy Lee was afforded
6    the right to be a bidder after they
7    started the day as a consultation
8    party.
9        MR. GALARDI:  Okay.  With that,
10   what I would suggest is we take a
11   break -- oh, I will say, there was one
12   condition under the Bid Procedures
13   Order that requires us to provide a
14   higher or better bid with respect to a
15   document that would be a higher and
16   otherwise better bid to our current
17   stalking horse bidder, which is Alden.
18        At the present time, we do not
19   believe that there is a higher or
20   otherwise better bid, but we are going
21   to go into consultation, I believe
22   first with Bluestar, with respect to
23   its bid, to discuss it.
24        Anybody who was at the hearing
25   yesterday understands that Bluestar

1
2    believed that it was a higher or
3    otherwise better bid.  We are standing
4    by our view, though, the court did not
5    have to rule on it, that it was not,
6    but we are going to discuss with them
7    the situation, the circumstance.
8        I will tell all bidders that,
9    with respect to this auction, one of
10   the things that we are going to look
11   very, very favorably upon is -- and it
12   will vary depending upon the bidder --
13   as was pointed out by Palladin, and I
14   believe everybody has the same
15   issue -- we need to close this
16   transaction as absolutely quickly as
17   possible because of a minimum cash
18   burn of $700,000 a week.  That means
19   that a bidder who is willing to waive
20   a final order is going to create value
21   to the extent they can add certainty
22   to the close date.
23        I will note that, as I count,
24   and assuming the order gets entered
25   tomorrow, that means that we are

1
2    looking for a closing before March
3    3rd, because, if you stand on your
4    final order, and February has 28 days,
5    by my calculation -- I could be
6    wrong -- March 2nd is the last day and
7    March 3rd is the closing.
8        I know that we had a closing
9    date in the Bluestar bid of March 1st.
10   I know we have a closing date in the
11   Alden contract of 2/23. I think it is
12   absolutely critical that that issue be
13   addressed.  That is one fundamental
14   question.
15        Second, we are looking for
16   confirmation from bidders that they
17   will stand as a -- if they are not the
18   winner of the auction, that they will
19   remain ready, willing, and able to
20   close that transaction in the event
21   that the first bidder does not close
22   by the date that they say they will
23   close by.  That will be of value to
24   the estate and we are to give full
25   disclosures in conversations with the

1
2  lenders regarding what that might mean
3  for expenses in the event that they
4  are forced to close and stay there.
5  I'm not going to say anything more
6  about that, but we are going to have
7  those discussions.
8      MS. WEISS:  This is Janet Weiss
9  for Aerogroup.  I do have a question
10  about that.
11     MR. GALARDI:  Sure.
12     MS. WEISS:  Did you say it's
13  passed the date that they are supposed
14  to close, the drop-dead date?
15     MR. GALARDI:  Correct.
16     MS. WEISS:  Or is actually
17  drop-dead date, or termination?
18     MR. GALARDI:  I think it's the
19  closing -- I'm gonna work through
20  whether that is.  So I will give an
21  example.  Suppose somebody tells me
22  they're going to close on 2/23,
23  they're refusing to say that it's on a
24  final order; right?  I could say that
25  closing date is meaningless, because

1
2  you still are relying on your final
3  order; and if you don't close on the
4  23rd, I'm going to suggest that I can
5  go to the second bidder on that date.
6  I'm going to make that clear.
7      Now, I don't have that
8  circumstance now, but I want people to
9  understand that, given the unfortunate
10  circumstances we are in, there is
11  value for that on certainty of date of
12  close.  So, please, understand that
13  when you think about these bids.
14     Also, again, I appreciate
15  Bluestar, Alden, and everybody's
16  efforts to date, over the long weekend
17  stalking horse bids.  We are going to
18  look much more carefully at reps,
19  warranties, closing conditions.
20  There's been a lot of discussion about
21  that, but I want to understand, I want
22  everybody to understand that also goes
23  to our closing.
24     Next, I want everybody to
25  understand certain assumptions that we

1
2  have made about inventory and AR,
3  because those are, I think, important
4  numbers.
5      In comparing bids, I think
6  people have heard that there's
7  probably something north of five
8  million dollars of cash in the
9  company's accounts today.
10     The bids were compared on
11  closing dates, believing there was a
12  million dollars in cash, because there
13  are -- I'm going to say it in my basic
14  way, but we'll get more granular about
15  it -- there was reserves with respect
16  to, for example, professional fees,
17  carveout, because there was a budget
18  through December 13 -- January 13th of
19  this year, and there were carveout
20  expenses.
21     There were also what I will call
22  operating losses that would that would
23  occur, and that roughly added up to $4
24  million.
25     With respect to that, the

1
2  assumption, I think, is to think about
3  it in two buckets.  We expect to -- we
4  expect to spend approximately four or
5  five million dollars by a closing date
6  of 2/23, I believe is the fair number.
7  We'll go through more as this becomes
8  relevant to people.  2.2 of that is
9  approved professional fees for the
10  committee, my firm, other firms that
11  have actually gone through the
12  process, had a C & O entered.  Those
13  are going to be and were always going
14  to be disbursed.  The other operating
15  is going to be disbursed over the
16  course of the time.  Obviously, there
17  will be receivables.  I just want
18  people to understand that, because I
19  know both bids contemplate cash pluses
20  and minuses.  We treated both bids
21  under the assumption that, as I said,
22  four of the five would be spent, but I
23  do want people to understand that, and
24  I think, as we go through the bid
25  process, there will be a lot of

7 (Pages 22 - 25)

1
2  discussion about inventory, how
3  inventory turns into receivables, how
4  there's cash, and how those numbers
5  all work.
6      There has been, as you can just
7  tell between Bluestar and Alden, a
8  disagreement in the charts.  We're
9  sticking to our chart, but I
10  understand that that will be a
11  discussion.
12      So, like every auction, I would
13  expect I'm going to adjourn now, you
14  can all hang out here, but it's
15  probably going to be at least an hour
16  before we come back, because I think
17  there's a number of issues to talk
18  through, especially with what we
19  believe is not the highest and best
20  bid right now, about their bid and
21  understanding the numbers so we can
22  all get on pages.
23      We are putting value, obviously,
24  on things like the Wiesner document.
25  Bluestar doesn't have that.  As you

1
2  deal was not viewed as the higher and
3  better by the debtors, give them that
4  explanation.  They may never be
5  satisfied, but that's -- but we'll
6  tell them where we're going to defend
7  ourselves and I think that's the most
8  productive thing for the next, I'm
9  just going to predict, an hour, and
10  I've been notoriously wrong about
11  time.
12      MS. MARCUS:  Greg, it's a little
13  bit in anticipation, but to the extent
14  that you indicated that the -- I think
15  it's called Aero IP Group, has not
16  been identified, if they make a bid,
17  when we come back into this room,
18  Bluestar and Palladin are going to
19  request that they identify
20  themselves --
21      MR. GALARDI:  Absolutely.
22      MS. MARCUS:  -- because the
23  other bidders can't possibly evaluate
24  the value of that bid without knowing
25  who's behind it.

1
2  know from the Alden contract, we have
3  taken a deduction for Weisner and Tata
4  and those types of license issues of
5  $1.5 million.
6      We hope you take the opportunity
7  to discuss amongst each other
8  resolving these issues, although I
9  know with Weisner on the bidding group
10  that may be different, but I'm just
11  going to suggest it.
12      I've also said reach out to Tata
13  if you want to reach out if you're a
14  bidder.  I've encouraged Alden to do
15  so, I've encouraged Bluestar to do so.
16  I would encourage Aero IP to do so, if
17  that becomes an issue for them.  Reach
18  out, touch them, talk to them.
19      I think we will come back in a
20  little while, give you more of our
21  analysis so that we can try to play
22  apples-to-apples with everybody
23  playing on that game, but I think the
24  first thing is get to a meeting of the
25  minds with Bluestar about why their

1
2      MR. GALARDI:  I believe that
3  that's a fair request, and we -- you
4  know, you've noted it, I've noted it,
5  because once they bid, they're
6  bringing in their contracts, and once
7  they -- and if I'm going to consider
8  it a higher or better, we're going to
9  have to evaluate what that means for
10  assuming and assigning contracts.  You
11  know that, we sort of told you that,
12  you guys can decide.
13      MR. DESIDERIO:  We'll deal with
14  it.
15      MR. GALARDI:  I understand
16  everybody will deal with it, everybody
17  has been through this too many times
18  to... Arik Preis?
19      MR. PREIS:  Let's go back to the
20  cash issue.  The company has a
21  four-week cash budget that the DIP
22  lenders have, Tommy Lee has, and we
23  believe Palladin has.  We also know
24  that BRG has spent time orally telling
25  Alden that that budget is -- shouldn't

1
2    be relied on because there are some
3    various changes to it. We have
4    requested, and now say on the record,
5    we requested to actually see the
6    budget and then to see the bridge.
7    It's somewhat -- we believe, it's --
8    it would be helpful as we go through
9    this process, especially in light of
10    what you just said --
11        MR. GALARDI: Yes.
12        MR. PREIS: -- about the cash
13    and to see both the original forecast
14    and the bridge.
15        MR. GALARDI: And --
16        MR. PREIS: And all bidders
17    should see it.
18        MR. GALARDI: And actually what
19    I was going to say is that I think
20    what we should be working on is
21    exactly to put something in the record
22    of this so people understand what we
23    have so we begin all playing with the
24    same information, don't have a
25    disagreement. Part of the hour to

1
2    hour and a half is to make sure that
3    we have those numbers, because they
4    clearly do affect each party's bid in
5    the way in which we see it valued to
6    the estate. So we're going to try to
7    make that and accommodate that
8    request. We also all have to
9    understand something else about that.
10    And I'll say it from my side. The
11    lenders have approved a budget, which
12    we're not saying was adequate in the
13    first instance, we're not saying it's
14    adequate later on. So we will do
15    that.
16        Now, what I'm going to give
17    you is --
18        MR. WEINSTEIN: I just want to
19    make -- Mark Weinstein. I want to
20    make one clarifying point, because I
21    believe Mr. Preis said not to rely on
22    it. I just want to be clear. You
23    could rely on it to the extent that
24    that is the current budget from now
25    till 2016 that the company has

1
2    operated on that was arrived at after
3    negotiations with the lenders. You
4    cannot rely on it as an accurate
5    reflection of the cost to do the --
6    run the business in a regular state.
7        And that, I want to be clear,
8    you can rely on it as to what we are
9    being held to now. It is not an
10    accurate reflection of what it takes
11    to run the business, if you would, run
12    it in the manner we believe it should
13    be run.
14        MR. GALARDI: And once we put it
15    in, I'm sure we'll have a discussion
16    on the record about that, I have no
17    problem having it, but everybody
18    should have the same information, and
19    that's what we're going to work on.
20        Any other questions before we
21    break? Again, apologies. We've all
22    been through this before. There's
23    going to be a lot of type off the
24    record. And so what I would suggest
25    is we break and I think the debtors

1
2    will meet with Bluestar, if that's
3    acceptable to Bluestar.
4        (Time noted: 10:41 a.m.)
5        (Recess.)
6        (Time noted: 1:20 p.m.)
7        MR. GALARDI: Back on the
8    record. It's Gregg Galardi again, and
9    I appreciate everybody's indulgence in
10    the time. And, again this going to be
11    relatively short, and I think it's
12    just getting all of the preliminaries
13    ready so that we could actually
14    commence bidding at an auction.
15        (Exhibit 4, updated cash
16    numbers, inventory numbers, AR
17    numbers, Debtors updated valuation of
18    the Alden bid at this time, marked for
19    identification, this date.)
20        MR. GALARDI: When we broke, I
21    said we would create or give to you
22    two pieces of paper, and I think this
23    will help everybody going forward.
24    I've given to the court reporter
25    what's marked as Exhibit 4. This is

1
2    with updated cash numbers, inventory
3    numbers, AR numbers, our valuation of
4    the Alden bid, and how we came to
5    the -- how we came and now come to the
6    conclusion it is the highest or
7    otherwise best bid.
8        Importantly, in this document is
9    it's an assumed closing date of
10   February 23rd, 2018.  And we'll hand
11   out this piece of paper to
12   everybody -- Jean, why don't you give
13   everybody a piece of paper so they can
14   look at it -- that's going to be
15   Exhibit 4 for the transcript --  the
16   headline number, and then we will walk
17   through numbers, because I think it
18   will be instructive for people when
19   formulating their bid.
20       The number for net distributable
21   proceeds from the estate of the bid is
22   $16,552,127, again, assuming a closing
23   date of 2/23, and cash and inventory
24   adjustments.
25       (Exhibit 5, wind-down budget

1
2    calculated from February 3, 2010
3    through March 10, 2018, marked for
4    identification, this date.)
5        MR. GALARDI:  The second
6    document that we are going to put into
7    the record -- and not necessarily that
8    they are completely related, but it
9    was mentioned earlier and then
10   everybody will have -- marked as
11   Exhibit 5 is -- we'll call it a
12   wind-down budget.  It is a budget that
13   went from February 3rd through March
14   10.  Everyone will be able see it.
15       (Exhibit 6, series of notes
16   regarding the assumptions and how to
17   understand the budget qualifications,
18   marked for identification, this date.)
19       MR. GALARDI:  And we will be
20   giving out -- there had to be a quick
21   last correction -- as Exhibit 6 a
22   series of notes regarding the
23   assumptions and how to understand this
24   budget qualifications.  As
25   Mr. Weinstein said before, this is a

1
2    DIP budget, or a budget that was
3    approved only through, I guess it's
4    the week ending February 16th, and
5    then has other cash numbers, wind-down
6    fees, etc.
7        So there will be a third
8    document, Exhibit 6, which will be
9    notes to that.  I don't think we need
10   to take too much time right now to
11   discuss that.
12       I'm going to do my best to
13   explain in the Alden bid so that
14   people have it, understand it, and
15   have the adjustments to it and
16   understand the adjustments to it so
17   that -- and I'll defer to Mark
18   Weinstein or David Bernstein or Rich
19   or Jean from Piper when I screw it up,
20   but just so everybody understands.
21       The base purchase price that
22   they offered to us was $23 million.
23   There will be a sale of inventory from
24   yesterday, or from the 2/12 date, to
25   the close that will result in an

1
2    inventor adjustment of $1 million
3    plus.
4        There is also a reduction as a
5    result of about $91,000 -- $92,000,
6    which assumes that there will be $1
7    million in collection of AR and
8    1.2 million of AR generation.  So it
9    comes out to 91.
10       The cash number, as I explained
11   earlier is not a simple, oh, we had
12   five million, we've paid fees, it goes
13   down straight.  There's -- we give
14   them back as a positive, because there
15   is a left-behind cash number.
16   Obviously, as we sell inventory down,
17   cash, or AR, goes up.  This is AR
18   turning into cash, gets us, even
19   though we are at projected to pay --
20   and then you'll look at the
21   payments -- 80 percent of the cash
22   which goes to estate constitutes $2
23   million.  20 percent is currently
24   being taken.  I'll let -- people more
25   sophisticated at doing the math can

1
2  tell you what that means, that Alden
3  would take home as cash on the
4  accounts, but that, from the debtor's
5  perspective, is $2.
6      The expense reimbursement,
7  again, assuming a closing of the
8  transaction is -- or an overbid -- is
9  $450,000, which was a deduction.
10     As we have explained to all the
11 bidders, we took a very
12 conservative -- and I'm going to keep
13 underlining -- conservative estimate
14 of cure costs, and all bidders, until
15 they tell us the actual contracts, all
16 bidders have been deducted the same
17 amount of $2 million as the cure cost.
18 Okay? So I want everybody to
19 understand that.
20     Oh, I skipped over Wiesner. How
21 could I have done that? There was a
22 $1.5 million deduction, as we had
23 mentioned on the record for assuming
24 no favorable ruling on the bankruptcy
25 or Weisner and Tata do not have

1
2  agreements within ten days of the
3  closing -- or I think it is "or the
4  final order" -- I can't remember -- we
5  deduct the $1.5 million from the Alden
6  bid for that purpose, and so that we
7  get to a gross distributable proceeds
8  of just under $20 million.
9      Then, so everybody understands
10 what we have set form as reserves, the
11 reserve number, I think, was probably
12 about 3.8 as of, you know, maybe
13 yesterday, two days ago.
14     There are professional fees that
15 have pended. Those payments have been
16 made, which goes to reflect the
17 carveout. Those were payments
18 approved, obviously subject to
19 everybody's objections to the fees
20 that were approved and in the budget
21 through the period ending January
22 13th.
23     There's a trigger notice
24 carveout -- again, subject to
25 everybody objecting -- that, once they

1
2  give the trigger notice, there's 175
3  that had to be put out there.
4      There are accrued budgeted
5  professional fees for the period from
6  January 19th through February 16th
7  that have not been approved --
8  obviously fee applications are not in
9  there -- that we included a reserve.
10 These are all deductions.
11     There are a series of
12 miscellaneous administrative expenses
13 that we deducted from everybody based
14 upon sales tax and some other things.
15 They are not administrative claims
16 with respect to contracts or
17 inventory.
18     And then there is a transaction
19 fee from Piper Jaffray that is at the
20 619. That may be plus or minus
21 80,000, depending upon whether it's
22 got an approved fee and comes off the
23 top or it's here. There's an $80,000
24 swing, but everybody's been treated
25 the same for this purpose.

1
2      Therefore, as we sit here, based
3  upon our analysis of the bid, it has
4  net distributable proceeds of
5  $16,552,000. There are two other
6  bidders in this room that have given
7  us, I wouldn't call it
8  apples-to-apples bid, but they are
9  close. We are going to discuss with
10 them specifically their bids, but,
11 since they are not considered higher
12 and better, it is in the discussion of
13 what you could do to make a higher and
14 better bid and meet the bidding
15 increment.
16     Since I only studied one page
17 before coming back in, I'm not going
18 to talk about the cash page. I think
19 that that would be better with the
20 financial people at a break.
21     As to the document, we can hand
22 out what I've now had marked as
23 Exhibit 6, which is essentially an
24 explanation of that four-week budget
25 with assumptions. Why don't we pass

11 (Pages 38 - 41)

2    that out so that everyone has it.
3        And what I'm going to say is, I
4    know -- so there's a couple of things:
5    We will start, hopefully start
6    bidding -- again, if I say a half
7    hour, it will be an hour -- by 2:30.
8    I believe we have bidders.
9        Having thought about the THL
10   situation, to some extent, at some
11   point, whether it's the first overbid,
12   the second overbid, the third overbid,
13   or after the people bid at least,
14   we're going to ask you whether you're
15   going to bid.  Okay?  And I think
16   that's the that the only fair way to
17   do it, because then we go to the
18   consultation parties.
19       MR. MURPHY:  Thank you.
20       MR. GALARDI:  And I don't
21   want -- and I think the bidders would
22   agree, I don't want to go a whole day
23   with bidding round robin, and all of a
24   sudden, here's a credit bid.  I don't
25   think that's the right way to proceed.

2    So I think my general rule with
3    auction is bidders should bid at each
4    round and then you pass your route.
5    That's sort of the way that I would
6    play it and I would play it with you
7    that way.  I understand that may be a
8    burden on us, too, because we may have
9    to deal with allocation and valuation
10   issues.  We understand that, we're
11   going to work on that in the meantime
12   as well.
13       MR. MURPHY:  Okay.
14       MR. GALARDI:  Are there any
15   questions before now taking the next
16   break?  What I would ask is any bidder
17   who wants to bid, please look at these
18   numbers, ask them to run, PJ -- you
19   know, Piper's done it, we've done it,
20   we can work through what it would take
21   to, say, beat that minimum bid
22   increment of 500, above this, but
23   we're looking at net proceeds.
24       I will say at this point -- and
25   it's going to be an issue, I know it

2    will be -- to the extent bidders are
3    assuming what I'll call the Asian
4    inventory -- I don't know the
5    politically correct way to do that,
6    but there is a $6 million
7    administrative -- relief of
8    administrative liability.
9        I know the lenders -- the
10   committee is here.  I know the lenders
11   don't see value in that.  The estate
12   must see value in that.  What actually
13   happens with that, we may have a
14   discussion at that, but I wanted
15   everybody to be aware that that is an
16   issue that we're just going to have to
17   deal with when the time comes up and
18   the bid includes it or not includes
19   it.
20       I did -- and I will point to the
21   language that's in the Alden
22   agreement, we do believe there's
23   value, we have not put numbers on it.
24   For going concern bidders, to the
25   extent you are having conversations

2    with vendors -- I believe there are
3    even two vendors here who are more
4    than willing to have conversations --
5    to the extent you get deals with
6    vendors, and relieve the estate of
7    liability, because the way in which we
8    have talked to Alden about it is, if
9    you get a deal, make sure your deal
10   waives the claim for administrative
11   expense against the estate -- please
12   keep us posted, because we do see that
13   as value, the committee sees that as
14   value and, as I mentioned, we may be
15   down to just two consultation parties
16   in fairly short order, and the
17   committee will obviously consider the
18   concerns of all the parties, but
19   that -- I do want to put that on the
20   record, just to be clear.
21       Any questions?
22       MR. PREIS:  First, the question
23   is:  Is this budget, this the debtor's
24   proposed wind-down budget, or has this
25   been approved by the DIP lenders and

1
2  THL.
3      MR. WEINSTEIN:  It's exactly the
4  way it was previously described, which
5  is the previously-approved DIP budget
6  approved by the lenders.
7      MR. GALARDI:  Only goes through
8  February 16th.
9      MR. PREIS:  Right.
10     MR. GALARDI:  Anything after
11 February 16th is not approved by the
12 DIP lenders.
13     MR. PREIS:  Well, that was my --
14     MR. WEINSTEIN:  Well, let me
15 clarify that.  I'm glad you brought
16 that up.  So you will see expenses on
17 the 24th.  Those are accrued prior, so
18 that's payroll and retention bonuses
19 which are accrued.  They just wouldn't
20 be paid till the follow week, and
21 sales tax, the same exact issue, so
22 that doesn't contemplate additional --
23     MR. GALARDI:  And you'll look at
24 the wind-down professional fees.  You
25 see the 720 number?

1
2      MR. WEINSTEIN:  The same issue.
3      MR. GALARDI:  You'll see in the
4  deductions that same 720 number
5  because it's accrued and unpaid.
6      MR. WEINSTEIN:  So all of those
7  expenses were approved, they were
8  accrued and incurred prior, up to the
9  16th.  They're just paid in the
10 following week.
11     MR. PREIS:  So, past February
12 16th, other than those things that
13 Mark just mentioned, this is just the
14 debtor's proposed budget; it hasn't
15 been approved?
16     MR. GALARDI:  Well, let's put it
17 this way and I'm going to be on more.
18 I'm not proposing this.  I think it's
19 probable too light to run the estate.
20 That said, we'll have a conversation
21 with people.  We wanted to give you a
22 roughest estimate.  We're never saying
23 it's adequate, and we're not saying it
24 keeps people in place.
25     MR. WEINSTEIN:  Yeah, I mean, to

1
2  be clear, I think it was you,
3  actually, requested to see the budget.
4  So this is the budget we've been
5  living under and that's
6  really -- this, as a purely factual
7  matter, this is the budget that was
8  approved.  As it relates to any
9  ongoing expenses, we do not have a
10 detailed budget and we just came up
11 for purposes of evaluating bids an
12 estimate of what the weekly burn is,
13 based on the current run rate, not on
14 any increments whatsoever bringing in
15 additional people, etc.
16     MR. GALARDI:  Yeah.  And let's
17 just look at -- very simply, look at
18 this way, Arik.  If you take 5, 6, 7,
19 8, 9, 10, all of those are negative
20 numbers.  Those are all accrued and
21 unpaid.  If you wanted salaries, you
22 wanted professional fees to actually
23 be added to those amounts, those are
24 not in here.
25     MR. PREIS:  That's fair.  The

1
2  reason I'm asking is because, as you
3  know, we have said February 23rd we
4  intend on closing.  That's in here.
5      MR. GALARDI:  Right.
6      MR. PREIS:  Other parties have
7  not.  It's important, if you say the
8  numbers here may be light --
9      MR. GALARDI:  Well, so I --
10     MR. PREIS:  -- then there's the
11 other bidders who don't close by
12 February 23rd are actually impacted by
13 that and --
14     MR. GALARDI:  And we
15 actually -- and I said on it on the
16 record again, and I'll be clear -- the
17 Bluestar bid, which -- I won't call it
18 the Bluestar bid -- the Aero brand
19 bid --
20     MR. PREIS:  Okay.
21     MR. GALARDI:  -- in calculating
22 a comparison to you to them, we
23 calculated roughly a burn late for
24 that additional week and discounted
25 their bid because of that extra actual

13 (Pages 46 - 49)

1
2    burn.  That number is not in here.
3    And we will explain that to them, but
4    this is how we get to your value.
5    When we get to the next one, we will
6    tell people, if you're not closing on
7    the 23rd, here is how much you're
8    getting deducted.  Right now, we're
9    deducting from -- from the Aero brand,
10   and depending upon how we get with the
11   other bidder, we are saying, we are
12   not waiving a final order, I know you
13   don't have an obligation, so we're
14   deducting up through March 3rd.
15       MR. PREIS:  Okay.  I appreciate
16   that.
17       Can I ask a second question?
18       MR. GALARDI:  You can.
19       MR. PREIS:  Is Tata in the room?
20       MR. KLEIN:  No, they're not.
21       MR. GALARDI:  Not that I know
22   of.
23       MR. PREIS:  You don't
24   technically represent Tata?
25       MR. KLEIN:  I don't represent

1
2    them technically.
3        MR. GALARDI:  There's nobody
4    here that technically represents Tata?
5        MR. PREIS:  So we are -- as you
6    know, we have this million and a half
7    deduction.  It's for all the license
8    disputes.
9        MR. GALARDI:  Uh-hum.
10       MR. PREIS:  We have asked for
11   information without the company's view
12   on the Tata dispute.  We -- we
13   assume -- right? -- because Palladin
14   was around when you guys have been
15   doing -- have been going through your
16   legal analysis on the Tata dispute,
17   that they have the benefit of it.
18   We've asked some questions and we're
19   more than happy to just have a session
20   where everybody hears the same thing.
21       MR. GALARDI:  I'm fine with
22   having the session, since I pretty
23   much know most of the Tata issue.  And
24   then these guys do, too.  So it really
25   has nothing to do with Palladin.

1
2        MR. PREIS:  But they may have
3    heard it, we haven't.  That's the
4    issue.
5        MR. GALARDI:  Fire away.
6        MR. PREIS:  So we sent a list of
7    questions in an e-mail last night,
8    this morning, like --
9        MR. GALARDI:  I'll take a look
10   at them, and maybe when we go on the
11   record, we'll put out publicly what we
12   can respond on that one.
13       MR. PREIS:  I don't think you
14   should do it on the record, because
15   hopefully it's privileged, but --
16       MR. GALARDI:  Well, then so I'm
17   not giving it to you if it's
18   privileged.
19       MR. PREIS:  I assume the bidders
20   would have a common interest with you.
21       MR. GALARDI:  I'm not sure
22   that's the case, but I will describe
23   what I can do.  Certainly with an
24   agreement with you, you have it.  I
25   agree with you that it should be fair.

1
2    We'll give you the view.  I don't
3    think there's any magic to Tata.  We
4    intend to reject their contract, they
5    intend to try to enforce it for X
6    number years.
7        MR. PREIS:  Look at our e-mail
8    and you'll see what the question is.
9        MR. GALARDI:  I will.
10       MS. WEISS:  Gregg, I have a
11   question.  If one of the bids is not
12   taking any of the cash, is this net
13   cash flow at 2.579, is that the amount
14   that that bid will be credited?
15       MR. GALARDI:  Gets up.
16       MS. WEISS:  Yes, okay.
17       MR. GALARDI:  Right.  Again,
18   when we give you your specific
19   analysis, we're going to talk about it
20   if you're leaving the cash behind,
21   then we're going to deal with it that
22   way.
23       Also, just so everyone knows, I
24   see cash as fungible.  Now that's a
25   novel idea.  So if I look at the Alden

14 (Pages 50 - 53)

1
2  bid and anybody get worried, oh, wow,
3  you're only gonna have 2 million in
4  cash, but you gotta pay two cures,
5  we'll pay it out of the purchase
6  price.  Right?  It's just that I want
7  you to understand -- everybody to
8  understand.
9        MS. WEISS:  I'm saying that's
10  the debt, total net cash flow
11  number --
12        (Overtalking)
13        MR. GALARDI:  So, in essence,
14  you would get the benefit of that in
15  your bid, because you left the cash
16  behind.  That's -- it's built in --
17        MS. WEISS:  Uh-huh.
18        MR. GALARDI:  -- if you closed
19  on the same date.  Okay?
20        Any other questions?
21        MR. DESIDERIO:  Will you guys be
22  meeting with Aero IP --
23        (Overtalking)
24        MR. GALARDI:  Everybody, every
25  one of you.  Yes, you too.

1
2        MR. DESIDERIO:  We're a serious
3  bidder, too.
4        (Discussion held off the
5  record.)
6        MR. GALARDI:  IP Co has asked if
7  we will meet with them separately.
8  They have met with financial people.
9  We have not met legally and gone
10  through this analysis with to them.
11  That is our next stop.
12        MR. DESIDERIO:  Thanks.
13        MR. GINDI:  So as it relates to
14  the Tata questions, are those going to
15  be disclosed or do we need to supply
16  you with our own list?
17        (Overtalking)
18        MR. GALARDI:  No.
19        MR. PREIS:  No, you can have the
20  same information.  Your co-bidder has
21  it, but we don't have it.  That's the
22  issue.  You may not have it.
23        MR. GALARDI:  Let's stop at the
24  co-bidders stuff and the Palladin
25  stuff.  The bottom line is we're going

1
2  to read the questions, we're going to
3  disclose what we can disclose.
4        MR. GINDI:  We'll all have the
5  same information?
6        MR. GALARDI:  And you'll all
7  have the same information.  What he is
8  gonna say, no, that's not true,
9  because I have an insider on your bid.
10  I don't want to hear about it.  That's
11  a fact, we're going to move on.
12        MR. PREIS:  It is a fact.
13        MR. GALARDI:  Okay?
14        MR. WEINSTEIN:  Well, just to
15  clarify, without the insider knowing
16  what your questions are, I don't think
17  it's fair to assume that he knows what
18  it is you're asking.
19        MR. GALARDI:  Okay.
20        MR. PREIS:  That's fair.
21        MR. GALARDI:  Enough.  We're not
22  in court, this is the record, we're
23  going to run the auction, we're going
24  to put the information on the record.
25  Okay?

1
2        MR. GABBAY:  Who is the other
3  bidder?  I know one company name.  I
4  don't know the -- I know there's a
5  third one.
6        MR. GALARDI:  I made a mistake.
7  It's Aero IP as I announced at the
8  outset.
9        MR. GABBAY:  Aero IP?
10        MR. GALARDI:  Yes.  And as I
11  also announced at the outset, and the
12  time is coming close, especially now
13  that he says he's a serious bidder, I
14  said that that was an acquisition, at
15  that time.  At some point, when he
16  makes the bid, we will ask that the
17  identity of the underlying entity,
18  because we're going to need it for
19  contract purposes, well identify the
20  underlying entity.
21        MR. GABBAY:  That's fair.  Thank
22  you.
23        MR. GALARDI:  With that, we will
24  break.
25        (Time noted:  1:41 p.m.)

15 (Pages 54 - 57)

Page 58

1
2      (Recess.)
3      (Time noted:  3:34 p.m.)
4      MR. GALARDI:  Back on the
5  record.  Again, everyone, I appreciate
6  your patience.  I actually think we're
7  going to now start getting to bidding.
8  Of course, then we'll go off the
9  record again.  But the first thing,
10  I'd like to first thank everyone.
11      And now, with respect to bidding
12  going forward, so I just sort of set
13  some rules about how we're going to do
14  it, in the first instance, since we
15  know that we have two other bids out
16  there that were attempting to be
17  stalking horse bids that we've had
18  conversations, the way I'm going to
19  start this, is to ask them whether
20  they have a bid.
21      I am also at that point going to
22  ask THL whether it is going to be
23  credit bidding or not, because I
24  think, as we go through this process,
25  if we get singular bids, to let

Page 59

1
2  bidders continue to go up, and not
3  have an understanding of whether THL
4  is going to credit bid or not credit
5  bid, we're going to ask them if they
6  are a bidder.
7      The other thing I'm going to
8  ask, and I'll start this with the --
9  with first with our current higher and
10  other -- our highest and best bid, is
11  Alden:  Alden, is there anybody with
12  whom are you are bidding other than
13  the parties on your asset purchase
14  agreement or indirect/direct, you
15  know, apparent company other than
16  that?  I just need to know this for
17  inclusive reasons or other reasons.
18  Is there anybody that you would like
19  to disclose or that you are currently
20  working with on your bids?
21      MR. PREIS:  No.
22      MR. GALARDI:  Now I'm going to
23  turn to both Aero IP and to Blue-- I'm
24  sorry, Aero Brand -- and ask them,
25  first, whether they would like to

Page 60

1
2  submit a bid at this point in the
3  auction.
4      MS. MARCUS:  Who would you like
5  to answer?
6      MR. GALARDI:  Whoever is the
7  representative from Aero Brands, would
8  they like to make a bid at this point
9  in that time.
10      MR. GINDI:  Yes.
11      MR. GALARDI:  Okay.  And I'll
12  say what my understanding of your bid
13  is, and you can correct me, unless you
14  would like to have the privilege of
15  saying it yourself, Ralph.
16      MR. GINDI:  No, go ahead.
17      MR. GALARDI:  Here's what I
18  understand the bid by Aero Brands to
19  be:  Aero Brands is keeping their
20  contract --
21      MR. PREIS:  Just before you
22  start:  Have the debtors made a
23  decision that this bid, there -- there
24  is a higher and better bid than
25  Alden's bid.

Page 61

1
2      MR. GALARDI:  Yes.
3      MR. PREIS:  You have made that
4  decision?
5      MR. GALARDI:  Yes.  And we're
6  going to give you the analysis, but I
7  understand that then there's
8  another bid and I'm not sure they're
9  going to want to put it on the record
10  yet, but we will go through that and
11  go through the analysis.
12      So let me go through --
13      MR. HIRSCH:  Robert Hirsh, on
14  behalf of the DIP lender.  I'm going
15  to object to that.
16      MR. GALARDI:  I have not
17  consulted with you yet, which I assume
18  is going to be your objection?
19      MR. HIRSCH:  Well, I also want
20  to know if there's now a higher -- the
21  debtors believe there's a higher and
22  better bid.  I'd like to know if THL
23  is going to credit bid before you hear
24  the other bids.
25      MR. GALARDI:  Well, first -- no.

Page 62

1
2    I don't think we have to yet have THL
3    declare whether it is a bidder.  So
4    I'm going to keep that this way.  I am
5    going to explain what I understand
6    this bid to be.  I've already said
7    before we leave and break or anything
8    else, one, people can talk about the
9    bid and we can all talk about the bid;
10   two, I've said at this point I do want
11   THL to be a bidder, but there's
12   nothing -- I'm not putting on a public
13   record, doesn't allocate, doesn't do
14   things of that sort.
15        MR. HIRSCH:  Then that's okay.
16        MR. GALARDI:  Thank you.
17        MR. HIRSCH:  Then I
18   misunderstood.
19        MR. GALARDI:  So, with respect
20   to the Aero Brand bid, what I
21   understand that bid to be is the
22   following:
23        It is the exact same contract
24   that was filed with their objection
25   yesterday, with the following, I'll

Page 63

1
2    call them, three changes:
3        First, they are moving up their
4    closing date to the date that we
5    valued the Alden bid on, which is
6    February 23rd.
7        Two.  They are waiving any
8    requirement that there be a final
9    order to close.  They have included an
10   outside closing date, drop-dead date,
11   of March 3rd as a date by which their
12   document will terminate or give the
13   debtors the right to terminate the
14   agreement if they don't close on or
15   before 3/3.
16        Three.  They have included an
17        Four.  They have agreed to
18   assume, at $100,000 a day, from the
19   period commencing on 2/24 to the date
20   3/3 a penalty, or pay the estate,
21   $100,000 a day to not close.
22        I'm going to ask this --
23        MR. WEINSTEIN:  One more change.
24        MR. GALARDI:  Okay.
25        MR. WEINSTEIN:  They modified

Page 64

1
2    their definition of the AR threshold
3    which impacts the bid as well.
4        MR. GALARDI:  And we'll give out
5    the analysis.
6        MR. HIRSCH:  That's okay.
7        MR. GALARDI:  And now I'm going
8    to ask one other question.  In the
9    event -- and I'm going to ask you -and
10   you can take a break, you can do
11   whatever that.
12        MS. MARCUS:  There's one more.
13        MR. GALARDI:  What?
14        MS. MARCUS:  We agreed to use
15   the same language with respect to the
16   Chinese payables.  That was the
17   only --
18        MR. GALARDI:  Correct.  The
19   inventory language that was included
20   in the Alden bid, where I said I
21   believe that this was value, but
22   failed to quantify it, or did not
23   quantify at this point, I've still not
24   quantified it, but they are taking
25   that language into their agreement,

Page 65

1
2    which has to deal with the 70 percent
3    credited administrative claims.
4        Then the only other question I
5    will ask you --
6        MS. WEISS:  One more thing:  The
7    assumption of the hundred thousand a
8    day is either -- it ends at 3/30 --
9    the earlier of 3/30 or when the bid is
10   terminated.
11        MR. GALARDI:  Correct.
12        MR. PREIS:  3/3 or 3/30?
13        MS. WEISS:  3/3.
14        MR. GALARDI:  And 3/3, the day
15   that they close or obviously
16   terminate.
17        Finally, I'm just going to ask,
18   because I failed to do it, if -- if
19   the Aero Brands group is not selected
20   as the highest and best bidder, will
21   you keep your offer open till 3/4, or
22   3/3 -- 3/4, it will be -- so that if
23   the successful bidder does not close,
24   will you stand ready to close at that
25   date?

17 (Pages 62 - 65)

1
2      MR. GINDI:  We haven't discussed
3  it.
4      MR. SUTTON:  We haven't
5  discussed it.
6      MR. GALARDI:  I'll ask you to
7  fill out that part and then come back
8  to us.
9      Now, I have an economic analysis
10  somewhere of this bid and how we
11  valued it, similar to the same form
12  that we used with respect to the Alden
13  bid.
14      MR. SUTTON:  Gregg, does it have
15  to be included in this, or can that be
16  our bid now?
17      MR. GALARDI:  If you say no now,
18  I understand your answer and I will
19  ask you.  I prefer that you say yes
20  now.
21      MR. GINDI:  You know what my
22  question would be, so... okay.
23      MR. SUTTON:  Should we have a
24  discussion with it or you want to
25  discuss it openly?

1
2      MR. GALARDI:  Let's wait.  Let
3  me walk through this and then we can
4  have a break, because I'm sure there's
5  some analysis.  And I've already heard
6  us accused of being lazy for not
7  putting side by side, so we'll start
8  doing that going forward, but leaving
9  that aside...
10      So let's go to the -- as you
11  will see, the number at the top stayed
12  the same.  There is an inventory
13  adjustment to reflect the change from
14  2/12 to 2/23.  There's not an account
15  receivables adjustment.  The cash
16  number is now valued at -- I want to
17  make sure I'm reading -- that's the
18  right one, Exhibit 7?  Yes, two-five.
19  I just want to make sure I'm getting
20  the right one.  The cash is two-five,
21  because there's a hundred percent cash
22  at 2/23.  The cure costs are still a
23  dollar-for-dollar $2 million
24  reduction.  The rest of the lines
25  below was the same as before, which

1
2  yields to, we believe, net
3  distributable value to estate of
4  $17,296,588.  If you compared it side
5  by side to the prior bid, that is
6  about seven hundred --
7      MR. SHINDER:  Roughly $750,000.
8      MR. GALARDI:  $750,000
9  additional net distribution proceeds
10  to the estate over Alden's calculation
11  of $16,552,127.
12      MR. PREIS:  Can we ask
13  questions?
14      MR. GALARDI:  Yes, you may.
15      MR. PREIS:  So, first question:
16  You guys are assuming a 2/23 close,
17  but they've built in this concept of
18  extending past 2/23 and they pay
19  $100,000 a day?
20      MR. GALARDI:  Correct.
21      MR. PREIS:  What does the estate
22  believe that the costs to the company
23  are after February 23rd?  If they're
24  covering 100,000 --
25      MR. GALARDI:  100,000 -- it's

1
2  100,000 or less.
3      MR. PREIS:  A day?
4      MR. GALARDI:  Yes.
5      MR. PREIS:  To run the company?
6      MR. GALARDI:  We said 100,000
7  for a week and -- I could do the math
8  of seven hundred divided by seven
9  equals one hundred a day.
10      MR. PREIS:  Because that wasn't
11  in your previous -- in the thing you
12  gave us before.
13      MR. GALARDI:  Actually it was.
14      MR. PREIS:  No, it wasn't.  You
15  had no disbursements for the weeks
16  after February 23rd.
17      MR. GALARDI:  What we did
18  say -- and yes, you're correct, that
19  wasn't in that budget, but what
20  Mr. Weinstein said was we have been
21  running at seven hundred a week, and
22  that's all we've now done is put the
23  number in there.
24      MR. PREIS:  Got it.  Okay.
25      MR. GALARDI:  Before we break, I

18 (Pages 66 - 69)

Page 70

1
2    will ask Aero IP whether they want to
3    put any bid on the record at this
4    time.
5        MR. DESIDERIO:  No, but we're
6    still formulating based on our
7    conversation with the debtor and its
8    professionals.
9        MR. GALARDI:  And on that
10    matter, just so everyone -- well, I
11    will -- I'll leave it at that.
12        And I guess I'll now turn to
13    THL.  Will you be a bidder or a
14    consultation party?
15        MR. MURPHY:  Are you prepared to
16    provide an allocation of the proceeds?
17        MR. GALARDI:  Before we go to a
18    second round of bidding, yes, we will
19    have to do that.
20        MR. MURPHY:  Okay.  Yes, we're
21    prepared to be a bidder.
22        MR. GALARDI:  Okay.  Fair
23    enough.
24        Yes?  Go ahead.
25        MR. PREIS:  Can we just say two

Page 71

1
2    things, one thing on the record?  Just
3    because I know you cut him off.  Just
4    so the record is clear, the debtors
5    have made a decision that this bid is
6    a higher and better bid without
7    consulting with the consultation
8    parties?  Is that correct?
9        MR. GALARDI:  Well, we talked to
10    the committee.  I believe you're aware
11    of the numbers, are you not?
12        MR. HIRSCH:  Just from now, the
13    numbers.
14        MR. GALARDI:  We will consult.
15    If they have a difference of opinion,
16    we'll come back and say so, but it's
17    the exact same analysis we've done
18    throughout the agreement.
19        MR. PREIS:  Throughout the
20    agreement?
21        MR. GALARDI:  Throughout the
22    week with them, you know, when we
23    valued the bid.  It's the exact same
24    formula.
25        MR. PREIS:  Okay.

Page 72

1
2        MR. GALARDI:  So we will --
3        MR. PREIS:  Wasn't to say
4    something?
5        MR. HIRSCH:  That's fine, no.
6        MR. PREIS:  Okay.
7        MR. GALARDI:  Fair.  Let's go.
8    He's a bidder, we should talk.
9        MS. MARCUS:  Is this the
10    appropriate time to ask if Aero IP is
11    going to be formulating a bid we be
12    told who the principals are?
13        MR. GALARDI:  When they bid --
14    as we said before, as soon as they
15    bid, they're making the disclosure.
16        MR. SCHWARTZ:  Do you want to
17    take a very short recess to talk about
18    that one other point before we --
19        MR. GALARDI:  You should take a
20    recess, I will take a break, but I
21    have to deal with Polk right now.
22        MR. SCHWARTZ:  Okay.
23        MR. GALARDI:  I thought we
24    consulted about the formula.  I'm
25    sorry if it's not the number --

Page 73

1
2        MR. HIRSCH:  That's okay.
3        MR. GALARDI:  -- but we'll deal
4    with it.
5        (Time noted:  3:48 p.m.)
6        (Brief recess.)
7        (Time noted:  7:23 p.m.)
8        MR. GALARDI:  On the record.
9    Again, everybody, thank you for your
10    patience.  Two things this want to
11    clarify from the last record.  We did
12    in fact, whether it's after the fact,
13    consult with the DIP lender, Polk, and
14    they did deem the bid of Aero Brand a
15    higher and otherwise better bid.
16        Second, we are going to make a
17    correction to that bid in the net
18    calculation.  Although it's still met
19    the bid increment, we failed to deduct
20    the breakup fee, expense
21    reimbursement, $450,000.
22        So we'll have a sheet of paper
23    to show what that value of that bid
24    actually is, because I'll go through
25    an explanation, to the extent people

19 (Pages 70 - 73)

Page 74

1
2    need it, but essentially, on -- we had
3    a net deduction of 450 from the bid
4    from Alden.  That's because, if Alden
5    closes, it is paying that 450 to
6    itself, in essence, less cash.
7        Whenever an overbidder bids, we
8    have to deduct that 450 from the
9    overbid to determine the value to the
10   estate.  We failed to do that.  Your
11   bid still exceeded the 500 increment,
12   but I want to give you the value,
13   because then it will make a difference
14   every bid from here on out.
15       Before I go forward, I also,
16   again, totally disjointed, I had asked
17   Alden are they bidding with any other
18   partners and to disclose any other
19   partners.  I want to finish that
20   before I go through the analysis of
21   the bid.
22       So, since Aero Brand has bid, I
23   want to -- and I know you may have cut
24   deals with vendors or otherwise, but
25   in the Aero Brand bid, what I

Page 75

1
2    understand the bidding party
3    consortium to be is Wiesner, Palladin,
4    and Bluestar.
5        So I make clear that there is no
6    collusive bidding, that somebody has
7    sort of taken, let's call it, that
8    bidder D on our chart, and said don't
9    show up, because I don't want you to
10   bid, I don't want to hide it, I don't
11   want to have a collusion issue, are
12   there any other main members to your
13   bidding group, whether by way of a
14   secured claim or by way of a financial
15   claim that are part of your group, or
16   did I identify the group correctly
17   with Wiesner, Palladin, and Bluestar.
18       MR. GABBAY:  As a claim against
19   this estate?
20       MR. GALARDI:  Yes.
21       MR. GABBAY:  No.
22       MR. GALARDI:  Okay.
23       MR. PREIS:  Wait.  You asked if
24   there are any other part or parts of
25   their bid, not just if they have a

Page 76

1
2    claim against the estate?
3        MR. SUTTON:  For part of Aero
4    Brand Holdings?
5        MR. GALARDI:  Yes.
6        MR. SUTTON:  No.
7        MR. GALARDI:  That's fine.
8        So that -- let me see now.  Do I
9    have the chart that takes the
10   extra --
11       MS. HOSTY:  That's what I just
12   gave you.
13       (Exhibit 7A1, Aerosoles Bid
14   Comparison - Key Financial Terms, for
15   Aero Brand, 7:15 p.m., marked for
16   identification, this date.)
17       MR. GALARDI:  So let's hand them
18   out.  I'm going to mark as
19   Exhibit 7A1, for lack of creativity,
20   what I just talked about with respect
21   to the Aero Brand bid to reflect the
22   fact that it was --
23       MR. GABBAY:  Sorry.  You
24   mentioned something about Alden having
25   a partner, they would divulge it.

Page 77

1
2        MR. GALARDI:  They did not have
3    it.
4        MR. GABBAY:  They do not have
5    it?
6        MR. GALARDI:  No, they divulged
7    before when I started the auction they
8    did not have a partner.
9        MR. GABBAY:  Okay.
10       MR. GALARDI:  So, with respect.
11       MR. SCHWARTZ:  Is that the
12   bidding on behalf of someone as
13   well --
14       MR. GALARDI:  Yes.
15       MR. SCHWARTZ:  -- for the
16   benefit of someone?  I'm just asking
17   for the record.
18       MR. GALARDI:  When you say
19   "bidding on behalf of someone",
20   they're bidding on behalf of their
21   affiliated entities.  If you're asking
22   me a totally third-party unrelated?  I
23   think that's the question I asked them
24   before.
25       MR. SCHWARTZ:  Or related party,

20 (Pages 74 - 77)

1
2    I guess.
3         MR. GALARDI:  We're not going to
4    get into related party, because I'm
5    sure no one wants every single
6    affiliate of their entities at this
7    point done.
8         Look.  Let's be candid.  I want
9    to know if somebody is colluding with
10   the old bidder or they've partnered
11   with one of the secured lenders.
12   That's really the substance of my
13   question.  Okay?
14        So I've just handed out the
15   revised analysis of the Aero Brand
16   deal, and so you can see the way in
17   which we will deduct this, and don't
18   be surprised you see another bid.  We
19   have right before net distributable
20   proceeds deducted the stalking horse
21   expense of $450,000.
22        That bid, 16,846,588, is still
23   overbid by 500,000 the original bid of
24   our stalking horse bidder, but it's
25   over by less.  That will become

1
2    relevant as we go through every round
3    of bidding.
4         Are there any questions about
5    that?
6         Okay.  So, at this point, I'm
7    going to turn the floor over to Aero
8    IP and ask if they would like to make
9    a bid to the estate.
10        MR. DESIDERIO:  Yes, we would.
11        MR. GALARDI:  Could you please
12   let me know what that bid is.
13        MR. DESIDERIO:  Do you want to
14   go through it at this point?  Do you
15   have a comparison sheet?
16        MR. GALARDI:  I have a sheet.
17   We're going to go through it.
18        MR. DESIDERIO:  Why don't you do
19   it, because you put the last one on
20   the record.  It will just be easier.
21        MR. GALARDI:  I'm going to mark
22   the sheet that's being handed out as
23   Exhibit 8.
24        (Exhibit 8, Aerosoles Bid
25   Comparison - Key Financial Terms, for

1
2    Aero IP, 7:15 p.m., marked for
3    identification, this date.)
4         MR. SCHWARTZ:  Are you handing
5    that out?
6         MR. GALARDI:  Yes.
7         MS. HOSTY:  Give it to
8    everybody?
9         MR. GALARDI:  Yes.  Before I run
10   through the numbers, I'm going to run
11   through what I understand to be the
12   changes to the asset purchase
13   agreement.  Okay?
14        Do we have your asset purchase
15   agreement?  We now have to give it out
16   to the parties.  We need to get a copy
17   of the asset purchase agreement and
18   give it to -- so we just need to put
19   it into the exhibits here.
20        So, let's get it out, because
21   everybody's talked about it.
22        MR. PREIS:  Who's the bidder?
23        MR. GALARDI:  Aero IP.  Let me
24   go.
25        Now, I have said, when you make

1
2    a bid, you will disclose who is the
3    bidder.  It's probably the worst kept
4    secret in the room.
5         (Multiple voices overtalking)
6         A VOICE:  Yes, it is.
7         MR. GALARDI:  And I bet you, if
8    we raised the name, we could do it,
9    but why don't we say who the bidder is
10   behind the Aero IP is.
11        MR. DESIDERIO:  Mark Fisher.
12        MR. GALARDI:  Now that that's
13   out --
14        MR. DESIDERIO:  With no one
15   else.
16        MR. GALARDI:  With no one else.
17   That answers my next question.
18        Now, we are getting copies of
19   their asset purchase agreement to all
20   of you.
21        What I want everyone to see, as
22   far as the bidding goes and the value,
23   first:  They have agreed to waive a
24   final order.
25        Second:  They have agreed to be

21 (Pages 78 - 81)

Page 82

1
2     a backup bidder for the estate.
3          MR. PREIS:  For how long?
4          MR. GALARDI:  Till March 3rd.
5          Three:  They have agreed that,
6     if they don't close on or before
7     February 23rd, we will have the right
8     to go to anybody else that is willing
9     to serve as a backup bidder to them.
10    If that bidder -- if anybody guess
11    beyond the 23rd, they are not assuming
12    the hundred thousand dollars a day
13    cost for that bidder.  So they're
14    avoiding that $100,000 cost if you
15    close.  If they don't close, we can go
16    to somebody else, if we have somebody
17    else.
18         MR. PREIS:  And if you don't?
19         MR. GALARDI:  We're going to
20    have to deal with that with everybody.
21         MR. PREIS:  No, because these
22    guys are picking up $100,000 a day.
23    They're not --
24         MR. GALARDI:  They're not.
25    They're gonna -- it's a termination at

Page 83

1
2     that point.  Okay?
3          MR. GINDI:  You lost us in the
4     estate.
5          MR. GALARDI:  No.
6          (Multiple voices overtalking)
7          MR. GINDI:  Who's the backup
8     bidder.
9          MR. GALARDI:  Let see how it
10    goes.  If there's no backup bidder, I
11    have to discount (multiple voices
12    overtalking) by the fact that I may be
13    at risk.
14         (Multiple voices overtalking)
15         MR. GALARDI:  It's huge now that
16    you're paying $100,000.
17         MR. GINDI:  Of course it's huge.
18         MR. GALARDI:  Again, we will
19    assess the risk of their not closing
20    in making a decision as to this bid,
21    as a right -- as a dollar value right
22    now, let's go through their bid.
23         First, we have the inventory
24    adjustment.  They are leaving the cash
25    behind, which is a hundred percent of

Page 84

1
2     the cash, which is exactly the same
3     number as set forth in the other
4     transaction that was leaving a hundred
5     percent of the cash.
6          They are willing to contribute a
7     million dollars toward cure costs.
8     Therefore, we've reduced the $2
9     million reduction to $1 million.
10    That's the net -- that's the gross
11    distributable proceeds to the numbers
12    below that are the same as with
13    everyone else, including the 450.
14    That --
15         MR. PREIS:  Can you go back?
16    I'm sorry.  On the cures, there's a
17    tad bit of a difference in what -- I
18    just want to understand.  Is it
19    they're agreeing to take one
20    million --
21         MR. GINDI:  Or you're capping?
22         MR. PREIS:  -- or you're capped
23    at $1 million?
24         MR. GALARDI:  They're agreeing
25    to put in $1 million towards the first

Page 85

1
2     cures.
3          MR. DESIDERIO:  So they place
4     that first million?
5          MR. GALARDI:  Yes.
6          A VOICE:  We would pay the first
7     million in cures if we go beyond a
8     million, the estate would pick it up.
9          MR. GINDI:  That's a
10    different --
11         MR. PREIS:  Yeah, that's a -- I
12    got it.
13         MR. GINDI:  And let's say
14    there's own 500,000?
15         A VOICE:  We pick it up.
16         A VOICE:  Then they pick it up.
17         MR. GALARDI:  They pick up the
18    500, so I have -- okay, let's all talk
19    one at a time, please.  I know it's
20    difficult, but we have a court
21    reporter.
22         Very simple.  Just think of it
23    as giving me a million dollars to pay
24    cures.  If I only spend 500, they get
25    500 back.  If I spend a million and

22 (Pages 82 - 85)

1
2    five, a million -- 1.5, they pay a
3    million, I pay 500.
4        MR. PREIS:  Okay.
5        MR. GALARDI:  First dollar
6    coverage.  Their bid is now valued for
7    net distributable proceeds of
8    $17,206,588.  Note:  They have also
9    agreed to assume all of the
10   liabilities outstanding to the vendors
11   who have not -- to the vendors who
12   have not been paid that 70 percent
13   we've all talked about.
14       We have not added that to net
15   distributable proceeds for the reason
16   that they're not distributable
17   proceeds, but it does in fact relieve
18   the estate of an administrative
19   liability of $6,552,000.
20       I have had conversations with
21   all of you about that will probably
22   have to be valued at some point --
23   we'll come back on the record about
24   it.  I'm not going to give it hundred
25   cent dollars, but I'm not going to

1
2    give it zero.
3        MR. GABBAY:  So what's the bid
4    then?
5        MR. GALARDI:  First of all, it's
6    irrelevant, because it's 500
7    straightforward.  I'm going to do it.
8    I'm telling you, 17206 is an overbid.
9        MR. PREIS:  It's not 500.  It's
10   only 300 and --
11       MR. GALARDI:  I thought we had a
12   500.
13       MR. GABBAY:  Your net to the
14   estate is of --
15       (Multiple voices overtalking)
16       MR. PREIS:  1646 against 17206.
17   It's not 500,000.
18       MR. DESIDERIO:  It doesn't have
19   to be.
20       MR. SHINDER:  It doesn't have to
21   be.  It's a hundred -- it's three --
22       MR. PREIS:  It's 345.
23       MR. GALARDI:  So I have to value
24   that at as at least X dollars.
25       MR. SHINDER:  That's correct.

1
2        MR. GALARDI:  That's fine.
3    You're a hundred percent correct.  To
4    meet the bid increment, I'm going to
5    have to value the 655.
6        (Multiple voices overtalking)
7        MR. GALARDI:  Everybody stop!
8    Please.  Let's slow down.  One second.
9        (Multiple voices overtalking)
10       MR. GABBAY:  Why isn't there
11   Wiesner or Tata in here?
12       MR. GALARDI:  Excuse me?
13       MR. GABBAY:  Wiesner or Tazna in
14   here?
15       MR. GALARDI:  They've allowed
16   them to have whatever contract they
17   want.  We don't have a deduction.
18   Okay?
19       MR. GABBAY:  Okay.
20       MR. GALARDI:  As to the bid on
21   the bid increment, we will say --
22   and -- well, I have to take a break
23   with the committee and the --
24       MR. SHINDER:  Consult --
25       MR. GALARDI:  Well, I want one

1
2    thing for Rob Hirsch to just confirm.
3    Are you a bidder at this auction?
4        MR. HIRSCH:  No.
5        MR. GALARDI:  Okay.  So then I
6    would like to consult with you and
7    Michael on the bidding, one bidding
8    aspect.
9        MR. HIRSCH:  Okay.
10       MR. GALARDI:  Thank you.
11       MS. FAY:  Off the record.
12       (Time noted:  7:37 p.m.)
13       (Brief recess.)
14       (Time noted:  7:43 p.m.)
15       MR. GALARDI:  Okay.  Let's go
16   back on the record, because --
17       (Multiple voices overtalking)
18       MR. GALARDI:  What?
19       A VOICE:  Was Tommy Lee part of
20   the --
21       (Overtalking)
22       A VOICE:  No, they were not.
23       MR. GALARDI:  So we can make the
24   record clear:  Tommy -- THL has not
25   been consulted about the bids when

23 (Pages 86 - 89)

1
2  we've gone out to determine whether
3  something is higher or otherwise
4  better.
5      MR. PREIS:  Got it.
6      MR. GALARDI:  Again, Gregg's
7  confusion, but not totally.  We're
8  going to deem, after consultation with
9  the two remaining consultation
10  parties, the Committee, and Polk, this
11  to be a higher or otherwise better
12  bid.  There are two ways we will get
13  there:  One is that it is
14  approximately, by my calculation, my
15  math, is roughly $450,000 higher than
16  the last bid.  As we started, we have
17  discretion to take the 500 down.  So
18  we can take it down to 460 and not --
19      MS. MARCUS:  Excuse me.  I
20  object to that.  You have the
21  discretion, but not after you give the
22  ground rules.  You said it was 500.
23      MR. GALARDI:  That's fine.
24      MR. GABBAY:  You said it was
25  500.

1
2      MR. GALARDI:  So then I'll do it
3  the other way.  We'll give them 40,000
4  worth of credit as a minimum and I'll
5  come up with a value for that 6552.
6  Either way --
7      MR. GOLDBERG:  For the record, I
8  think that number needs to be
9  160,000 --
10      (Overtalking)
11      MR. PREIS:  It's 350.
12      MR. GALARDI:  I got it.  Okay.
13  I'll give you a $160,000 credit for
14  that.  Everybody who wants to assume
15  will get at least $160,000 of credit,
16  we will go work on a more specific
17  number, because, in the next bid,
18  people may have to overbid that number
19  and the real value that we give it to
20  will be something that will be
21  considered.  As I've told everybody in
22  this room, it will be between zero and
23  the face amount of 655.  Okay?
24      MR. PREIS:  Can we ask a
25  question about the --

1
2      MR. GALARDI:  You absolutely
3  can.
4      MR. PREIS:  Okay.  So under
5  their agreement -- which I assume
6  we're all going to see --
7      MR. GALARDI:  Yes.
8      MR. PREIS:  -- what happens if
9  on February 23rd they terminate?  What
10  happens to the 6.5 million that they,
11  quote, assumed?  What happens to that?
12  Who's liability is that?
13      MR. GALARDI:  Well, if they
14  haven't closed, they wouldn't have
15  assumed it at that point in time.
16      MR. PREIS:  So it goes back to
17  the estate?
18      MR. GALARDI:  Yes.  It will be
19  back exactly where we are today.
20      MR. PREIS:  Got it.  And do --
21      MR. GABBAY:  That's a good
22  question.  That was good.
23      MR. PREIS:  What was that?
24      MR. GABBAY:  Thank you.
25      MR. PREIS:  And so what

1
2  happens --
3      MR. GABBAY:  This guy is good.
4      MR. PREIS:  -- what happens
5  if --
6      MR. GALARDI:  You're basically
7  asking us the question we've already
8  said --
9      MR. PREIS:  Yeah.
10      MR. GALARDI:  -- is an issue --
11      MR. PREIS:  Yeah.
12      MR. GALARDI:  -- what's the
13  penalty for not closing?  Are we going
14  to take something, a further deposit,
15  are we going to take that risk?  Right
16  now, we are going to take that risk.
17      MR. PREIS:  But isn't the way
18  they set up their bid just as a
19  pre-auction to try to reach the -- to
20  try to reach a deal with the Chinese
21  for a week?  And if they can't get
22  there, they walk away with no penalty
23  other than a deposit?  That's what
24  they set up.  It's just an option?
25      MR. GALARDI:  That's probably

1
2    the way to see it.
3        MR. PREIS:  Okay.
4        MR. GABBAY:  It's not even a
5    deposit.
6        MR. GALARDI:  Do you want the
7    same option?
8        (Multiple voices overtalking)
9        MR. GALARDI:  You always lose
10   your deposit.
11       A VOICE:  You need to stop this
12   engaging --
13       MR. GALARDI:  Let's stop.  The
14   consultation parties agree this is a
15   higher or otherwise better bid.  Now,
16   the next issue is we have THL, who has
17   now not bid on the first round.
18       THL, are you going to bid at
19   this point?  And if you want us to --
20   if you want to bid, and the only
21   condition -- if you want us to bid,
22   we'll do the more detailed analysis
23   that you asked us for the allocation.
24   We'll have to step out.  I don't have
25   something on one aspect of it.  I can

1
2    do that.  You tell us where you want
3    to go.  Or are you not bidding.
4        MR. MURPHY:  Question first:
5    The overseas expenses, what justifies
6    them as administrative expense claims?
7        MR. GALARDI:  We entered into
8    post-petition contracts that said we
9    would buy this.  Are there arguments
10   that it may not be a satisfied
11   503(b)(3)?  Yes, there are possible
12   arguments.  One of the reasons we're
13   not giving it full value is exactly
14   that argument.
15       MR. MURPHY:  And what -- how are
16   you factoring in the 30 percent that
17   has already been paid by basically the
18   DIP lenders and --
19       MR. GALARDI:  On this bid so
20   far, which really goes more to your
21   allocation issue, we have not figured
22   in a specific analysis of the 30
23   percents.  The debtors have seen the
24   30 percent as lost, because we've paid
25   the money and we don't get the goods.

1
2    But as to valuing and allocating
3    collateral, and whether we're going to
4    put purchase price to that, we're
5    going to deal with that in one of
6    these rounds, or in your credit bid.
7        MR. MURPHY:  Okay.  At this
8    point, I'll reserve the right as set
9    forth in the bid procedures to bid at
10   the auction up until the conclusion of
11   the auction.
12       MR. GALARDI:  Okay, with that --
13       MR. PREIS:  Wait.  Can we go
14   back to the Aero IP bid?  Because you
15   asked everybody the same question a
16   about collusion.  You never asked
17   them.
18       MR. GALARDI:  Yes, I did.
19       MR. DESIDERIO:  They clarified
20   it.
21       MR. WEINSTEIN:  He didn't ask,
22   but they clarified.
23       MR. SHINDER:  They clarified.
24       MR. GALARDI:  The only person is
25   Mark fisher.

1
2        MR. DESIDERIO:  The only
3    company.
4        MR. SUTTON:  Could I ask one
5    question?  So there's nothing when
6    comparing their bid to Aero Brand's
7    bid which takes into account the eight
8    days that if Aero Brands doesn't
9    close, does 800,000 go more to the
10   estate?
11       MR. GALARDI:  No.  There's not
12   800 more to estate.  What you have
13   done, which is a benefit, is that if
14   you don't close on the day they say
15   they're closing in -- if I had equal
16   bids here, I'd take your bid, because
17   you give me my insurance policy.
18   There's no extra value to estate right
19   now.  Now I have to go back and think
20   about that, because, again, I'm going
21   to be candid, Alden asked us this bid.
22   In that hundred thousand dollars, we
23   did not -- I'm gonna be correct here;
24   right?  -- we did not necessarily say
25   there's some receivables, whether

Page 98

1
2  we're collecting -- we're assuming
3  we're not collecting the receivables.
4  That's how we got to that hundred
5  thousand.  If we collect some
6  receivables under that bid, we make
7  some money on that.  Okay?  -- on that
8  hundred thousand, hundred thousand
9  dollars.  You will get benefit for
10  that, but it's only the benefit
11  because you're not closing.  So let's
12  be clear.  We want to close on the
13  23rd.  But there's nothing to add to
14  this chart, because we're using your
15  closing date.  If you're telling me
16  you're not closing, then we have to go
17  back and rerun inventory and other
18  numbers, but that's built into the
19  700.
20      MR. SUTTON:  You just said
21  certainty of closing is very
22  important, so I think that adds to
23  certainty of closing.
24      MR. GALARDI:  Yes.
25      MR. SUTTON:  Okay.

Page 99

1
2      MR. GINDI:  And I have just one
3  other question, just in terms of -- so
4  of course, based on your bids -- I
5  don't know what their first bid was,
6  but maybe it was 10, 12 million.  Our
7  bid was in the 20's, we put up 2 point
8  something million dollar deposit, we
9  have a --
10      MR. GALARDI:  You're a hundred
11  percent correct, but what we are going
12  to expect every party to do when they
13  have their bid is to top up their ten
14  percent deposit to the amount of ten
15  percent of their final bid and to do
16  so tomorrow.
17      MR. GINDI:  Which is what will
18  be at risk?
19      MR. DESIDERIO:  Only if we are
20  the successful bidder and backup
21  bidder.  Otherwise --
22      MR. GALARDI:  Right.  Successful
23  bidders and backup bidders, right.
24      MR. PREIS:  So are you
25  valuing -- just because, for the next

Page 100

1
2  bidder, so their bid is valued at
3  17,346,588?  Is that right?
4  Five -- exactly 500,000 more?
5      MR. GALARDI:  No.  What I'm
6  going to do now to give everybody the
7  next round is to say what value -- and
8  I gotta talk to the lender again and I
9  have to talk to people and so -- and
10  really it comes down to what value are
11  we going to put, dollar value, and
12  keep it consistent on that 655 number.
13      MR. PREIS:  And you'll get back
14  on the record and tell us whether that
15  --
16      MR. GALARDI:  Yes.  Yes.
17      MR. MURPHY:  Gregg, I think we
18  may decide to bid the next round.  So
19  why don't we take a break and instead
20  of passing and so we may need some
21  answers on the allocation.
22      MR. GALARDI:  Okay.  So then I
23  think we're going to be taking a
24  break, and I know everybody's going to
25  say, oh, we're not doing -- I don't

Page 101

1
2  think we ordered food for dinner.
3      MR. PREIS:  Please do.
4      MR. GALARDI:  By the time it
5  gets here, you're not going to want
6  it.
7      MR. PREIS:  Do you want us to go
8  out?
9      MR. GALARDI:  I have a feeling,
10  for this next break, I'd say let's
11  take an hour, hour and a half, let's
12  let people get dinner out.
13      MR. PREIS:  So come back at
14  9:00?
15      MR. GALARDI:  Yeah.
16      MR. PREIS:  Okay.
17      MR. GALARDI:  That I think
18  that's the best way.
19      MR. GABBAY:  We're prepared to
20  bid in five minutes.
21      MR. PREIS:  You're not next.  He
22  is.
23      MR. GALARDI:  We can go out of
24  order.
25      MR. GABBAY:  He's not ready to

26 (Pages 98 - 101)

1
2　bid.  He doesn't want to make a bid.
3　　　MR. MURPHY:  I think we are
4　going to bid, but we need to take a
5　break so we can confer with my client.
6　　　MR. SCHWARTZ:  How much time do
7　we need?
8　　　MR. GALARDI:  Let me do this.  I
9　want to stop -- I want you guys to
10　stay here for five minutes.  I want to
11　talk to you, you, and you again and my
12　team as to a bidding, how we go next.
13　And then literally right here.
14　　　MS. MARCUS:  Also discuss what
15　the increment is for the next round.
16　　　MR. GALARDI:  We will.  Thank
17　you.
18　　　(Time noted:  7:53 p.m.)
19　　　(Brief recess.)
20　　　(Time noted:  8:02 p.m.)
21　　　(Exhibit 9, asset purchase
22　agreement by and among Aero IP LLC and
23　various other entities, dated February
24　14, 2018, marked for identification,
25　this date.)

1
2　　　MR. GALARDI:  Back on the
3　record.  First, we've handed out
4　copies of the asset purchase
5　agreement, by and among Aero IP and
6　various other entities.  I'm marking
7　that as Exhibit 9.
8　　　MR. CLEARY:  Can we get a copy
9　of that?
10　　　MR. GALARDI:  I think would you
11　have you've got one there.  If not,
12　we'll get it to you.
13　　　MR. CLEARY:  We don't have it.
14　　　MR. PREIS:  Do you have the
15　exhibits to this, Gregg?
16　　　MR. GALARDI:  We have some
17　exhibits to them.  I think we have
18　some of the schedules to yours.
19　　　MS. MARCUS:  Ask Janet.
20　　　MR. GALARDI:  And I think people
21　will be entitled to your schedules as
22　well and they don't have any; right?
23　　　MR. PREIS:  But they can see our
24　proposed form sale order.  This one
25　supposedly has one.  Can we see it?

1
2　　　MR. GALARDI:  I don't have it
3　with me, but we'll find it.  We'll get
4　you one, yes.
5　　　Okay.  Back -- I mean, we've
6　been on the record.
7　　　So we are going to value the
8　6,552,225, after meeting with the
9　consultation parties, at $1 million.
10　The basis of one million -- $1
11　million.  Okay? -- to the estate.
12　　　Importantly, I want everyone to
13　understand that this number -- again,
14　so I am clear -- is the 70 percent
15　that has not been paid, so, when we're
16　valuing that, it is relieving the
17　estate of 6,552,225 liability, we are
18　giving it a value of $1 million,
19　recognizing that we have certain
20　arguments with respect to it, not
21　being an administrative liability, we
22　have certain ways to tray to argue an
23　offset, and we think, given the state
24　of the case, the collateral, that it
25　would be not -- not given a hundred

1
2　percent value, though we may -- we
3　acknowledge -- may be liable for the
4　full amount.
5　　　MR. GABBAY:  So it's only a
6　million dollars; right?
7　　　MR. GALARDI:  Only a million
8　dollars.
9　　　MR. GABBAY:  Okay.  Next.
10　　　MR. PREIS:  Wait.  Wait.  No.
11　　　MR. GALARDI:  No.  It's not --
12　it's not that -- it's not so quick.
13　　　MR. PREIS:  Yup.
14　　　MR. GALARDI:  The other aspect
15　of this is we are not extrapolating,
16　just because this 70 percent is a
17　million dollars, that the 30 percent
18　that's been paid we've made no
19　determination is merely, you know, the
20　same ratio.
21　　　I just want people to understand
22　that, because I am going to be
23　asked -- again, by THL -- to value
24　collateral since they've said they're
25　going to take a credit bid.  Okay?

27 (Pages 102 - 105)

1
2     (Exhibit 10, Aerosoles Bid
3     Comparison - Key Financial Terms for
4     Aero IP, 8:00 p.m., marked for
5     identification, this date.)
6          MR. GALARDI:  So, with respect
7     to that, we are doing a sheet of paper
8     that will now make the net
9     distributable proceeds to the estate
10    18,206,588, and, as I spoke, we'll
11    make this Exhibit 10 and distribute it
12    to the parties.
13          MR. PREIS:  Can I ask question?
14    Because you didn't -- in your list of
15    things that you -- in your list of
16    things that you discounted by, you
17    didn't discount by the fact that, on
18    February 24th, if they walk away, all
19    of this comes right back to the
20    company.
21          MR. GALARDI:  I've not
22    discounted their bid and their number
23    on any of that; that if they walk away
24    and there's no backup bidder, all of
25    that cash is illusory.  As you said,

1
2     it was an option.  I'm not going to
3     agree to that term, but I've not
4     agreed to that.
5          MR. PREIS:  And what happens if
6     you have no backup bidder?
7          MR. GALARDI:  I'm going to
8     determine that.  When I look at this
9     transaction, we believe they're going
10    to close.  Just like if I didn't have
11    a backup bidder for you the other day,
12    we thought you were going to close and
13    we didn't do the final order, we
14    believe they're going to close.
15          MS. WEISS:  Let me clarify
16    something about the auction.  Does
17    every bidder have to bid in every
18    round and if they don't they're out,
19    or can people sit out?
20          MR. GALARDI:  Good question.
21    And we were talking about that before,
22    and let me say one other thing.  From
23    this point, at least on the next round
24    or the next bid, we're going to
25    require a $300,000 increment.  So

1
2     that's --
3          MR. PREIS:  Or you're out or you
4     can pass?
5          MR. GALARDI:  I haven't talked
6     about the pass yet.
7          MR. PREIS:  Sorry.
8          MR. GALARDI:  Second, you get
9     one pass.
10          MR. GABBAY:  Why?
11          MR. GALARDI:  Why one pass?
12          MR. GABBAY:  Yeah.
13          MR. GALARDI:  Because
14    there's -- we're gonna talk about how
15    we're gonna go around the room,
16    because people go around the room and
17    they play all sorts of games.  We're
18    going to give one person a pass; a
19    second pass and you're out.  Okay?
20          Next.
21          MS. WILD:  Including the passes
22    that have already happened?
23          MR. GALARDI:  I don't know if
24    anybody's passed yet.  No one has
25    passed yet, because the bid is up

1
2     to -- to THL credit bid, so we're not
3     even finished with the first round.
4     Okay?
5          MR. MURPHY:  We'll bid.
6          MR. GALARDI:  You'll bid?  You
7     want to bid now?  You want the
8     allocation?
9          MR. MURPHY:  We need the
10    allocation.
11          MR. GALARDI:  Okay.  Let me
12    take, let's say 30 minutes.  That's
13    why I said we were going to send
14    everybody out to dinner.  We will send
15    everybody out to dinner for an hour.
16    If you want to stay here and watch,
17    we'll give you the answer in 55
18    minutes or sooner hopefully.  We're
19    going to have to work on that.
20          MR. PREIS:  Who comes after
21    Tommy Lee?  Because Wiesner said --
22          MR. GALARDI:  Now the next is --
23    one of the issues is -- and I want to
24    talk -- and we actually didn't get a
25    chance to talk about that.  We

1
2  actually believe who's ever ready to
3  bid next will be able to bid.  If
4  everybody -- if you say you're ready
5  to bid, and you say you're ready to
6  bid, this is another good reason to
7  take this hour break.
8       MR. PREIS:  Yeah.
9       MR. GALARDI:  If you say you're
10 ready to bid, then you can bid,
11 because we're going to try to move
12 this along.
13      MR. PREIS:  But that kind of
14 defeats the purpose of the pass.
15      MULTIPLE VOICES:  Right, right,
16 right.
17      MR. GALARDI:  No, because if you
18 pass it around, you can wait to the
19 next round.
20      MR. PREIS:  No, but there's no
21 rounds if I say, yeah, I'm ready --
22      (Multiple voices overtalking)
23      MR. GALARDI:  No, I'm not saying
24 it that way.  Once you bid in that
25 next round, you don't get another bid

1
2  until the next round.
3       MR. PREIS:  So it's like I get
4  to go first in the next round and I
5  have to be -- I get to be the smallest
6  one in that round, I get to be the
7  least bid in that round, so the
8  objective -- there would be like
9  objective to fight to go first.
10      (Multiple voices overtalking)
11      MR. GALARDI:  That would be
12 nice.
13      (Multiple voices overtalking)
14      MR. PREIS:  But I don't
15 understand that, but if the --
16      MR. GALARDI:  We'll talk to the
17 people about the next round, but
18 everybody should get ready with the
19 next bid.  Normal procedure is the
20 order in which you've bid, so we would
21 go around the room the same way.
22      MR. PREIS:  So that's my
23 question, is, is Wiesner a bidder?
24 You announced them at the beginning of
25 the day --

1
2       (Overtalking)
3       MR. GALARDI:  Is Wiesner an
4  individual bidder?
5       MR. PREIS:  Correct.
6       MR. GALARDI:  That's fine to
7  ask.  I should ask Weisner:  Are you
8  an individual bidder?
9       MS. WEISS:  We're going to need
10 a few minutes.  We can tell you
11 how the people --
12      MR. GALARDI:  Okay.
13      MR. PREIS:  And what about
14 Palladin?
15      MR. GALARDI:  Palladin, are you
16 an individual bidder?
17      MR. SCHWARTZ:  Jackie confirmed
18 that we will take a few minutes to
19 determine whether they're a bidder.
20      MR. GALARDI:  You're a hundred
21 percent correct.  I qualified those
22 bidders.  They have to make that
23 decision on bidding.  We'll also --
24 the consulting parties, round robin,
25 it's fine by me with the two-pass

1
2  rule.
3       MR. PREIS:  One pass.
4       MR. GALARDI:  One pass.  The two
5  pass means you're out.  Okay?  And
6  we'll get you an allocation.
7       MR. MURPHY:  Okay.
8       MR. GALARDI:  Any other
9  questions before you guys have a
10 dinner break?
11      MR. GABBAY:  Why we can't put a
12 bid in now, we have to wait?
13      MR. GALARDI:  Yes.
14      MR. WEINSTEIN:  He said "why".
15      MR. GALARDI:  Why can't you?
16 Because it's up to the two other
17 people to go first round and then he's
18 going second round, unless my
19 consultant wants --
20      MR. PREIS:  He gets to be the
21 one with the smallest bid.  Come on!
22      (Multiple voices overtalking)
23      MR. GABBAY:  Okay.
24      MR. GALARDI:  Okay.  Let's
25 take --

29 (Pages 110 - 113)

Page 114

1
2       MR. PREIS:  Take five hours,
3  just like you guys do.
4       MR. GALARDI:  -- take --
5  whatever.
6       MS. MARCUS:  We got here at the
7  ten, you guys didn't --
8       (Multiple voices overtalking)
9       MR. GALARDI:  9:10.
10      MR. PREIS:  9:10 when did they
11 announce -- when did they announce
12 their bid?
13      (Multiple voices overtalking)
14      MR. GALARDI:  Stop it! Turn it
15 off the record.
16      (Discussion held off the
17 record.)
18      MR. GALARDI:  On the record.
19 So, when we left, I had two open
20 questions.  Before I go back to credit
21 bid, I had the question of whether
22 Weisner was going to be a bidder at
23 this auction.  So, I'll first ask
24 Weisner whether they will be bidding.
25      MS. WEISS:  No, they will not be

Page 115

1
2  bidding.
3       MR. GALARDI:  Next question is,
4  is Palladin going to be a separate
5  bidder at this auction?
6       MR. SCHWARTZ:  Not on the whole
7  pool, but reserving our rights if
8  something else changes.
9       MR. GALARDI:  Okay.  Now we turn
10 to THL, who said they are going to be
11 a bidder.  THL, why don't you offer
12 what you're going to have as your bid.
13      MR. MURPHY:  Okay.
14      MR. GALARDI:  One other thing --
15 sorry.  I have been asked whether we
16 really meant a million dollars for the
17 million dollar for the trade vendor.
18 Yes, we meant it, that is value to the
19 unsecured creditors.  We understand
20 now that Polk disagrees with our
21 putting in a firm one million dollar
22 value for that purpose.  I'm sure
23 there are other people that disagree
24 with the million dollars.  We do
25 believe, to assume the liability, is

Page 116

1
2  to get a million dollars of credit,
3  we've given them the million dollars
4  of credit, I know that there are
5  objections to that, as to value to the
6  estate.  We are going to keep the
7  million dollars there.
8       MR. PREIS:  Can I say something
9  on the record very quickly?
10      MR. GALARDI:  Yes.
11      MR. PREIS:  We reserve the right
12 to object at the sale hearing if we
13 are not the winner and that that
14 valuation stands, because we think
15 it's highly inappropriate.
16      MR. GALARDI:  Understood.  And
17 if everybody else wants to reserve
18 their rights, that's fine, too.
19      MS. MARCUS:  Everybody's rights
20 are reserved.
21      MS. WEISS:  Yes.
22      MR. HIRSCH:  Judge Carey would
23 prefer not.
24      MR. GALARDI:  Okay.
25      MR. PREIS:  You guys can all

Page 117

1
2  commit fraud.  We're not going to.
3  Keep going.
4       MR. GALARDI:  You know what?
5       MR. PREIS:  It's --
6       MR. GALARDI:  It's fraud, you're
7  right.
8       MR. PREIS:  It --
9       MR. GALARDI:  At this point,
10 we'll leave it at you just said it was
11 fraud.  We'll let Judge ^ Carey know
12 by reading the transcript.
13      MR. PREIS:  That's fine.
14      MR. GALARDI:  We fundamentally
15 disagree.
16      MR. MURPHY:  THL is prepared to
17 bid the following:
18      It is not going to take the
19 inventory, which would be a
20 leave-behind.  We attribute $4.684
21 million in value to that.
22      We are not going to take the AR.
23 We attribute $1.829747 million --
24      MR. GALARDI:  Can you give me
25 that number again.

30 (Pages 114 - 117)

Page 118

1
2      MR. MURPHY:  1,829,747.
3      Let me give you inventory again:
4   4,684,103.
5      MR. GALARDI:  That's what you
6   value what you're leaving behind.
7      MR. MURPHY:  Correct.
8      MR. GALARDI:  Okay.
9      MR. MURPHY:  We are going to
10  submit a cash component in the amount
11  of $2,655,290.  To break that down,
12  that covers the professional fee
13  carveout through January the 13th in
14  the amount of $3,274,000; the
15  professional fee trigger amount in the
16  amount of $175,000; the United States
17  Trustee fees in the amount of
18  $137,000, but subtracts from that
19  total the cash balance as of 2/23
20  of 9 --
21     MS. HANDY:  2/13 of --
22     MR. MURPHY:  -- 2/13 off 930 in
23  the amount of $930,242.  And then we
24  will credit bid $9,331,448.
25     MR. GALARDI:  Say that credit

Page 119

1
2   bid again.
3      MR. MURPHY:  $9,331,448.
4      MS. WEISS:  How many cents?
5      MR. MURPHY:  No cents/sense.
6      MR. GALARDI:  We agree with
7   that.
8      Anything further about your bid?
9      MR. MURPHY:  That's it with
10  respect to our bid.
11     MR. HIRSCH:  Cash again, please.
12     MR. CLEARY:  I wanted to clarify
13  one point.  When you said the
14  attribution of values --
15     MR. MURPHY:  Yes.
16     MR. CLEARY:  -- I think what you
17  meant is that we received a schedule
18  from the debtors and we took the mid
19  point of those.
20     MR. MURPHY:  That's right.
21     MR. CLEARY:  It's not that the
22  somehow we keep up with these
23  values --
24     MR. MURPHY:  The allocation --
25     MR. CLEARY:  What we were given

Page 120

1
2   were these numbers and were told --
3      MR. MURPHY:  The allocation of
4   the values used with respect to the
5   inventory and the AR came from numbers
6   proposed by the debtors at both the
7   low recovery and a high recovery end
8   and we used the mid point of those
9   numbers for purposes of our bidding.
10     MR. GALARDI:  Okay.  And we will
11  obviously send around to everybody and
12  have a piece of paper.  We have a
13  piece of paper.  I don't know if we
14  have that one right now in multiple
15  copies.
16     We will evaluate the bid.  So
17  we're all clear on the record, too,
18  about that piece of paper, our view,
19  with the credit bid -- this shouldn't
20  surprise anybody -- is the value we
21  gave for inventory and AR was based on
22  a value of the prior bid on a
23  going-concern basis.  When we go to
24  the record and when we come back, if
25  it is true that they credit bid and go

Page 121

1
2   home with that, we believe that value
3   is overstated -- we've told them
4   that -- and that we will evaluate that
5   and in determining whether it is a
6   higher or better bid, we will do the
7   analysis, but, I just want everyone to
8   have that information.  We will get
9   you the sheet of paper, we will do the
10  analysis, we will come back and tell
11  you whether we think that bid is a
12  higher or better -- higher or
13  otherwise better bid.
14     MS. MARCUS:  Matt, can we go
15  over the cash again?
16     MR. MURPHY:  Yes.  The cash
17  amount $2,655,290.  Do you want to
18  know how we got to that number?
19     MS. MARCUS:  Yes.
20     MR. MURPHY:  So the professional
21  fee carveout through January the 13th,
22  3,274,000; the professional fee
23  trigger amount in the amount of
24  $175,000; and the United States
25  Trustee fees in the amount of

31 (Pages 118 - 121)

1
2      $137,000.  From that total, we backed
3      out cash, net cash, also provided to
4      us by the debtors on the same
5      analysis.  That cash component backed
6      out of that sum, $930,242.
7          MR. GALARDI:  And let me ask one
8      thing about the approach, because
9      there's one other thing that we talked
10     about, going through the analysis.
11     And maybe I'm wrong, but the
12     professional fee carveout through
13     1/13, the trigger fee, the 137, and
14     crediting back the cash, there is a
15     wind-down budget -- what I -- well,
16     let's call it the 1/20 budget or
17     the -- through 3/16 budget.
18         MR. HIRSCH:  2/16 budget.
19         MR. GALARDI:  2/16 budget, there
20     are accrued and unpaid expenses.  Does
21     your bid include a cash component at
22     closing to pay off your share of those
23     expenses?
24         MR. MURPHY:  So, of those
25     expenses, they're, specifically,

1
2      professional fee budget -- budgeted
3      amounts of $720,000; Chapter 7 Trustee
4      fees in the amount of $20,000; and
5      sales taxes in the amount of $115,000.
6      Those will be paid, but not all by
7      THL.  There is a lender agreement
8      between THL and the DIP lender as to
9      how those expenses will be satisfied
10     and paid.
11         The professional fee budget of
12     $720,000 and the Chapter 7 Trustee
13     fees in the amount of $20,000 are
14     split equally 50/50 and so, at close,
15     we'll be responsible for 50 percent of
16     that.  And the sales tax amount is an
17     amount that is the responsibility of
18     the DIP lender.
19         MR. GALARDI:  So then I'll just
20     ask, Polk, on behalf of this:  Does it
21     agree that 50 percent of the 720 and
22     the 20 will be a liability that it
23     will pay and it will assume the
24     liability if this deal closes on the
25     115 sales tax?

1
2          MR. HIRSCH:  Subject to looking
3      at the numbers, I believe that's
4      correct.  Subject to reviewing all the
5      numbers and the lender agreement, I
6      believe that's correct, but it's
7      subject to my review.
8          MR. MURPHY:  Just to complete
9      the picture, the -- of the cash
10     component that we got to, 2,655,290,
11     when I went through the professional
12     fee carveout amounts in the United
13     States Trustee fees, the agreement is
14     also 50/50 sharing.  So while we agree
15     that we have to provide a cash
16     component to our bid, the credit bid,
17     at the end of the day, we were not
18     fully responsible for that it.
19         MR. GALARDI:  So I understand,
20     so everybody is here, our view of the
21     carveout is under the Molycorp
22     decision, like a first lien, so what
23     we've said is we're not going to get
24     in the middle of the reimbursement 50
25     percent.  You're paying it in full and

1
2      you guys can work out.  If you say use
3      half the cash, that's fine with us,
4      that is a cash collateralized reserve.
5          MR. PREIS:  Can we ask questions
6      about this bid?
7          MR. GALARDI:  Yes, please.
8          MR. PREIS:  So what is the total
9      value of the bid.  Not to you.  To
10     you.
11         MR. GALARDI:  Well, what is the
12     total value they see?
13         MR. HIRSCH:  Yes, they
14     contribute.
15         MR. GALARDI:  It's not what they
16     contribute.  They're doing it with the
17     inventory value.
18         MR. PREIS:  What is the net
19     value --
20         MR. MURPHY:  8 --
21         MR. PREIS:  -- the --
22         MR. MURPHY:  -- 8 --
23         MR. PREIS:  -- to the estate?
24         MR. MURPHY:  18,500,588.
25         MR. PREIS:  Say that again.

1
2      MR. MURPHY:  $18,500,588.
3      MR. PREIS:  You're a little shy.
4  You're supposed to be at 18506.  You
5  could just make up another number.
6  You can add up another six thousand.
7      MR. GALARDI:  You can't
8  attribute another six thousand to the
9  inventory.
10      MR. MURPHY:  We'll increase the
11  credit bid.
12      MR. PREIS:  Good for you.
13      (Multiple voices overtalking)
14      MR. MURPHY:  Is there a problem?
15      MR. PREIS:  Whatever.  You're
16  just wasting everybody's time.
17      MR. MURPHY:  I didn't realize
18  that was the case.
19      MR. PREIS:  Okay.  No, do you
20  have an APA?  Do you have like some
21  sort of agreement that documents all
22  of this?
23      MR. MURPHY:  We can certainly
24  mark one up.
25      MR. PREIS:  No, you can't,

1
2  because we have all APAs.  You're just
3  doing a credit bid where you're
4  putting in -- you're agreeing to
5  putting in cash and leave behind
6  things.  You can't mark up anything
7  we've done, because none of our
8  agreements look like what you're
9  doing.
10      MR. GALARDI:  They don't have a
11  written agreement.  We will go get a
12  written agreement from them, if we
13  believe that this is worth
14  documenting.
15      MR. PREIS:  That's a fair
16  answer.
17      MR. GALARDI:  Thank you.
18      MR. PREIS:  Next question: Are
19  you -- sorry.  For one second.
20      MR. MURPHY:  Now you're wasting
21  everybody's time.
22      MR. GALARDI:  Let's cut the
23  crap.
24      MR. PREIS:  What is the
25  termination date.

1
2      MR. MURPHY:  The termination
3  date will be 2/23, but we expect to
4  close immediately.
5      MR. GALARDI:  Well, let's --
6      MR. HIRSCH:  Any other
7  questions?
8      MR. PREIS:  Yeah.
9      MR. GALARDI:  I'm going to
10  interrupt.  I need a closing date
11  because a lot of your numbers,
12  including the cash number, goes down
13  each day, so when I value your bid, if
14  you're actually going to close, I'd
15  like to have a definitive closing date
16  for your credit bid so I can make a
17  precise calculation when I go back.
18  You asked for 2/23, so we've run the
19  numbers at 2/23.  To go apples for
20  apples, we should go 2/23.
21      MR. MURPHY:  Yeah, so we'll have
22  to revise those, Gregg, the numbers.
23      MR. PREIS:  What do you mean you
24  have to revise the numbers?
25      MR. GALARDI:  He worked off

1
2  of --
3      MR. MURPHY:  2/13.
4      MR. GALARDI:  I thought you got
5  him the 2 -- okay.
6      MR. PREIS:  So the bid is going
7  to go down?
8      MR. GALARDI:  No.  Whatever goes
9  down, the credit bid is going up,
10  until the point we don't get to the
11  thing.
12      MR. PREIS:  Because it's all
13  made up.  If you make up numbers, you
14  add more numbers, fine.  Okay.  I
15  don't have anymore questions.
16      MR. HIRSCH:  I have a
17  clarification for the record.
18  Mr. Murphy said that the carveout is
19  all collateralized.  The DIP lender
20  does not agree with that.  It's not
21  all cash collateralized.  And just for
22  the record, we reserve our right of
23  the there's a carve out of-- that's in
24  cash, but the cash -- the carveout
25  itself is not cash collateralized.

33 (Pages 126 - 129)

1
2  That's it.
3      MR. GALARDI:  Interesting
4  concept, but I'm not going to bother
5  with it right now.
6      MR. HIRSCH:  You don't have to.
7      MR. PREIS:  One other question.
8  are you -- I assume this goes without
9  saying -- I assume you're not taking
10 any of the company's employees.
11     MS. HANDY:  We don't believe so.
12     MR. MURPHY:  We don't believe
13 so.
14     MR. DESIDERIO:  Is the credit
15 bid alone?  Is that a solo bid at this
16 point?
17     MR. GALARDI:  That is correct.
18     MR. MURPHY:  That's correct.
19     MR. GALARDI:  That's how I
20 understand it, which is why they're
21 leaving the inventory behind and we
22 have to value that.
23     MR. PREIS:  Does the company a
24 buyer for the inventory in the AR,
25 just so -- like are you putting it

1
2  together with somebody?
3      MR. MURPHY:  No.
4      MR. GALARDI:  That's what he
5  just asked him.
6      MR. PREIS:  Oh.  Sorry.  I was
7  talking to Jen.
8      MR. GALARDI:  That's what he
9  just asked him.  The answer is no.
10 That's why he put up the values he
11 did.
12     We're going to come back and it
13 will be a really big surprise that we
14 don't think that the inventory values
15 are proper, so we'll go through that,
16 but let us go run the actual numbers.
17 We'll, at the same time, give them the
18 numbers of 2/23, we'll go through this
19 exercise -- I think it's important to
20 go through this exercise -- and we'll
21 go from there.
22     MR. PREIS:  I have another
23 question after this.
24     MR. GALARDI:  I'm afraid -- go
25 ahead.

1
2      MR. PREIS:  Not to do with this.
3  So Palladin said they are going to
4  reserve their rights to bid on a
5  portion, but not all; right?
6      MR. GALARDI:  Correct.
7      MR. SCHWARTZ:  No, it doesn't
8  seem like things are breaking, you
9  know --
10     MR. PREIS:  Fair enough.  So
11 when we come back, the next -- if
12 Wiesner is out, right, so the next one
13 up would be them if they want to bid
14 and then would be us?
15     MR. GALARDI:  But the pass is on
16 all.  He's passed.  He's not bidding
17 on all.  It doesn't mean he can't come
18 back.  If all of a sudden this breaks
19 up --
20     MR. PREIS:  No, what I'm saying,
21 as far as in the rounds, right?
22 Because we went first --
23     MR. GALARDI:  Yes.
24     MR. PREIS:  -- and then the
25 stalking horse, and then these guys,

1
2  then them, then him, then Wiesner,
3  they're out, then him, then back to
4  us.
5      MR. GALARDI:  Let's just slow
6  down.  I know you want to do this, but
7  I'm going to do it.
8      He's not bidding on the assets.
9      MR. PREIS:  Yeah.
10     MR. GALARDI:  My view is you are
11 the first bid.  Everybody is gone,
12 you're next.
13     MR. PREIS:  Got it.  That's what
14 I wanted to understand.
15     MR. GALARDI:  I know, but you
16 did it around.  Anything else?
17 Anything else?
18     MR. SCHWARTZ:  Are you going to
19 distribute the allocation?
20     MR. GALARDI:  Yes.  We'll work
21 through all of that, get people
22 numbers so that they understand it.
23 Again, very important, not -- most
24 people don't agree with some
25 allocation, we gave them rough numbers

34 (Pages 130 - 133)

Page 134

1
2  and ranges, he took the 50 percent as
3  he said. Okay? And there's a deeply
4  circular problem there and there's
5  other sorts of problems in the
6  analysis, so we'll just go through
7  that, but I know you can hardly wait
8  at 10:30 at night. Okay. We'll come
9  back.
10      I think the best course at this
11  point is for you to consider a higher
12  and better bid to the bid, not the
13  credit bid. They may up it, but right
14  now, based on the numbers and the
15  value of the inventory, we don't think
16  this is a higher and better, but we'll
17  do the numbers so we can get back to
18  you. Okay?
19      MR. SUTTON: Any idea of timing?
20      MR. GALARDI: Since I have to
21  run these numbers for people, it may
22  take a little while.
23      MR. HIRSCH: Half hour.
24      MR. GALARDI: I hope less than a
25  half hour. I hope a half hour. I'm

Page 135

1
2  sorry, but I do.
3      (Time noted: 10:37 p.m.)
4      (Brief recess.)
5      (Time noted: 10:46 p.m.)
6      MR. GALARDI: On the record. We
7  have evaluated the credit bid, and I'm
8  going to do this very simply.
9      First thing, I think I made it
10  clear the last time, I'll make it
11  again. We did provide numbers, and
12  hopefully those sheets are going out,
13  and they're going out soon, with
14  respect to value under the prior deal.
15  That said, and using the numbers that
16  THL did and assuming everything that
17  they said was there was with respect
18  to the cash, the professional fees --
19  again, it's not cash collateralized;
20  there is cash in a reserve, the
21  carveout is a carveout of collateral,
22  but I'm not going to get into the
23  nuances -- the base of the bid, which
24  they valued at 18,500,588, is
25  dependent upon the estate receiving on

Page 136

1
2  inventory 4,684,103 and on AR
3  1,829,747. The debtors -- and that's
4  roughly, math-wise, $6.5 million. The
5  debtors' value that inventory on a
6  liquidation basis, as we've told THL
7  before. That liquidation basis -- and
8  we'll give the analysis out -- I think
9  it's 30 percent on inventory.
10      MR. WEINSTEIN: 40 on inventory.
11      MR. GALARDI: 40 on inventory.
12  And what on AR.
13      MR. WEINSTEIN: 50 on AR.
14      MR. GALARDI: 50 on AR. That
15  then totals 3,291,780. When we put
16  that number -- and assuming everything
17  else was the same, IP values, the
18  closing costs that they said that they
19  would be paying, or paying half of --
20  get a value of that bid at 15,278,518.
21      The value of the last bid that
22  we had received prior to this from
23  Aero IP on a secured lender basis by
24  itself was 17,206,588. We already
25  said that we used a million dollars of

Page 137

1
2  value. So whether I look at it as a
3  estate value or even just value that
4  would go to secured lenders, we do not
5  deem this a higher and otherwise
6  better bid.
7      MR. MURPHY: Okay. Could
8  we -- we just need 30 seconds.
9      MR. GALARDI: Okay. You got 30
10  seconds. We're all going to stay
11  here.
12      MR. MURPHY: Yeah, yeah.
13      (Pause.)
14      MR. GALARDI: On the record. On
15  the record now for Mr. Murphy.
16      MR. MURPHY: So, Gregg, not to
17  waste everybody's time, I think
18  what -- we'll -- we're going to increase our
19  credit bid component to the amount
20  that requires us to satisfy the
21  obligation to be $300,000 greater than
22  the prior bid. So that amount we can
23  provide at the beginning, the next
24  time we're on the record, or if people
25  want to wait a few minutes for us to

35 (Pages 134 - 137)

Page 138

1
2  calculate it.
3      Can I ask a question?
4      MR. GALARDI:  You can.
5      MR. MURPHY:  In the event that
6  there are subsequent bidders for just
7  the inventory and the AR, are the same
8  values going to be attributed to those
9  bids?
10     MR. GALARDI:  I'm not sure I
11 understand the question.
12     MR. WEINSTEIN:  If they bid for
13 the AR --
14     MR. GALARDI:  If they come bid
15 for the AR, inventory and the AR, and
16 we value the bid, we'll value it with
17 what the bid is worth.  We'll take it
18 on.
19     As to waiting for the numbers,
20 we're assuming, again, a 2/23 close,
21 February 23rd close, a credit bid.
22 Let me ask the other questions.
23     With respect to your bid, are
24 you willing to stand behind as a
25 backup bidder to any of the bidders

Page 139

1
2  that are higher and better?
3      MR. MURPHY:  Not at this time.
4      MR. PREIS:  How are you dealing
5  in your bid with Wiesner?  Doesn't
6  Weisner have a license on the IP?
7      MR. MURPHY:  Yeah.
8      MR. PREIS:  So how are you
9  dealing it with it if you're taking
10 the IP?
11     MR. MURPHY:  I think we'll talk
12 to Wiesner.
13     MR. GALARDI:  We'll take care of
14 your issue.  I want to take care of
15 one issue at a time.
16     MR. PREIS:  What about Moveon
17 Tata?
18     MR. MURPHY:  Same answer.
19     MR. GALARDI:  Same answer.  And
20 everybody else, same answer.
21     MR. PREISER:  And no deductions?
22     MR. GALARDI:  No.  It's me that
23 takes the deductions.
24     MR. PREISER:  So the debtors --
25     MR. GALARDI:  I have not --

Page 140

1
2      MR. PREIS:  -- taking any
3  deductions?
4      MR. GALARDI:  When we go and see
5  this bid, we'll talk about it and
6  whether they can go that high.  We may
7  very well take a deduction and they
8  may say okay.
9      MR. PREISER:  Got it.
10     MR. MURPHY:  The credit is
11 12,209,519.
12     MR. GALARDI:  And that again, to
13 get to Alden's counsel's point,
14 presumes -- and, again, you have a
15 claim -- that presumes the valve that
16 collateral is that or you're making
17 the value of the collateral that
18 amount.  So that I will -- I want to
19 take -- we'll take a few minutes to
20 determine, but that's -- give me the
21 number one more time.
22     MR. PREISER:  12,209,519.
23     MR. GALARDI:  Thank you.  We're
24 going to take a break.
25     MR. PREIS:  One more question.

Page 141

1
2      MR. GALARDI:  Yeah.
3      MR. PREISER:  Are you assuming
4  that you're taking your IP free and
5  clear?
6      MR. MURPHY:  I'm assuming that
7  the sale order will contain that
8  language.  Whether I ultimately get it
9  will be a different story.
10     MR. GALARDI:  I'd like to know,
11 as a condition -- good question, but
12 the same thing as the Wiesner issue,
13 you're going to deal with it.  Are you
14 going to expect a 363(f) free and
15 clear language that you are getting it
16 free and clear of Weisner, Tata, and
17 any other licensees that had a
18 trademark license?
19     MR. MURPHY:  It will not be a
20 termination right under our bid if we
21 are unable to take the IP free and
22 clear of those licenses.
23     MR. GALARDI:  And with respect
24 to the value of the collateral that
25 you just calculated for me, whatever

36 (Pages 138 - 141)

1
2  the 12 million number is, if I advise
3  you that we are going to give you the
4  same deduction for $1.5 million that
5  we've done with respect to the other
6  bidder, is your credit bid going up by
7  that same 1.5?
8      MS. HANDY:  Can I talk to you?
9      MR. MURPHY:  Yeah.
10     MR. GALARDI:  Why don't we get
11 that clear, until they come back.
12     MR. MURPHY:  So we're willing to
13 take the IP subject to the license
14 agreements in place, with Wiesner,
15 Move on, or any other third parties.
16     MR. GALARDI:  Why don't we go
17 valuate the bid, come back and talk to
18 the people.  You all now have that
19 value.
20     MR. SCHWARTZ:  Are you going to
21 give us that allocation?
22     MR. GALARDI:  Oh, I
23 thought -- he's cleaning it up.
24 There's a mistake on that.
25     MR. WEINSTEIN:  There's one

1
2  mistake.
3      MR. GALARDI:  Stay here.  It
4  should be back in ten minutes.
5      MR. DESIDERIO:  Alden is up
6  next?
7      MR. GALARDI:  Alden is up next.
8      (Time noted:  10:56 p.m.)
9      (Recess.)
10     (Time noted:  11:21 p.m.)
11     MR. GALARDI:  Proofed back on
12 the record, and hopefully we will move
13 forward quickly.
14     First, is that we will
15 deem -- we will not deem the bid,
16 credit bid by THL, as a higher or
17 otherwise better bid.
18     I will go -- if we want to go
19 through all of the math, we can do so,
20 but what we did was a valuation of
21 what we believed to be the highest IP
22 value from the Aero IP bid and then
23 the lowest value of the IP from
24 the -- from the bid.  And what we end
25 up with, I'm going to just

1
2  short-change it, and we're happy to do
3  this, but I think at this point it's
4  time to move on to the other bid,
5  because I think the credit bid, even
6  if you bid your whole claim, we are
7  not going to give you value for the IP
8  or we're not going to say it's a value
9  to the estate, because essentially
10 you're, in our view, bidding a
11 deficiency claim.
12     MR. MURPHY:  Correct.
13     MR. GALARDI:  I'll explain.
14     MR. MURPHY:  That's not along
15 the Third Circuit.
16     MR. GALARDI:  That's fine.  I
17 understand.  We don't believe it's a
18 higher or better bid.
19     MR. MURPHY:  But what you're
20 saying is you're not giving me dollar
21 for dollar up to the face value of my
22 claim?
23     MR. GALARDI:  As it goes to what
24 you're giving -- we're giving you, you
25 can -- you can buy your IP, all the

1
2  way up to $20 million.  When it goes
3  to what the value of that IP is, and
4  the other assets, you can take
5  your -- home your collateral for $20
6  million, if you want to.
7      MR. MURPHY:  It's 23.5.  24,
8  actually.
9      MR. GALARDI:  Whatever it is.
10 But when I look at what the value for
11 the estate, it doesn't add up from the
12 estate's perspective to the same
13 value, because you're relieving a
14 claim.
15     MR. MURPHY:  Your bidding
16 procedures say we get
17 dollar-for-dollar credit.
18     MR. GALARDI:  I understand.
19     MR. MURPHY:  No distinction
20 between my credit bidding and cash.
21     MR. GALARDI:  That's fine.  You
22 can reserve your rights on this
23 argument.  I'm not going to have this
24 argument here now.  You can argue it,
25 I'm fine.  I'm going to explain to you

Page 146

1
2  how we came to our bid. If you want
3  to take it -- take it up and go for
4  the argument, we'll have that
5  argument, but right now I'm going to
6  move on and I'm gonna tell you that
7  when we value your collateral at its
8  highest value we believe that you will
9  need to put in cash of -- I think this
10 was the highest value; right? Let's
11 see. Yes. I believe that one -- of
12 cash of 5 million -- no, 6,794,753 to
13 make an overbid of $300,000 valued to
14 the estate.
15        MR. PREIS: Is that 6.7 million
16 or total?
17        MR. GALARDI: 6 total, not in
18 addition to what they said was the
19 cash number. Okay?
20        You want to talk a second?
21        MR. MURPHY: Yeah.
22        MR. GALARDI: Okay. We'll go
23 outside and talk in one second. So we
24 don't believe that that is a higher or
25 otherwise better bid.

Page 147

1
2        (Time noted: 11:29 p.m.)
3        (Brief recess.)
4        (Time noted: 12:08 p.m.)
5        MR. GALARDI: On the record.
6  So, look, we went back and forth with
7  THL about its credit bid for the value
8  of the estate. What we are going to
9  say is we agree -- reserving my rights
10 as I have to do as a lawyer -- on the
11 submicron analysis that you can bid up
12 to the face amount of your claim
13 toward your collateral.
14        And you can credit bid for that
15 amount. That said, as I've said to
16 other people -- and I can't remember
17 if I said it on the record -- the
18 debtors need not, just because you
19 credit bid, if we don't believe that
20 that's in the best interest of the
21 estate, go to the bankruptcy court and
22 secure an order that says that's the
23 highest and best value for the estate.
24 And, indeed, in light of the fact that
25 we're all in default, and in light, we

Page 148

1
2  are -- the debtors -- are in default,
3  you will always have your foreclosure
4  remedy, and I think most people know
5  they we've talked about getting
6  extension in this -- in the APA for a
7  forbearance from that foreclosure.
8        So, with that, we are going to
9  say they're clearly the highest and
10 best bid on their IP, but we're not
11 just selling the IP; we're selling a
12 going concern business. And, from now
13 on, unless they want to bid on the
14 entire company in net cash -- which we
15 don't understand you want to do now --
16 you may do it at some point. But
17 right now, your bid is for the IP
18 only, and so we're going to move on
19 now to Alden and say, do you want to
20 formulate a bid -- we still believe
21 that the best bid for the estate and
22 one that the debtors are prepared to
23 move for an order to approve --
24 understanding THL's rights -- is the
25 Aero IP bid, which had a face amount

Page 149

1
2  of $20 million -- I don't have the
3  exact -- I guess it's -- I don't have
4  the exact exhibit -- we believed it
5  was net distributable value to the
6  estate of 7 -- to the security
7  creditors of 17,206,588. We did have
8  the one million dollar value. So we
9  valued the value to the estate as
10 18,206,588, with respect to the bid.
11 And that I understand Alden has
12 concerns or questions about concerns
13 or challenges to the bid. We said it
14 would be a $300,000 increment. We
15 will consider bids that exceed --
16 because maybe they have another
17 term -- that exceed the value of
18 17,206 by 300 and we'll have to then
19 value their determination on the
20 inventory, or we'll -- we'll certainly
21 welcome a bid that is over 18206 and
22 add 300, so 18506. We'll let them
23 make the bid however they want and we
24 can determine whether that's a higher
25 and better bid.

38 (Pages 146 - 149)

1
2    I've confused you.  Do you want
3  me to say it in English?  I will say
4  it simply this way:
5    You had given us a bid before,
6  we did net distributable value, which
7  was to the secured creditors.  I told
8  you when you gave your bid, and when I
9  even said it in court, the value of
10  your treatment of the administrative
11  claims had some value.  We had put it
12  to date at zero.  I don't believe it's
13  $6.55 million.  So when I say there's
14  a 300 increment, we have a couple of
15  dimensions on which we can consider
16  your bid.  You could make our lives
17  extremely easier and go fast and say,
18  I'll bid 300,000 more and I'll take a
19  million of the AP, that's fine, or you
20  can do however you want to bid, but
21  I'm saying, I understand there is
22  value in your inventory determination.
23  I believe it's less than a million
24  dollars, because there's no guarantee,
25  it's not an assumption, but there is

1
2  some value there.  We will consider
3  that when you make your bid.
4    MR. SUTTON:  Can I dial in?  I
5  apologize.
6    MR. GALARDI:  You didn't miss
7  anything yet.  Next time we'll have
8  something to miss.
9    MR. SUTTON:  Okay.
10    MR. PREIS:  So --
11    MR. SUTTON:  No reason to dial
12  in, you say?
13    MR. GALARDI:  Unless you're
14  going to make a bid.  Or do you want
15  to talk now.
16    MR. PREIS:  I just want to --
17  so, given what you just said, because
18  that's a little bit -- I misunderstood
19  what you said the first time.  We may
20  want to speak to you before we bid,
21  so --
22    MR. GALARDI:  Okay.
23    MR. PREIS:  We may have some
24  questions.
25    MR. GALARDI:  So do we want to

1
2  take the break now?  Because the bid
3  is to you.
4    MR. PREIS:  We will be bidding.
5  I just don't -- now with what you just
6  said, we now have to think about what
7  you just said.  Okay.
8    MR. GALARDI:  Let's take a
9  break.  I'm going to now start asking
10  bidders -- and we'll try to do this --
11  any idea how long you think we'll
12  take?  Because I think we've got the
13  dimensions.  You're gonna ask us some
14  questions?
15    MS. WILD:  We have some
16  questions on some of the other
17  adjustments as well.
18    MR. GALARDI:  30 minutes?  I'm
19  not going to put a time limit.
20    MR. PREIS:  I don't want to --
21    MR. GALARDI:  Let's try to say
22  30 minutes, but if we're not back,
23  we'll send the e-mail.  What we'll
24  also do, I think there are at least
25  two people, clients that want to be on

1
2  a call.  If there's anybody else, Alex
3  will send out a dial-in.  We'll now
4  put this call into dial-in.
5    Frankly, the U.S. Trustee was
6  the one who said that they would like
7  to have a representative here.  I
8  think everybody should keep a
9  representative here, but if people
10  want to dial in and give their
11  instructions, as long as it doesn't
12  slow the process up, that would be
13  fine by me, unless there's an
14  objection by some party.  We do have
15  to have decision makers here.  I do
16  want the principals to at least remain
17  on the phone, and I'd ask you not to
18  snore, because I've been on conference
19  calls when people have snored.  But,
20  aside from that, I don't have a
21  problem if all of the people don't
22  have to sit here.
23    I will also say I would prefer
24  to try to get as far into the auction,
25  if not completed tonight, so that we

1
2  could go to the sale hearing tomorrow
3  and not resume the auction in Delaware
4  tomorrow morning.  If I get -- start
5  to get objections about that, people
6  should tell me, but that would be my
7  preference.
8      Let's take the break now.
9      MR. PREIS:  You want to continue
10  the auction in Delaware?
11      MR. GALARDI:  No.  What I'm
12  saying, one thing I have done is, if
13  everybody is too tired, we go home in
14  the morning, we start the -- in
15  Delaware, because that's before the
16  court hearing.
17      MR. PREIS:  The hearing is at
18  2:00?
19      MR. GALARDI:  I think that's
20  what he said, 2:00.  So I would prefer
21  to do it here so that some
22  people don't have to travel, we stay
23  tonight, we do it and get it done.
24  That's my preference.
25      MS. WILD:  Yeah.

1
2      MR. GALARDI:  But, again, you
3  guys have the money, you decide.  But
4  I'm fine staying here.  So right now,
5  we're staying here.  Let's not take
6  too much more time.  Let's take the
7  break, let's go answer your questions.
8      MS. WILD:  Let us have a few
9  minutes.
10      MR. GALARDI:  Take a few minutes
11  and come down to our room.
12      MR. PREIS:  I'll call.
13      MR. GALARDI:  I'm not trying to
14  rush you.
15      MR. PREIS:  I'll call.
16      MR. SHINDER:  And you guys
17  will --
18      MR. GALARDI:  That's fine.
19      (Time noted:  12:18 p.m.)
20      (Recess.)
21      (Time noted:  2:34 a.m.)
22      MR. GALARDI:  Back on the
23  record.  And if anybody remembers, the
24  last bid that we accepted as the
25  higher or otherwise better bid was the

1
2  bid by Aero IP.  To refresh
3  everybody's recollection, we valued
4  that bid at net distributable proceeds
5  of $17,206,588 and it had an
6  assumption of overseas AP
7  administrative expense of $1 million.
8      During the break, among other
9  things that we were working on with
10  people was Alden raised concerns --
11  and I think legitimate concerns --
12  regarding escrow accounts and the
13  timing of escrows, and also, because
14  they had changed a provision -- and I
15  have always said that there is value
16  to the provision that they have with
17  respect to the overseas vendors -- we
18  are making two adjustments that you'll
19  see in their bid and that we made the
20  other bidders aware of.
21      The first is, with respect to
22  any party that has an escrow -- and
23  there are two -- Aero Brands IP -- and
24  we don't have to do it on this term;
25  we've done it elsewhere -- but on the

1
2  Aero IP bid, they have a million
3  dollar escrow.  We have taken a 25
4  percent -- I'm not going to call it a
5  reduction of net distributable
6  proceeds, since we might get that --
7  but, in valuing the bid, there's a 25
8  percent reduction.  So on their
9  million, there's a $250,000 deduction.
10  More importantly, for the purposes of
11  Alden's bid, they would get 250 credit
12  to their bid, because they do not have
13  that.
14      Second, with respect to the
15  assumption of overseas liability,
16  first, that Alden had language in that
17  we said we thought was of value, we
18  have given them a plus $250,000 of
19  value for that, and, therefore,
20  because the bid of Aero Brands,
21  matched that language, when they come
22  back to bid, they would get a plus
23  $250,000 benefit there.  If they come
24  back and bid, they will also have a
25  deduction, however, of the same 25

40 (Pages 154 - 157)

Page 158

1
2  percent on I think it's about a $4.6
3  million escrow and they are aware of
4  that, so we could probably move our
5  bidding on, hopefully, rather rapidly,
6  or quickly, as we go forward.
7      With that, then I would turn the
8  bidding --
9      MS. MARCUS:  Gregg, one
10  explanation.  It sounded to me like
11  you counted the 250 twice on the
12  escrow, because it sounded like you
13  were --
14      MR. GALARDI:  No.
15      MR. PREIS:  No.  Two different
16  issues.
17      MS. MARCUS:  -- deducting from
18  one bidding an adding to another.
19      MR. GALARDI:  What I was
20  actually saying was, I'm not taking it
21  on your chart.  When we value your
22  bid, we're going to take account of
23  it, and either they're gonna get 250
24  for that just for their bid vis-à-vis
25  yours for the next bid.  The real

Page 159

1
2  proper way to do it is to take a
3  deduction off of your chart.  I didn't
4  want to do your chart and take 250 and
5  then having them start again.  So
6  it's --
7      MS. WILD:  Their chart and take
8  250 --
9      (Overtalking)
10      MR. GALARDI:  ... their chart
11  and take 250 and give you 250 for it,
12  because it's really in comparison to
13  their bid.
14      MS. WILD:  It's their bid.
15      (Multiple voices overtalking)
16      MR. PREIS:  His -- there's get
17  reduced by 1 point --
18      (Multiple voices overtalking)
19      MR. GALARDI:  Yes, yours, yes,
20  I'm sorry.
21      MR. SCHWARTZ:  It's a net.
22      (Multiple voices overtalking)
23      MR. GALARDI:  It's a net, the
24  250.  It's a net 250 compared to the
25  current highest and best bid of Aero

Page 160

1
2  IP.
3      MR. PREIS:  Yeah.
4      MS. WILD:  It takes the highest
5  and best bid down by 250.
6      MR. GALARDI:  So with that, I'm
7  going to turn the bidding over, and
8  this will become clearer as we move
9  through it.  I'm going to turn the
10  bidding over to Alden and then Alden
11  can explain its business.
12      MR. PREIS:  Okay.
13      MR. GALARDI:  Does everybody
14  have the page?
15      Let's turn out the sheets.
16      MR. PREIS:  You can pass it out.
17  Can you check?  I think I'm exhibit.
18      (Exhibit 11, Aerosoles Bid
19  Comparison - Key Financial Terms for
20  Alden, 2:20 a.m., marked for
21  identification, this date.)
22      MR. GALARDI:  This will be
23  Exhibit 11.  Hopefully, I'll find the
24  other exhibits.
25      Why don't we -- let them go

Page 161

1
2  through their bid and our calculation
3  of it.
4      MR. PREIS:  I mean, a couple of
5  things to mention.  I mean, I think
6  the numbers are self-explanatory.  I
7  don't think we have to go through
8  them.  The change we made from our
9  previous bid, which is actually the
10  stalking horse bid from yesterday, the
11  change we made is that we -- we
12  obviously get the $250,000 addition on
13  the bottom.  That's the plus
14  assumption of overseas AP admin
15  expense, based on debtors giving us
16  the credit for that.  And then, in
17  addition, we originally -- we
18  previously said that the debtors had
19  to cover all $2 million of cure costs
20  related to the assumed contracts.  And
21  instead, now, we are saying we will
22  cover 75 percent and only leaving the
23  debtors at 25 percent.
24      So our bid is now, instead of
25  having a $2 million deduction on the

Page 162

1
2  cures, we have a $500,000 deduction.
3      So, all in, you can see the
4  numbers, the net value to estate, we
5  believe is 18,302,127.
6      I will mention two other things
7  on the record and then I'll let Gregg
8  tell us if it's higher and better or
9  whatever explanation he wants.
10     One, we did offer the debtors
11 and discussed with them the fact that,
12 we -- let me rephrase that.  We did
13 mention to the debtors and will put on
14 the record that, given the fact that
15 Aero Brands bid this morning -- this
16 morning?  This afternoon, when it came
17 in at the 1,6846,588 number, it should
18 have been -- there should have been a
19 reduction given that the 25 percent
20 deduction because of the $4.65 million
21 in escrow, and, therefore, the Aero
22 Brand's bid this afternoon should have
23 been in the -- around 15.7 million,
24 which actually would not have been an
25 overbid and, therefore, they should

Page 163

1
2  have been either told of that or
3  disqualified.
4      (Multiple voices overtalking)
5      A VOICE:  But you just decided
6  that --
7      (Multiple voices overtalking)
8      MR. GALARDI:  Just hold on!
9  Hold on!
10     MR. SUTTON:  We just changed the
11 rules?
12     MR. GALARDI:  Let him make his
13 statement.
14     MR. PREIS:  I'm making a
15 statement.
16     MR. GALARDI:  Please let him
17 make his statement.
18     MR. SUTTON:  Wow.
19     MR. GALARDI:  Please let him
20 make his statement.
21     MR. SUTTON:  Okay.
22     MR. PREIS:  And then the second
23 point is, we did discuss with the
24 debtors an offer that we would leave
25 in the estate claims and causes of

Page 164

1
2  action against Palladin.  The debtors
3  declined to assign any value to that,
4  and so, therefore, we're going to keep
5  the claims and causes of action
6  against Palladin.
7      That's it.
8      MR. GALARDI:  Okay.  With
9  respect to the first statement, we
10 were not asked to evaluate it at that
11 point, we have evaluated it now, I'm
12 sure if we had evaluated it then, we
13 would have had a different bid, as we
14 will find out in the next round, in
15 any event.
16     So, to the extent there was that
17 change, we believe it had no affect on
18 the auction so that with respect to
19 the D & O claims, if anybody read the
20 disclosure statement, we have, in
21 fact, done, I would say, a
22 preliminary, if not a little bit more
23 than preliminary, analysis, and don't
24 believe that there are value to those
25 claims.  Though those are still estate

Page 165

1
2  claims, they have not had and nor has
3  any time passed to have to have those
4  claims.  They are still property of
5  the estate.  The committee or anybody
6  else has not sought standing for
7  those.  I know that when we were going
8  into confirmation, while facts will
9  change, the committee had not
10 commenced an action based on that.
11 The committee can decide what it wants
12 to do.  But that's why we are still
13 valuing that at zero.
14     With that, we would like to take
15 one quick break with -- with -- you're
16 still a consulting party, you're a
17 consulting party -- with the
18 consulting party.  It should take us
19 less than three minutes to decide the
20 value on this bid.
21     Okay?
22     (Time noted:  2:45 a.m.)
23     (Brief recess.)
24     (Time noted:  2:46 a.m.)
25     MR. GALARDI:  With this bid, are

42 (Pages 162 - 165)

1
2 you prepared to be the backup bidder?
3     MR. PREIS: With this bid on the
4 same terms we are currently a backup
5 bidder, yes.
6     MR. GALARDI: Well --
7     MR. PREIS: We are currently a
8 backup bidder for 48 hours. That's
9 the way the bids work. That's the way
10 the stalking horse bid works, that's
11 the way the bid procedures work, yes,
12 we are prepared to be the backup
13 bidder on that bid for 48 hours.
14     MR. GALARDI: So let's --
15     MR. PREIS: If you're asking us
16 if we're willing to wait out two weeks
17 until March 3rd, the answer is no.
18     MR. GALARDI: That's what I
19 wanted to ask.
20     Now, with respect to that, we do
21 deem this to be the highest and best
22 bid at this point. As I said before,
23 it was 17206, we should really be
24 taking a deduction from the Aero IP
25 bid. You take those deductions both

1
2 ways. It meets the bidding increment
3 of $300,000, it's better than the net
4 value to estate, so, in both
5 dimensions, after consultation with
6 the consultation parties, we believe
7 it to be the highest and otherwise
8 best bid.
9     We would now turn to Bluestar,
10 and I think it's best to go off the
11 sheet that was distributed by the
12 Alden bid as the bid to value, and if
13 you want to take a break and give us a
14 soft timetable and we can certainly do
15 a sheet with you, I know it's not that
16 long, but --
17     MR. SUTTON: We'll be back
18 shortly.
19     MS. MARCUS: Can I make a
20 statement on the record?
21     MR. GALARDI: Yes.
22     MS. MARCUS: It looks to me that
23 Alden didn't increase its bid one
24 dollar. Am I correct in that? It's
25 just that the debtor changed its

1
2 evaluation of the bid, based on some
3 of these adjustments.
4     MR. PREIS: No, not at all.
5 That's wrong.
6     MS. MARCUS: What changed?
7     MR. PREIS: The contract cures.
8     MS. MARCUS: Thank you. You're
9 right.
10     MR. GALARDI: There was a net
11 1.5 million value because they have
12 said whatever -- and, again, we can
13 all argue whether the cures are too.
14 They are paying three quarters of
15 (multiple voices overlaking) every
16 cure dollar. I want to clarify, just
17 like you asked before. The 75 percent
18 kicks in from dollar one. So if I get
19 first dollar of cure, you're paying 75
20 cents of that.
21     MR. PREIS: Correct.
22     MR. GALARDI: Okay? Thank you.
23 (Time noted: 2:49 a.m.)
24 (Brief recess.)
25 (Time noted: 3:35 a.m.)

1
2     MR. GALARDI: We are back on the
3 record. The last bid submitted by
4 Alden was deemed to be a higher and
5 otherwise better bid. It provided net
6 distributable proceeds to the estate
7 of $18,052,17 and also we said estate
8 value based on the rep about inventory
9 of 18,302,127.
10     We now turn to the Aero Brand
11 bid and we'd ask them if they are
12 changing, modifying, or otherwise.
13     MR. HIRSCH: Gregg, sorry, I
14 have an objection just to the debtors
15 stated earlier that they value D & O
16 claims at zero.
17     MR. GALARDI: Correct.
18     MR. HIRSCH: And I think that --
19 I don't know if you collectively said
20 and -- and I don't know if you
21 included specifically claims against
22 Palladin also at zero or if you were
23 grouping it together, but, either way,
24 the DIP lender does not agree with the
25 valuation of either the D & O claims

1
2  or -- are worth zero or possible
3  claims against Palladin are zero.
4      MR. GALARDI:  Understood.
5      So now, we are going on to the
6  bid of Aero Brand group and asking
7  them if there are changes or
8  modifications, and we'll hand out the
9  sheets.  Right?  We know we have them.
10  So we know there are changes and
11  modifications to the bid.  Ready.
12  We're ready to go.
13      (Exhibit 12, Aerosoles Bid
14  Comparison - Key Financial Terms for
15  Aero Brand, 3:15 a.m., marked for
16  identification, this date.)
17      MR. GALARDI:  Now we'll be on
18  Exhibit 12.  Now, we have received a
19  bid from Aero Brand.  We'll discuss
20  the terms, we'll take a break with the
21  consultation parties, but I think when
22  you look at the numbers, it's --
23  unless the consultation parties have
24  an issue, or I think this will be
25  deemed a higher otherwise better bid.

1
2  both of those things will be
3  considered.
4      To the extent any bidder has a
5  penalty clause, eight days, we will
6  then, at the next bid, say, if you
7  don't have something like that, we
8  will take a discount for the
9  uncertainty of closing.
10      MR. PREIS:  But you guys don't
11  have it anymore; right?
12      MR. SUTTON:  Correct.
13      MR. PREIS:  You don't have it in
14  yours?
15      MR. DESIDERIO:  Not currently.
16      MR. PREIS:  So nobody has it,
17  there's no deductions?
18      MR. GALARDI:  Right now, there
19  is nobody that has it, so we're not
20  taking a deduction from anyone, or
21  giving a benefit giving a benefit to
22  anyone.
23      MR. PREIS:  Got it.
24      MR. GALARDI:  So now, working
25  through the bid by Aero Brands, there

1
2      There are a few things that I
3  want to get on the record with respect
4  to the bid.  My recollection of their
5  bid previously was that they agreed to
6  pay a $100,000 per day penalty in the
7  event they do not close.  No other --
8  well, in the event that they do not
9  close.  And you're removing that now
10  from your contract; is that correct?
11      MR. SUTTON:  Yes.
12      MR. GALARDI:  Okay.  So we're
13  back to the certainty of closing with
14  them, as we are with certain other
15  bidders, and penalties, as we move
16  forward, we will ask parties to
17  consider with respect to addressing
18  that certainty, either putting back
19  such a -- I'll call it a penalty,
20  which should be, if you're really
21  going to close on the 23rd, no
22  concern, or, if there is another way
23  you'd like to secure closing -- for
24  example, increase your deposit
25  tomorrow to 20 percent, 25 percent,

1
2  has been a change to the inventory
3  reduction, the purchase price
4  reduction -- the purchase price
5  adjustment based on an inventory
6  adjustment, which what they have
7  changed now is, instead of a
8  dollar-for-dollar reduction, they are
9  taking 75 cents as a deduction for
10  every dollar.  So the old number, I
11  think, was 440.  The new number is
12  330.
13      The cashes remain the same.
14      MR. SUTTON:  No, cash went up.
15      MR. SCHWARTZ:  By 500,000.
16      MR. GALARDI:  By 500?  Oh, okay,
17  I've gotten the number right -- wrong.
18  They added cash of 500, they are
19  taking the first 500 of cure cost.
20      MR. SHINDER:  First million and
21  a half.
22      MR. GALARDI:  Oh, whatever.  On
23  cure costs, they are taking $1.5
24  million of cure.  That is the first
25  $1.5 million of cure?

44 (Pages 170 - 173)

1
2      (Multiple voices overtalking)
3      MR. GALARDI:  What is it?
4      MR. SUTTON:  No, no, the estate
5 is capping at 500.
6      MS. MARCUS:  The estate's
7 liability for the cure cost is
8 (multiple voices overtalking) capped
9 at 500.
10      MR. GALARDI:  So we take the
11 first 500, just so we're clear, and
12 anything after that is on the
13 consortium's bid?
14      MS. MARCUS:  Correct.
15      MR. GALARDI:  Got it.
16 Fortunately for me, the rest of the
17 numbers below that line stayed the
18 same, since I've done so well up to
19 this point and the net distributable
20 proceeds are 18,956,588.  As we had
21 mentioned before, they are changing --
22 I didn't mention -- but 25 percent
23 escrow adjustment.  They've now
24 reduced their escrow to a million
25 dollars, matching the Aero IP escrow

1
2 terms; right?  We're clear, it's just
3 that for the inventory, nothing else,
4 clean, inventory adjustment, exactly
5 what the Aero IP did, deal did.
6      So we've taken a deduction from
7 their value of 250, but they have kept
8 the same language that Alden did, so
9 they are getting a benefit of 250.
10 So, magically, the net value to the
11 estate is the same as the net
12 distributable proceeds, which is
13 18,956,588.
14      I did not consult with the
15 consultation parties.  Do you have a
16 problem with this being declared a
17 higher or otherwise better bid?
18      MR. HIRSCH:  I might.
19      MR. GALARDI:  So let's go
20 outside, let talk.
21      (Time noted:  3:42 a.m.)
22      (Brief recess.)
23      (Time noted:  3:47 a.m.)
24      MR. GALARDI:  Back on the
25 record.  We've consulted with the

1
2 consultation parties and the
3 consultation parties all still agree
4 that this is a -- still agree -- they
5 agree that this is a higher or
6 otherwise better bid.
7      We are will then turn to Aero IP
8 to determine whether it would like to
9 submit a higher or better bid and is
10 prepared to do so now or need to take
11 a break.
12      MR. DESIDERIO:  I think we just
13 need three minutes, two minutes.  I
14 don't think anyone should leave the
15 room.
16      MR. GALARDI:  Okay.
17      MR. SHINDER:  I need you
18 afterwards.
19      MR. GALARDI:  Two minutes and no
20 one should leave the room.
21      (Time noted:  3:47 a.m.)
22      (Brief recess.)
23      (Time noted:  3:51 a.m.)
24      MR. GALARDI:  On the record.
25 First thing I'm going to ask, just

1
2 because I failed to ask each time and
3 I have to remember to ask:  With
4 respect to the bid of Aero Brand, is
5 Aero Brand prepared to stand as a
6 backup bidder in the event that a
7 higher and better bidder does not
8 close?
9      MR. SUTTON:  No.
10      MR. GALARDI:  So now we turn to
11 Aero IP.  We will have a sheet shortly
12 for what they're going to bid, but I
13 think it's -- we can go off of what
14 they say and then we'll turn to the
15 sheet people.
16      MR. DESIDERIO:  And if I miss
17 anything, you will try and catch me,
18 but we are increasing our cash
19 component to $24 million, we are
20 decreasing the peg for the inventory
21 adjustment down to 5.3, from I think
22 it was 5.6; we are taking a hundred
23 percent of lease cur, or, sorry,
24 contract --
25      MR. GALARDI:  Cure costs.

45 (Pages 174 - 177)

1
2    MR. DESIDERIO:  Sorry, yes, cure
3  costs; we are going to take the
4  Chapter 5 causes of action and waive
5  them.
6    MS. WILD:  What are those?
7    MR. DESIDERIO:  Chapter 5 causes
8  of action, taking them and waiving the
9  preferences.  I don't think any value
10  is being ascribed to them.
11    MR. GALARDI:  Let me say this
12  about this:  And we're in an auction
13  and it's late.  When you say "we're
14  taking Chapter 5 causes of action",
15  the fact is going to be that they will
16  not be prosecuted.
17    MR. DESIDERIO:  That's correct.
18    MR. GALARDI:  It's not the same
19  thing as taking the causes of action,
20  because that's a hard sale in
21  proceeds, but they are being waived.
22    MR. DESIDERIO:  They are being
23  waived.
24    We are increasing our bid
25  deposit to 15 percent of our bid, we

1
2  were going to use reasonable best
3  efforts to close by the 23rd, but that
4  can be extended to the 2nd.
5    We are going to, with respect to
6  overseas AP, we're going to take the
7  same language that Alden -- we're
8  going to adopt the language that Alden
9  and the other Aero bid has done.
10    MR. GALARDI:  So instead of
11  getting a million credit there,
12  they're going to go back down to a
13  $250,000 credit?
14    MR. DESIDERIO:  I believe -- I
15  believe that's it for changes, unless
16  I'm -- someone thinks I'm missing
17  something.
18    MR. PREIS:  Can you say the
19  second thing you said?  You said
20  something about your inventory going
21  up.
22    MR. DESIDERIO:  So originally we
23  had pegged the inventory here, U.S.
24  located inventory, 5.6, the debtors
25  had said they believe at closing that

1
2  the inventory amount will be 5.3, so
3  we won't have any inventory
4  adjustments if the inventory at
5  closing is 5.3.
6    MR. SHINDER:  Excuse me.  If you
7  look at their last bid --
8    MR. PREISER:  They were on the
9  440. that is a $300,000 difference.
10  How are you getting to zero?  They
11  were --
12    MR. GALARDI:  Wait.  Wait.  What
13  numbers are you --
14    MR. GOLDBERG:  We were at 5.47
15  before.
16    MR. PREIS:  I'm looking at the
17  Aero IP bid.
18    MR. GOLDBERG:  We were at 5.74
19  before and now we're at 5 point --
20    (Overtalking)
21    MR. DESIDERIO:  It was what the
22  adjustment was tagged to.  Our
23  adjustment we had called for inventory
24  to be at least $5.7 million in the
25  last bid and we're reducing that to --

1
2    MR. PREIS:  5.3.
3    MR. DESIDERIO:  -- 5.3
4  inventory.
5    MR. PREIS:  Got it.  So you
6  don't take that, you're up 4 --
7    MR. GALARDI:  I'm going to have
8  one question once we get the number on
9  with respect to the bid.  If you do
10  not close -- and maybe I'm going to
11  make this too complicated -- if you do
12  not close and you wait till the march
13  2nd date, the inventory close date is
14  going to be less than the 5.3 on the
15  2/23.  There should not be a further
16  purchase price reduction if you decide
17  to go past that.
18    MR. DESIDERIO:  It would be
19  inventory as of.
20    MR. GOLDBERG:  But the inventory
21  will have been sold and cash
22  generated?
23    MR. GALARDI:  No.  Goes into the
24  AR.  We're going to have to work
25  through the math, because I don't

Page 182

1
2  want -- I don't want to have a closing
3  foot fault, AR foot fault.  So it's a
4  little more complicated.
5      MR. GOLDBERG:  But conversion of
6  any --
7      MR. GALARDI:  It doesn't work
8  quite as smoothly as we all think it
9  does without going through to the
10 numbers.  So I'm going to ask for one
11 clarification on the bid.
12     MR. WEINSTEIN:  Just -- I mean,
13 it would turn in an AR, but you're not
14 increasing your bid for the
15 incremental AR, but they are at risk
16 for the deduct on inventory, so --
17     MR. DESIDERIO:  I get the
18 problem.  I think we can work through
19 it if --
20     MR. GALARDI:  I think we can too
21 and I want to make sure that, if you
22 decide -- so let's everybody
23 understand for finality.  That's why
24 we've negotiated to get to a 15
25 cent -- 15 percent deposit.  So if

Page 183

1
2  they don't close at all, their deposit
3  is at risk.  It's obviously an
4  increased deposit, because of the 24
5  million.
6      We want them, and they say
7  they'll still close on the 2/23 date.
8  They have statements be adjusted on
9  the 2/23 date.  But if they go later,
10 I want the estate to be neutral -- and
11 it's not ever going to be neutral
12 because the 700 a day, but we've got
13 the greater deposit to make sure that
14 we don't lose on inventory and AR with
15 that same, what I'll call, eight-day
16 period.  That's what we're trying
17 to --
18     MR. PREIS:  But that only
19 happens if they don't close.  If they
20 do close on the eighth day, who pays
21 for those seven days?
22     MR. GALARDI:  That's --
23     MR. DESIDERIO:  That's what our
24 increased deposit is for.
25     (Multiple voices overtalking)

Page 184

1
2      MR. GALARDI:  That's not the
3  same thing.  That's not the same
4  thing.  He's right.  That's why we
5  have to work through it.
6      MR. DESIDERIO:  That's why I'm
7  asking the question.
8      MR. GALARDI:  It's not, because
9  if you still close, you essentially
10 arguably, based on the other
11 analysis --
12     MR. PREIS:  $700,000.
13     MR. GALARDI:  -- $700,000 -- let's
14 everybody try, and I know -- let's
15 assume that we're seven days and you
16 still close, the estate has incurred
17 $700,000 more expense, so that should
18 be a deduct, regardless of whether
19 you've agreed to pay it.  It's a
20 deduct to the value of your bid.  I
21 have to -- we have to work that in.
22 We did not work it in.
23     MR. PREIS:  Can I ask another
24 question?  Where are you going to get
25 that $700,000?  You don't have it.

Page 185

1
2  The cash ran out.  So where are you
3  going to get it?
4      MR. GALARDI:  Let's work through
5  it.
6      MR. PREIS:  Yeah.
7      MR. GALARDI:  I agree with you.
8      MR. PREIS:  Okay.  It can't just
9  be a deduction.  They actually have to
10 fund it.
11     MR. GALARDI:  Let us deal with
12 the issue.  Okay?
13     MR. PREIS:  Okay.  Can you go
14 through the rest of your bid?  I'm
15 sorry.
16     MR. GALARDI:  I think it will be
17 helpful, let us take the time to get
18 the sheet, answer your questions.
19     MR. DESIDERIO:  Why don't we
20 talk about the mechanics a little
21 while the sheet comes out.
22     MR. PREIS:  The sheet is out.
23     MR. DESIDERIO:  I don't even
24 have the sheet.  Who has the sheet?  I
25 don't see it.  I have the old one.

47 (Pages 182 - 185)

Page 186

1
2   That's fine.  That's fine.  I got it.
3   I didn't think anyone else had it.
4        MR. GALARDI:  I think we have a
5   way to deal with the first -- with the
6   issue that Arik asked.  There is cash
7   as of 2/23 as noted on the numbers;
8   right?
9        MR. PREIS:  Yeah.
10       MR. GALARDI:  There's $2.5
11  million.
12       MR. PREIS:  Correct.
13       MR. GALARDI:  So, technically,
14  if we go a day, we could reduce that
15  cash to account for it.  Now we have
16  to still put that into the value of
17  the bid.  That's why I want to work
18  through the mechanics.
19       MR. DESIDERIO:  Okay.
20       MR. GALARDI:  I have the cash to
21  pay for it.
22       MR. DESIDERIO:  Yeah.
23       MR. PREIS:  But the 2.5 becomes
24  a 1.7.
25       MR. GALARDI:  Exactly.  That's

Page 187

1
2   my point.  Fair enough.
3        MR. PREIS:  You're right.  I
4   misspoke.
5        MR. DESIDERIO:  If the estate
6   would prefer, we're fine to going back
7   to ten percent deposit with the
8   $100,000 burn per day.  It's your
9   option.  Your call, if the estate is
10  fine with that.  Seriously.
11       MR. GALARDI:  We'll take the
12  hundred a day.
13       MR. DESIDERIO:  Fine.
14       MR. WEINSTEIN:  Unless we can
15  find the extra -- I mean, unless we
16  can apply the extra deposit --
17       MR. GALARDI:  I don't want to
18  use his cash.  I'd rather...
19       MR. PREIS:  You gays wanted the
20  15 percent for what reason?
21       MR. GALARDI:  Because --
22       MR. DESIDERIO:  Instead of --
23       MR. GALARDI:  -- instead of
24  taking that hundred a day, we were
25  going to increase his deposit.  You

Page 188

1
2   made a very good point --
3        MR. PREIS:  Oh, so you're
4   just -- they're just fixing it.  I got
5   it.  So then the moving from 15 back
6   to ten is --
7        MR. DESIDERIO:  Yeah.
8        MR. PREIS:  Got it.
9        MR. GALARDI:  Exactly.  We still
10  have to work out an issue, so --
11       MR. DESIDERIO:  Did we want to
12  go off the record.
13       MR. GALARDI:  We do want to go
14  off the issue so we can talk about the
15  AR and inventory question that I
16  asked, because --
17       MR. DESIDERIO:  That's fine.
18  That was the first time it was raised
19  with us, so I just need to talk about
20  it.
21       MR. GALARDI:  We will apologize,
22  because you've only taken ten minutes
23  of our time.
24       MR. DESIDERIO:  Sorry we went
25  too fast.

Page 189

1
2        MR. GALARDI:  Off the record.
3        (Discussion held off the
4   record.)
5        (Time noted: 4:01 a.m.)
6        (Brief recess.)
7        (Time noted: 4:41 a.m.)
8        MR. GALARDI:  Back on the
9   record.  On the record.  We -- I
10  raised a concern and then there were
11  some issues.  What you have before
12  yourself is the same sheet you had
13  before.  So --
14       MR. PREIS:  Is there a new
15  sheet?
16       MR. GALARDI:  I think there's
17  not a new one, but I'll give you -- do
18  you have an extra copy of the Aero
19  Brand's, Aero --
20       MR. PREIS:  It's the same one as
21  before.
22       MR. GALARDI:  It is the same
23  one?
24       MR. SHINDER:  The same.
25       MR. GALARDI:  And I'll explain

48 (Pages 186 - 189)

Page 190

1    why.
2       Though the sheet is the same,
3    the issue that raised was the concern
4    about whether you close on 2/23 or
5    3/5, because that's the Monday, so why
6    we've now been using the 3/5 date.
7    They have changed the definitions to
8    capture inventory and accounts
9    receivable as essentially -- and we're
10   going to work the language out -- as
11   essentially one bucket.  So if you
12   convert inventory into accounts
13   receivable and you go to the closing
14   date, there is no difference in
15   purchase price, so there's no
16   deduction; they have agreed to pick up
17   the $100,000 a day from the 23rd to
18   the March 5th date closing.
19      So, based on that, and based on
20   the sheet, subject to questions from
21   anybody, we, after consultation with
22   the consultation parties still
23   remaining, the Committee, and Polk,
24   have determined this is a higher or
25

Page 191

1    otherwise best, better bid than the
2    prior bids, which would mean that the
3    bidding would now go back to Alden to
4    determine whether they would like to
5    submit a bid, and we're -- we would
6    like to submit a bid to exceed the net
7    distributable proceeds of $22,646,588.
8       MR. PREIS:  Do they still have a
9    termination right on 2/23?
10      MR. GALARDI:  You don't have a
11   termination right on 2/23.  You've
12   asked.
13      MR. DESIDERIO:  That was the
14   outside closing.
15      MR. GALARDI:  So, no, the answer
16   is no, we'll modify the agreement to
17   make that clear, but you don't have a
18   right to terminate, and -- but the
19   contract will expire on 3/5.  I'm
20   not --
21      MR. DESIDERIO:  Right.
22      MR. GALARDI:  I don't want to go
23   back to whether you had it in the
24   first place.
25

Page 192

1
2       MR. DESIDERIO:  That is right.
3       MR. PREIS:  That's fair.
4       MR. GALARDI:  It may have been a
5    different document.
6       MS. WILD:  So many now.
7       When you -- will you explain the
8    point number one again, the inventory
9    and AR.
10      MR. GALARDI:  From the -- again,
11   then I'm going to let somebody who's
12   more knowledgeable, but just think of
13   it the way I've thought about it and
14   have been told it works:  You take
15   inventory and AR on the day, 2/23,
16   they're going to put it all together
17   in one category, so not separate.  So
18   as you go to 3/5, while you sell
19   inventory, the corresponding AR should
20   go up or, by the same number, so
21   there's no real change, or it goes
22   into cash.  So we don't have to deduct
23   anything for that extra week,
24   especially given now that they've
25   given us the 700 -- the hundred a day,

Page 193

1
2    or whatever it is.
3       Let Jean and the people who run
4    through to the numbers give you the
5    actual numbers with David.  I think
6    that's the most valuable thing for
7    you.  But that's the concept.
8       MS. WILD:  Okay.
9       MR. GALARDI:  With that, we can
10   also suspend the two-pass rule,
11   because if you pass, they pass, they
12   go back to you anyway, so there's no
13   more two-pass, which always happens
14   when you get down to two people.
15      MR. DESIDERIO:  On this bid, we
16   are not prepared to be the backup
17   bidder.
18      MS. WILD:  So you said.
19      MR. DESIDERIO:  Not prepared to
20   be the back up bidder, not at this
21   point.
22      MR. GALARDI:  Correct.  If we
23   say, please, will you?
24      MR. DESIDERIO:  You can keep
25   begging.

49 (Pages 190 - 193)

Page 194

1
2      MS. WILD:  Will you just to make
3  the math easy, because there's
4  multiple different type days in
5  February?  How many days is the 100
6  per day?
7      MR. GALARDI:  From the 23rd,
8  there's -- so that's five there and
9  five there, so I guess it could --
10      MR. DESIDERIO:  To the 2nd.
11      MR. GALARDI:  So, to the 2nd.
12  They're in the fifth.
13      A VOICE:  Starting on the 24th.
14      MS. WILD:  24th through 2nd.
15      MR. GOLDBERG:  Yes.
16      MR. GALARDI:  Seven.  I have
17  that figured --
18      MS. WILD:  Alright.
19      MR. GALARDI:  On my fingers, I
20  counted.
21      MS. WILD:  Alright, great.
22      MR. PREIS:  Did you have a
23  question for us?
24      MR. GALARDI:  Would you like to
25  bid?

Page 195

1
2      MR. PREIS:  We will bid, just
3  not right now.  We need to -- I --
4      MR. GALARDI:  I suspected as
5  much.
6      MR. PREIS:  Okay.
7      MS. WILD:  Okay.
8      MR. PREIS:  We need some time.
9      MR. GALARDI:  I understand.
10      MS. WILD:  We might have some
11  questions in a minute about--
12      MR. PREIS:  Well --
13      MR. GALARDI:  Off the record.
14      (Discussion held off the
15  record.)
16      (Time noted:  4:46 a.m.)
17      (Recess.)
18      (Time noted:  6:34 a.m.)
19      (Exhibit 13, Aersoles Bid
20  Comparison - Key Financial Terms for
21  Alden, 5:46 a.m., marked for
22  identification, this date.)
23      MR. GALARDI:  Back on the
24  record:  We are back on the record.
25  This is Exhibit 13.  So we have

Page 196

1
2  returned to the bid of Alden and asked
3  if Alden would make an additional bid
4  and Alden has advised us that they
5  will in fact make an additional bid.
6  I've handed out, or we've handed out,
7  what's now Exhibit 13, and I will let
8  Arik run through the numbers, although
9  there's an extra -- there's a missing
10  number here, but why don't we let you
11  go through it, in your words.
12      MR. PREIS:  So if y'all have the
13  piece of paper, whatever -- piece of
14  page needs to be changed in the
15  following way:
16      The 24550 at the top should be
17  24,600,000.  That's obviously going to
18  flow through, but we'll just tell you
19  that the two main results are, in net
20  distributable proceeds, instead of
21  22,696,588, it should be 22,746,588,
22  and... yes, yes.
23      MS. WILD:  Oh, yeah, that.
24      MR. GALARDI:  50 on top of the
25  30 from before.

Page 197

1
2      MS. WILD:  That one.
3      MR. PREIS:  And then net
4  value to the estate, instead of
5  22,946,588 should be 22,996,558.
6      MS. WILD:  588.
7      MR. PREIS:  Yes, 588.  Thank
8  you, Jen.
9      So what we've done to our bid is
10  increased, just in generalities,
11  increased the cash.  We have also --
12  you want to ...
13      MS. WILD:  So we've adjusted
14  our -- we've adjusted our inventory
15  and accounts receivable so the debtors
16  projected that they would have --
17  we've changed it so that the
18  adjustment starts if it falls below
19  what the debtors project it to be on
20  2/23.  And those numbers, of course,
21  we've changed the language.
22      We've taken the license disputes
23  from 1.5 million to .5 million.
24  Instead of leaving 80 percent of the
25  cash in the estate, we're leaving a

50 (Pages 194 - 197)

1
2  hundred percent of the cash in the
3  estate.  Everything -- oh, and then
4  cures, we no longer will leave the
5  cures for the estate.  It will be --
6      MR. PREIS:  Instead of 75
7  percent.
8      MS. WILD:  It will be our
9  responsibility.
10     MR. PREIS:  It will cover all
11 100 percent, so that gets to the
12 numbers we talked about.
13     In addition, the debtors asked
14 us three questions -- two questions.
15 First, are we not taking the Chapter 5
16 cause of action/preferences against
17 trade creditors?  We are obviously --
18 we will not take them.
19     Second --
20     MR. GALARDI:  So what I want to
21 say about that, so it's not the
22 taking.  That is -- they're being left
23 with the estate and the estate will
24 not pursue those causes of action.
25     MR. PREIS:  And then,

1
2  secondarily -- hold on one second.
3  Okay, secondarily, we -- to the extent
4  we are the winning bidder, which
5  obviously there's still time for that
6  to occur, but to the extent we are the
7  winning bidder, if that happens, we
8  will not -- we will leave behind for
9  estate the causes of action against
10 Palladin and against the D's and O's,
11 only so long as Tommy -- the counsel
12 for Tommy Lee and the Tommy Lee
13 parties, with regard to the sale
14 hearing, do not to object Alden being
15 the winner at the sale hearing, and
16 that Alden -- and that -- to anything
17 related to Alden being the -- the
18 purchaser of the assets.  We
19 understand that they may have other
20 objections, but, with regard to Alden,
21 they will not object.  Again, it's all
22 contingent, Matt's going to say
23 something now, because I'm sure I
24 messed it up.
25     MR. MURPHY:  That works.

1
2      MR. PREIS:  And I think
3  that's -- did I miss anything, Gregg?
4      MR. GALARDI:  Not that I know
5  of.
6      MR. PREIS:  Okay.
7      MR. GALARDI:  I would just say,
8  again, for the record, the debtors had
9  valued those causes of action at zero
10 early on.  Obviously the lenders are
11 preserving whatever values that is
12 their collateral and they would like
13 that left behind.  That was the origin
14 of that statement.
15     As we said, we will not take the
16 cures.
17     I do have a question about
18 closing, because I have been asked it
19 a few times.  I think sometimes by
20 you.  If you do not close on 2/23, is
21 that a termination condition?  Is it
22 a -- you'll close with the -- you'll
23 waive the final order, and I just want
24 to understand, 2/23, like you asked
25 everybody else, if you did not close

1
2  on 2/23 and you decide to close on
3  February 28th, or February 26th, or
4  can we terminate the agreement on you
5  on February 24th if you're not
6  prepared to close on the 23rd?
7      You want to think about that one
8  for a second?
9      MS. WILD:  Yes.
10     MR. GALARDI:  Again, everybody's
11 been talking about closing conditions.
12 I know that I have from the other
13 bidder that $100,000 a day if they do
14 not close on that date.  So when I go
15 to value this bid, I want to make sure
16 that I have all of those -- that
17 condition understood, so why don't you
18 take one break on that, we'll finish
19 the sheet to revise it so everybody
20 has it.  Hopefully it won't take you
21 that long to think about what the
22 consequences and what our rights as an
23 estate are if you do not close on
24 2/23.
25     MR. DESIDERIO:  Can you please

51 (Pages 198 - 201)

1
2    just repeat the net distributable
3    proceeds and the net value.
4        MR. GALARDI:  It's 22,746,588 is
5    net distributable proceeds, and, as
6    with your offer, the year was 250 for
7    that provision on the foreign vendors,
8    I'll call it, the 70 percent vendors,
9    and that number adds to 22,996,588.
10       MR. PREIS:  Who asked?
11       MR. GALARDI:  Chris was the
12   counsel here, who had to go home to
13   take the child.
14       MR. DESIDERIO:  I'll look at the
15   rep sheet when it comes.  I'm not sure
16   how that --
17       MR. GALARDI:  Understood.
18   That's why we want to get the revised
19   sheet.  We want to send it to you.  If
20   you have questions, you can call us.
21       MR. DESIDERIO:  Okay.
22       MR. GALARDI:  But that's --
23       MR. DESIDERIO:  Yeah.
24       MR. GALARDI:  The debtors have
25   reviewed the sheet, the debtors

1
2    believe the math is correct.
3        MR. PREIS:  What's your
4    question?  You were at 22,646,588,
5    we're at 22,996,588.  It's 350 more.
6    What's the issue?
7        MR. GALARDI:  Two things, let's
8    be really clear, so let's not just
9    jump because --
10       MR. PREIS:  Sure.
11       MR. GALARDI:  One, they were at
12   22 -- as I remember, it was
13   22,646,588.
14       MR. PREIS:  Yeah.
15       MR. GALARDI:  So they were a
16   hundred higher on the net
17   distributable proceeds.
18       MR. SHINDER:  Yeah.
19       MR. DESIDERIO:  Right.
20       MR. GALARDI:  That's what you're
21   really asking me, and on the net value
22   to the estate, you were at 22,646,588.
23   They are now at 22,996,588, and that's
24   three hundred --
25       MR. SHINDER:  350.

1
2        MR. GALARDI:  -- 350 on that.
3    Again, as we've talked about, we can
4    change the increments.  We believe
5    this is a higher and better bid
6    regardless of if you want to look at
7    net proceeds to the estate at 300 of
8    the increment or you look at a
9    hundred.  This was the first bidder in
10   this round, believe it or not.  So we
11   could always change the increments to
12   a hundred.  Since we only have two
13   bidders, we will accept this bid as a
14   higher and better bid after
15   consultation with the consultation
16   parties.
17       MR. DESIDERIO:  No, I appreciate
18   it.  I was looking at something where
19   the assumption of overseas was our old
20   language and I didn't take the deed up
21   on ours, because it went down 250,
22   because we've now adopted Alden's
23   language on the overseas inventory,
24   the Asian inventory.  So I get --
25       MR. GALARDI:  Okay.  We will put

1
2    this on a sheet of paper so everybody
3    has it on a clean version.  We will
4    circulate it to you and we will
5    consider my question about what
6    happens if you don't close on 2/23.
7        MR. PREIS:  Yup.
8        MR. GALARDI:  And then we'll
9    resume when you're ready to answer
10   that question, which we will hopefully
11   have the sheet of paper.
12       MR. DESIDERIO:  I'm going to go
13   make a call right now.  So I'm going
14   to be off for five minutes.
15       MR. GALARDI:  That's quite
16   alright.  Thanks.
17       (Time noted: 6:46 a.m.)
18       (Brief recess.)
19       (Time noted: 7:01 a.m.)
20       MR. GALARDI:  On the record.  I
21   left it to ask Alden what would be,
22   what I would call, a penalty in the
23   event that they failed to close on
24   February 23rd, suggesting things such
25   as a deposit, the hundred thousand

52 (Pages 202 - 205)

Page 206

1
2   dollars a day, what would be the
3   rights, and I will now turn it to
4   Arik, to Alden's counsel, to advise
5   what they have proposed.
6      MR. PREIS: So what we have
7   provide is that we will -- the
8   company, if we do not terminate --
9   sorry, if we do not close on February
10  23rd, the company cannot terminate us
11  until March 1st -- March 2nd, whatever
12  is a week.
13      MS. WILD: March 3rd.
14      MR. PREIS: March 3rd.
15      MR. GALARDI: No, we're going to
16  make it March 2nd, because that's the
17  last business day. That is a Friday.
18      MR. PREIS: It's whatever the
19  week -- yeah. And, in turn, we are
20  going to upfront increase our cash bid
21  by $125,000. So our previous cash bid
22  had been 24,600,000. Now our cash bid
23  is $24,725,000.
24      So if you follow all of that
25  through, our net distributable

Page 207

1
2   proceeds will be increased by 125,000,
3   and our net value to the estate should
4   be increased by 125,000. If you would
5   like the math, it's going to be --
6   it's 22 for the net distributable
7   proceeds, it will be 22,871,588 and
8   for the net value to the estate, it
9   will be 23 --
10      MS. WILD:  ... 121...
11      MR. PREIS: Yeah, ...121,588.
12      MR. DESIDERIO: I don't
13  understand -- but where -- isn't there
14  a deduct for $100,000 of burn a day?
15      MR. GALARDI: We've essentially
16  taken the risk, but we've been
17  compensated at the 125,000 extra. It
18  buys a day, arguably. We may lose,
19  but we are confident that they are
20  going to close on the 23rd.
21      MR. DESIDERIO: Okay.
22      MR. GALARDI: With that, I would
23  turn to.
24      MR. DESIDERIO: I -- okay.
25      MR. GALARDI: I will turn to

Page 208

1
2   Aero IP and whether it would like to
3   increase its bid, and we can work
4   through the numbers depending upon
5   however you'd like to do it, Chris.
6   Let us know. If you need time, if you
7   don't need time, whatever.
8      MR. DESIDERIO: I'll let you do
9   the numbers. I think I'm going to
10  have a slight modification based on
11  the last round, because I'm going to
12  go apples to apples. We're increasing
13  our cash to $25 million, we're
14  removing the thousand dollar -- the
15  hundred thousand dollars per day
16  penalty and we can then -- we'll take
17  the same closing conditions that
18  were -- we're doing everything to
19  close by Friday of next week, is our
20  intent, but we have until the 3rd or
21  2nd, whatever that Friday is.
22      My other contingent-- not
23  contingency, but I believe both of
24  ours moves have been very significant
25  in this process. I think our -- Alden

Page 209

1
2   has made pretty insignificant moves
3   and frankly I don't know that even the
4   last round should have qualified based
5   on the bidding procedures. I don't
6   think it was a total 300. It depends
7   on which line you're looking at, but,
8   when you were bidding, no one was
9   looking at the net value of the
10  estate, so we moved off that line and
11  have -- seems to be, had been bidding
12  against the net distributable proceeds
13  line.
14      So with all that, we reserve our
15  rights, obviously, but, at this time,
16  we're prepared to go to $25 million in
17  cash. If you want to run the numbers
18  and see how it looks, let me know.
19      MR. GALARDI: We obviously want
20  to run the numbers to see how it
21  looks, but if I --
22      MR. DESIDERIO: Yup.
23      MR. GALARDI: I'm going to be
24  sort of slow at math, but at the last
25  one I had where you had $24 million --

53 (Pages 206 - 209)

Page 210

1
2      MR. SHINDER: Let's go to 25.
3      MR. GALARDI: All I have to do
4  is add a million to all of the
5  numbers.
6      MR. DESIDERIO: I think so.
7      MR. GALARDI: If I add a million
8  dollars to all of the numbers, I get a
9  distributable proceeds of 23,646,588,
10 and a net value to the estate number
11 of 23,646,588. I can do that math.
12     At that math, 23,646,588 versus
13 what I had was 22,871,588 -- so far
14 everybody is agreeing with my numbers?
15     MR. PREIS: No. Our net value
16 to the estate was 23,121,588.
17     MR. SHINDER: You're looking at
18 that (indicating).
19     MR. GALARDI: I'm looking at net
20 proceeds. Either way, based on that
21 value, we are looking at a higher or
22 otherwise better bid.
23     MR. SHINDER: 750,000 higher.
24     MR. GALARDI: Hold on a second.
25 I want to see something. Chris, are

Page 211

1
2  you there?
3      MR. DESIDERIO: I am. What's
4  up?
5      MR. GALARDI: Chris, I'm going
6  to ask you just we can actually get
7  really close to apples to apples,
8  since you're very convinced of
9  closing, and you may need to take a
10 second, are you willing --
11     MR. DESIDERIO: Say again.
12     MR. GALARDI: Are you willing to
13 remove the one million dollar escrow?
14     MR. DESIDERIO: And just go on
15 your books?
16     MR. GALARDI: Yes. As they are
17 doing, and why I'm asking that -- and
18 then I'm really apples to apples pure
19 cash.
20     MR. DESIDERIO: My
21 understanding --
22     MR. GALARDI: So let me ask the
23 question and then -- yes, if we do
24 that, they're going after their books,
25 we make rapid closing as we would

Page 212

1
2  would be doing with Alden, and we
3  talked to them about that. You would
4  not be getting an inventory taking and
5  all of that, which, as we've said
6  before, is an expense, partially why
7  we built in that 25 percent discount.
8      MR. DESIDERIO: Yup.
9      MR. GALARDI: If we take that
10 out, then I'm really apples to apples,
11 because you had the exact same
12 provision and it really becomes a cash
13 number.
14     MR. DESIDERIO: Right. Then we
15 just eliminate that whole bottom
16 section.
17     MR. GALARDI: You don't
18 eliminate the whole thing. It makes
19 it exactly the same. I have
20 discounted you for the escrow, but you
21 were exactly the same.
22     MR. DESIDERIO: Right. Right.
23 Okay. I don't know. I -- at this
24 point, I cannot agree to that.
25     MR. GALARDI: We will deem it a

Page 213

1
2  higher or otherwise better bid.
3      MR. DESIDERIO: Thank you.
4      MR. GALARDI: Off the record.
5  (Pause.)
6      MR. GALARDI: Back on the
7  record. Chris, are you there?
8      MR. DESIDERIO: I am.
9      MR. GALARDI: We're going to go
10 back on the record. And I know a
11 number of people have made this
12 request a number of times this
13 evening, but I think we've come to a
14 point in time where we would like
15 parties -- since we are really to a
16 cash and two little line items on the
17 escrow, and the assumption, I think
18 we're now to the issue where we would
19 like to have people bid within, say, a
20 15-minute interval if they can
21 possibly do that. You may have to
22 call people, but we also have to get
23 to court in Delaware in a short period
24 of time. I will show some
25 flexibility, obviously, but the sooner

54 (Pages 210 - 213)

1
2    we can get the bid going -- I don't
3    mean to cut it off, but I think it's
4    just a reasonable request at this
5    point of the parties.
6        MR. DESIDERIO:  I don't think
7    you've waited for us.  So that's fine.
8        MR. GALARDI:  I understand, and
9    I'm not saying anything.  It's been
10   productive, I appreciate everybody
11   having been here as many hours.  Given
12   where we were, I want to thank
13   everybody for the agreements and
14   working through the issues on the
15   matrix, but if we can, in all, do
16   bidding in 15- to 20-minute increments
17   now, if not sooner, I would really
18   appreciate it.
19       With that, we do believe -- and
20   the consultation was not over whether
21   it was higher or better; it was
22   partially over the timing -- we will
23   deem the Aero IP bid to, at this
24   stage, be the highest or otherwise
25   best price value.  We turn now to

1
2    Alden.
3        MR. PREIS:  Alright.  We'll be
4    back.
5        MR. GALARDI:  Thank you.
6        (Time noted:  7:13 a.m.)
7        (Recess.)
8        (Time noted:  7:44 a.m.)
9        (Exhibit 14, AGI collateral
10   analysis, marked for identification,
11   this date.)
12       MR. GALARDI:  We're going to be
13   back on the record.  Before, I did
14   discuss this document, I may have said
15   even that it would become Exhibit 11,
16   but I never gave it to the court
17   reporter, so to put it back in a the
18   record, I am now going to put it in as
19   Exhibit 14.
20       MR. PREIS:  This is what you
21   used at the hearing the other day.
22       MR. WEINSTEIN:  It's the
23   allocation.
24       MR. GALARDI:  This is the
25   allocation issue.

1
2        MR. WEINSTEIN:  This is the
3    document used to discuss with the
4    lenders.
5        MR. GALARDI:  Okay.  So
6    everybody knows, this will now be
7    Exhibit 14, so we have a complete set
8    of exhibits.
9        When last we left, we had the
10   bid by Aero IP, and we turned to
11   Alden, but I want -- there was one
12   issue I wanted to bring up.  I don't
13   think I need to do that.  Okay.
14       And so we'll turn to Alden and
15   whether it has decided to make an
16   additional bid in the term of that
17   bid?
18       Oh, one of the things that we
19   did discuss back when we were in the
20   conference room with Aero IP, many
21   moons ago, when they were still here,
22   was the fact that they would be
23   prepared -- and I want to clarify
24   whether the bid that they just made,
25   whether they are prepared to leave the

1
2    D & O claims behind as well as to
3    waive the preference claims that -- so
4    that the estate will not pursue those
5    claims.  So, Chris, I know that --
6        MR. DESIDERIO:  Yeah, we waive
7    on the Chapter 5, the D & O's and the,
8    I guess, the Global Brands --
9        MR. GALARDI:  And the Palladin.
10       MR. DESIDERIO:  -- and they were
11   as set forth in their bid that they
12   were not taking any litigation with
13   respect to Global Brands.
14       MR. GALARDI:  Okay, with that,
15   now, I will officially turn.
16       MR. HIRSCH:  And can you clarify
17   and Palladin as well.
18       MR. GALARDI:  And Palladin;
19   right, Chris?
20       MR. DESIDERIO:  Sure.  Yeah, we
21   don't want to sue anybody.  We just
22   want to operate a company.
23       MR. GALARDI:  Okay.  With that,
24   now we will turn to the bid of alter
25   did he know.

55 (Pages 214 - 217)

1
2      MS. WILD:  We are taking our
3  cash purchase price to 26,175,000.  We
4  are taking out the Wiesner 500,000
5  reserve, which means that our net
6  distributable proceeds will be
7  24,821,588 and the net value to estate
8  is 25,071,588.
9      MR. PREIS:  And we gave an Excel
10  to the Piper Jaffray team and they can
11  e-mail it to everybody so that Chris
12  will have it.  So do you want to
13  e-mail it now?
14      MR. DESIDERIO:  Thank you.
15      MR. HIRSCH:  Can you repeat the
16  numbers?
17      MR. DESIDERIO:  So I know
18  approximately how much -- let's go by
19  the distributable number.
20  Let's -- approximately how much is
21  that over us?
22      MS. WILD:  So, over yours, the
23  distributable proceeds are -- it's the
24  same now -- no, they have it -- they
25  have -- no, hold.  Over yours, the

1
2  distributable proceeds -- give me one
3  second.
4      MR. DESIDERIO:  Yeah, sure.
5      MS. WILD:  Oh, sorry,
6  distributable proceeds is over by 1 --
7  no, no, I need to check this.
8      MR. GALARDI:  Those are way
9  below the line.  He's really wanting
10  not value to the estate.  He wants the
11  distributable proceeds.
12      MR. WEINSTEIN:  It should --
13  okay.
14      MS. WILD:  I understand what he
15  wants.  Give me one second and I'll
16  get it.
17      So it's over the distributable
18  proceeds.  It's 1.175.  Over the net
19  value to the estate, it's 11.425.
20      MR. DESIDERIO:  Okay.  Thank
21  you.  That's helpful.  I appreciate
22  it.
23      MR. PREIS:  You should have it
24  by e-mail.
25      MR. SHINDER:  I think it just

1
2  went out.
3      MR. GALARDI:  Okay.  We now
4  turn --
5      MR. PREIS:  Can you hold on one
6  second.
7      MR. GALARDI:  And I want to make
8  sure, everything we said before, so,
9  in particular, the D & O and the
10  contingency on Mr. Murphy not
11  objecting with the --
12      MR. PREIS:  All the same.
13      Has anybody printed out the
14  sheets?  Chris, I will give you the
15  opportunity to the consider whether
16  you would like to make another bid.
17      MR. DESIDERIO:  Yeah, I have to
18  go -- I have to drop and call back in.
19  I don't know if you guys want to --
20      MR. GALARDI:  We're going to
21  keep this line open.  You can do
22  whatever you want, but we're not
23  closing this line anymore.
24      MR. DESIDERIO:  Okay, good.
25      MR. WEINSTEIN:  Just a quick

1
2  question and I apologize, because I
3  don't have the sheets in front, but
4  your delta on the distributable versus
5  to estate were different.
6      MS. WILD:  Yes --
7      MR. GALARDI:  Yes, because --
8      MS. WILD:  -- because they have
9  our AP for the Asia claims are the
10  same, however, they have a 25,000
11  dollar deduction because, as soon as
12  you get their proceeds, they're going
13  to put a million dollars into escrow
14  and you guys are going to fight it.
15      MR. WEINSTEIN:  I didn't have it
16  in front of me.
17      MR. GALARDI:  That's why I asked
18  Chris whether you're willing to drop
19  the escrow so you can get really
20  apples to apples.
21      MR. PREIS:  Can I respond to
22  this question?
23      MR. GALARDI:  No, he wasn't
24  doing it in this bid.  He's
25  considering it in the next bid.

56 (Pages 218 - 221)

Page 222

1
2      MR. DESIDERIO:  Okay.
3      MR. GALARDI:  We will wait.
4      MR. DESIDERIO:  Alright.
5      (Mr. Gindi joins auction via
6  speakerphone.)
7      MR. GINDI:  Hello.  Ralph Gindi
8  is on the line.  I have -- was there a
9  bid put into this process after the
10  last night's bid?
11      MR. GALARDI:  Ralph, I got your
12  e-mail and I'm trying to understand
13  what your question is.
14      MR. GINDI:  Last night there was
15  a -- the last I had heard there was a
16  bid at 24 million.  You told me --
17      MR. GALARDI:  I will tell you
18  that there were probably five or six
19  bids since you left.
20      MR. GINDI:  Gotcha.  Gotcha.
21  And --
22      MR. GALARDI:  You have passed.
23  Ralph, I'm not sure -- you have passed
24  twice.
25      MR GINDI:  I was told -- yeah, I

Page 223

1
2  was told that there's -- that it was
3  broken up, I wasn't aware that the bid
4  was going on.  That was the word that
5  I got.
6      MR. PREIS:  Alright.  Good-bye.
7      MR. GALARDI:  Thank you.
8      MR. GINDI:  What's that?
9      MR. GALARDI:  What are you
10  asking?
11      MR. GINDI:  I'm asking where the
12  bid is at?  You're telling me
13  you're --
14      MR. GALARDI:  You've passed
15  twice, so you are no longer part of
16  the auction.  I have no problems
17  sending you the sheet and keeping you
18  advised of what the bids are.
19      MR. GINDI:  Okay.  What's the
20  cash component at the moment?
21      MS. WILD:  26.175 million.
22      MR. GINDI:  Okay.  Thank you.
23  So if you want to e-mail that to me,
24  it would be great and I'll respond to
25  the e-mail, if I can, or I'll try to

Page 224

1
2  get on the phone.  Thank you.
3      MR. GALARDI:  We will send it to
4  you when we have it.
5      MR. GINDI:  Okay.  Good luck,
6  everyone.
7      MR. GALARDI:  Thank you.
8      MR. GINDI:  Take care.  Bye.
9      MR. GALARDI:  We'll go off the
10  record.
11      (Time noted:  7:54 a.m.)
12      (Brief recess.)
13      (Time noted:  8:20 a.m.)
14      (Exhibit 15, Aerosoles Bid
15  Comparison - Key Financial Terms for
16  Alden, 7:41 a.m., marked for
17  identification, this date.)
18      (Exhibit 16, Aerosoles Bid
19  Comparison - Key Financial Terms for
20  Aero IP, 7:41 a.m., marked for
21  identification, this date.)
22      MR. GALARDI:  On the record.
23  First, I'm going to catch up on
24  exhibits, just because we didn't have
25  these printed out.  Exhibit 15, for

Page 225

1
2  everybody's reference, will be put
3  into the transcript, is the bid of
4  Alden that was based -- it had net
5  distributable proceeds of 22,871,588
6  and net value to the estate of
7  23,121,588.
8      After that, there was the next
9  bid from Aero IP, base purchase price
10  $25 million, gross -- net
11  distributable proceeds 23,646,588, net
12  value to the estate 23,646,588.
13      I am still waiting for the form
14  which then Alden overbid on this
15  number, which will be Exhibit 17, and,
16  with that, I turn the bid to Aero IP
17  to determine whether they are prepared
18  to make another bid, and, if so, what
19  the terms of that bid is, and
20  hopefully, we will be with people who
21  know how to run Excel to give us the
22  values.
23      MR. DESIDERIO:  Well, I -- I--
24  I'm very sorry to say, I will not be
25  joining you folks in Delaware.  We are

57 (Pages 222 - 225)

1   
2   not submitting a further bid. I would
3   state for the record, it's up to the
4   debtor, but we will not stand by our
5   last bid, backup bid. If you would
6   like us to stand by I think the last
7   round where we did say we would stay
8   as a backup bidder, we would still
9   stand by that offer, which I believe
10   was at the $20 million level. We
11   understand that the debtor doesn't
12   want to pursue that at this time, but
13   I'll put it out there if you want
14   something for a little bit of comfort.
15   But that's where we are.
16       MR. GALARDI: Why don't I ask
17   you to state -- well, why don't you
18   give us a few minutes to think about
19   whether we would be prepared to give
20   consideration for you to stand as
21   backup bidder behind Alden.
22       MR. DESIDERIO: Sure.
23       MR. GALARDI: We will reach you
24   on your cell phone. We certainly
25   thank you for your participation in

1   
2   the auction, and appreciate everything
3   you did -- not to criticize anybody
4   else -- but especially the swift
5   bidding.
6       MR. DESIDERIO: My pleasure and
7   thank you all for your accommodating
8   me in my little bit of family
9   emergency this morning, but we're
10   covered. So everyone have fun in
11   Delaware. I'll be by my phone if you
12   want to let me now know how you want
13   to deal with the --
14       MR. GALARDI: Well, what we
15   would like to do is take a 15-minute
16   break, I think we want to talk, just
17   we might want to get to Eric, and then
18   we want to maybe talk about this and
19   decide whether we want to do anything,
20   and just let us take, hopefully, a
21   15-minute break.
22       MR. WEINSTEIN: Okay.
23       (Time noted: 8:23 a.m.)
24       (Brief recess.)
25       (Time noted: 9:06 a.m.)

1   
2       (Exhibit 17, Aerosoles Bid
3   Comparison - Key Financial Terms for
4   Alden, 7:42 a.m., marked for
5   identification, this date.)
6       MR. GALARDI: Back on the
7   record. So everyone knows, the last
8   bid from the -- that's been determined
9   to be the highest and best bid is a
10   bid by Alden, which, again, results in
11   net distributable proceeds of
12   $24,821,588 and net value to estate of
13   25,071,588.
14       At the time that that bid was
15   made, we went back to the only
16   remaining bidder in the auction at
17   that time, which was Aero IP.
18       Aero IP -- and there's Bruce.
19   so, good timing.
20       (Mr. Ewing enters room.)
21       MR. GALARDI: Aero IP bid at the
22   auction and said that they were no
23   longer bidding.
24       Subsequent to that event, we
25   received a verbal offer from what is

1   
2   now simply, I will call it, Wiesner
3   and Bluestar Group. Palladin has
4   dropped out and is not part of this
5   bid. They offered us, I think it was,
6   a cash purchase price of $28 million
7   under their contract. We ran through
8   the waterfall, not discounting
9   anything, not doing anything. That
10   would have yielded $800,000 value to
11   the estate.
12       After consulting --
13       MR. WEINSTEIN: Incremental
14   value.
15       MR. GALARDI: ... incremental
16   value to the estate, and that's on the
17   net distributable proceeds, looking at
18   it to the secured lenders, which I
19   think is an important point to make
20   here.
21       Walking through, going with the
22   consulting parties, going forward and
23   talking to THL as well, not as a
24   consulting party, but as a beneficiary
25   of the excess proceeds, based on our

Page 230

1
2  analysis, based on the risks, based on
3  the leaving the auction, we deem it
4  two passes.  Again, we have the
5  discretion to open up the auction and
6  let people come in and bid.  That
7  said, given the bid, given the
8  conduct -- and I don't want to go into
9  anything negative on the record -- we
10  are not going to accept that bid and
11  we are going to deem the bid of Alden
12  as the highest and otherwise best bid
13  in light of closing risks and other
14  risks that I will not go into detail.
15  If I have to go into a detail later on
16  this afternoon, I will do so.
17      Based on that, the independent
18  director has approved this transaction
19  that we declare you the successful
20  highest and best bid.
21      MR. PREIS:  Alden, not "you".
22      MR. GALARDI:  Alden.  I'm
23  looking at you.
24      MR. PREIS:  It's on the record.
25      MR. GALARDI:  I'd rather look at

Page 231

1
2  him.
3      ... Alden, the highest and best
4  bid as a result of the auction and,
5  with that, we will declare the auction
6  closed.
7      MR. GINDI:  It was successful,
8  the bid, before it started.  We were
9  the stalking horse bid.  We have --
10      (Overtalking)
11      MR. GALARDI:  At this point --
12      MR. PREIS:  We have something to
13  say.
14      MR. GALARDI:  At this point,
15  okay, I'm going to let Alden speak,
16  but, before they do, I'm going to say
17  I want -- I appreciate everybody's
18  efforts tonight, through the night,
19  staying here, and I appreciate the way
20  in which I know everything got off
21  slowly, but I do think we ended up
22  with a good offer that has the, what
23  I'll call, the building matrix well
24  defined.  I appreciate everybody's
25  patience, humor, and I'll turn it to

Page 232

1
2  Alden and I congratulate them on the
3  bid.
4      MR. PREIS:  This will literally
5  take one minute.  Under the APA and
6  stalking horse order, we had the
7  right, in our discretion, to inform
8  the parties how we allocated our
9  purchase price.  And we understand
10  it's not binding on anybody, but we
11  have the right to do so, and we will
12  do so.
13      MR. MURPHY:  Gregg, one second.
14  Gregg, no.
15      MR. PREIS:  We have the right to
16  do so.
17      MR. GALARDI:  So, stop.  Can we
18  stop right now.
19      MR. PREIS:  We did have the
20  right --
21      (Overtalking)
22      MR. GALARDI:  You did have the
23  right.  You didn't have the right at
24  the auction.  You can go ahead and
25  declare it, you can put it on --

Page 233

1
2      MR. PREIS:  No, I do have the
3  right.  That's what the document says.
4  And we bargained for this right.
5  We -- we -- we allocate --
6      (Multiple voices overtalking)
7      MR. MURPHY:  Gregg, you got to
8  shut this down.
9      MR. PREIS:  Be quiet while I'm
10  talking.
11      MR. MURPHY:  Because you did so
12  well at that --
13      (Overtalking)
14      MR. PREIS:  Shut the --
15      MR. GALARDI:  Excuse me!
16      MR. PREIS:  -- fuck up!  Excuse
17  me!  We were doing really well, up to
18  this point.
19      (Multiple voices overtalking)
20      MR. PREIS:  We allocate 2.4
21  million --
22      MR. GALARDI:  Hold it!  Hold it!
23  We have two people talking, we have
24  three people talking.  Okay?  I would
25  like to take a break before you make

59 (Pages 230 - 233)

Page 234

1
2   your statement so I can just speak
3   with you and just I want to understand
4   something.
5        MR. PREIS:  I'm literally
6   reciting what's actually in our bid.
7        MR. GALARDI:  What's actually in
8   your bid, we don't need to recite it.
9        MR. PREIS:  We do, because we
10  bargained for this right, 2.4 million
11  for the AR, 5.3 million for the
12  inventory, 2.5 for the cash, and for
13  the deposits -- for the deposits
14  China, 1.15 million.  That's it.
15  We're done.
16       MR. GALARDI:  Okay.
17       MR. GABBAY:  Are you saying
18  Alden took the cash also?
19       MR. PREIS:  No.  No.
20       MR. GALARDI:  Enough.  Please.
21  We're going to close this auction.  If
22  you want to take -- again, I don't
23  want to go point/counterpoint and all
24  of this.  If you want to say what you
25  want to say, I do not believe at this

Page 235

1
2   point that --
3        MR. PREIS:  It doesn't matter.
4        MR. GALARDI:  -- that
5   Bluestar -- right -- that Bluestar
6   Wiesner is a participant in this
7   auction any longer, having passed
8   twice and we've disallowed their bid.
9   I will -- because I think it was
10  unnecessary --
11       MR. GINDI:  I was allowed one
12  pass.
13       MR. GALARDI:  Yeah.  And you
14  passed two or three.
15       MR. GINDI:  I only missed one.
16  I was allowed one pass.
17       MR. GALARDI:  And you got two.
18       (Multiple voices overtalking)
19       MR. GALARDI:  It's gone around
20  three or four rounds.
21       (Multiple voices overtalking).
22
23       (Continued on following page.)
24
25

Page 236

1
2        MR. PREIS:  We kept going
3   around and around.  You were asleep.
4        MR. GALARDI:  No.  Let's stop.
5   There is nothing.  Off the record.
6   The transcript is now closed.
7        (Time noted:  9:31 a.m.)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 237

1
2        C E R T I F I C A T I O N
3
4
5
6
7
8        I, ABNER D. BERZON, a
9   Registered Professional Reporter and
10  Certified Realtime Reporter, do hereby
11  certify that the foregoing is a true
12  and accurate transcription of my
13  stenographic notes
14       I further certify that I am not
15  employed by nor related to any party
16  to this action.
17
18
19
20
21
22
23  _____
24  ABNER D. BERZON, RPR, CRR
25  My Commission Expires 05/12/2018

60 (Pages 234 - 237)

Page 238

1
2         E X H I B I T S
3
4  Exhibit
5  NO.        DESCRIPTION        PAGE
6  Exhibit 1                7
7     Order Approving Bid Procedures
8  Exhibit 2                8
9     Notice of Filing of Stalking
10    Horse Agreement With Proposed
11    Bid Protections
12 Exhibit 3                9
13    Order Approving the Selection of
14    Stalking Horse, Approving the Bid
15    Protections, and Granting Related
16    Relief
17 Exhibit 4                33
18    Updated cash numbers, inventory
19    numbers, AR numbers, Debtors
20    updated valuation of the Alden
21    Bid at this time
22
23    (Exhibits Continued on following page.)
24
25

Page 239

1
2         E X H I B I T S (Continued)
3
4  Exhibit
5  NO.        DESCRIPTION        PAGE
6  Exhibit 5                34
7     Wind-down budget calculated
8     from February 3, 2010 through
9     March 10, 2018
10 Exhibit 6                35
11    Series of notes regarding the
12    assumptions and how to
13    understand the budget
14    qualifications
15 Exhibit 7A1                76
16    Aerosoles Bid Comparison - Key
17    Financial Terms, for Aero Brand,
18    7:15 p.m.
19 Exhibit 8                79
20    Aerosoles Bid Comparison - Key
21    Financial Terms, for Aero IP,
22    7:15 p.m.
23
24    (Exhibits Continued on following page.)
25

Page 240

1
2         E X H I B I T S (Continued)
3
   Exhibit
4  NO.        DESCRIPTION        PAGE
5  Exhibit 9                102
6     Asset purchase agreement by
7     and among Aero IP LLC and
8     various other entities, dated
9     February 14, 2018
10 Exhibit 10                106
11    Aerosoles Bid Comparison - Key
12    Financial Terms for Aero IP,
13    8:00 p.m.
14 Exhibit 11                160
15    Aerosoles Bid Comparison - Key
16    Financial Terms for Alden,
17    2:20 a.m.
18 Exhibit 12                170
19    Aerosoles Bid Comparison - Key
20    Financial Terms for Aero Brand,
21    3:15 a.m.
22    (Exhibits Continued on following page.)
23
24
25

Page 241

1
2         E X H I B I T S (Continued)
3  Exhibit
4  NO.        DESCRIPTION        PAGE
5  Exhibit 13                195
6     Aersoles Bid Comparison - Key
7     Financial Terms for Alden,
8     5:46 a.m.
9  Exhibit 14                215
10    AGI collateral analysis15
11 Exhibit 15                224
12    Aerosoles Bid Comparison - Key
13    Financial Terms for Alden,
14    7:41 a.m.
15 Exhibit 16                224
16    Aerosoles Bid Comparison - Key
17    Financial Terms for Aero IP,
18    7:41 a.m.
19 Exhibit 17                228
20    Aerosoles Bid Comparison - Key
21    Financial Terms for Alden,
22    7:42 a.m.
23
24
25

61 (Pages 238 - 241)

**[& - 2/23]**                                                    Page 1

| & |
|---|
| **&**   1:13 2:4 3:4,9 3:15 4:16 5:5 7:3 25:12 164:19 169:15,25 217:2,7 220:9 |

| 0 |
|---|
| **05/12/2018**   237:25 |

| 1 |
|---|
| **1**   7:10,12,13 8:12 10:15 37:2,6 84:9 84:23,25 104:9,10 104:18 156:7 159:17 219:6 238:6 |
| **1,6846,588**   162:17 |
| **1,829,747**   118:2 136:3 |
| **1.15**   234:14 |
| **1.175.**   219:18 |
| **1.2**   37:8 |
| **1.5**   27:5 38:22 39:5 86:2 142:4,7 168:11 173:23,25 197:23 |
| **1.7.**   186:24 |
| **1.829747**   117:23 |
| **1/13**   122:13 |
| **1/20**   122:16 |
| **10**   35:3,14 48:19 99:6 106:2,11 239:9 240:10 |
| **100**   194:5 198:11 |
| **100,000**   63:18,21 68:19,24,25 69:2,6 82:14,22 83:16 171:6 187:8 190:18 201:13 207:14 |

**10019**   3:10,21
**10020**   3:5
**10036**   4:17
**10036-4120**   4:12
**10036-7798**   4:5
**10036-8704**   2:6
**10153**   3:16
**102**   240:5
**106**   240:10
**10:25**   1:8
**10:30**   134:8
**10:37**   135:3
**10:41**   33:4
**10:46**   135:5
**10:56**   143:8
**11**   1:6 160:18,23 215:15 240:14
**11.425.**   219:19
**1144**   4:4
**115**   123:25
**115,000**   123:5
**11:21**   143:10
**11:29**   147:2
**12**   99:6 142:2 170:13,18 240:18
**12,209,519**   140:11 140:22
**121**   207:10
**121,588**   207:11
**1211**   1:14 2:5
**125,000**   206:21 207:2,4,17
**12:08**   147:4
**12:18**   155:19
**13**   24:18 195:19,25 196:7 241:5
**137**   122:13
**137,000**   118:18 122:2
**13th**   24:18 39:22 118:13 121:21

**14**   102:24 215:9,19 216:7 240:9 241:9
**15**   178:25 182:24 182:25 187:20 188:5 213:20 214:16 224:14,25 227:15,21 241:11
**15,278,518**   136:20
**15-16**   1:8
**15.7**   162:23
**16**   224:18 241:15
**16,552,000**   41:5
**16,552,127**   34:22 68:11
**16,846,588**   78:22
**160**   240:14
**160,000**   91:9,13,15
**1646**   87:16
**1675**   3:20
**16th**   36:4 40:6 46:8,11 47:9,12
**17**   225:15 228:2 241:19
**17,206**   149:18
**17,206,588**   86:8 136:24 149:7 156:5
**17,296,588**   68:4
**17,346,588**   100:3
**17-11962**   1:6
**170**   240:18
**17206**   87:8,16 166:23
**175**   40:2
**175,000**   118:16 121:24
**18,052,17**   169:7
**18,206,588**   106:10 149:10
**18,302,127**   162:5 169:9

**18,500,588**   125:24 126:2 135:24
**18,956,588**   174:20 175:13
**18206**   149:21
**18506**   126:4 149:22
**195**   241:5
**19801**   2:12
**19th**   40:6
**1:20**   33:6
**1:41**   57:25
**1st**   21:9 206:11

| 2 |
|---|
| **2**   8:21 37:22 38:5 38:17 54:3 67:23 84:8 99:7 129:5 161:19,25 238:8 |
| **2,655,290**   118:11 121:17 124:10 |
| **2.2**   25:8 |
| **2.4**   233:20 234:10 |
| **2.5**   186:10,23 234:12 |
| **2.579**   53:13 |
| **2/12**   36:24 67:14 |
| **2/13**   118:21,22 129:3 |
| **2/16**   122:18,19 |
| **2/23**   21:11 22:22 25:6 34:23 67:14 67:22 68:16,18 118:19 128:3,18 128:19,20 131:18 138:20 181:15 183:7,9 186:7 190:5 191:10,12 192:15 197:20 200:20,24 201:2 201:24 205:6 |

**2/24** 63:19
**20** 37:23 39:8
    123:22 145:2,5
    149:2 171:25
    214:16 226:10
**20's** 99:7
**20,000** 123:4,13
**2010** 35:2 239:8
**2016** 31:25
**2018** 1:8 34:10
    35:3 102:24 239:9
    240:9
**215** 241:9
**22** 203:12 207:6
**22,646,588** 191:8
    203:4,13,22
**22,696,588** 196:21
**22,746,588** 196:21
    202:4
**22,871,588** 207:7
    210:13 225:5
**22,946,588** 197:5
**22,996,558** 197:5
**22,996,588** 202:9
    203:5,23
**224** 241:11,15
**228** 241:19
**23** 36:22 207:9
**23,121,588** 210:16
    225:7
**23,646,588** 210:9
    210:11,12 225:11
    225:12
**23.5.** 145:7
**23rd** 23:4 34:10
    49:3,12 50:7 63:6
    68:23 69:16 82:7
    82:11 92:9 98:13
    138:21 171:21
    179:3 190:18
    194:7 201:6

**205:24 206:10**
    207:20
**24** 145:7 177:19
    183:4 209:25
    222:16
**24,600,000** 196:17
    206:22
**24,725,000** 206:23
**24,821,588** 218:7
    228:12
**24550** 196:16
**24th** 46:17 106:18
    194:13,14 201:5
**25** 157:3,7,25
    161:23 162:19
    171:25 174:22
    208:13 209:16
    210:2 212:7
    225:10
**25,000** 221:10
**25,071,588** 218:8
    228:13
**250** 157:11 158:11
    158:23 159:4,8,11
    159:11,24,24
    160:5 175:7,9
    202:6 204:21
**250,000** 157:9,18
    157:23 161:12
    179:13
**26,175,000** 218:3
**26.175** 223:21
**26th** 201:3
**270** 3:4
**28** 21:4 229:6
**28th** 201:3
**2:00** 154:18,20
**2:20** 160:20
    240:17
**2:30** 42:7

**2:34** 155:21
**2:45** 165:22
**2:46** 165:24
**2:49** 168:23
**2nd** 21:6 179:4
    181:13 194:10,11
    194:4 206:11,16
    208:21

---

**3**

**3** 9:9 35:2 95:11
    238:12 239:8
**3,274,000** 118:14
    121:22
**3,291,780** 136:15
**3.8** 39:12
**3/16** 122:17
**3/3** 63:16,20 65:12
    65:13,14,22
**3/30** 65:8,9,12
**3/4** 65:21,22
**3/5** 190:6,7 191:20
    192:18
**30** 95:16,22,24
    105:17 109:12
    136:9 137:8,9
    152:18,22 196:25
**300** 87:10 149:18
    149:22 150:14
    204:7 209:6
**300,000** 107:25
    137:21 146:13
    149:14 150:18
    167:3 180:9
**33** 238:17
**330** 173:12
**34** 239:6
**345** 87:22
**35** 239:10
**350** 91:11 203:5,25
    204:2

**363** 141:14
**38th** 2:5
**3:15** 170:15
    240:21
**3:34** 58:3
**3:35** 168:25
**3:42** 175:21
**3:47** 175:23
    176:21
**3:48** 73:5
**3:51** 176:23
**3rd** 21:3,7 35:13
    50:14 63:12 82:4
    166:17 206:13,14
    208:20

---

**4**

**4** 24:23 33:15,25
    34:15 181:6
    238:17
**4,684,103** 118:4
    136:2
**4.6** 158:2
**4.65** 162:20
**4.684** 117:20
**40** 136:10,11
**40,000** 91:3
**400** 2:11
**440** 173:11 180:9
**450** 74:3,5,8 84:13
**450,000** 38:9 73:21
    78:21 90:15
**45th** 2:17
**46** 4:11
**460** 90:18
**46th** 4:11
**48** 166:8,13
**4:01** 189:5
**4:41** 189:7
**4:46** 195:16

**5**

**5**   34:25 35:11
48:18 146:12
178:4,7,14 180:19
197:23 198:15
217:7 239:6
**5.3**   177:21 180:2
181:3,14 234:11
**5.3.**   180:5 181:2
**5.47**   180:14
**5.6**   177:22 179:24
**5.7**   180:24
**5.74**   180:18
**50**   123:15,21
124:24 134:2
136:13,14 196:24
**50/50**   123:14
124:14
**500**   43:22 74:11
85:18,24,25 86:3
87:6,9,12 90:17,22
90:25 173:16,18
173:19 174:5,9,11
**500,000**   78:23
85:14 87:17 100:4
162:2 173:15
218:4
**503**   95:11
**51**   3:9
**52nd**   3:9
**55**   4:11 109:17
**566**   8:12
**588**   197:6,7
**5:46**   195:21 241:8
**5th**   190:19

**6**

**6**   35:15,21 36:8
41:23 44:6 48:18
146:17 239:10

**6,552,000**   86:19
**6,552,225**   104:8,17
**6,794,753**   146:12
**6.5**   92:10 136:4
**6.55**   150:13
**6.7**   146:15
**600**   2:11
**60606**   2:17
**618**   8:18
**619**   40:20
**635**   9:8
**655**   88:5 91:23
100:12
**6552**   91:5
**6:34**   195:18
**6:46**   205:17

**7**

**7**   48:18 67:18
123:3,12 149:6
238:6
**70**   65:2 86:12
104:14 105:16
202:8
**700**   98:19 183:12
192:25
**700,000**   20:18
184:12,13,17,25
**71**   2:16
**720**   46:25 47:4
123:21
**720,000**   123:3,12
**75**   161:22 168:17
168:19 173:9
198:6
**750,000**   68:7,8
210:23
**76**   239:15
**767**   3:15
**79**   239:19
**7:01**   205:19

**7:13**   215:6
**7:15**   76:15 80:2
239:18,22
**7:23**   73:7
**7:37**   89:12
**7:41**   224:16,20
241:14,18
**7:42**   228:4 241:22
**7:43**   89:14
**7:44**   215:8
**7:53**   102:18
**7:54**   224:11
**7a1**   76:13,19
239:15

**8**

**8**   48:19 79:23,24
125:20,22 238:8
239:19
**80**   37:21 197:24
**80,000**   40:21,23
**800**   97:12
**800,000**   97:9
229:10
**8:00**   106:4 240:13
**8:02**   102:20
**8:20**   224:13
**8:23**   227:23

**9**

**9**   48:19 102:21
103:7 118:20
238:12 240:5
**9,331,448**   118:24
119:3
**91**   37:9
**91,000**   37:5
**92,000**   37:5
**930**   118:22
**930,242**   118:23
122:6

**9:00**   101:14
**9:06**   227:25
**9:10**   114:9,10
**9:31**   236:7

**a**

**a.m.**   1:8 33:4
155:21 160:20
165:22,24 168:23
168:25 170:15
175:21,23 176:21
176:23 189:5,7
195:16,18,21
205:17,19 215:6,8
224:11,13,16,20
227:23,25 228:4
236:7 240:17,21
241:8,14,18,22
**able**   21:19 35:14
110:3
**abner**   1:15 237:8
237:24
**absolutely**   18:23
20:16 21:12 28:21
92:2
**accept**   204:13
230:10
**acceptable**   33:3
**accepted**   155:24
**accommodate**
31:7
**accommodating**
227:7
**account**   67:14
97:7 158:22
186:15
**accounts**   24:9 38:4
156:12 190:9,13
197:15
**accrued**   40:4
46:17,19 47:5,8
48:20 122:20

| | | | |
|---|---|---|---|
| accurate  32:4,10 237:12 | adjustments  34:24 36:15,16 152:17 156:18 168:3 180:4 | 225:9,16 228:17 228:18,21 239:17 239:21 240:7,12 240:20 241:17 | agreement  8:17,22 44:22 52:24 59:14 63:15 64:25 71:18 71:20 80:13,15,17 |
| accused  67:6 | admin  161:14 | aerogroup  1:6 7:7 | 81:19 92:5 102:22 |
| acknowledge 105:3 | administrative 40:12,15 44:7,8 | 8:19 22:9 | 103:5 123:7 124:5 124:13 126:21 |
| acquisition  11:23 12:2 57:14 | 45:10 65:3 86:18 95:6 104:21 | aerosole  7:4 aerosoles  76:13 | 127:11,12 191:17 201:4 238:10 |
| action  164:2,5 165:10 178:4,8,14 | 150:10 156:7 | 79:24 106:2 160:18 170:13 | 240:6 |
| 178:19 198:16,24 199:9 200:9 | adopt  179:8 adopted  204:22 | 224:14,18 228:2 239:16,20 240:11 | agreements  8:7 39:2 127:8 142:14 |
| 237:16 | advise  10:6 142:2 206:4 | 240:15,19 241:12 241:16,20 | 214:13 |
| actual  38:15 49:25 131:16 193:5 | advised  196:4 223:18 | aersoles  195:19 241:6 | ahead  60:16 70:24 131:25 232:24 |
| add  20:21 98:13 126:6 129:14 | aero  4:12 5:13 10:25 11:2,21 | affect  31:4 164:17 affiliate  78:6 | akin  4:16 10:18,23 akingump.com |
| 145:11 149:22 210:4,7 | 12:16 15:13 27:16 28:15 49:18 50:9 | affiliated  77:21 afforded  19:5 | 4:19 al  1:6 |
| added  24:23 48:23 86:14 173:18 | 54:22 57:7,9 59:23,24 60:7,18 | afraid  131:24 afternoon  162:16 | alden  4:17 6:6 10:15,16 16:25 |
| adding  158:18 | 60:19 62:20 65:19 | 162:22 230:16 | 19:17 21:11 23:15 |
| addition  146:18 161:12,17 198:13 | 70:2 72:10 73:14 74:22,25 76:3,15 | agent  13:11 15:10 agi  215:9 241:10 | 26:7 27:2,14 29:25 33:18 34:4 |
| additional  18:3 46:22 48:15 49:24 | 76:21 78:15 79:7 80:2,23 81:10 | ago  39:13 216:21 agree  16:16 42:22 | 36:13 38:2 39:5 44:21 45:8 53:25 |
| 68:9 196:3,5 216:16 | 96:14 97:6,8 102:22 103:5 | 52:25 94:14 107:3 119:6 123:21 | 59:11,11 63:5 64:20 66:12 74:4 |
| addressed  21:13 | 106:4 136:23 143:22 148:25 | 124:14 129:20 133:24 147:9 | 74:4,17 76:24 97:21 143:5,7 |
| addressing  171:17 adds  98:22 202:9 | 156:2,23 157:2,20 159:25 162:15,21 | 169:24 176:3,4,5 185:7 212:24 | 148:19 149:11 156:10 157:16 |
| adequate  31:12,14 47:23 | 166:24 169:10 170:6,15,19 | agreed  63:17 64:14 81:23,25 | 160:10,10,20 167:12,23 169:4 |
| adjourn  26:13 | 172:25 174:25 | 82:5 86:9 107:4 | 175:8 179:7,8 |
| adjusted  183:8 197:13,14 | 175:5 176:7 177:4 177:5,11 179:9 | 171:5 184:19 190:17 | 191:4 195:21 196:2,3,4 199:14 |
| adjustment  37:2 67:13,15 83:24 | 180:17 189:18,19 208:2 214:23 | agreeing  84:19,24 127:4 210:14 | 199:16,17,20 205:21 208:25 |
| 173:5,6 174:23 175:4 177:21 | 216:10,20 224:20 | | 212:2 215:2 216:11,14 224:16 |
| 180:22,23 197:18 | | | |

225:4,14 226:21
228:4,10 230:11
230:21,22 231:3
231:15 232:2
234:18 238:20
240:16 241:7,13
241:21
**alden's** 60:25
68:10 140:13
157:11 204:22
206:4
**alessandra** 3:12
**alex** 2:8 153:2
**allocate** 62:13
233:5,20
**allocated** 232:8
**allocating** 96:2
**allocation** 16:2
18:5 43:9 70:16
94:23 95:21
100:21 109:8,10
113:6 119:24
120:3 133:19,25
142:21 215:23,25
**allowed** 88:15
235:11,16
**alonso** 5:6
**alright** 194:18,21
205:16 215:3
222:4 223:6
**alter** 217:24
**amcgee** 2:9
**americas** 1:14 2:5
3:4 4:4
**amount** 38:17
53:13 91:23 99:14
105:4 118:10,14
118:15,16,17,23
121:17,23,23,25
123:4,5,13,16,17
137:19,22 140:18

147:12,15 148:25
180:2
**amounts** 48:23
123:3 124:12
**analysis** 27:21
41:3 51:16 53:19
55:10 61:6,11
64:5 66:9 67:5
71:17 74:20 78:15
94:22 95:22 121:7
121:10 122:5,10
134:6 136:8
147:11 164:23
184:11 215:10
230:2
**analysis15** 241:10
**announce** 114:11
114:11
**announced** 57:7
57:11 111:24
**answer** 60:5 66:18
109:17 127:16
131:9 139:18,19
139:20 155:7
166:17 185:18
191:16 205:9
**answers** 81:17
100:21
**anticipation** 28:13
**anybody** 19:24
54:2 59:11,18
82:8,10 120:20
153:2 155:23
164:19 165:5
190:22 217:21
220:13 227:3
232:10
**anybody's** 108:24
**anymore** 129:15
172:11 220:23

**anyway** 193:12
**ap** 150:19 156:6
161:14 179:6
221:9
**apa** 126:20 148:6
232:5
**apas** 127:2
**apologies** 32:21
**apologize** 151:5
188:21 221:2
**apparent** 59:15
**appearances** 2:23
3:24 4:22 5:21
**apples** 27:22,22
41:8,8 128:19,20
208:12,12 211:7,7
211:18,18 212:10
212:10 221:20,20
**applications** 40:8
**applies** 17:21
**apply** 187:16
**appreciate** 23:14
33:9 50:15 58:5
204:17 214:10,18
219:21 227:2
231:17,19,24
**approach** 122:8
**appropriate** 17:15
72:10
**approve** 148:23
**approved** 25:9
31:11 36:3 39:18
39:20 40:7,22
45:25 46:5,6,11
47:7,15 48:8
230:18
**approving** 7:10,13
7:23,24 8:2,8 9:4
9:5,9,10 238:7,13
238:14

**approximately**
25:4 90:14 218:18
218:20
**apreis** 4:19
**ar** 13:19 24:2
33:16 34:3 37:7,8
37:17,17 64:2
117:22 120:5,21
130:24 136:2,12
136:13,14 138:7
138:13,15,15
181:24 182:3,13
182:15 183:14
188:15 192:9,15
192:19 234:11
238:19
**arentfox.com** 3:23
3:24
**arguably** 184:10
207:18
**argue** 104:22
145:24 168:13
**argument** 95:14
145:23,24 146:4,5
**arguments** 95:9
95:12 104:20
**arik** 4:18 10:17
29:18 48:18 186:6
196:8 206:4
**arrived** 32:2
**art** 16:24
**ascribed** 178:10
**ashley** 5:6
**ashley.alonso** 5:7
**asia** 221:9
**asian** 44:3 204:24
**aside** 67:9 153:20
**asked** 13:25 15:16
51:10,18 55:6
74:16 75:23 77:23
94:23 96:15,16

97:21 105:23
115:15 128:18
131:5,9 164:10
168:17 186:6
188:16 191:13
196:2 198:13
200:18,24 202:10
221:17
**asking**  49:2 56:18
77:16,21 93:7
152:9 166:15
170:6 184:7
203:21 211:17
223:10,11
**asleep**  236:3
**aspect**  89:8 94:25
105:14
**assess**  83:19
**asset**  59:13 80:12
80:14,17 81:19
102:21 103:4
240:6
**assets**  7:7 8:2
133:8 145:4
199:18
**assign**  12:5 164:3
**assigning**  29:10
**assignment**  8:3
**assume**  12:5 51:13
52:19 56:17 61:17
63:18 86:9 91:14
92:5 115:25
123:23 130:8,9
184:15
**assumed**  34:9
92:11,15 161:20
**assumes**  37:6
**assuming**  20:24
29:10 34:22 38:7
38:23 44:3 68:16
82:11 98:2 135:16

136:16 138:20
141:3,6
**assumption**  8:3
12:10 25:2,21
65:7 150:25 156:6
157:15 161:14
204:19 213:17
**assumptions**  23:25
35:16,23 41:25
239:12
**attempting**  58:16
**attorneys**  2:6,12
2:17 3:5,10,16,21
4:5,12,17
**attribute**  117:20
117:23 126:8
**attributed**  138:8
**attribution**  119:14
**auction**  1:12 7:6
7:11,12 8:13 9:3
11:9,18 13:2 20:9
21:18 26:12 33:10
43:3 56:23 60:3
77:7 89:3 93:19
96:10,11 107:16
114:23 115:5
153:24 154:3,10
164:18 178:12
222:5 223:16
227:2 228:16,22
230:3,5 231:4,5
232:24 234:21
235:7
**authorizing**  8:6
**avenue**  1:14 2:5
3:4,15 4:4
**avoiding**  82:14
**aware**  44:15 71:10
156:20 158:3
223:3

| **b** |
|---|
| **b**  95:11 238:2 |

**b**  95:11 238:2
239:2 240:2 241:2
**back**  9:22 10:20
16:22 26:16 27:19
28:17 29:19 33:7
37:14 41:17 58:4
66:7 71:16 84:15
85:25 86:23 89:16
92:16,19 96:14
97:19 98:17
100:13 101:13
103:2 104:5
106:19 114:20
120:24 121:10
122:14 128:17
131:12 132:11,18
133:3 134:9,17
142:11,17 143:4
143:11 147:6
152:22 155:22
157:22,24 167:17
169:2 171:13,18
175:24 179:12
187:6 188:5 189:8
191:4,24 193:12
193:20 195:23,24
213:6,10 215:4,13
215:17 216:19
220:18 228:6,15
**backed**  122:2,5
**backup**  82:2,9
83:7,10 99:20,23
106:24 107:6,11
138:25 166:2,4,8
166:12 177:6
193:16 226:5,8,21
**balance**  118:19
**bankruptcy**  1:2,12
38:24 147:21

**bargained**  233:4
234:10
**base**  36:21 135:23
225:9
**based**  40:13 41:2
48:13 70:6 99:4
120:21 134:14
161:15 165:10
168:2 169:8 173:5
184:10 190:20,20
208:10 209:4
210:20 225:4
229:25 230:2,2,17
**basic**  24:13
**basically**  93:6
95:17
**basis**  104:10
120:23 136:6,7,23
**bayard**  2:11
**bayardlaw.com**
2:14
**bbrady**  2:20
**beat**  43:21
**begging**  193:25
**beginning**  17:16
111:24 137:23
**behalf**  10:15 11:2
11:10 12:16 13:4
13:14 15:2 61:14
77:12,19,20
123:20
**believe**  12:8 15:19
18:10,18 19:19,21
20:14 25:6 26:19
29:2,23 30:7
31:21 32:12 42:8
44:22 45:2 61:21
64:21 68:2,22
71:10 107:9,14
110:2 115:25
121:2 124:3,6

127:13 130:11,12
144:17 146:8,11
146:24 147:19
148:20 150:12,23
162:5 164:17,24
167:6 179:14,15
179:25 203:2
204:4,10 208:23
214:19 226:9
234:25
**believed**   20:2
143:21 149:4
**believing**   24:11
**bellecas**   6:10
**beneficial**   18:6
**beneficiary**
229:24
**benefit**   51:17
54:14 77:16 97:13
98:9,10 157:23
172:21,21 175:9
**bernhardt**   5:11
**bernstein**   5:11
36:18
**berzon**   1:15 237:8
237:24
**best**   16:4 26:19
34:7 36:12 59:10
65:20 101:18
134:10 147:20,23
148:10,21 159:25
160:5 166:21
167:8,10 179:2
191:2 214:25
228:9 230:12,20
231:3
**bet**   81:7
**beth**   3:23
**beth.brownstein**
3:24

**better**   19:14,16,20
20:3 28:3 29:8
41:12,14,19 60:24
61:22 71:6 73:15
90:4,11 94:15
121:6,12,13
134:12,16 137:6
139:2 143:17
144:18 146:25
149:25 155:25
162:8 167:3 169:5
170:25 175:17
176:6,9 177:7
191:2 204:5,14
210:22 213:2
214:21
**beyond**   82:11 85:7
**bid**   7:11,13,24 8:8
8:17,23 9:5,11
10:24 11:20 12:3
13:3,7,17,18,21,22
15:11,12,21,22,25
16:2,13 18:10
19:12,14,16,20,23
20:3 21:9 25:24
26:20,20 28:16,24
29:5 31:4 33:18
34:4,7,19,21 36:13
39:6 41:3,8,14
42:13,15,24 43:3
43:17,21 44:18
49:17,18,19,25
53:14 54:2,15
56:9 57:16 58:20
59:4,5,10 60:2,8
60:12,18,23,24,25
61:8,22,23 62:6,9
62:9,20,21 63:5
64:3,20 65:9
66:10,13,16 68:5
70:3 71:5,6,23

72:11,13,15 73:14
73:15,17,19,23
74:3,11,14,21,22
74:25 75:10,25
76:13,21 78:18,22
78:23 79:9,12,24
81:2 83:20,22
86:6 87:3 88:4,20
88:21 90:12,16
91:17 93:18 94:15
94:17,18,20,21
95:19 96:6,9,9,14
97:6,7,16,21 98:6
99:5,7,13,15 100:2
100:18 101:20
102:2,2,4 105:25
106:2,22 107:17
107:24 108:25
109:2,5,6,7 110:3
110:3,5,6,10,10,24
110:25 111:7,19
111:20 113:12,21
114:12,21 115:12
117:17 118:24
119:2,8,10 120:16
120:19,22,25
121:6,11,13
122:21 124:16,16
125:6,9 126:11
127:3 128:13,16
129:6,9 130:15,15
132:4,13 133:11
134:12,12,13
135:7,23 136:20
136:21 137:6,19
137:22 138:12,14
138:16,17,21,23
139:5 140:5
141:20 142:6,17
143:15,16,17,22
143:24 144:4,5,6

144:18 146:2,25
147:7,11,14,19
148:10,13,17,20
148:21,25 149:10
149:13,21,23,25
150:5,8,16,18,20
151:3,14,20 152:2
155:24,25 156:2,4
156:19 157:2,7,11
157:12,20,22,24
158:22,24,25
159:13,14,25
160:5,18 161:2,9
161:10,24 162:15
162:22 164:13
165:20,25 166:3
166:10,11,13,22
166:25 167:8,12
167:12,23 168:2
169:3,5,11 170:6
170:11,13,19,25
171:4,5 172:6,25
174:13 175:17
176:6,9 177:4,12
178:24,25 179:9
180:7,17,25 181:9
182:11,14 184:20
185:14 186:17
191:2,6,7 193:15
194:25 195:2,19
196:2,3,5 197:9
201:15 204:5,13
204:14 206:20,21
206:22 208:3
210:22 213:2,19
214:2,23 216:10
216:16,17,24
217:11,24 220:16
221:24,25 222:9
222:10,16 223:3
223:12 224:14,18

225:3,9,16,18,19
226:2,5,5 228:2,8
228:9,10,14,21
229:5 230:6,7,10
230:11,12,20
231:4,8,9 232:3
234:6,8 235:8
238:7,11,14,21
239:16,20 240:11
240:15,19 241:6
241:12,16,20
**bidder** 11:7,9 12:7
12:25 13:9 17:11
17:20 19:6,17
20:12,19 21:21
23:5 27:14 43:16
50:11 55:3,20
57:3,13 59:6 62:3
62:11 65:20,23
70:13,21 72:8
75:8 78:10,24
80:22 81:3,9 82:2
82:9,10,13 83:8,10
89:3 99:20,21
100:2 106:24
107:6,11,17
111:23 112:4,8,16
112:19 114:22
115:5,11 138:25
142:6 166:2,5,8,13
172:4 177:6,7
193:17,20 199:4,7
201:13 204:9
226:8,21 228:16
**bidders** 10:13
17:13 20:8 21:16
28:23 30:16 38:11
38:14,16 41:6
42:8,21 43:3 44:2
44:24 49:11 52:19
55:24 59:2 99:23

99:23 112:22
138:6,25 152:10
156:20 171:15
204:13
**bidding** 14:2 27:9
33:14 41:14 42:6
42:23 58:7,11,23
59:12 70:18 74:17
75:2,6,13 77:12,19
77:20 79:3 81:22
89:7,7 95:3
102:12 112:23
114:24 115:2
120:9 132:16
133:8 144:10
145:15,20 152:4
158:5,8,18 160:7
160:10 167:2
191:4 209:5,8,11
214:16 227:5
228:23
**bids** 10:10,12,13
14:25 18:4 23:13
23:17 24:5,10
25:19,20 41:10
48:11 53:11 58:15
58:17,25 59:20
61:24 74:7 89:25
97:16 99:4 138:9
149:15 166:9
191:3 222:19
223:18
**big** 131:13
**bill** 2:19
**binding** 17:18
232:10
**bit** 28:13 84:17
151:18 164:22
226:14 227:8
**blake** 3:6

**blue** 59:23
**bluestar** 3:10,16
19:22,25 21:9
23:15 26:7,25
27:15,25 28:18
33:2,3 49:17,18
75:4,17 167:9
229:3 235:5,5
**bonuses** 46:18
**books** 211:15,24
**bother** 130:4
**bottom** 55:25
161:13 212:15
**brady** 2:19
**brand** 5:13 15:13
49:18 50:9 59:24
62:20 73:14 74:22
74:25 76:4,15,21
78:15 169:10
170:6,15,19 177:4
177:5 239:17
240:20
**brand's** 97:6
162:22 189:19
**brands** 10:25 11:2
60:7,18,19 65:19
97:8 156:23
157:20 162:15
172:25 217:8,13
**break** 9:16 16:4
19:11 32:21,25
41:20 43:16 57:24
62:7 64:10 67:4
69:25 72:20 88:22
100:19,24 101:10
102:5 110:7
113:10 118:11
140:24 152:2,9
154:8 155:7 156:8
165:15 167:13
170:20 176:11

201:18 227:16,21
233:25
**breaking** 132:8
**breaks** 132:18
**breakup** 73:20
**brg** 5:9 29:24
**bridge** 30:6,14
**brief** 73:6 89:13
102:19 135:4
147:3 165:23
168:24 175:22
176:22 189:6
205:18 224:12
227:24
**bring** 216:12
**bringing** 29:6
48:14
**broadway** 3:20
**broke** 33:20
**broken** 223:3
**brought** 11:21
46:15
**brownstein** 3:23
**bruce** 228:18
**bryant** 4:16
**bucket** 190:12
**buckets** 25:3
**budget** 24:17
29:21,25 30:6
31:11,24 34:25
35:12,12,17,24
36:2,2 39:20
41:24 45:23,24
46:5 47:14 48:3,4
48:7,10 69:19
122:15,16,17,18
122:19 123:2,11
239:7,13
**budgeted** 40:4
123:2

**building** 231:23
**built** 54:16 68:17
  98:18 212:7
**burden** 43:8
**burn** 20:18 48:12
  49:23 50:2 187:8
  207:14
**business** 32:6,11
  148:12 160:11
  206:17
**buy** 95:9 144:25
**buyer** 130:24
**buys** 207:18
**bye** 223:6 224:8

**c**

**c** 2:2 3:2 4:2 5:2
  6:2 25:12 237:2,2
**calculate** 138:2
**calculated** 35:2
  49:23 141:25
  239:7
**calculating** 49:21
**calculation** 21:5
  68:10 73:18 90:14
  128:17 161:2
**call** 10:10 24:21
  35:11 41:7 44:3
  49:17 63:2 75:7
  122:16 153:2,4
  155:12,15 157:4
  171:19 183:15
  187:9 202:8,20
  205:13,22 213:22
  220:18 229:2
  231:23
**called** 28:15
  180:23
**calls** 153:19
**candid** 78:8 97:21
**candidly** 10:11

**capacity** 17:13
**capital** 4:17 6:4,6
**capped** 84:22
  174:8
**capping** 84:21
  174:5
**capture** 190:9
**care** 139:13,14
  224:8
**carefully** 23:18
**carey** 116:22
  117:11
**carnes** 4:7
**carve** 129:23
**carveout** 24:17,19
  39:17,24 118:13
  121:21 122:12
  124:12,21 129:18
  129:24 135:21,21
**case** 1:6 14:18
  52:22 104:24
  126:18
**cases** 8:20
**cash** 20:17 24:8,12
  25:19 26:4 29:20
  29:21 30:12 33:15
  34:2,23 36:5
  37:10,15,17,18,21
  38:3 41:18 53:12
  53:13,20,24 54:4
  54:10,15 67:15,20
  67:21 74:6 83:24
  84:2,5 106:25
  118:10,19 119:11
  121:15,16 122:3,3
  122:5,14,21 124:9
  124:15 125:3,4
  127:5 128:12
  129:21,24,24,25
  135:18,19,20
  145:20 146:9,12

146:19 148:14
  173:14,18 177:18
  181:21 185:2
  186:6,15,20
  187:18 192:22
  197:11,25 198:2
  206:20,21,22
  208:13 209:17
  211:19 212:12
  213:16 218:3
  223:20 229:6
  234:12,18 238:18
**cashes** 173:13
**catch** 177:17
  224:23
**category** 192:17
**cause** 198:16
**causes** 163:25
  164:5 178:4,7,14
  178:19 198:24
  199:9 200:9
**cdesiderio** 4:14
**cell** 226:24
**cent** 86:25 182:25
**cents** 119:4,5
  168:20 173:9
**certain** 8:8,11 12:3
  23:25 104:19,22
  171:14
**certainly** 52:23
  126:23 149:20
  167:14 226:24
**certainty** 20:21
  23:11 98:21,23
  171:13,18
**certified** 1:17
  237:10
**certify** 237:11,14
**challenges** 149:13
**chance** 109:25

**change** 63:23
  67:13 144:2 161:8
  161:11 164:17
  165:9 173:2
  192:21 204:4,11
**changed** 156:14
  163:10 167:25
  168:6 173:7 190:8
  196:14 197:17,21
**changes** 30:3 63:2
  80:12 115:8 170:7
  170:10 179:15
**changing** 169:12
  174:21
**chapter** 1:6 123:3
  123:12 178:4,7,14
  198:15 217:7
**chart** 26:9 75:8
  76:9 98:14 158:21
  159:3,4,7,10
**charts** 26:8
**check** 160:17
  219:7
**chicago** 2:17
**child** 202:13
**china** 234:14
**chinese** 64:16
  93:20
**chris** 5:12 12:17
  202:11 208:5
  210:25 211:5
  213:7 217:5,19
  218:11 220:14
  221:18
**christopher** 4:13
**circuit** 144:15
**circular** 134:4
**circulate** 205:4
**circumstance** 20:7
  23:8

**circumstances**
23:10
**claim** 45:10 75:14
75:15,18 76:2
140:15 144:6,11
144:22 145:14
147:12
**claims** 40:15 65:3
95:6 150:11
163:25 164:5,19
164:25 165:2,4
169:16,21,25
170:3 217:2,3,5
221:9
**clarification**
129:17 182:11
**clarified** 96:19,22
96:23
**clarify** 46:15
56:15 73:11
107:15 119:12
168:16 216:23
217:16
**clarifying** 31:20
**clause** 172:5
**clean** 175:4 205:3
**cleaning** 142:23
**clear** 15:19 23:6
31:22 32:7 45:20
48:2 49:16 71:4
75:5 89:24 98:12
104:14 120:17
135:10 141:5,15
141:16,22 142:11
174:11 175:2
191:18 203:8
**clearer** 160:8
**clearly** 31:4 148:9
**cleary** 3:6 103:8
103:13 119:12,16
119:21,25

**client** 102:5
**clients** 152:25
**close** 20:15,22
21:20,21,23 22:4
22:14,22 23:3,12
36:25 41:9 49:11
57:12 63:9,15,21
65:15,23,24 68:16
82:6,15,15 97:9,14
98:12 107:10,12
107:14 123:14
128:4,14 138:20
138:21 171:7,9,21
177:8 179:3
181:10,12,13
183:2,7,19,20
184:9,16 190:5
200:20,22,25
201:2,6,14,23
205:6,23 206:9
207:20 208:19
211:7 234:21
**closed** 54:18 92:14
231:6 236:6
**closer** 11:16
**closes** 74:5 123:24
**closing** 21:2,7,8,10
22:19,25 23:19,23
24:11 25:5 34:9
34:22 38:7 39:3
49:4 50:6 63:4,11
83:19 93:13 97:15
98:11,15,16,21,23
122:22 128:10,15
136:18 171:13,23
172:9 179:25
180:5 182:2
190:14,19 191:15
200:18 201:11
208:17 211:9,25
220:23 230:13

**collateral** 96:3
104:24 105:24
135:21 140:16,17
141:24 145:5
146:7 147:13
200:12 215:9
241:10
**collateralized**
125:4 129:19,21
129:25 135:19
**collect** 98:5
**collecting** 98:2,3
**collection** 37:7
**collectively** 169:19
**colluding** 78:9
**collusion** 75:11
96:16
**collusive** 75:6
**come** 9:22 11:16
12:14 16:22 26:16
27:19 28:17 34:5
66:7 71:16 86:23
91:5 101:13
113:21 120:24
121:10 131:12
132:11,17 134:8
138:14 142:11,17
155:11 157:21,23
213:13 230:6
**comes** 10:20 37:9
40:22 44:17
100:10 106:19
109:20 185:21
202:15
**comfort** 226:14
**coming** 41:17
57:12
**commence** 9:3
33:14
**commenced**
165:10

**commencing**
63:19
**commission**
237:25
**commit** 117:2
**committee** 14:23
15:3 25:10 44:10
45:13,17 71:10
88:23 90:10 165:5
165:9,11 190:24
**common** 52:20
**company** 12:2
29:20 31:25 57:3
59:15 68:22 69:5
97:3 106:20
130:23 148:14
206:8,10 217:22
**company's** 24:9
51:11 130:10
**compared** 24:10
68:4 159:24
**comparing** 24:5
97:6
**comparison** 49:22
76:14 79:15,25
106:3 159:12
160:19 170:14
195:20 224:15,19
228:3 239:16,20
240:11,15,19
241:6,12,16,20
**compensated**
207:17
**complete** 124:8
216:7
**completed** 153:25
**completely** 35:8
**complicated**
181:11 182:4
**component** 118:10
122:5,21 124:10

124:16 137:19
177:19 223:20
**concept** 17:8
68:17 130:4 193:7
**concern** 44:24
120:23 148:12
171:22 189:10
190:4
**concerns** 45:18
149:12,12 156:10
156:11
**conclusion** 34:6
96:10
**condition** 19:12
94:21 141:11
200:21 201:17
**conditions** 23:19
201:11 208:17
**conduct** 230:8
**confer** 102:5
**conference** 153:18
216:20
**confident** 207:19
**confidential** 12:7
**confirm** 89:2
**confirmation**
21:16 165:8
**confirmed** 112:17
**confused** 150:2
**confusion** 90:7
**congratulate**
232:2
**connection** 8:5
**consequences**
201:22
**conservative**
38:12,13
**consider** 16:19
29:7 45:17 134:11
149:15 150:15
151:2 171:17

205:5 220:15
**consideration**
226:20
**considered** 41:11
91:21 172:3
**considering** 15:12
221:25
**consistent** 100:12
**consortium** 75:3
**consortium's**
174:13
**constitutes** 37:22
**consult** 71:14
73:13 88:24 89:6
175:14
**consultant** 113:19
**consultation** 14:5
14:7,11,17,24 15:9
15:15,20,24 16:6,7
16:14 17:9,14,20
19:7,21 42:18
45:15 70:14 71:7
90:8,9 94:14
104:9 167:5,6
170:21,23 175:15
176:2,3 190:22,23
204:15,15 214:20
**consulted** 61:17
72:24 89:25
175:25
**consulting** 6:10
71:7 112:24
165:16,17,18
229:12,22,24
**contacted** 13:25
**contain** 141:7
**contemplate** 25:19
46:22
**contingency**
208:23 220:10

**contingent** 199:22
208:22
**continue** 59:2
154:9
**continued** 2:23 3:2
3:24 4:2,22 5:2,21
6:2 235:23 238:23
239:2,24 240:2,22
241:2
**contract** 8:4 21:11
27:2 53:4 57:19
60:20 62:23 88:16
168:7 171:10
177:24 191:20
229:7
**contracts** 12:5,11
29:6,10 38:15
40:16 95:8 161:20
**contribute** 84:6
125:14,16
**conversation**
47:20 70:7
**conversations**
21:25 44:25 45:4
58:18 86:20
**conversion** 182:5
**convert** 190:13
**convinced** 211:8
**conway** 3:4
**cooley** 4:4 15:5
**cooley.com** 4:7,8
**copies** 81:18 103:4
120:15
**copy** 80:16 103:8
189:18
**correct** 22:15 44:5
60:13 64:18 65:11
68:20 69:18 71:8
87:25 88:3 97:23
99:11 112:5,21
118:7 124:4,6

130:17,18 132:6
144:12 167:24
168:21 169:17
171:10 172:12
174:14 178:17
186:12 193:22
203:2
**correction** 35:21
73:17
**correctly** 75:16
**corresponding**
192:19
**cost** 32:5 38:17
82:13,14 173:19
174:7
**costs** 38:14 67:22
68:22 84:7 136:18
161:19 173:23
177:25 178:3
**counsel** 5:14 6:7
11:25 199:11
202:12 206:4
**counsel's** 140:13
**count** 20:23
**counted** 158:11
194:20
**counterpoint**
234:23
**couple** 42:4
150:14 161:4
**coupled** 13:19,21
**course** 25:16 58:8
83:17 99:4 134:10
197:20
**court** 1:2 9:25
11:16 20:4 33:24
56:22 85:20
147:21 150:9
154:16 213:23
215:16

**cover** 161:19,22
  198:10
**coverage** 86:6
**covered** 227:10
**covering** 68:24
**covers** 118:12
**crap** 127:23
**create** 20:20 33:21
**creativity** 76:19
**credit** 15:21,22
  42:24 58:23 59:4
  59:4 61:23 91:4
  91:13,15 96:6
  105:25 109:2
  114:20 116:2,4
  118:24,25 120:19
  120:25 124:16
  126:11 127:3
  128:16 129:9
  130:14 134:13
  135:7 137:19
  138:21 140:10
  142:6 143:16
  144:5 145:17,20
  147:7,14,19
  157:11 161:16
  179:11,13
**credited** 53:14
  65:3
**crediting** 122:14
**creditors** 14:23
  15:2 115:19 149:7
  150:7 198:17
**critical** 21:12
**criticize** 227:3
**crr** 237:24
**cur** 177:23
**cure** 38:14,17
  67:22 84:7 161:19
  168:16,19 173:19
  173:23,24,25

174:7 177:25
  178:2
**cures** 54:4 84:16
  85:2,7,24 162:2
  168:7,13 198:4,5
  200:16
**current** 19:16
  31:24 48:13 59:9
  159:25
**currently** 37:23
  59:19 166:4,7
  172:15
**cut** 71:3 74:23
  127:22 214:3

**d**

**d** 1:15 75:8 164:19
  169:15,25 217:2,7
  220:9 237:8,24
**d's** 199:10
**date** 7:15 8:24
  9:13 20:22 21:9
  21:10,22 22:13,14
  22:17,25 23:5,11
  23:16 25:5 33:19
  34:9,23 35:4,18
  36:24 54:19 63:4
  63:4,11,11,12,19
  65:25 76:16 80:3
  98:15 102:25
  106:5 127:25
  128:3,10,15
  150:12 160:21
  170:16 181:13,13
  183:7,9 190:7,15
  190:19 195:22
  201:14 215:11
  224:17,21 228:5
**dated** 102:23
  240:8
**dates** 24:11

**david** 5:11 36:18
  193:5
**day** 17:9,16,19
  19:5,7 21:6 42:22
  63:18,21 65:8,14
  68:19 69:3,9
  82:12,22 97:14
  107:11 111:25
  124:17 128:13
  171:6 183:12,15
  183:20 186:14
  187:8,12,24
  190:18 192:15,25
  194:6 201:13
  206:2,17 207:14
  207:18 208:15
  215:21
**days** 21:4 39:2,13
  97:8 172:5 183:21
  184:15 194:4,5
**dead** 22:14,17
  63:11
**deal** 28:2 29:13,16
  43:9 44:17 45:9,9
  53:21 65:2 72:21
  73:3 78:16 82:20
  93:20 96:5 123:24
  135:14 141:13
  175:5 185:11
  186:5 227:13
**dealing** 139:4,9
**deals** 45:5 74:24
**debt** 54:10
**debtor** 70:7
  167:25 226:4,11
**debtor's** 7:25 38:4
  45:23 47:14
**debtors** 1:7 2:6,12
  3:5 7:4 8:6 12:6
  17:17 28:3 32:25
  33:17 60:22 61:21

63:14 71:4 95:23
  119:18 120:6
  122:4 136:3,5
  139:24 147:18
  148:2,22 161:15
  161:18,23 162:10
  162:13 163:24
  164:2 169:14
  179:24 197:15,19
  198:13 200:8
  202:24,25 238:19
**december** 24:18
**decide** 29:12
  100:18 155:3
  165:11,19 181:16
  182:22 201:2
  227:19
**decided** 163:5
  216:15
**decision** 17:18
  18:20 60:23 61:4
  71:5 83:20 112:23
  124:22 153:15
**declare** 62:3
  230:19 231:5
  232:25
**declared** 19:3
  175:16
**declined** 164:3
**decreasing** 177:20
**deduct** 39:5 73:19
  74:8 78:17 182:16
  184:18,20 192:22
  207:14
**deducted** 38:16
  40:13 50:8 78:20
**deducting** 50:9,14
  158:17
**deduction** 27:3
  38:9,22 51:7 74:3
  88:17 140:7 142:4

157:9,25 159:3
161:25 162:2,20
166:24 172:20
173:9 175:6 185:9
190:17 221:11
**deductions** 40:10
47:4 139:21,23
140:3 166:25
172:17
**deed** 204:20
**deem** 73:14 90:8
137:5 143:15,15
166:21 212:25
214:23 230:3,11
**deemed** 12:21,24
13:8 169:4 170:25
**deeply** 134:3
**default** 147:25
148:2
**defeats** 110:14
**defend** 28:6
**defer** 36:17
**deficiency** 144:11
**defined** 231:24
**definition** 64:2
**definitions** 190:8
**definitive** 128:15
**delaware** 1:3 2:12
154:3,10,15
213:23 225:25
227:11
**delta** 221:4
**dependent** 135:25
**depending** 20:12
40:21 50:10 208:4
**depends** 209:6
**deposit** 11:21
93:14,23 94:5,10
99:8,14 171:24
178:25 182:25
183:2,4,13,24

187:7,16,25
205:25
**deposits** 234:13,13
**describe** 52:22
**described** 46:4
**description** 238:5
239:5 240:4 241:4
**desiderio** 4:13
12:17,17 29:13
54:21 55:2,12
70:5 79:10,13,18
81:11,14 85:3
87:18 96:19 97:2
99:19 130:14
143:5 172:15
176:12 177:16
178:2,7,17,22
179:14,22 180:21
181:3,18 182:17
183:23 184:6
185:19,23 186:19
186:22 187:5,13
187:22 188:7,11
188:17,24 191:14
191:22 192:2
193:15,19,24
194:10 201:25
202:14,21,23
203:19 204:17
205:12 207:12,21
207:24 208:8
209:22 210:6
211:3,11,14,20
212:8,14,22 213:3
213:8 214:6 217:6
217:10,20 218:14
218:17 219:4,20
220:17,24 222:2,4
225:23 226:22
227:6

**detail** 230:14,15
**detailed** 48:10
94:22
**determination**
105:19 149:19
150:22
**determine** 9:25
74:9 90:2 107:8
112:19 140:20
149:24 176:8
191:5 225:17
**determined**
190:25 228:8
**determining** 121:5
**detrimental** 18:10
**dial** 151:4,11
153:3,4,10
**difference** 71:15
74:13 84:17 180:9
190:15
**different** 27:10
85:10 141:9
158:15 164:13
192:5 194:4 221:5
**difficult** 85:20
**dimensions** 150:15
152:13 167:5
**dinner** 101:2,12
109:14,15 113:10
**dip** 14:10 29:21
36:2 45:25 46:5
46:12 61:14 73:13
95:18 123:8,18
129:19 169:24
**direct** 59:14
**director** 230:18
**disagree** 17:24
115:23 117:15
**disagreement** 26:8
30:25

**disagrees** 115:20
**disallowed** 235:8
**disbursed** 25:14
25:15
**disbursements**
69:15
**disclose** 56:3,3
59:19 74:18 81:2
**disclosed** 55:15
**disclosure** 72:15
164:20
**disclosures** 21:25
**discount** 83:11
106:17 172:8
212:7
**discounted** 49:24
106:16,22 212:20
**discounting** 229:8
**discretion** 90:17
90:21 230:5 232:7
**discuss** 19:23 20:6
27:7 36:11 41:9
66:25 102:14
163:23 170:19
215:14 216:3,19
**discussed** 66:2,5
162:11
**discussion** 7:18
23:20 26:2,11
32:15 41:12 44:14
55:4 66:24 114:16
189:3 195:14
**discussions** 22:7
**disjointed** 74:16
**dispute** 51:12,16
**disputes** 51:8
197:22
**disqualified** 163:3
**distinction** 145:19
**distributable**
34:20 39:7 41:4

68:3 78:19 84:11
86:7,15,16 106:9
149:5 150:6 156:4
157:5 169:6
174:19 175:12
191:8 196:20
202:2,5 203:17
206:25 207:6
209:12 210:9
218:6,19,23 219:2
219:6,11,17 221:4
225:5,11 228:11
229:17
**distribute** 106:11
133:19
**distributed** 167:11
**distribution** 68:9
**district** 1:3
**divided** 69:8
**divulge** 76:25
**divulged** 77:6
**docket** 8:12,18 9:7
**document** 8:14 9:2
19:15 26:24 34:8
35:6 36:8 41:21
63:13 192:5
215:14 216:3
233:3
**documenting**
127:14
**documents** 126:21
**doing** 37:25 51:15
67:8 100:25 106:7
125:16 127:3,9
208:18 211:17
212:2 221:24
229:9 233:17
**dollar** 67:23,23
83:21 86:5 99:8
100:11 115:17,21
144:20,21 145:17

145:17 149:8
157:3 167:24
168:16,18,19
173:8,8,10 208:14
211:13 221:11
**dollars** 24:8,12
25:5 82:12 84:7
85:23 86:25 87:24
97:22 98:9 105:6
105:8,17 115:16
115:24 116:2,3,7
136:25 150:24
174:25 206:2
208:15 210:8
221:13
**dorsey** 3:9
**dorsey.com** 3:12
3:13
**drive** 2:16
**drop** 16:21 22:14
22:17 63:11
220:18 221:18
**dropped** 229:4
**drops** 16:14

**e**

**e** 2:2,2 3:2,2 4:2,2
5:2,2 6:2,2 52:7
53:7 152:23
218:11,13 219:24
222:12 223:23,25
237:2 238:2 239:2
240:2 241:2
**earlier** 35:9 37:11
65:9 169:15
**early** 200:10
**easier** 9:24 79:20
150:17
**easy** 194:3
**economic** 66:9
**efay** 2:14

**efforts** 23:16
179:3 231:18
**eight** 97:7 172:5
183:15
**eighth** 183:20
**either** 65:8 91:6
158:23 163:2
169:23,25 171:18
210:20
**eliminate** 212:15
212:18
**emergency** 227:9
**employed** 237:15
**employees** 130:10
**encourage** 27:16
**encouraged** 27:14
27:15
**ended** 231:21
**ends** 65:8
**enforce** 53:5
**engaging** 94:12
**english** 150:3
**enter** 8:6
**entered** 20:24
25:12 95:7
**enters** 228:20
**entire** 17:19
148:14
**entities** 77:21 78:6
102:23 103:6
240:8
**entitled** 103:21
**entity** 11:23 57:17
57:20
**equal** 97:15
**equally** 123:14
**equals** 69:9
**eric** 227:17
**erin** 2:13
**escrow** 156:12,22
157:3 158:3,12

162:21 174:23,24
174:25 211:13
212:20 213:17
221:13,19
**escrows** 156:13
**especially** 26:18
30:9 57:12 192:24
227:4
**esq** 2:7,8,13,18,19
2:20 3:6,11,12,17
3:22,23 4:6,7,13
4:18 6:7
**essence** 54:13 74:6
**essentially** 41:23
74:2 144:9 184:9
190:10,12 207:15
**estate** 18:7 21:24
31:6 34:21 37:22
44:11 45:6,11
47:19 63:20 68:3
68:10,21 74:10
75:19 76:2 79:9
82:2 83:4 85:8
86:18 87:14 92:17
97:10,12,18
104:11,17 106:9
116:6 125:23
135:25 137:3
144:9 145:11
146:14 147:8,21
147:23 148:21
149:6,9 162:4
163:25 164:25
165:5 167:4 169:6
169:7 174:4
175:11 183:10
184:16 187:5,9
197:4,25 198:3,5
198:23,23 199:9
201:23 203:22
204:7 207:3,8

209:10 210:10,16
217:4 218:7
219:10,19 221:5
225:6,12 228:12
229:11,16
**estate's** 145:12
174:6
**estimate** 38:13
47:22 48:12
**et** 1:6
**evaluate** 28:23
29:9 120:16 121:4
164:10
**evaluated** 135:7
164:11,12
**evaluating** 18:4
48:11
**evaluation** 168:2
**evening** 213:13
**event** 11:7 13:25
16:12 21:20 22:3
64:9 138:5 164:15
171:7,8 177:6
205:23 228:24
**everybody** 20:14
23:22,24 27:22
29:16,16 32:17
33:23 34:12,13
35:10 36:20 38:18
39:9,25 40:13
44:15 51:20 54:7
54:24 73:9 80:8
82:20 88:7 91:14
91:21 96:15 100:6
109:14,15 110:4
111:18 116:17
120:11 124:20
133:11 139:20
153:8 154:13
160:13 182:22
184:14 200:25

201:19 205:2
210:14 214:10,13
216:6 218:11
**everybody's** 23:15
33:9 39:19 40:24
80:21 100:24
116:19 126:16
127:21 137:17
156:3 201:10
225:2 231:17,24
**ewing** 228:20
**exact** 16:17 46:21
62:23 71:17,23
149:3,4 212:11
**exactly** 30:21 46:3
84:2 92:19 95:13
100:4 175:4
186:25 188:9
212:19,21
**example** 22:21
24:16 171:24
**exceed** 149:15,17
191:7
**exceeded** 74:11
**excel** 218:9 225:21
**excess** 229:25
**exclude** 18:11
**excuse** 88:12
90:19 180:6
233:15,16
**executory** 8:3
**exercise** 131:19,20
**exhibit** 7:12,13
8:12,21 9:9 33:15
33:25 34:15,25
35:11,15,21 36:8
41:23 67:18 76:13
76:19 79:23,24
102:21 103:7
106:2,11 149:4
160:17,18,23

170:13,18 195:19
195:25 196:7
215:9,15,19 216:7
224:14,18,25
225:15 228:2
238:4,6,8,12,17
239:4,6,10,15,19
240:3,5,10,14,18
241:3,5,9,11,15,19
**exhibits** 80:19
103:15,17 160:24
216:8 224:24
238:23 239:24
240:22
**expect** 25:3,4
26:13 99:12 128:3
141:14
**expense** 38:6
45:11 73:20 78:21
95:6 156:7 161:15
184:17 212:6
**expenses** 22:3
24:20 40:12 46:16
47:7 48:9 95:5
122:20,23,25
123:9
**expire** 191:20
**expires** 237:25
**explain** 36:13 50:3
62:5 144:13
145:25 160:11
189:25 192:7
**explained** 37:10
38:10
**explanation** 28:4
41:24 73:25
158:10 162:9
**explanatory** 161:6
**extended** 179:4
**extending** 68:18

**extension** 148:6
**extent** 18:8,22,25
20:21 28:13 31:23
42:10 44:2,25
45:5 73:25 164:16
172:4 199:3,6
**extra** 49:25 76:10
97:18 187:15,16
189:18 192:23
196:9 207:17
**extrapolating**
105:15
**extremely** 150:17

**f**

**f** 141:14 237:2
**face** 91:23 144:21
147:12 148:25
**fact** 11:20 15:9,10
56:11,12 73:12,12
76:22 83:12 86:17
106:17 147:24
162:11,14 164:21
178:15 196:5
216:22
**factoring** 95:16
**facts** 165:8
**factual** 48:6
**failed** 64:22 65:18
73:19 74:10 177:2
205:23
**fair** 16:18 25:6
29:3 42:16 48:25
52:25 56:17,20
57:21 70:22 72:7
127:15 132:10
187:2 192:3
**fairly** 45:16
**falls** 197:18
**familiar** 12:23
**family** 227:8

**far**  81:22 95:20
132:21 153:24
210:13
**fashions**  10:8
**fast**  150:17 188:25
**fault**  182:3,3
**favorable**  38:24
**favorably**  20:11
**fay**  2:13 89:11
**february**  1:8 21:4
34:10 35:2,13
36:4 40:6 46:8,11
47:11 49:3,12
63:6 68:23 69:16
82:7 92:9 102:23
106:18 138:21
194:5 201:3,3,5
205:24 206:9
239:8 240:9
**fee**  40:8,19,22
73:20 118:12,15
121:21,22 122:12
122:13 123:2,11
124:12
**feeling**  101:9
**fees**  24:16 25:9
36:6 37:12 39:14
39:19 40:5 46:24
48:22 118:17
121:25 123:4,13
124:13 135:18
**feld**  4:16
**ferguson**  6:10
**fifth**  3:15 194:12
**fight**  111:9 221:14
**figure**  16:4
**figured**  95:21
194:17
**filed**  62:24
**filing**  8:16,21
238:9

**fill**  66:7
**final**  20:20 21:4
22:24 23:2 39:4
50:12 63:8 81:24
99:15 107:13
200:23
**finality**  182:23
**finally**  13:16 14:22
65:17
**financial**  12:8
41:20 55:8 75:14
76:14 79:25 106:3
160:19 170:14
195:20 224:15,19
228:3 239:17,21
240:12,16,20
241:7,13,17,21
**find**  104:3 160:23
164:14 187:15
**fine**  18:21 51:21
72:5 76:7 88:2
90:23 112:6,25
116:18 117:13
125:3 129:14
144:16 145:21,25
150:19 153:13
155:4,18 186:2,2
187:6,10,13
188:17 214:7
**fingers**  194:19
**finish**  18:24 74:19
201:18
**finished**  109:3
**fire**  52:5
**firm**  25:10 115:21
**firms**  25:10
**first**  7:21 9:16
19:22 21:21 27:24
31:13 42:11 45:22
58:9,10,14 59:9,25
61:25 63:3 68:15

81:23 83:23 84:25
85:4,6 86:5 87:5
94:17 95:4 99:5
103:3 109:3 111:4
111:9 113:17
114:23 124:22
132:22 133:11
135:9 143:14
151:19 156:21
157:16 164:9
168:19 173:19,20
173:24 174:11
176:25 186:5
188:18 191:25
198:15 204:9
224:23
**fisher**  81:11 96:25
**five**  24:7 25:5,22
37:12 67:18,20
86:2 100:4 101:20
102:10 114:2
194:8,9 205:14
222:18
**fixing**  188:4
**flexibility**  213:25
**floor**  2:5,17 79:7
**flow**  53:13 54:10
196:18
**folks**  225:25
**follow**  46:20
206:24
**following**  2:23
3:24 4:22 5:21
10:9 47:10 62:22
62:25 117:17
196:15 235:23
238:23 239:24
240:22
**food**  101:2
**foot**  182:3,3

**forbearance**  148:7
**forced**  18:19 22:4
**forecast**  30:13
**foreclosure**  148:3
148:7
**foregoing**  237:11
**foreign**  202:7
**form**  39:10 66:11
103:24 225:13
**formal**  10:12
**forms**  10:8
**formula**  71:24
72:24
**formulate**  148:20
**formulating**  34:19
70:6 72:11
**forth**  84:3 96:9
147:6 217:11
**fortunately**
174:16
**forward**  11:6,17
12:12 33:23 58:12
67:8 74:15 143:13
158:6 171:16
229:22
**found**  9:7
**four**  25:4,22 29:21
41:24 63:17
235:20
**fourth**  13:9,12
15:8 18:17
**fox**  3:20 14:15
**frankly**  153:5
209:3
**fraud**  117:2,6,11
**free**  141:4,14,16
141:21
**friday**  206:17
208:19,21
**front**  221:3,16

| | | | |
|---|---|---|---|
| **fuck** 233:16 | 54:24 55:6,18,23 | 114:4,9,14,18 | 176:24 177:10,25 |
| **full** 21:24 95:13 | 56:6,13,19,21 57:6 | 115:3,9,14 116:10 | 178:11,18 179:10 |
| 105:4 124:25 | 57:10,23 58:4 | 116:16,24 117:4,6 | 180:12 181:7,23 |
| **fully** 124:18 | 59:22 60:6,11,17 | 117:9,14,24 118:5 | 182:7,20 183:22 |
| **fun** 227:10 | 61:2,5,16,25 62:16 | 118:8,25 119:6 | 184:2,8,13 185:4,7 |
| **fund** 185:10 | 62:19 63:24 64:4 | 120:10 122:7,19 | 185:11,16 186:4 |
| **fundamental** | 64:7,13,18 65:11 | 123:19 124:19 | 186:10,13,20,25 |
| 21:13 | 65:14 66:6,17 | 125:7,11,15 126:7 | 187:11,17,21,23 |
| **fundamentally** | 67:2 68:8,14,20,25 | 127:10,17,22 | 188:9,13,21 189:2 |
| 117:14 | 69:4,6,13,17,25 | 128:5,9,25 129:4,8 | 189:8,16,22,25 |
| **fungible** 53:24 | 70:9,17,22 71:9,14 | 130:3,17,19 131:4 | 191:11,16,23 |
| **further** 8:9 93:14 | 71:21 72:2,7,13,19 | 131:8,24 132:6,15 | 192:4,10 193:9,22 |
| 119:8 181:15 | 72:23 73:3,8 | 132:23 133:5,10 | 194:7,11,16,19,24 |
| 226:2 237:14 | 75:20,22 76:5,7,17 | 133:15,20 134:20 | 195:4,9,13,23 |
| | 77:2,6,10,14,18 | 134:24 135:6 | 196:24 198:20 |
| **g** | 78:3 79:11,16,21 | 136:11,14 137:9 | 200:4,7 201:10 |
| **gabbay** 5:15 57:2 | 80:6,9,23 81:7,12 | 137:14 138:4,10 | 202:4,11,17,22,24 |
| 57:9,21 75:18,21 | 81:16 82:4,19,24 | 138:14 139:13,19 | 203:7,11,15,20 |
| 76:23 77:4,9 87:3 | 83:5,9,15,18 84:24 | 139:22,25 140:4 | 204:2,25 205:8,15 |
| 87:13 88:10,13,19 | 85:5,17 86:5 87:5 | 140:12,23 141:2 | 205:20 206:15 |
| 90:24 92:21,24 | 87:11,23 88:2,7,12 | 141:10,23 142:10 | 207:15,22,25 |
| 93:3 94:4 101:19 | 88:15,20,25 89:5 | 142:16,22 143:3,7 | 209:19,23 210:3,7 |
| 101:25 105:5,9 | 89:10,15,18,23 | 143:11 144:13,16 | 210:19,24 211:5 |
| 108:10,12 113:11 | 90:6,23 91:2,12 | 144:23 145:9,18 | 211:12,16,22 |
| 113:23 234:17 | 92:2,7,13,18 93:6 | 145:21 146:17,22 | 212:9,17,25 213:4 |
| **galardi** 2:7 7:2,3 | 93:10,12,25 94:6,9 | 147:5 151:6,13,22 | 213:6,9 214:8 |
| 7:20 8:25 9:14 | 94:13 95:7,19 | 151:25 152:8,18 | 215:5,12,24 216:5 |
| 10:19 11:5,13 | 96:12,18,24 97:11 | 152:21 154:11,19 | 217:9,14,18,23 |
| 12:19 13:16 14:16 | 98:24 99:10,22 | 155:2,10,13,18,22 | 219:8 220:3,7,20 |
| 14:22 15:6 16:10 | 100:5,16,22 101:4 | 158:14,19 159:10 | 221:7,17,23 222:3 |
| 16:16 17:4,23 | 101:9,15,17,23 | 159:19,23 160:6 | 222:11,17,22 |
| 18:23 19:9 22:11 | 102:8,16 103:2,10 | 160:13,22 163:8 | 223:7,9,14 224:3,7 |
| 22:15,18 28:21 | 103:16,20 104:2 | 163:12,16,19 | 224:9,22 226:16 |
| 29:2,15 30:11,15 | 105:7,11,14 106:6 | 164:8 165:25 | 226:23 227:14 |
| 30:18 32:14 33:7 | 106:21 107:7,20 | 166:6,14,18 | 228:6,21 229:15 |
| 33:8,20 35:5,19 | 108:5,8,11,13,23 | 167:21 168:10,22 | 230:2,25 231:11 |
| 42:20 43:14 46:7 | 109:6,11,22 110:9 | 169:2,17 170:4,17 | 231:14 232:17,22 |
| 46:10,23 47:3,16 | 110:17,23 111:11 | 171:12 172:18,24 | 233:15,22 234:7 |
| 48:16 49:5,9,14,21 | 111:16 112:3,6,12 | 173:16,22 174:3 | 234:16,20 235:4 |
| 50:18,21 51:3,9,21 | 112:15,20 113:4,8 | 174:10,15 175:19 | 235:13,17,19 |
| 52:5,9,16,21 53:9 | 113:13,15,24 | 175:24 176:16,19 | 236:4 |
| 53:15,17 54:13,18 | | | |

**game** 27:23
**games** 108:17
**gays** 187:19
**general** 5:14 6:7
43:2
**generalities**
197:10
**generated** 181:22
**generation** 37:8
**getting** 33:12 50:8
58:7 67:19 81:18
141:15 148:5
175:9 179:11
180:10 212:4
**ggalardi** 2:8
**gindi** 5:15 11:4,4
55:13 56:4 60:10
60:16 66:2,21
83:3,7,17 84:21
85:9,13 99:2,17
222:5,7,7,14,20,25
223:8,11,19,22
224:5,8 231:7
235:11,15
**give** 21:24 22:20
27:20 28:3 31:16
33:21 34:12 37:13
40:2 47:21 53:2
53:18 61:6 63:13
64:4 74:12 80:7
80:15,18 86:24
87:2 90:21 91:3
91:13,19 97:17
100:6 108:18
109:17 117:24
118:3 131:17
136:8 140:20
142:3,21 144:7
153:10 159:11
167:13 189:17
193:4 219:2,15

220:14 225:21
226:18,19
**given** 23:9 33:24
41:6 104:23,25
116:3 119:25
150:5 151:17
157:18 162:14,19
192:24,25 214:11
230:7,7
**giving** 35:20 52:17
85:23 95:13
104:18 144:20,24
144:24 161:15
172:21,21
**glad** 46:15
**global** 4:17 6:6
217:8,13
**glorioso** 3:12
**glorioso.alessan...**
3:13
**go** 7:16,21 11:5
14:8 19:21 23:5
25:7,24 29:19
30:8 42:17,22
52:10 58:8,24
59:2 60:16 61:10
61:11,12 67:10
70:17,24 72:7
73:24 74:15,20
79:2,14,17 80:24
82:8,15 83:22
84:15 85:7 89:15
91:16 95:3 96:13
97:9,19 98:16
101:7,23 102:12
108:15,16 111:4,9
111:21 113:17
114:20 120:23,25
121:14 127:11
128:17,19,20
129:7 131:15,16

131:18,20,21,24
134:6 137:4 140:4
140:6 142:16
143:18,18 146:3
146:22 147:21
150:17 154:2,13
155:7 158:6
160:25 161:7
167:10 170:12
175:19 177:13
179:12 181:17
183:9 185:13
186:14 188:12,13
190:14 191:4,23
192:18,20 193:12
196:11 201:14
202:12 205:12
208:12 209:16
210:2 211:14
213:9 218:18
220:18 224:9
230:8,14,15
232:24 234:23
**goes** 15:18 23:22
37:12,17,22 39:16
46:7 81:22 83:10
92:16 95:20
128:12 129:8
130:8 144:23
145:2 181:23
192:21
**going** 12:10 18:12
19:20 20:6,10,20
22:5,6,22 23:4,6
23:17 24:13 25:13
25:13,15 26:13,15
27:11 28:6,9,18
29:7,8 30:19 31:6
31:16 32:19,23
33:10,23 34:14
35:6 36:12 38:12

41:9,17 42:3,14,15
43:11,25 44:16,24
47:17 51:15 53:19
53:21 55:14,25
56:2,11,23,23
57:18 58:7,12,13
58:18,21,22 59:4,5
59:7,22 61:6,9,14
61:18,23 62:4,5
63:22 64:7,9
65:17 67:8 72:11
73:16 76:18 78:3
79:7,17,21 80:10
82:19 86:24,25
87:7 88:4 90:8
92:6 93:13,15,16
94:18 96:3,5
97:20 99:11 100:6
100:11,23,24
101:5 102:4 104:7
105:22,25 107:2,7
107:9,12,14,24
108:18 109:13,19
110:11 112:9
113:18 114:22
115:4,10,12 116:6
117:2,3,18,22
118:9 120:23
122:10 124:23
128:9,14 129:6,9
130:4 131:12
132:3 133:7,18
135:8,12,13,22
137:10,18 138:8
140:24 141:13,14
142:3,6,20 143:25
144:7,8 145:23,25
146:5 147:8 148:8
148:12,18 151:14
152:9,19 157:4
158:22 160:7,9

164:4 165:7 170:5
171:21 176:25
177:12 178:3,15
179:2,5,6,8,12,20
181:7,10,14,24
182:9,10 183:11
184:24 185:3
187:6,25 190:11
192:11,16 196:17
199:22 205:12,13
206:15,20 207:5
207:20 208:9,11
209:23 211:5,24
213:9 214:2
215:12,18 220:20
221:12,14 223:4
224:23 229:21,22
230:10,11 231:15
231:16 234:21
236:2
**goldberg** 91:7
180:14,18 181:20
182:5 194:15
**gonna** 22:19 54:3
56:8 82:25 97:23
108:14,15 146:6
152:13 158:23
**good** 92:21,22
93:3 107:20 110:6
126:12 141:11
188:2 220:24
223:6 224:5
228:19 231:22
**goods** 95:25
**gotcha** 222:20,20
**gotshal** 3:15
**gotta** 54:4 100:8
**gotten** 173:17
**granting** 8:11 9:6
9:11 238:15

**granular** 24:14
**gray** 1:13 2:4 7:3
**great** 194:21
223:24
**greater** 137:21
183:13
**greg** 7:3 16:9
28:12
**gregg** 2:7 33:8
53:10 66:14
100:17 103:15
128:22 137:16
158:9 162:7
169:13 200:3
232:13,14 233:7
**gregg's** 90:6
**gross** 39:7 84:10
225:10
**ground** 90:22
**group** 9:18,21
10:25 11:22 15:13
15:13 16:13 27:9
28:15 65:19 75:13
75:15,16 170:6
229:3
**grouping** 169:23
**guarantee** 150:24
**guess** 36:3 70:12
78:2 82:10 149:3
194:9 217:8
**gump** 4:16 10:18
10:23
**guy** 93:3
**guys** 29:12 51:14
51:24 54:21 68:16
82:22 102:9 113:9
114:3,7 116:25
125:2 132:25
155:3,16 172:10
220:19 221:14

## h

**h** 238:2 239:2
240:2 241:2
**half** 31:2 42:6 51:6
101:11 125:3
134:23,25,25
136:19 173:21
**hand** 34:10 41:21
76:17 170:8
**handed** 78:14
79:22 103:3 196:6
196:6
**handing** 80:4
**handle** 16:5
**handy** 5:18 118:21
130:11 142:8
**hang** 26:14
**happened** 108:22
**happens** 44:13
92:8,10,11 93:2,4
107:5 183:19
193:13 199:7
205:6
**happy** 51:19 144:2
**hard** 178:20
**hastings** 2:16
14:21
**hauer** 4:16
**headline** 34:16
**hear** 56:10 61:23
**heard** 24:6 52:3
67:5 222:15
**hearing** 8:9,10
19:24 116:12
154:2,16,17
199:14,15 215:21
**hears** 51:20
**held** 1:13 7:18
32:9 55:4 114:16
189:3 195:14

**hello** 222:7
**help** 33:23
**helpful** 30:8
185:17 219:21
**hide** 75:10
**high** 120:7 140:6
**higher** 19:14,15,19
20:2 28:2 29:8
41:11,13 59:9
60:24 61:20,21
71:6 73:15 90:3
90:11,15 94:15
121:6,12,12
134:11,16 137:5
139:2 143:16
144:18 146:24
149:24 155:25
162:8 169:4
170:25 175:17
176:5,9 177:7
190:25 203:16
204:5,14 210:21
210:23 213:2
214:21
**highest** 26:19 34:6
59:10 65:20
143:21 146:8,10
147:23 148:9
159:25 160:4
166:21 167:7
214:24 228:9
230:12,20 231:3
**highly** 116:15
**hilco** 13:17,23,24
**hirsch** 3:22 14:14
14:14 61:13,19
62:15,17 64:6
71:12 72:5 73:2
89:2,4,9 116:22
119:11 122:18
124:2 125:13

128:6 129:16
130:6 134:23
169:13,18 175:18
217:16 218:15
**hirsh** 61:13
**hold** 163:8,9 199:2
210:24 218:25
220:5 233:22,22
**holdings** 76:4
**home** 38:3 121:2
145:5 154:13
202:12
**hope** 16:20 27:6
134:24,25
**hopefully** 42:5
52:15 109:18
135:12 143:12
158:5 160:23
201:20 205:10
225:20 227:20
**horse** 8:7,17,22
9:5,10 19:17
23:17 58:17 78:20
78:24 132:25
161:10 166:10
231:9 232:6
238:10,14
**hosty** 5:7 76:11
80:7
**hour** 26:15 28:9
30:25 31:2 42:7,7
101:11,11 109:15
110:7 134:23,25
134:25
**hours** 114:2 166:8
166:13 214:11
**hsu** 2:20
**huge** 83:15,17
**huh** 54:17
**hum** 51:9

**humor** 231:25
**hundred** 65:7
67:21 68:6 69:8,9
69:21 82:12 83:25
84:4 86:24 87:21
88:3 97:22 98:4,8
98:8 99:10 104:25
112:20 177:22
187:12,24 192:25
198:2 203:16,24
204:9,12 205:25
208:15

**i**

**idea** 17:7 53:25
134:19 152:11
**identification** 7:14
8:24 9:13 33:19
35:4,18 76:16
80:3 102:24 106:5
160:21 170:16
195:22 215:10
224:17,21 228:5
**identified** 10:3
11:24 28:16
**identify** 9:17,20
10:4 28:19 57:19
75:16
**identity** 12:12
57:17
**illinois** 2:17
**illusory** 106:25
**immediately** 128:4
**impacted** 49:12
**impacts** 64:3
**important** 24:3
49:7 98:22 131:19
133:23 229:19
**importantly** 34:8
104:12 157:10
**inappropriate**
17:11 116:15

**include** 122:21
**included** 40:9
63:10 64:19 66:15
169:21
**includes** 16:13
44:18,18
**including** 84:13
108:21 128:12
**inclusive** 59:17
**increase** 126:10
137:18 167:23
171:24 187:25
206:20 208:3
**increased** 183:4
183:24 197:10,11
207:2,4
**increasing** 177:18
178:24 182:14
208:12
**increment** 41:15
43:22 73:19 74:11
88:4,21 102:15
107:25 149:14
150:14 167:2
204:8
**incremental**
182:15 229:13,15
**increments** 48:14
204:4,11 214:16
**incurred** 47:8
184:16
**independent** 11:7
230:17
**independently**
13:10
**indicated** 28:14
**indicating** 210:18
**indirect** 59:14
**individual** 112:4,8
112:16

**indulgence** 33:9
**inform** 232:7
**information** 12:6
17:12 18:9 30:24
32:18 51:11 55:20
56:5,7,24 121:8
**insider** 18:3 56:9
56:15
**insignificant** 209:2
**instance** 31:13
58:14
**instructions**
153:11
**instructive** 34:18
**insurance** 97:17
**intend** 49:4 53:4,5
**intent** 208:20
**interest** 10:9 52:20
147:20
**interested** 14:4
**interesting** 130:3
**international** 1:6
8:19
**interrupt** 128:10
**interval** 213:20
**introduce** 7:9,22
8:15 9:2
**inventor** 37:2
**inventory** 13:18
13:19 24:2 26:2,3
33:16 34:2,23
36:23 37:16 40:17
44:4 64:19 67:12
83:23 98:17
117:19 118:3
120:5,21 125:17
126:9 130:21,24
131:14 134:15
136:2,5,9,10,11
138:7,15 149:20
150:22 169:8

173:2,5 175:3,4
177:20 179:20,23
179:24 180:2,3,4
180:23 181:4,13
181:19,20 182:16
183:14 188:15
190:9,13 192:8,15
192:19 197:14
204:23,24 212:4
234:12 238:18

**ip** 4:12 11:21
12:16 13:20 27:16
28:15 54:22 55:6
57:7,9 59:23 70:2
72:10 79:8 80:2
80:23 81:10 96:14
102:22 103:5
106:4 136:17,23
139:6,10 141:4,21
142:13 143:21,22
143:23 144:7,25
145:3 148:10,11
148:17,25 156:2
156:23 157:2
160:2 166:24
174:25 175:5
176:7 177:11
180:17 208:2
214:23 216:10,20
224:20 225:9,16
228:17,18,21
239:21 240:7,12
241:17

**irrelevant** 87:6

**issue** 18:3,5 20:15
21:12 27:17 29:20
43:25 44:16 46:21
47:2 51:23 52:4
55:22 75:11 93:10
94:16 95:21
139:14,15 141:12

170:24 185:12
186:6 188:10,14
190:4 203:6
213:18 215:25
216:12

**issues** 26:17 27:4,8
43:10 109:23
158:16 189:11
214:14

**items** 213:16

**j**

**jack** 11:12,14

**jackie** 6:12 112:17

**jacqueline** 3:17
16:11 18:15

**jacqueline.marcus**
3:18

**jaffray** 5:5 40:19
218:10

**janet** 3:11 22:8
103:19

**january** 24:18
39:21 40:6 118:13
121:21

**jean** 5:7 34:12
36:19 193:3

**jean.hosty** 5:8

**jen** 6:8 131:7
197:8

**jim** 6:10

**joe** 5:14

**joining** 225:25

**joins** 222:5

**joseph** 5:15

**judge** 116:22
117:11

**jump** 203:9

**justifies** 95:5

**k**

**keep** 38:12 45:12
62:4 65:21 100:12
116:6 117:3
119:22 153:8
164:4 193:24
220:21

**keeping** 60:19
223:17

**keeps** 47:24

**kept** 81:3 175:7
236:2

**key** 76:14 79:25
106:3 160:19
170:14 195:20
224:15,19 228:3
239:16,20 240:11
240:15,19 241:6
241:12,16,20

**kicks** 168:18

**kind** 110:13

**king** 2:11

**kjc** 1:6

**klein** 4:6 15:4,4
50:20,25

**know** 13:12 14:6
14:11 21:8,10
25:19 27:2,9 29:4
29:11,23 39:12
42:4 43:19,25
44:4,9,10 49:3
50:12,21 51:6,23
57:3,4,4 58:15
59:15,16 61:20,22
66:21 71:3,22
74:23 78:9 79:12
85:19 99:5 100:24
105:19 108:23
116:4 117:4,11
120:13 121:18
132:9 133:6,15

134:7 141:10
148:4 165:7
167:15 169:19,20
170:9,10 184:14
200:4 201:12
208:6 209:3,18
212:23 213:10
217:5,25 218:17
220:19 225:21
227:12 231:20

**knowing** 28:24
56:15

**knowledgeable**
192:12

**knows** 15:18 53:23
56:17 216:6 228:7

**l**

**lack** 76:19

**language** 44:21
64:15,19,25 141:8
141:15 157:16,21
175:8 179:7,8
190:11 197:21
204:20,23

**late** 49:23 178:13

**lawyer** 147:10

**lazy** 67:6

**lease** 177:23

**leases** 8:4

**leave** 11:18 62:7
70:11 117:10,20
127:5 163:24
176:14,20 198:4
199:8 216:25

**leaving** 53:20 67:8
83:24 84:4 118:6
130:21 161:22
197:24,25 230:3

**lee** 17:8,17 19:5
29:22 89:19
109:21 199:12,12

**left** 37:15 54:15 114:19 198:22 200:13 205:21 216:9 222:19
**legal** 51:16
**legally** 55:9
**legitimate** 156:11
**lender** 13:12 14:10 14:17 61:14 73:13 100:8 123:7,8,18 124:5 129:19 136:23 169:24
**lenders** 18:2,17 22:2 29:22 31:11 32:3 44:9,10 45:25 46:6,12 78:11 95:18 137:4 200:10 216:4 229:18
**level** 226:10
**liabilities** 86:10
**liability** 44:8 45:7 86:19 92:12 104:17,21 115:25 123:22,24 157:15 174:7
**liable** 105:3
**license** 27:4 51:7 139:6 141:18 142:13 197:22
**licensees** 141:17
**licenses** 141:22
**lien** 13:9,12 15:8 18:17 124:22
**light** 15:9 30:9 47:19 49:8 147:24 147:25 230:13
**limit** 152:19
**line** 55:25 174:17 209:7,10,13 213:16 219:9

**lines** 67:24
220:21,23 222:8
**liquidation** 136:6 136:7
**list** 52:6 55:16 106:14,15
**literally** 102:13 232:4 234:5
**litigation** 217:12
**little** 27:20 28:12 126:3 134:22 151:18 164:22 182:4 185:20 213:16 226:14 227:8
**lives** 150:16
**living** 48:5
**llc** 4:12,17 6:10 102:22 240:7
**llp** 1:13 2:4,16 3:4 3:9,15 4:4,16 15:5
**located** 179:24
**long** 23:16 82:3 152:11 153:11 167:16 199:11 201:21
**longer** 198:4 223:15 228:23 235:7
**look** 20:10 23:18 34:14 37:20 43:17 46:23 48:17,17 52:9 53:7,25 78:8 107:8 127:8 137:2 145:10 147:6 170:22 180:7 202:14 204:6,8 230:25
**looking** 21:2,15 43:23 124:2 180:16 204:18

209:7,9 210:17,19 210:21 229:17 230:23
**looks** 167:22 209:18,21
**lose** 94:9 183:14 207:18
**losses** 24:22
**lost** 83:3 95:24
**lot** 23:20 25:25 32:23 128:11
**low** 120:7
**lowest** 143:23
**luck** 224:5

**m**

**m** 2:7,18 3:6
**magic** 53:3
**magically** 175:10
**mail** 52:7 53:7 152:23 218:11,13 219:24 222:12 223:23,25
**main** 75:12 196:19
**makers** 153:15
**making** 72:15 83:20 140:16 156:18 163:14
**manges** 3:15
**manner** 32:12
**march** 21:2,6,7,9 35:3,13 50:14 63:12 82:4 166:17 181:12 190:19 206:11,11,13,14 206:16 239:9
**marcus** 3:17 16:9 16:11,11,23 18:14 18:15 28:12,22 60:4 64:12,14 72:9 90:19 102:14 103:19 114:6

116:19 121:14,19 158:9,17 167:19 167:22 168:6,8 174:6,14
**mark** 5:10 6:5 13:15 31:19 36:17 47:13 76:18 79:21 81:11 96:25 126:24 127:6
**marked** 7:14 8:23 9:12 33:18,25 35:3,10,18 41:22 76:15 80:2 102:24 106:4 160:20 170:15 195:12 215:10 224:16,20 228:4
**marking** 103:6
**mat** 14:20
**matched** 157:21
**matching** 174:25
**math** 37:25 69:7 90:15 136:4 143:19 181:25 194:3 203:2 207:5 209:24 210:11,12
**matrix** 214:15 231:23
**matt** 5:11 121:14
**matt's** 199:22
**matter** 48:7 70:10 235:3
**matthew** 2:18
**mattmurphy** 2:19
**mbcleary** 3:7
**mcavinn** 5:12
**mcgee** 2:8
**mean** 22:2 47:25 104:5 128:23 132:17 161:4,5 182:12 187:15

191:3 214:3
**meaningless** 22:25
**means** 20:18,25
  29:9 38:2 113:5
  218:5
**meant** 115:16,18
  119:17
**mechanics** 185:20
  186:18
**meet** 33:2 41:14
  55:7 88:4
**meeting** 27:24
  54:22 104:8
**meets** 167:2
**members** 75:12
**mention** 161:5
  162:6,13 174:22
**mentioned** 35:9
  38:23 45:14 47:13
  76:24 174:21
**merely** 105:19
**messed** 199:24
**met** 55:8,9 73:18
**michael** 4:6 15:4
  89:7
**michelle** 5:18
**mid** 119:18 120:8
**middle** 124:24
**mike** 6:7
**million** 24:8,12,24
  25:5 27:5 36:22
  37:2,7,8,12,23
  38:17,22 39:5,8
  44:6 51:6 54:3
  67:23 84:7,9,9,20
  84:23,25 85:4,7,8
  85:23,25 86:2,3
  92:10 99:6,8
  104:9,10,11,18
  105:6,7,17 115:16
  115:17,21,24

116:2,3,7 117:21
117:23 136:4,25
142:2,4 145:2,6
146:12,15 149:2,8
150:13,19,23
156:7 157:2,9
158:3 161:19,25
162:20,23 168:11
173:20,24,25
174:24 177:19
179:11 180:24
183:5 186:11
197:23,23 208:13
209:16,25 210:4,7
211:13 221:13
222:16 223:21
225:10 226:10
229:6 233:21
234:10,11,14
**minds** 27:25
**minimum** 20:17
  43:21 91:4
**minus** 40:20
**minuses** 25:20
**minute** 195:11
  213:20 214:16
  227:15,21 232:5
**minutes** 101:20
  102:10 109:12,18
  112:10,18 137:25
  140:19 143:4
  152:18,22 155:9
  155:10 165:19
  176:13,13,19
  188:22 205:14
  226:18
**miscellaneous**
  40:12
**missed** 235:15
**missing** 179:16
  196:9

**misspoke** 187:4
**mistake** 57:6
  142:24 143:2
**mistaken** 13:23
**misunderstood**
  62:18 151:18
**mizrahi** 6:12
  11:12,12
**mklein** 4:7
**modification**
  208:10
**modifications**
  170:8,11
**modified** 63:25
**modify** 191:17
**modifying** 169:12
**molycorp** 124:21
**moment** 223:20
**monday** 190:6
**money** 12:13
  95:25 98:7 155:3
**monticciolo** 6:7
**moons** 216:21
**morning** 52:8
  154:4,14 162:15
  162:16 227:9
**move** 11:17 13:5
  56:11 110:11
  142:15 143:12
  144:4 146:6
  148:18,23 158:4
  160:8 171:15
**moved** 209:10
**moveon** 12:21
  139:16
**moves** 208:24
  209:2
**moving** 12:11 63:3
  188:5
**multiple** 81:5 83:6
  83:11,14 87:15

88:6,9 89:17 94:8
110:15,22 111:10
111:13 113:22
114:8,13 120:14
126:13 159:15,18
159:22 163:4,7
168:15 174:2,8
183:25 194:4
233:6,19 235:18
235:21
**murphy** 2:18
  14:20,20 42:19
  43:13 70:15,20
  95:4,15 96:7
  100:17 102:3
  109:5,9 113:7
  115:13 117:16
  118:2,7,9,22 119:3
  119:5,9,15,20,24
  120:3 121:16,20
  122:24 124:8
  125:20,22,24
  126:2,10,14,17,23
  127:20 128:2,21
  129:3,18 130:12
  130:18 131:3
  137:7,12,15,16
  138:5 139:3,7,11
  139:18 140:10
  141:6,19 142:9,12
  144:12,14,19
  145:7,15,19
  146:21 199:25
  220:10 232:13
  233:7,11

### n

**n** 2:2,11 3:2 4:2
  5:2 6:2 237:2
**name** 11:22,24
  12:22 57:3 81:8

| | | | o |
|---|---|---|---|

**necessarily** 35:7
97:24
**need** 20:15 36:9
55:15 57:18 59:16
74:2 80:16,18
94:11 100:20
102:4,7 109:9
112:9 128:10
137:8 146:9
147:18 176:10,13
176:17 188:19
195:3,8 208:6,7
211:9 216:13
219:7 234:8
**needs** 91:8 196:14
**negative** 48:19
230:9
**negotiated** 182:24
**negotiations** 32:3
**net** 34:20 41:4
43:23 53:12 54:10
68:2,9 73:17 74:3
78:19 84:10 86:7
86:14 87:13 106:8
122:3 125:18
148:14 149:5
150:6 156:4 157:5
159:21,23,24
162:4 167:3
168:10 169:5
174:19 175:10,11
191:7 196:19
197:3 202:2,3,5
203:16,21 204:7
206:25 207:3,6,8
209:9,12 210:10
210:15,19 218:5,7
219:18 225:4,6,10
225:11 228:11,12
229:17

**neutral** 183:10,11
**never** 28:4 47:22
96:16 215:16
**new** 1:14,14,15,18
2:6,6 3:5,5,10,10
3:16,16,21,21 4:5
4:5,12,12,17,17
173:11 189:14,17
**nice** 111:12
**night** 52:7 134:8
222:14 231:18
**night's** 222:10
**nixon** 4:10 12:18
**nixonpeabody.c...**
4:14
**normal** 111:19
**north** 24:7
**notary** 1:17
**note** 20:23 86:8
**noted** 29:4,4 33:4
33:6 57:25 58:3
73:5,7 89:12,14
102:18,20 135:3,5
143:8,10 147:2,4
155:19,21 165:22
165:24 168:23,25
175:21,23 176:21
176:23 186:7
189:5,7 195:16,18
205:17,19 215:6,8
224:11,13 227:23
227:25 236:7
**notes** 35:15,22
36:9 237:13
239:11
**notice** 8:16,21
39:23 40:2 238:9
**notoriously** 28:10
**novel** 53:25
**nuances** 135:23

**number** 25:6
26:17 34:16,20
37:10,15 39:11
46:25 47:4 50:2
53:6 54:11 67:11
67:16 69:23 72:25
84:3 91:8,17,18
100:12 104:13
106:22 117:25
121:18 126:5
128:12 136:16
140:21 142:2
146:19 162:17
173:10,11,17
181:3 192:8,20
196:10 202:9
210:10 212:13
213:11,12 218:19
225:15
**numbers** 24:4
26:4,21 31:3
33:16,16,17 34:2,3
34:3,17 36:5
43:18 44:23 48:20
49:8 71:11,13
80:10 84:11 98:18
120:2,5,9 124:3,5
128:11,19,22,24
129:13,14 131:16
131:18 133:22,25
134:14,17,21
135:11,15 138:19
161:6 162:4
170:22 174:17
180:13 182:10
186:7 193:4,5
196:8 197:20
198:12 208:4,9
209:17,20 210:5,8
210:14 218:16
238:18,19,19

**o** 25:12 164:19
169:15,25 217:2
220:9 237:2
**o's** 199:10 217:7
**object** 17:6 18:17
19:3 61:15 90:20
116:12 199:14,21
**objecting** 39:25
220:11
**objection** 61:18
62:24 153:14
169:14
**objections** 39:19
116:5 154:5
199:20
**objective** 111:8,9
**obligation** 12:4
50:13 137:21
**obviously** 10:2
12:12 16:19 25:16
26:23 37:16 39:18
40:8 45:17 65:15
120:11 161:12
183:3 196:17
198:17 199:5
200:10 209:15,19
213:25
**occur** 24:23 199:6
**offer** 65:21 115:11
162:10 163:24
202:6 226:9
228:25 231:22
**offered** 36:22
229:5
**offices** 1:13
**officially** 217:15
**offset** 104:23
**oh** 19:11 37:11
38:20 54:2 100:25
131:6 142:22

173:16,22 188:3
196:23 198:3
216:18 219:5
**okay** 17:23 19:9
38:18 42:15 43:13
49:20 50:15 53:16
54:19 56:13,19,25
60:11 62:15 63:24
64:6 66:22 69:24
70:20,22 71:25
72:6,22 73:2
75:22 77:9 78:13
79:6 80:13 83:2
85:18 86:4 88:18
88:19 89:5,9,15
91:12,23 92:4
94:3 96:7,12 98:7
98:25 100:22
101:16 104:5,11
105:9,25 108:19
109:4,11 112:12
113:5,7,23,24
115:9,13 116:24
118:8 120:10
126:19 129:5,14
134:3,8,18 137:7,9
140:8 146:19,22
151:9,22 152:7
160:12 163:21
164:8 165:21
168:22 171:12
173:16 176:16
185:8,12,13
186:19 193:8
195:6,7 199:3
200:6 202:21
204:25 207:21,24
212:23 216:5,13
217:14,23 219:13
219:20 220:3,24
222:2 223:19,22

224:5 227:22
231:15 233:24
234:16
**old** 78:10 173:10
185:25 204:19
**once** 9:19 29:5,6
32:14 39:25
110:24 181:8
**ongoing** 48:9
**open** 65:21 114:19
220:21 230:5
**openly** 66:25
**operate** 217:22
**operated** 32:2
**operating** 24:22
25:14
**opinion** 71:15
**opportunity** 27:6
220:15
**oppose** 18:18
**opposite** 16:17
**option** 93:24 94:7
107:2 187:9
**orally** 29:24
**order** 7:10,13,22
7:23 9:4,9 19:13
20:20,24 21:4
22:24 23:3 39:4
45:16 50:12 63:9
81:24 101:24
103:24 107:13
111:20 141:7
147:22 148:23
200:23 232:6
238:7,13
**ordered** 101:2
**origin** 200:13
**original** 30:13
78:23
**originally** 161:17
179:22

**outset** 57:8,11
**outside** 63:11
146:23 175:20
191:15
**outstanding** 86:10
**overbid** 38:8
42:11,12,12 74:9
78:23 87:8 91:18
146:13 162:25
225:14
**overbidder** 74:7
**overseas** 95:5
156:6,17 157:15
161:14 179:6
204:19,23
**overstated** 121:3
**overtalking** 54:12
54:23 55:17 81:5
83:6,12,14 87:15
88:6,9 89:17,21
91:10 94:8 110:22
111:10,13 112:2
113:22 114:8,13
126:13 159:9,15
159:18,22 163:4,7
168:15 174:2,8
180:20 183:25
231:10 232:21
233:6,13,19
235:18,21

### p

**p** 2:2,2 3:2,2 4:2,2
5:2,2 6:2,2
**p.a.** 2:11
**p.m.** 33:6 57:25
58:3 73:5,7 76:15
80:2 89:12,14
102:18,20 106:4
135:3,5 143:8,10
147:2,4 155:19
239:18,22 240:13

**page** 2:23 3:25
4:22 5:21 41:16
41:18 160:14
196:14 235:23
238:5,23 239:5,24
240:4,22 241:4
**pages** 26:22
**paid** 37:12 46:20
47:9 86:12 95:17
95:24 104:15
105:18 123:6,10
**palladin** 6:4 13:11
13:14 15:10,14
16:12,13 17:25
18:16 20:13 28:18
29:23 51:13,25
55:24 75:3,17
112:14,15 115:4
132:3 164:2,6
169:22 170:3
199:10 217:9,17
217:18 229:3
**paper** 33:22 34:11
34:13 73:22 106:7
120:12,13,18
121:9 196:13
205:2,11
**park** 4:16
**part** 15:11 30:25
66:7 75:15,24
76:3 89:19 223:15
229:4
**partially** 212:6
214:22
**participant** 235:6
**participation**
226:25
**particular** 220:9
**parties** 10:7,10,22
14:5,5,8 15:8,9,24
16:6,15 17:14

42:18 45:15,18
49:6 59:13 71:8
80:16 90:10 94:14
104:9 106:12
112:24 142:15
167:6 170:21,23
171:16 175:15
176:2,3 190:23
199:13 204:16
213:15 214:5
229:22 232:8
**partner** 76:25
77:8
**partnered** 78:10
**partners** 6:4 74:18
74:19
**parts** 75:24
**party** 10:21 11:10
14:11,17,24 15:15
15:20 16:8 17:10
17:20 18:2 19:8
70:14 75:2 77:22
77:25 78:4 99:12
153:14 156:22
165:16,17,18
229:24 237:15
**party's** 31:4
**pass** 41:25 43:4
108:4,6,9,11,18,19
110:14,18 112:25
113:3,4,5 132:15
160:16 193:10,11
193:11,13 235:12
235:16
**passed** 22:13
108:24,25 132:16
165:3 222:22,23
223:14 235:7,14
**passes** 108:21
230:4

**passing** 100:20
**patience** 58:6
73:10 231:25
**paul** 2:16 14:21
**paulhastings.com**
2:19,20,21
**pause** 137:13
213:5
**pay** 37:19 54:4,5
63:20 68:18 85:6
85:23 86:2,3
122:22 123:23
171:6 184:19
186:21
**payables** 64:16
**paying** 74:5 83:16
124:25 136:19,19
168:14,19
**payments** 37:21
39:15,17
**payroll** 46:18
**pays** 183:20
**peabody** 4:10
12:18
**peg** 177:20
**pegged** 179:23
**penalties** 171:15
**penalty** 63:20
93:13,22 171:6,19
172:5 205:22
208:16
**pended** 39:15
**people** 9:16,23
23:8 24:6 25:8,18
25:23 30:22 34:18
36:14 37:24 41:20
42:13 47:21,24
48:15 50:6 55:8
62:8 73:25 91:18
100:9 101:12
103:20 105:21

107:19 108:16
111:17 112:11
113:17 115:23
133:21,24 134:21
137:24 142:18
147:16 148:4
152:25 153:9,19
153:21 154:5,22
156:10 177:15
193:3,14 213:11
213:19,22 225:20
230:6 233:23,24
**percent** 37:21,23
65:2 67:21 83:25
84:5 86:12 88:3
95:16,24 99:11,14
99:15 104:14
105:2,16,17
112:21 123:15,21
124:25 134:2
136:9 157:4,8
158:2 161:22,23
162:19 168:17
171:25,25 174:22
177:23 178:25
182:25 187:7,20
197:24 198:2,7,11
202:8 212:7
**percents** 95:23
**period** 39:21 40:5
63:19 183:16
213:23
**permitted** 17:8
**person** 12:24
96:24 108:18
**persons** 13:13
**perspective** 38:5
145:12
**petition** 95:8
**phone** 153:17
224:2 226:24

227:11
**pick** 85:8,15,16,17
190:17
**picking** 82:22
**picture** 124:9
**piece** 34:11,13
120:12,13,18
196:13,13
**pieces** 33:22
**piper** 5:5 36:19
40:19 218:10
**piper's** 43:19
**pj** 43:18
**pjc** 3:10,16
**pjc.com** 5:6,7,8
**place** 7:5 47:24
85:3 142:14
191:25
**places** 9:24
**play** 27:21 43:6,6
108:17
**playing** 27:23
30:23
**please** 9:21 10:4
23:12 43:17 45:11
79:11 85:19 88:8
101:3 119:11
125:7 163:16,19
193:23 201:25
234:20
**pleasure** 227:6
**plus** 37:3 40:20
157:18,22 161:13
**pluses** 25:19
**point** 10:19 11:8
11:15 12:3,9 16:3
16:22 18:12 19:4
31:20 42:11 43:24
44:20 57:15 58:21
60:2,8 62:10
64:23 72:18 78:7

79:6,14 83:2
86:22 92:15 94:19
96:8 99:7 107:23
117:9 119:13,19
120:8 129:10
130:16 134:11
140:13 144:3
148:16 159:17
163:23 164:11
166:22 174:19
180:19 187:2
188:2 192:8
193:21 212:24
213:14 214:5
229:19 231:11,14
233:18 234:23
235:2
**pointed** 20:13
**policy** 97:17
**politically** 44:5
**polk** 3:21 14:10,13
15:21 17:22 72:21
73:13 90:10
115:20 123:20
190:24
**pool** 115:7
**portion** 132:5
**position** 13:10
**positive** 37:14
**possible** 20:17
95:11 170:2
**possibly** 28:23
213:21
**post** 95:8
**posted** 45:12
**potentially** 13:21
**pre** 93:19
**precise** 128:17
**predict** 28:9
**prefer** 66:19
116:23 153:23

154:20 187:6
**preference** 154:7
154:24 217:3
**preferences** 178:9
198:16
**preis** 4:18 10:17
10:17 16:24,24
17:6 18:21,24
29:18,19 30:12,16
31:21 45:22 46:9
46:13 47:11 48:25
49:6,10,20 50:15
50:19,23 51:5,10
52:2,6,13,19 53:7
55:19 56:12,20
59:21 60:21 61:3
65:12 68:12,15,21
69:3,5,10,14,24
70:25 71:19,25
72:3,6 75:23
80:22 82:3,18,21
84:15,22 85:11
86:4 87:9,16,22
90:5 91:11,24
92:4,8,16,20,23,25
93:4,9,11,17 94:3
96:13 99:24
100:13 101:3,7,13
101:16,21 103:14
103:23 105:10,13
106:13 107:5
108:3,7 109:20
110:8,13,20 111:3
111:14,22 112:5
112:13 113:3,20
114:2,10 116:8,11
116:25 117:5,8,13
125:5,8,18,21,23
125:25 126:3,12
126:15,19,25
127:15,18,24

128:8,23 129:6,12
130:7,23 131:6,22
132:2,10,20,24
133:9,13 139:4,8
139:16 140:2,25
146:15 151:10,16
151:23 152:4,20
154:9,17 155:12
155:15 158:15
159:16 160:3,12
160:16 161:4
163:14,22 166:3,7
166:15 168:4,7,21
172:10,13,16,23
179:18 180:16
181:2,5 183:18
184:12,23 185:6,8
185:13,22 186:9
186:12,23 187:3
187:19 188:3,8
189:14,20 191:9
192:3 194:22
195:2,6,8,12
196:12 197:3,7
198:6,10,25 200:2
200:6 202:10
203:3,10,14 205:7
206:6,14,18
207:11 210:15
215:3,20 218:9
219:23 220:5,12
221:21 223:6
230:21,24 231:12
232:4,15,19 233:2
233:9,14,16,20
234:5,9,19 235:3
236:2
**preiser** 139:21,24
140:9,22 141:3
180:8

**preliminaries**
33:12
**preliminary**
164:22,23
**prepared** 70:15,21
101:19 117:16
148:22 166:2,12
176:10 177:5
193:16,19 201:6
209:16 216:23,25
225:17 226:19
**present** 5:3 6:3
12:20 19:18
**preserving** 200:11
**presumes** 140:14
140:15
**pretty** 51:22 209:2
**previous** 69:11
161:9 206:21
**previously** 46:4,5
161:18 171:5
**price** 36:21 54:6
96:4 173:3,4
181:16 190:16
214:25 218:3
225:9 229:6 232:9
**primary** 10:22
**principals** 72:12
153:16
**printed** 220:13
224:25
**prior** 10:5 46:17
47:8 68:5 120:22
135:14 136:22
137:22 191:3
**privilege** 60:14
**privileged** 52:15
52:18
**probable** 47:19
**probably** 24:7
26:15 39:11 81:3

86:21 93:25 158:4
222:18
**problem** 32:17
126:14 134:4
153:21 175:16
182:18
**problems** 134:5
223:16
**procedure** 111:19
**procedures** 7:11
7:14,24 8:2 19:12
96:9 145:16
166:11 209:5
238:7
**proceed** 18:12
42:25
**proceedings** 1:12
**proceeds** 34:21
39:7 41:4 43:23
68:9 70:16 78:20
84:11 86:7,15,17
106:9 156:4 157:6
169:6 174:20
175:12 178:21
191:8 196:20
202:3,5 203:17
204:7 207:2,7
209:12 210:9,20
218:6,23 219:2,6
219:11,18 221:12
225:5,11 228:11
229:17,25
**process** 18:11
25:12,25 30:9
58:24 153:12
208:25 222:9
**productive** 28:8
214:10
**professional** 1:16
24:16 25:9 39:14
40:5 46:24 48:22

118:12,15 121:20
121:22 122:12
123:2,11 124:11
135:18 237:9
**professionals** 70:8
**project** 197:19
**projected** 37:19
197:16
**proofed** 143:11
**proper** 131:15
159:2
**property** 165:4
**proposed** 8:17,22
45:24 47:14
103:24 120:6
206:5 238:10
**proposing** 47:18
**prosecuted** 178:16
**protections** 8:8,18
8:23 9:6,11
238:11,15
**provide** 19:13
70:16 124:15
135:11 137:23
206:7
**provided** 122:3
169:5
**provision** 156:14
156:16 202:7
212:12
**public** 1:18 62:12
**publicly** 52:11
**purchase** 36:21
54:5 59:13 80:12
80:14,17 81:19
96:4 102:21 103:4
173:3,4 181:16
190:16 218:3
225:9 229:6 232:9
240:6

**purchaser** 199:18
**pure** 211:18
**purely** 48:6
**purpose** 39:6
40:25 110:14
115:22
**purposes** 13:2
48:11 57:19 120:9
157:10
**pursue** 198:24
217:4 226:12
**put** 30:21 32:14
35:6 40:3 44:23
45:19 47:16 52:11
56:24 61:9 69:22
70:3 79:19 80:18
84:25 96:4 99:7
100:11 113:11
131:10 136:15
146:9 150:11
152:19 153:4
162:13 186:16
192:16 204:25
215:17,18 221:13
222:9 225:2
226:13 232:25
**putting** 26:23
62:12 67:7 115:21
127:4,5 130:25
171:18

**q**

**qualifications**
35:17,24 239:14
**qualified** 10:13
12:25 13:8 112:21
209:4
**quantified** 64:24
**quantify** 64:22,23
**quarters** 168:14
**question** 14:7
15:16 21:14 22:9

45:22 50:17 53:8
53:11 64:8 65:4
66:22 68:15 77:23
78:13 81:17 91:25
92:22 93:7 95:4
96:15 97:5 99:3
106:13 107:20
111:23 114:21
115:3 127:18
130:7 131:23
138:3,11 140:25
141:11 181:8
184:7,24 188:15
194:23 200:17
203:4 205:5,10
211:23 221:2,22
222:13
**questions** 32:20
43:15 45:21 51:18
52:7 54:20 55:14
56:2,16 68:13
79:4 113:9 114:20
125:5 128:7
129:15 138:22
149:12 151:24
152:14,16 155:7
185:18 190:21
195:11 198:14,14
202:20
**quick** 35:20
105:12 165:15
220:25
**quickly** 20:16
116:9 143:13
158:6
**quiet** 233:9
**quite** 10:11 182:8
205:15
**quote** 92:11

| r | | | |
| --- | --- | --- | --- |

**r**  2:2,13 3:2 4:2 5:2 6:2 237:2
**raised**  81:8 156:10 188:18 189:10 190:4
**ralph**  5:15 11:4 60:15 222:7,11,23
**ran**  185:2 229:7
**ranges**  134:2
**rapid**  211:25
**rapidly**  16:7 158:5
**rate**  48:13
**ratio**  105:20
**reach**  27:12,13,17 93:19,20 226:23
**read**  56:2 164:19
**reading**  67:17 117:12
**ready**  7:21 21:19 33:13 65:24 101:25 110:2,4,5 110:10,21 111:18 170:11,12 205:9
**real**  91:19 158:25 192:21
**realize**  126:17
**really**  48:6 51:24 78:12 95:20 100:10 115:16 131:13 159:12 166:23 171:20 203:8,21 211:7,18 212:10,12 213:15 214:17 219:9 221:19 233:17
**realtime**  1:17 237:10
**reason**  16:18 17:21 49:2 86:15 110:6 151:11

187:20
**reasonable**  179:2 214:4
**reasons**  59:17,17 95:12
**receivable**  190:10 190:14 197:15
**receivables**  25:17 26:3 67:15 97:25 98:3,6
**receive**  11:20 13:7 17:12
**received**  10:9 13:17 119:17 136:22 170:18 228:25
**receiving**  135:25
**recess**  33:5 58:2 72:17,20 73:6 89:13 102:19 135:4 143:9 147:3 155:20 165:23 168:24 175:22 176:22 189:6 195:17 205:18 215:7 224:12 227:24
**recite**  234:8
**reciting**  234:6
**recognizing**  104:19
**recollection**  156:3 171:4
**record**  7:2,10,17 7:19,22 9:3 12:14 17:7 18:15 30:4 30:21 32:16,24 33:8 35:7 38:23 45:20 49:16 52:11 52:14 55:5 56:22 56:24 58:5,9 61:9

62:13 70:3 71:2,4 73:8,11 77:17 79:20 86:23 89:11 89:16,24 91:7 100:14 103:3 104:6 114:15,17 114:18 116:9 120:17,24 129:17 129:22 135:6 137:14,15,24 143:12 147:5,17 155:23 162:7,14 167:20 169:3 171:3 175:25 176:24 188:12 189:2,4,9,9 195:13 195:15,24,24 200:8 205:20 213:4,7,10 215:13 215:18 224:10,22 226:3 228:7 230:9 230:24 236:5
**recovery**  120:7,7
**reduce**  186:14
**reduced**  84:8 159:17 174:24
**reducing**  180:25
**reduction**  37:4 67:24 84:9 157:5 157:8 162:19 173:3,4,8 181:16
**reference**  225:2
**reflect**  39:16 67:13 76:21
**reflection**  32:5,10
**refresh**  156:2
**refusing**  22:23
**regard**  199:13,20
**regarding**  22:2 35:16,22 156:12 239:11

**regardless**  184:18 204:6
**registered**  1:16 237:9
**regular**  32:6
**reimbursement**  38:6 73:21 124:24
**reject**  53:4
**rejection**  12:11
**related**  9:6,12 35:8 77:25 78:4 161:20 199:17 237:15 238:15
**relates**  48:8 55:13
**relatively**  33:11
**relevant**  12:4 25:8 79:2
**relied**  30:2
**relief**  8:11 9:7,12 44:7 238:16
**relieve**  45:6 86:17
**relieving**  104:16 145:13
**rely**  31:21,23 32:4 32:8
**relying**  23:2
**remain**  15:23 21:19 153:16 173:13
**remaining**  90:9 190:24 228:16
**remedy**  148:4
**remember**  39:4 147:16 177:3 203:12
**remembers**  155:23
**remove**  211:13
**removing**  171:9 208:14

**rep** 169:8 202:15
**repeat** 202:2
  218:15
**rephrase** 162:12
**reporter** 1:16,17
  9:25 11:17 33:24
  85:21 215:17
  237:9,10
**represent** 50:24
  50:25
**representative**
  60:7 153:7,9
**representing** 5:5,9
  5:13,17 6:4,6,10
  6:11 7:4
**represents** 51:4
**reps** 23:18
**request** 16:19
  18:18 28:19 29:3
  31:8 213:12 214:4
**requested** 30:4,5
  48:3
**require** 17:17,22
  107:25
**requirement** 63:8
**requires** 19:13
  137:20
**rerun** 98:17
**reserve** 18:22
  39:11 40:9 96:8
  116:11,17 125:4
  129:22 132:4
  135:20 145:22
  209:14 218:5
**reserved** 116:20
**reserves** 24:15
  39:10
**reserving** 115:7
  147:9
**resolving** 27:8

**respect** 7:6 12:15
  13:18 14:19,24
  15:6 17:25 18:4
  19:14,22 20:9
  24:15,25 40:16
  58:11 62:19 64:15
  66:12 76:20 77:10
  104:20 106:6
  119:10 120:4
  135:14,17 138:23
  141:23 142:5
  149:10 156:17,21
  157:14 164:9,18
  166:20 171:3,17
  177:4 179:5 181:9
  217:13
**respond** 17:2
  52:12 221:21
  223:24
**responsibility**
  123:17 198:9
**responsible**
  123:15 124:18
**rest** 67:24 174:16
  185:14
**result** 36:25 37:5
  231:4
**results** 196:19
  228:10
**resume** 154:3
  205:9
**retention** 46:18
**returned** 196:2
**review** 124:7
**reviewed** 202:25
**reviewing** 124:4
**revise** 128:22,24
  201:19
**revised** 78:15
  202:18

**rich** 36:18
**richard** 5:5
**richard.j.schinder**
  5:6
**right** 15:21,22
  18:20 19:6 22:24
  26:20 36:10 42:25
  46:9 49:5 50:8
  51:13 53:17 54:6
  63:14 67:18,20
  72:21 78:19 82:7
  83:21,21 93:15
  96:8 97:18,24
  99:22,23 100:3
  102:13 103:22
  105:6 106:19
  110:15,15,16
  116:11 117:7
  119:20 120:14
  129:22 130:5
  132:5,12,21
  134:13 141:20
  146:5,10 148:17
  155:4 168:9 170:9
  172:11,18 173:17
  175:2 184:4 186:8
  187:3 191:10,12
  191:19,22 192:2
  195:3 203:19
  205:13 212:14,22
  212:22 217:19
  232:7,11,15,18,20
  232:23,23 233:3,4
  234:10 235:5
**rights** 18:22 115:7
  116:18,19 132:4
  145:22 147:9
  148:24 201:22
  206:3 209:15
**risk** 83:13,19
  93:15,16 99:18

  182:15 183:3
  207:16
**risks** 230:2,13,14
**rob** 89:2
**robert** 3:22 14:14
  61:13
**robert.hirsh** 3:23
**robin** 42:23
  112:24
**room** 9:17,23
  10:14 12:20 14:6
  14:12 28:17 41:6
  50:19 81:4 91:22
  108:15,16 111:21
  155:11 176:15,20
  216:20 228:20
**ropes** 1:13 2:4 7:3
**ropesgray.com**
  2:8,9
**rough** 133:25
**roughest** 47:22
**roughly** 24:23
  49:23 68:7 90:15
  136:4
**round** 42:23 43:4
  70:18 79:2 94:17
  100:7,18 102:15
  107:18,23 109:3
  110:19,25 111:2,4
  111:6,7,17 112:24
  113:17,18 164:14
  204:10 208:11
  209:4 226:7
**rounds** 96:6
  110:21 132:21
  235:20
**route** 43:4
**rpr** 237:24
**rule** 20:5 43:2
  113:2 193:10

**rules** 58:13 90:22
  163:11
**ruling** 38:24
**run** 32:6,11,11,13
  43:18 47:19 48:13
  56:23 69:5 80:9
  80:10 128:18
  131:16 134:21
  193:3 196:8
  209:17,20 225:21
**running** 69:21
**rush** 155:14

**s**

**s** 2:2,16 3:2 4:2 5:2
  6:2 238:2 239:2
  240:2 241:2
**salaries** 48:21
**sale** 7:24 8:5,10
  19:4 36:23 103:24
  116:12 141:7
  154:2 178:20
  199:13,15
**sales** 40:14 46:21
  123:5,16,25
**sarah** 4:7
**satisfied** 28:5
  95:10 123:9
**satisfy** 137:20
**saying** 31:12,13
  47:22,23 50:11
  54:9 60:15 110:23
  130:9 132:20
  144:20 150:21
  154:12 158:20
  161:21 214:9
  234:17
**says** 57:13 147:22
  233:3
**scarnes** 4:8
**schedule** 119:17

**scheduled** 7:6
**schedules** 103:18
  103:21
**scheduling** 8:10
**schwartz** 6:5
  13:15,15 72:16,22
  77:11,15,25 80:4
  102:6 112:17
  115:6 132:7
  133:18 142:20
  159:21 173:15
**screw** 36:19
**seat** 9:21 10:21
**second** 21:15 23:5
  35:5 42:12 50:17
  70:18 73:16 81:25
  88:8 108:8,19
  113:18 127:19
  146:20,23 157:14
  163:22 179:19
  198:19 199:2
  201:8 210:24
  211:10 219:3,15
  220:6 232:13
**secondarily** 199:2
  199:3
**seconds** 137:8,10
**secret** 81:4
**section** 212:16
**secure** 147:22
  171:23
**secured** 75:14
  78:11 136:23
  137:4 150:7
  229:18
**security** 149:6
**see** 12:19 13:22
  30:5,6,13,17 31:5
  35:14 44:11,12
  45:12 46:16,25
  47:3 48:3 53:8,24

67:11 76:8 78:16
  78:18 81:21 83:9
  92:6 94:2 103:23
  103:25 125:12
  140:4 146:11
  156:19 162:3
  185:25 209:18,20
  210:25
**seeks** 11:8
**seen** 95:23
**sees** 45:13
**selected** 65:19
**selection** 7:23 9:4
  9:10 238:13
**self** 161:6
**sell** 37:16 192:18
**selling** 148:11,11
**send** 109:13,14
  120:11 152:23
  153:3 202:19
  224:3
**sending** 223:17
**sense** 119:5
**sent** 52:6
**separate** 11:9
  115:4 192:17
**separately** 55:7
**series** 35:15,22
  40:11 239:11
**serious** 55:2 57:13
**seriously** 187:10
**serve** 82:9
**session** 51:19,22
**set** 39:10 58:12
  84:3 93:18,24
  96:8 216:7 217:11
**seven** 68:6 69:8,8
  69:21 183:21
  184:15 194:16
**share** 122:22

**sharing** 124:14
**sheet** 73:22 79:15
  79:16,22 106:7
  121:9 167:11,15
  177:11,15 185:18
  185:21,22,24,24
  189:12,15 190:3
  190:21 201:19
  202:15,19,25
  205:2,11 223:17
**sheets** 135:12
  160:15 170:9
  220:14 221:3
**shinder** 5:5 68:7
  87:20,25 88:24
  96:23 155:16
  173:20 176:17
  180:6 189:24
  203:18,25 210:2
  210:17,23 219:25
**short** 33:11 45:16
  72:17 144:2
  213:23
**shortly** 167:18
  177:11
**show** 73:23 75:9
  213:24
**shut** 233:8,14
**shy** 126:3
**side** 31:10 67:7,7
  68:4,5
**signature** 237:22
**significant** 208:24
**similar** 66:11
**simple** 37:11
  85:22
**simply** 48:17
  135:8 150:4 229:2
**single** 78:5
**singular** 58:25

Veritext Legal Solutions
www.veritext.com
212-279-9424     212-490-3430

**sit**  9:23 10:20 41:2 107:19 153:22

**situation**  18:7 20:7 42:10

**six**  126:6,8 222:18

**skipped**  38:20

**slight**  208:10

**slow**  88:8 133:5 153:12 209:24

**slowly**  231:21

**smallest**  111:5 113:21

**smoothly**  182:8

**snore**  153:18

**snored**  153:19

**soft**  167:14

**sold**  181:21

**solo**  130:15

**somebody**  10:2 22:21 75:6 78:9 82:16,16 131:2 192:11

**somewhat**  30:7

**soon**  72:14 135:13 221:11

**sooner**  109:18 213:25 214:17

**sophisticated** 37:25

**sorry**  59:24 72:25 76:23 84:16 108:7 115:15 127:19 131:6 135:2 159:20 169:13 177:23 178:2 185:15 188:24 206:9 219:5 225:24

**sort**  29:11 43:5 58:12 62:14 75:7 126:21 209:24

**sorts**  108:17 134:5

**sought**  165:6

**sounded**  158:10 158:12

**speak**  10:3 151:20 231:15 234:2

**speaker**  11:25

**speakerphone** 222:6

**speakers**  11:16

**speaking**  9:18,20 10:2,5,16,21,23 11:2,10 12:16 13:14 14:12,18,25

**specific**  53:18 91:16 95:22

**specifically**  41:10 122:25 169:21

**spend**  25:4 85:24 85:25

**spent**  25:22 29:24

**split**  123:14

**spoke**  106:10

**stage**  214:24

**stalking**  8:7,16,22 9:5,10 19:17 23:17 58:17 78:20 78:24 132:25 161:10 166:10 231:9 232:6 238:9 238:14

**stand**  21:3,17 65:24 138:24 177:5 226:4,6,9,20

**standing**  20:3 165:6

**stands**  116:14

**stargatt**  3:4

**start**  7:20 42:5,5 58:7,19 59:8 60:22 67:7 152:9

154:4,14 159:5

**started**  19:7 77:7 90:16 231:8

**starting**  194:13

**starts**  197:18

**state**  1:18 32:6 104:23 226:3,17

**stated**  169:15

**statement**  163:13 163:15,17,20 164:9,20 167:20 200:14 234:2

**statements**  183:8

**states**  1:2 118:16 121:24 124:13

**stay**  22:4 102:10 109:16 137:10 143:3 154:22 226:7

**stayed**  67:11 174:17

**staying**  155:4,5 231:19

**stenographic** 237:13

**step**  94:24

**sticking**  26:9

**stop**  55:11,23 88:7 94:11,13 102:9 114:14 232:17,18 236:4

**story**  141:9

**straight**  37:13

**straightforward** 87:7

**straus**  4:16

**street**  2:11 3:9 4:11

**studied**  41:16

**stuff**  55:24,25

**subject**  8:9 39:18 39:24 124:2,4,7 142:13 190:21

**submicron**  147:11

**submit**  60:2 118:10 176:9 191:6,7

**submitted**  169:3

**submitting**  226:2

**subsequent**  138:6 228:24

**substance**  78:12

**substantially**  7:25

**subtracts**  118:18

**successful**  65:23 99:20,22 230:19 231:7

**sudden**  42:24 132:18

**sue**  217:21

**suggest**  19:10 23:4 27:11 32:24

**suggesting**  205:24

**suite**  2:11

**sum**  122:6

**supply**  55:15

**suppose**  22:21

**supposed**  22:13 126:4

**supposedly**  103:25

**sure**  22:11 31:2 32:15 45:9 52:21 61:8 67:4,17,19 78:5 115:22 138:10 164:12 182:21 183:13 199:23 201:15 202:15 203:10 217:20 219:4 220:8 222:23 226:22

**surprise** 120:20 131:13
**surprised** 78:18
**surprising** 14:3
**suspected** 195:4
**suspend** 193:10
**sutton** 5:14 66:4 66:14,23 76:3,6 97:4 98:20,25 134:19 151:4,9,11 163:10,18,21 167:17 171:11 172:12 173:14 174:4 177:9
**swift** 227:4
**swing** 40:24
**switch** 17:10

**t**

**t** 237:2,2 238:2 239:2 240:2 241:2
**tad** 84:17
**tagged** 180:22
**take** 9:15,21 16:3 19:10 27:6 36:10 38:3 43:20 48:18 52:9 64:10 72:17 72:19,20 84:19 88:22 90:17,18 93:14,15,16 97:16 100:19 101:11 102:4 105:25 109:12 110:7 112:18 113:25 114:2,4 117:18,22 134:22 138:17 139:13,14 140:7 140:19,19,24 141:21 142:13 145:4 146:3,3 150:18 152:2,8,12 154:8 155:5,6,10

158:22 159:2,4,7 159:11 165:14,18 166:25 167:13 170:20 172:8 174:10 176:10 178:3 179:6 181:6 185:17 187:11 192:14 198:18 200:15 201:18,20 202:13 204:20 208:16 211:9 212:9 224:8 227:15,20 232:5 233:25 234:22
**taken** 27:3 37:24 75:7 157:3 175:6 188:22 197:22 207:16
**takes** 32:10 76:9 97:7 139:23 160:4
**talk** 15:17 26:17 27:18 41:18 53:19 62:8,9 72:8,17 85:18 100:8,9 102:11 108:14 109:24,25 111:16 139:11 140:5 142:8,17 146:20 146:23 151:15 175:20 185:20 188:14,19 227:16 227:18
**talked** 45:8 71:9 76:20 80:21 86:13 108:5 122:9 148:5 198:12 204:3 212:3
**talking** 107:21 131:7 201:11 229:23 233:10,23 233:24

**tammy** 2:20
**tata** 12:21 13:4 27:3,12 38:25 50:19,24 51:4,12 51:16,23 53:3 55:14 88:11 139:17 141:16
**tax** 40:14 46:21 123:16,25
**taxes** 123:5
**taylor** 3:4
**tazna** 88:13
**team** 102:12 218:10
**technically** 50:24 51:2,4 186:13
**tell** 20:8 26:7 28:6 38:2,15 50:6 95:2 100:14 112:10 121:10 146:6 154:6 162:8 196:18 222:17
**telling** 29:24 87:8 98:15 223:12
**tells** 22:21
**ten** 39:2 99:13,14 114:7 143:4 187:7 188:6,22
**term** 107:3 149:17 156:24 216:16
**terminate** 63:13 63:14 65:16 92:9 191:19 201:4 206:8,10
**terminated** 65:10
**termination** 22:17 82:25 127:25 128:2 141:20 191:10,12 200:21
**terms** 76:14 79:25 99:3 106:3 160:19

166:4 170:14,20 175:2 195:20 224:15,19 225:19 228:3 239:17,21 240:12,16,20 241:7,13,17,21
**thank** 16:23 42:19 57:21 58:10 62:16 73:9 89:10 92:24 102:16 127:17 140:23 168:8,22 197:7 213:3 214:12 215:5 218:14 219:20 223:7,22 224:2,7 226:25 227:7
**thanks** 55:12 205:16
**thing** 27:24 28:8 51:20 58:9 59:7 65:6 69:11 71:2 89:2 107:22 115:14 122:8,9 129:11 135:9 141:12 154:12 176:25 178:19 179:19 184:3,4 193:6 212:18
**things** 20:10 26:24 40:14 42:4 47:12 62:14 71:2 73:10 106:15,16 127:6 132:8 156:9 161:5 162:6 171:2 172:2 203:7 205:24 216:18
**think** 13:6 16:18 17:15 18:6 21:11 22:18 23:13 24:3 24:5 25:2,2,24 26:16 27:19,23

28:7,14 30:19
32:25 33:11,22
34:17 36:9 39:3
39:11 41:18 42:15
42:21,25 43:2
47:18 48:2 52:13
53:3 56:16 58:6
58:24 62:2 77:23
85:22 91:8 97:19
98:22 100:17,23
101:2,17 102:3
103:10,17,20
104:23 116:14
119:16 121:11
131:14,19 134:10
134:15 135:9
136:8 137:17
139:11 144:3,5
146:9 148:4 152:6
152:11,12,24
153:8 154:19
156:11 158:2
160:17 161:5,7
167:10 169:18
170:21,24 173:11
176:12,14 177:13
177:21 178:9
182:8,18,20
185:16 186:3,4
189:16 192:12
193:5 200:2,19
201:7,21 208:9,25
209:6 210:6
213:13,17 214:3,6
216:13 219:25
226:6,18 227:16
229:5,19 231:21
235:9
**thinks** 179:16
**third** 8:25 13:9,11
15:8 18:2,16 36:7

42:12 57:5 77:22
142:15 144:15
**thl** 2:17 5:17 14:16
14:19 15:19,19,20
17:22 18:4,19
42:9 46:2 58:22
59:3 61:22 62:2
62:11 70:13 89:24
94:16,18 105:23
109:2 115:10,11
117:16 123:7,8
135:16 136:6
143:16 147:7
229:23
**thl's** 148:24
**thought** 42:9
72:23 87:11
107:12 129:4
142:23 157:17
192:13
**thousand** 65:7
82:12 97:22 98:5
98:8,8 126:6,8
205:25 208:14,15
**three** 63:2,10 82:5
87:21 165:19
168:14 176:13
198:14 203:24
233:24 235:14,20
**threshold** 64:2
**thsu** 2:21
**till** 31:25 46:20
65:21 82:4 181:12
**time** 7:5 9:22 14:9
15:18,24 17:10
19:18 25:16 28:11
29:24 33:4,6,10,18
36:10 44:17 57:12
57:15,25 58:3
60:9 70:4 72:10
73:5,7 85:19

89:12,14 92:15
101:4 102:6,18,20
126:16 127:21
131:17 135:3,5,10
137:17,24 139:3
139:15 140:21
143:8,10 144:4
147:2,4 151:7,19
152:19 155:6,19
155:21 165:3,22
165:24 168:23,25
175:21,23 176:21
176:23 177:2
185:17 188:18,23
189:5,7 195:8,16
195:18 199:5
205:17,19 208:6,7
209:15 213:14,24
215:6,8 224:11,13
226:12 227:23,25
228:14,17 236:7
238:21
**times** 29:17
200:19 213:12
**timetable** 167:14
**timing** 134:19
156:13 214:22
228:19
**tired** 154:13
**today** 10:7,16,23
11:3 14:13 19:2
24:9 92:19
**today's** 7:11 8:13
**told** 29:11 72:12
91:21 120:2 121:3
136:6 150:7 163:2
192:14 222:16,25
223:2
**tommy** 17:8,17
19:5 29:22 89:19
89:24 109:21

199:11,12,12
**tomorrow** 20:25
99:16 154:2,4
171:25
**tonight** 153:25
154:23 231:18
**top** 40:23 67:11
99:13 196:16,24
**total** 54:10 118:19
122:2 125:8,12
146:16,17 209:6
**totally** 74:16 77:22
90:7
**totals** 136:15
**touch** 27:18
**tower** 4:11
**trade** 115:17
198:17
**trademark** 141:18
**transaction** 20:16
21:20 38:8 40:18
84:4 107:9 230:18
**transcript** 7:9
8:15 34:15 117:12
225:3 236:6
**transcription**
237:12
**travel** 154:22
**tray** 104:22
**treated** 25:20
40:24
**treatment** 150:10
**trigger** 39:23 40:2
118:15 121:23
122:13
**true** 56:8 120:25
237:11
**trustee** 118:17
121:25 123:3,12
124:13 153:5

**try** 27:21 31:6 53:5 93:19,20 110:11 152:10,21 153:24 177:17 184:14 223:25
**trying** 155:13 183:16 222:12
**turn** 59:23 70:12 79:7 114:14 115:9 158:7 160:7,9,15 167:9 169:10 176:7 177:10,14 182:13 206:3,19 207:23,25 214:25 216:14 217:15,24 220:4 225:16 231:25
**turned** 216:10
**turning** 37:18
**turns** 13:20 14:2 26:3
**twice** 158:11 222:24 223:15 235:8
**two** 25:3 33:22 39:13 41:5 45:3 45:15 54:4 58:15 62:10 63:7 67:18 67:20 70:25 73:10 90:9,12 112:25 113:4,16 114:19 152:25 156:18,23 158:15 162:6 166:16 176:13,19 196:19 198:14 203:7 204:12 213:16 230:4 233:23 235:14,17
**type** 32:23 194:4

**types** 27:4

**u**

**u.s.** 153:5 179:23
**ucc** 4:5
**uh** 51:9 54:17
**ultimately** 141:8
**unable** 141:21
**uncertainty** 172:9
**underlining** 38:13
**underlying** 57:17 57:20
**understand** 23:9 23:12,21,22,25 25:18,23 26:10 29:15 30:22 31:9 35:17,23 36:14,16 38:19 43:7,10 54:7,8 60:18 61:7 62:5,21 66:18 75:2 80:11 84:18 104:13 105:21 111:15 115:19 124:19 130:20 133:14,22 138:11 144:17 145:18 148:15 149:11 150:21 182:23 195:9 199:19 200:24 207:13 214:8 219:14 222:12 226:11 232:9 234:3 239:13
**understanding** 26:21 59:3 60:12 148:24 211:21
**understands** 19:25 36:20 39:9
**understood** 116:16 170:4 201:17 202:17

**unexpired** 8:4
**unfortunate** 23:9
**united** 1:2 118:16 121:24 124:12
**unnecessary** 235:10
**unpaid** 47:5 48:21 122:20
**unrelated** 77:22
**unsecured** 14:23 15:2 115:19
**updated** 33:15,17 34:2 238:18,20
**upfront** 206:20
**use** 64:14 125:2 179:2 187:18

**v**

**valuable** 193:6
**valuate** 142:17
**valuation** 33:17 34:3 43:9 116:14 143:20 169:25 238:20
**value** 20:20 21:23 23:11 26:23 28:24 44:11,12,23 45:13 45:14 50:4 64:21 68:3 73:23 74:9 74:12 81:22 83:21 87:23 88:5 91:5 91:19 95:13 97:18 100:7,10,11 104:7 104:18 105:2,23 115:18,22 116:5 117:21 118:6 120:20,22 121:2 125:9,12,17,19 128:13 130:22 134:15 135:14 136:5,20,21 137:2 137:3,3 138:16,16

140:17 141:24 142:19 143:22,23 144:7,8,21 145:3 145:10,13 146:7,8 146:10 147:7,23 149:5,8,9,17,19 150:6,9,11,22 151:2 156:15 157:17,19 158:21 162:4 164:3,24 165:20 167:4,12 168:11 169:8,15 175:7,10 178:9 184:20 186:16 197:4 201:15 202:3 203:21 207:3,8 209:9 210:10,15,21 214:25 218:7 219:10,19 225:6 225:12 228:12 229:10,14,16
**valued** 31:5 63:5 66:11 67:16 71:23 86:6,22 100:2 135:24 146:13 149:9 156:3 200:9
**values** 119:14,23 120:4 131:10,14 136:17 138:8 200:11 225:22
**valuing** 96:2 99:25 104:16 157:7 165:13
**valve** 140:15
**various** 10:8 30:3 102:23 103:6 240:8
**vary** 20:12
**vendor** 115:17

**vendors** 45:2,3,6
74:24 86:10,11
156:17 202:7,8
**verbal** 228:25
**version** 205:3
**versus** 210:12
221:4
**view** 15:22 20:4
51:11 53:2 120:18
124:20 133:10
144:10
**viewed** 28:2
**vis** 158:24,24
**voice** 81:6 85:6,15
85:16 89:19,22
94:11 163:5
194:13
**voices** 81:5 83:6
83:11,14 87:15
88:6,9 89:17 94:8
110:15,22 111:10
111:13 113:22
114:8,13 126:13
159:15,18,22
163:4,7 168:15
174:2,8 183:25
233:6,19 235:18
235:21

**w**

**wacker** 2:16
**wait** 67:2 75:23
96:13 105:10,10
110:18 113:12
134:7 137:25
166:16 180:12,12
181:12 222:3
**waited** 214:7
**waiting** 138:19
225:13
**waive** 20:19 81:23
178:4 200:23

217:3,6
**waived** 178:21,23
**waives** 45:10
**waiving** 50:12
63:7 178:8
**walk** 34:16 67:3
93:22 106:18,23
**walking** 229:21
**want** 9:2 13:3
16:25 17:4 23:8
23:21,21,24 25:17
25:23 27:13 31:18
31:19,22 32:7
38:18 42:21,22
45:19 54:6 56:10
61:9,19 62:10
66:24 67:16,19
70:2 72:16 73:10
74:12,19,23 75:9
75:10,11 78:8
79:13 81:21 84:18
88:17,25 94:6,19
94:20,21 95:2
98:12 101:5,7
102:2,9,9,10
104:12 105:21
109:7,7,16,23
121:7,17 132:13
133:6 137:25
139:14 140:18
143:18 145:6
146:2,20 148:13
148:15,19 149:23
150:2,20 151:14
151:16,20,25
152:20,25 153:10
153:16 154:9
159:4 167:13
168:16 171:3
182:2,2,21 183:6
183:10 186:17

187:17 188:11,13
191:23 197:12
198:20 200:23
201:7,15 202:18
202:19 204:6
209:17,19 210:25
214:12 216:11,23
217:21,22 218:12
220:7,19,22
223:23 226:12,13
227:12,12,16,17
227:18,19 230:8
231:17 234:3,22
234:23,24,25
**wanted** 44:14
47:21 48:21,22
119:12 133:14
166:19 187:19
216:12
**wanting** 219:9
**wants** 10:3 43:17
78:5 91:14 113:19
116:17 162:9
165:11 219:10,15
**warranties** 23:19
**waste** 137:17
**wasting** 126:16
127:20
**watch** 109:16
**waterfall** 229:8
**way** 14:2 18:13
24:14 31:5 42:16
42:25 43:5,7 44:5
45:7 46:4 47:17
48:18 53:22 58:18
62:4 75:13,14
78:16 91:3,6
93:17 94:2 101:18
110:24 111:21
145:2 150:4 159:2
166:9,9,11 169:23

171:22 186:5
192:13 196:15
210:20 219:8
231:19
**ways** 90:12 104:22
167:2
**we've** 12:24 32:21
37:12 43:19 48:4
51:18 58:17 69:22
71:17 84:8 86:13
90:2 93:7 95:24
103:3 104:5
105:18 116:3
121:3 124:23
127:7 128:18
136:6 142:5 148:5
152:12 156:25
175:6,25 182:24
183:12 190:7
196:6 197:9,13,14
197:17,21,22
204:3,22 207:15
207:16 212:5
213:13 235:8
**week** 20:18 29:21
36:4 41:24 46:20
47:10 49:24 69:7
69:21 71:22 93:21
192:23 206:12,19
208:19
**weekend** 23:16
**weekly** 48:12
**weeks** 69:15
166:16
**weil** 3:15
**weil.com** 3:18
**weinstein** 5:10
7:16 31:18,19
35:25 36:18 46:3
46:14 47:2,6,25
56:14 63:23,25

69:20 96:21
113:14 136:10,13
138:12 142:25
182:12 187:14
215:22 216:2
219:12 220:25
221:15 227:22
229:13
**weisner**   27:3,9
38:25 112:7
114:22,24 139:6
141:16
**weiss**   3:11 22:8,8
22:12,16 53:10,16
54:9,17 65:6,13
107:15 112:9
114:25 116:21
119:4
**weiss.janet**   3:12
**welcome**   149:21
**went**   35:13 124:11
132:22 147:6
173:14 188:24
204:21 220:2
228:15
**west**   3:9 4:11
**whatsoever**   48:14
**wherewithal**   12:9
**whitney**   3:9
**wiesner**   3:10,16
6:11 11:6,11
26:24 38:20 75:3
75:17 88:11,13
109:21 111:23
112:3 132:12
133:2 139:5,12
141:12 142:14
218:4 229:2 235:6
**wild**   6:8 108:21
152:15 154:25
155:8 159:7,14

160:4 178:6 192:6
193:8,18 194:2,14
194:18,21 195:7
195:10 196:23
197:2,6,13 198:8
201:9 206:13
207:10 218:2,22
219:5,14 221:6,8
223:21
**willing**   20:19
21:19 45:4 82:8
84:6 138:24
142:12 166:16
211:10,12 221:18
**wilmington**   2:12
**wind**   34:25 35:12
36:5 45:24 46:24
122:15 239:7
**winner**   19:3 21:18
116:13 199:15
**winning**   199:4,7
**wise**   136:4
**word**   223:4
**words**   196:11
**work**   22:19 26:5
32:19 43:11,20
91:16 109:19
125:2 133:20
166:9,11 181:24
182:7,18 184:5,21
184:22 185:4
186:17 188:10
190:11 208:3
**worked**   128:25
**working**   30:20
59:20 156:9
172:24 214:14
**works**   166:10
192:14 199:25
**worried**   54:2

**worst**   81:3
**worth**   91:4 127:13
138:17 170:2
**wow**   54:2 163:18
**written**   127:11,12
**wrong**   21:6 28:10
122:11 168:5
173:17

| x |
| --- |

**x**   1:4,7 53:5 87:24
238:2 239:2 240:2
241:2

| y |
| --- |

**y'all**   196:12
**ycst.com**   3:7
**yeah**   47:25 48:16
85:11 93:9,11
101:15 108:12
110:8,21 128:8,21
133:9 137:12,12
139:7 141:2 142:9
146:21 154:25
160:3 185:6 186:9
186:22 188:7
196:23 202:23
203:14,18 206:19
207:11 217:6,20
219:4 220:17
222:25 235:13
**year**   24:19 202:6
**years**   53:6
**yesterday**   15:7
19:25 36:24 39:13
62:25 161:10
**yielded**   229:10
**yields**   68:2
**york**   1:14,15,15,18
2:6,6 3:5,5,10,10
3:16,16,21,21 4:5
4:5,12,12,17,17

**young**   3:4
**yup**   105:13 205:7
209:22 212:8

| z |
| --- |

**zero**   87:2 91:22
150:12 165:13
169:16,22 170:2,3
180:10 200:9

| à |
| --- |

**à**   158:24