**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AEROGROUP INTERNATIONAL, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 17-11962 (KJC)<br><br>(Jointly Administered) |
| POLK 33 LENDING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THL CORPORATE FINANCE, INC.<br><br>Defendant. | Adv. Pro. No. 18-50383 (KJC) |

**AMENDED**[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 29, 2018 AT **9:00 A.M.**[3] (EASTERN)[4]

**I.    CONTESTED MATTERS GOING FORWARD**

1.  Application of Conversant LLC for Allowance and Payment of Administrative Expense Claim under 11 U.S.C. § 503(b)(1) [Filing Date: 4/23/18; D.I. 797]

    Response Deadline: May 8, 2018 at 4:00 p.m. (EST)

    Responses Received:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Aerogroup International, Inc. (6119), AGI Holdco, Inc. (7087), Aerogroup International LLC (4658), Aerogroup International Holdings LLC (4312), Aerogroup Retail Holdings, Inc. (4650), and Aerogroup Gift Card Company, Inc. (7551). The mailing address for the Debtors, solely for purposes of notices and communications, is: 201 Meadow Road, Edison, New Jersey 08817.

[2] **Amended items appear in bold.**

[3] **Please note that with permission from the Court the hearing time has changed from 10:00 a.m. to 9:00 a.m.**

[4] Please note that the hearing is before the Honorable Kevin J. Carey in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801. Any person who wishes to appear must contact COURTCALL, LLC at 866-582-6878 no later than 12:00 p.m. (ET) one business day prior to the hearing. Chambers must be contacted regarding any late requests for telephonic appearances.

{BAY:03311899v1}

- a. Debtors' Limited Objection to Application of Conversant LLC for Allowance and Payment of Administrative Expense Claim under 11 U.S.C. § 503(b)(1) [Filing Date: 5/8/18; D.I. 842]

- b. Reply in Support of Application of Conversant LLC for Allowance and Payment of Administrative Expense Claim Under 11 U.S.C. § 503(b)(1) [Filing Date 5/10/18; D.I. 858]

Status: This matter is going forward.

2. Polk 33 Lending, LLC's Motion to Enforce Agreement By and Among the Debtors, Polk 33 Lending, LLC and THL Corporation Finance, Inc. [Filing Date: 4/13/18; D.I. 779]

   Related Documents:

   - a. Notice of *Telephonic Only* Status Conference [Filing Date: 5/10/18; D.I. 856]

   - b. Joint Pretrial Memorandum Relating to Contested Matters Between Polk 33 Lending, LLC and THL Corporate Finance, Inc. [Filing Date: 6/27/18; D.I. **989**]

   Response Deadline:    April 27, 2018 at 4:00 p.m. (EST), extended for the Debtors and Committee

   Responses Received:

   - a. THL Corporate Finance, Inc.'s Objection to Polk 33 Lending, LLC's Motion to Enforce Agreement By and Among the Debtors, Polk 33 Lending, LLC and THL Corporation Finance, Inc. [Filing Date: 4/27/18; D.I. 812]

   - b. Statement of the Official Committee of Unsecured Creditors Regarding Allocation Dispute Between Polk 33 Lending, LLC and THL Corporate Finance, Inc. [Filing Date: 5/4/18; D.I. 828]

   - c. Debtors' Reservation of Rights Regarding Allocation and Distribution Motions of Polk 33 Lending, LLC and THL Corporate Financing, Inc. [Filing Date: 5/8/18; D.I. 843]

   - d. Reply in Support of Polk 33 Lending, LLC's Motion to Enforce Agreement By and Among the Debtors, Polk 33 Lending, LLC and THL Corporate Finance, Inc. [Filing Date: 5/10/2018; D.I. 855]

   Status: This matter is going forward.

3. THL Corporation Finance, Inc.'s Motion for Entry of Order (I) Valuing Secured Claims for Purpose of Allocating Sale Proceeds to Such Secured Claims and (II) Ordering Distributions [Filing Date: 4/24/18; D.I. 803]

Related Documents:

a. Notice of *Telephonic Only* Status Conference [Filing Date: 5/10/18; D.I. 856]

b. Joint Pretrial Memorandum Relating to Contested Matters Between Polk 33 Lending, LLC and THL Corporate Finance, Inc. [Filing Date: 6/27/18; D.I. **989**]

Response Deadline:   May 8, 2018 at 4:00 p.m. (EST)

Responses Received:

a. Statement of the Official Committee of Unsecured Creditors Regarding Allocation Dispute Between Polk 33 Lending, LLC and THL Corporate Finance, Inc. [Filing Date: 5/4/18; D.I. 828]

b. Debtors' Reservation of Rights Regarding Allocation and Distribution Motions of Polk 33 Lending, LLC and THL Corporate Financing, Inc. [Filing Date: 5/8/18; D.I. 843]

c. Preliminary Objection of Polk 33 Lending, LLC to THL Corporation Finance, Inc.'s Motion for Entry of Order (I) Valuing Secured Claims for Purpose of Allocating Sale Proceeds to Such Secured Claims and (II) Ordering Distributions  [Filing Date: 5/8/18; D.I. 844]

d. [Sealed] Reply to the Objection of Polk 33 Lending, LLC to the Motion for Entry of Order (I) Valuing Secured Claims for Purpose of Allocating Sale Proceeds to Such Secured Claims and (II) Ordering Distributions [Filing Date: 6/26/18; D.I. 982]

Status:   This matter is going forward.

4. THL Corporate Finance, Inc.'s Motion for Entry of an Order Authorizing THL Corporate Finance, Inc. to File Under Seal Certain Portions of Its Reply in Support of the Motion for Entry of Order (I) Valuing Secured Claims for Purpose of Allocating Sale Proceeds to Such Secured Claims and (II) Ordering Distributions [Filing Date: 6/26/18; D.I. 981]

Response Deadline:   At the Hearing.

Responses Received:  None.

Status:   This matter is going forward.

## II. FEE APPLICATION MATTER

5. First Interim Fee Applications

Related Documents:

a. Notice of Hearing [Filing Date: 5/15/18; D.I. 874]

b. Fee Examiner's Consolidated Final Report Pertaining to First Interim Fee Applications of Certain Professionals [Filing Date: 6/21/18; D.I. 972]

c. Fee Examiner's Supplement to Consolidated Final Report Pertaining to First Interim Fee Applications [Filing Date: 6/25/18; D.I. 976]

d. Notice of Filing Proposed Order Approving the First Interim Fee Application Requests of Professionals for the Period from September 15, 2017 through December 31, 2017 [Filing Date: 6/27/18; D.I. 984]

Response Deadline: Various

Response Received:

a. Conversant LLC's Limited Objection to Interim Fee Applications of Ropes & Gray LLP, Bayard, P.A., EisnerAmper LLP, and Prime Clerk LLC [Filing Date: 5/18/18; D.I. 888]

b. Reply to Conversant LLC's Limited Objection to Interim Fee Applications of Ropes & Gray LLP, Bayard, P.A., and EisnerAmper LLP [Filing Date: 6/26/18; D.I. 980]

Status:    This matter is going forward.

### III.    ADVERSARY MATTER

6.    Complaint [Filing Date: 4/6/18; Adv. D.I. 1] (Adv. Case No. 18-50383)

Related Documents:

a. Summons and Notice of Pretrial Conference in an Adversary Proceeding [Filing Date: 4/6/18; Adv. D.I. 2]

b. Notice of Filing of Proposed Scheduling Order (Non-Consensual) [Filing Date: 5/10/18; Adv. D.I. 5]

c. Proposed Form of Order

Response Received:

a. Answer to Complaint [Filing Date: 5/7/18; Adv. D.I. 4]

Status:    The pretrial conference in this matter is going forward.

Dated: June 27, 2018
      Wilmington, Delaware

BAYARD, P.A.

*/s/ Erin R. Fay*
Scott D. Cousins (No. 3079)
Erin R. Fay (No. 5268)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Phone: (302) 655-5000
Email: scousins@bayardlaw.com
      efay@bayardlaw.com

-and-

ROPES & GRAY LLP
Gregg M. Galardi
Mark R. Somerstein
William A. McGee
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Email: gregg.galardi@ropesgray.com
      mark.somerstein@ropesgray.com
      william.mcgee@ropesgray.com

*Co-Counsel for the Debtors and Debtors in Possession*