**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: Aerogroup International Inc., et al        Case No. **17-11962**
                                                  Reporting Period: December **1 - December 30, 2018**

**MONTHLY OPERATING REPORT**
File with Court and submit copy to United States Trustee within 20 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | | |
|    Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | | |
|    Schedule of Professional Fees Paid | MOR-1b | x | | |
|     Copies of bank statements | | | | |
|     Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | | | |
|    Copies of IRS Form 6123 or payment receipt | | | | |
|    Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
|    Listing of aged accounts payable | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | | |
| Debtor Questionnaire | MOR-5 | x | | |

Note: Due to extenuating circumstances, the Debtors were unable to prepare the full report by the deadline. They will be submitting the remainder of the schedules at a later time.

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____        _____
Signature of Debtor                            Date


_____        _____
Signature of Joint Debtor                      Date


_____/s/ Mark Weinsten_____        1/30/19
Signature of Authorized Individual*            Date


Mark Weinsten                                  Chief Restructuring Officer
Printed Name of Authorized Individual          Title of Authorized Individual


*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

**Aerogroup International Inc., et al**
**DEBTORS AND DEBTORS IN POSSESSION**
**Total Disbursements by Filed Legal Entity (unaudited, in thousands)**

**Reporting Period: December 1 - December 30, 2018**

| Legal Entity | Case Number | Disbursements |
|---|---|---|
| Aerogroup International, Inc. | 17-11962 | $ - |
| AGI HoldCo, Inc. | 17-11961 | $ - |
| Aerogroup International, LLC | 17-11963 | $ 689,149 |
| Aerogroup International Holdings, LLC | 17-11964 | $ - |
| Aerogroup Retail Holdings, Inc. | 17-11965 | $ - |
| Aerogroup Gift Card Company, Inc. | 17-11966 | $ - |
| Total | | $ 689,149 |

**Aerogroup International Inc., et al**
**DEBTORS AND DEBTORS IN POSSESSION**
**Total Disbursements by Filed Legal Entity (unaudited, in thousands)**

| Reporting Period: December 1 - December 30, 2018 | | Total Disbursements |
|---|---|---:|
| BERKELEY RESEARCH GROUP | $ | 141,692 |
| PIPER JAFFRAY & CO | $ | - |
| ROPES & GRAY, LLP | $ | 174,394 |
| BAYARD, P.A. | $ | 159,358 |
| PRIME CLERK | $ | 94,095 |
| PROVINCE | $ | 6,842 |
| COOLEY LLP | $ | 80,913 |
| EISNER AMPER | $ | 7,546 |
| GELLERT, SCALI, BUSENKILL & BROWN | $ | 8,134 |
| | $ | 672,974 |

**Aerogroup International, Inc. et al**
**DEBTORS AND DEBTORS IN POSSESSION**
**Questionnaire**

| | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all post-petition tax returns been filed timely? If no, provide an explanation below.  The debtors have filed extensions of time to file certain tax returns. | X | |
| 4. Are workers compensation, general liability, and other necessary insurance coverages in effect? If no, provide an explanation below.  *The majority of the Debtors' insurance policies ended in June of 2018. The Debtors have wind down coverage for certain activities in connection with a tail policy purchased for their directors' and officers' liability policy. The Debtors have no on-going operations.* | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

| Account Name | Purpose | Business | Acct Number | Bank Name | Date |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |