# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AEROGROUP INTERNATIONAL, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 17-11962 (KJC)<br><br>(Jointly Administered) |
| POLK LENDING 33, LLC<br><br>Plaintiff,<br><br>v.<br><br>THL CORPORATE FINANCE, INC.<br><br>Defendant. | Adv. Pro. No. 18-50383 (KJC) |
| AEROGROUP INTERNATIONAL, INC., *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>GBG USA INC.<br><br>Defendant. | Adv. Pro. No. 18-50715 (KJC) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 23, 2019 AT 11:00 A.M. (EASTERN)[2]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Aerogroup International, Inc. (6119), AGI Holdco, Inc. (7087), Aerogroup International LLC (4658), Aerogroup International Holdings LLC (4312), Aerogroup Retail Holdings, Inc. (4650), and Aerogroup Gift Card Company, Inc. (7551). The mailing address for the Debtors, solely for purposes of notices and communications, is: 201 Meadow Road, Edison, New Jersey 08817.

[2] Please note that the hearing is before the Honorable Kevin J. Carey in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801. Any person who wishes to appear must contact COURTCALL, LLC at 866-582-6878 no later than 12:00 p.m. (ET) one business day prior to the hearing. Chambers must be contacted regarding any late requests for telephonic appearances.

## I.  MATTERS GOING FORWARD

1. Order Dismissing Polk 33 Lending, LLC's Motion to Enforce Agreement by and Among the Debtors, Polk 33 Lending, LLC and THL Corporate Finance, Inc. and Granting, In Part, THL Corporation Finance, Inc.'s Motion for Entry of Order (I) Valuing Secured Claims for Purpose of Allocating Sale Proceeds to Such Secured Claims and (II) Ordering Distributions [Date Entered: 3/26/19; D.I. 1132]

    Response Deadline:   N/A

    Responses Received:  None.

    Status:   This matter is going forward as a status conference.

2. Debtors' Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019 for Approval of Settlement (Redacted) [Filing Date: 3/13/19; D.I. 1127]

    Related Documents:

    a. [SEALED] Debtors' Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019 for Approval of Settlement [Filing Date: 3/13/19; D.I. 1126]

    b. Notice of Filing Revised Exhibit B to Debtors' Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019 for Approval of Settlement [Filing Date: 4/11/19; D.I. 1148]

    Response Deadline:   March 27, 2019 at 4:00 p.m. (EST), extended until March 29, 2019 at 4:00 p.m. (EST) for THL Corporation Finance, Inc.

    Responses Received:

    a. Limited Objection of THL Corporation Finance, Inc. to Debtors' Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019 for Approval of Settlement [Filing Date: 3/29/19; D.I. 1135]

    b. Debtors' Reply in Further Support of Their Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019 for Approval of Settlement [Filing Date: 4/12/19; D.I. 1151]

    c. Initial Response of DIP Lender and Joinder to Debtors' Response to Limited Objection of THL Corporate Finance, Inc. and in Further Support of Debtors' Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019 for Approval of Settlement [Filing Date: 4/12/19; D.I. 1152]

    Status:    This matter is going forward.

| | |
|---|---|
| Dated: April 18, 2019<br>Wilmington, Delaware | BAYARD, P.A.<br><br>/s/ *Erin R. Fay*<br>Scott D. Cousins (No. 3079)<br>Erin R. Fay (No. 5268)<br>600 N. King Street, Suite 400<br>Wilmington, Delaware 19801<br>(302) 655-5000 (T)<br>scousins@bayardlaw.com<br>efay@bayardlaw.com<br><br>*Counsel for the Debtors*<br><br>-and-<br><br>REID COLLINS & TSAI LLP<br><br>Eric D. Madden<br>Thanksgiving Tower<br>1601 Elm Street, Suite 4250<br>Dallas, Texas 75201<br>(214) 420-8900 (T)<br>(214) 420-8909 (F)<br>emadden@rctlegal.com<br><br>Jeremy H. Wells<br>1301 S. Capital of Texas Highway<br>Building C, Suite 300<br>Austin, Texas 78746<br>(512) 647-6120 (T)<br>(512) 647-6129 (F)<br>jwells@rctlegal.com<br><br>*Special Litigation Counsel for the Debtors* |