# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>AEROGROUP INTERNATIONAL, INC., *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 17-11962 (KJC)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 1184** |
| AEROGROUP INTERNATIONAL, INC. *et al.*<br><br>Plaintiffs<br>vs.<br><br>GBG USA INC.,<br><br>Defendant. | Adversary Proc. No. 18-50715 (KJC)<br><br>**Ref. Docket No. 54** |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that THL Corporate Finance, Inc., in its capacity as administrative agent to the Debtors' Prepetition Term Loan Lenders hereby appeals to the United States District Court for the District of Delaware, pursuant to 28 U.S.C. § 158(a) and Rules 8002 and 8003 of the Federal Rules of Bankruptcy Procedure, from the *Order Approving Settlement and Distribution of Proceeds* [Docket No. 1184] (the "**Order**"). A copy of the Order is attached hereto as **Exhibit A**. A copy of the Court's opinion in support of the Order [D.I. 1183] is attached hereto as **Exhibit B.**

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Aerogroup International, Inc. (6119), AGI Holdco, Inc. (7087), Aerogroup International LLC (4658), Aerogroup International Holdings LLC (4312), Aerogroup Retail Holdings, Inc. (4650), and Aerogroup Gift Card Company, Inc. (7551). The mailing address for the Debtors, solely for purposes of notices and communications, is: 201 Meadow Road, Edison, New Jersey 08817.

01:24522421.1

The names of all parties to the Opinion and Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **Counsel to THL Corporate Finance, Inc. (Appellant):** | **Counsel to Debtors (Appellee):** |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>M. Blake Cleary (No. 3614)<br>Michael S. Neiburg (No. 5275)<br>1000 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Email: *mbcleary@ycst.com*<br>        *mneiburg@ycst.com*<br><br>-and-<br><br>PAUL HASTINGS LLP<br>Matthew M. Murphy<br>71 S. Wacker Drive, 45th Floor<br>Chicago, Illinois  60606<br>Telephone: (312) 499-6000<br>Email: *mattmurphy@paulhastings.com*<br><br>-and-<br><br>PAUL HASTINGS LLP<br>Nicholas A. Bassett<br>875 15th Street, N.W.<br>Washington, D.C.  20005<br>Telephone: (202) 551-1700<br>Email: *nicholasbassett@paulhastings.com* | BAYARD, P.A.<br>Scott D. Cousins (No. 3079)<br>Erin R. Fay (No. 5268)<br>Gregory J. Flasser (No. 6154)<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801<br>Telephone:  (302) 655-5000<br>Email: *scousins@bayardlaw.com*<br>        *efay@bayardlaw.com*<br>        *gflasser@bayardlaw.com*<br><br>-and-<br><br>REID COLLINS & TSAI LLP<br>Eric D. Madden<br>Thanksgiving Tower<br>Dallas, Texas  75201<br>Telephone: (214) 420-8900<br>Email: *emadden@rctlegal.com*<br><br>-and-<br><br>REID COLLINS & TSAI LLP<br>Jeremy H. Wells<br>1301 Capital of Texas Highway<br>Building C, Suite 300<br>Austin, Texas  78746<br>Telephone: (512) 647-6120<br>Email*: jwells@rctlegal.com* |
| **Counsel to GBG USA Inc. (Appellee)**<br><br>REED SMITH LLP<br>Kurt F. Gwynne (No. 3951)<br>Jason D. Angelo (No. 6009)<br>1201 Market Street, Suite 1500<br>Wilmington, Delaware  19801<br>Telephone: (302) 778-7500<br>Email: *kgwynne@reedsmith.com*<br>        *jangelo@reedsmith.com*<br><br>-and- | **Counsel to Polk 33 Lending, LLC (Appellee)**<br><br>THE ROSNER LAW GROUP LLC<br>Frederick B. Rosner (No. 3995)<br>Scott J. Leonhardt (No. 4885)<br>824 N. Market Street, Suite 810<br>Wilmington, Delaware  19801<br>Telephone: (302) 777-1111<br>Email: *rosner@teamrosner.com*<br>        *leonhardt@teamrosner.com*<br><br>-and- |

| | |
|---|---|
| REED SMITH LLP<br>Michael J. Venditto<br>599 Lexington Avenue<br>New York, New York  10022<br>Telephone:  (212) 205-6081<br>Email:  *mvenditto@reedsmith.com* | ARENT FOX LLP<br>Robert M. Hirsh<br>Beth M. Brownstein<br>1301 Avenue of the Americas, Floor 42<br>New York, New York  10019<br>Telephone: (212) 484-3900<br>Email:  *robert.hirsh@arentfox.com*<br>           *beth.brownstein@arentfox.com*<br><br>-and-<br><br>ARENT FOX LLP<br>James H. Hulme<br>Jackson D. Toof<br>1717 K Street, NW<br>Washington, DC  20006<br>Telephone: (202) 857-6000<br>Email:  *james.hulme@arentfox.com*<br>           *Jackson.toof@arentfox.com* |

Dated: May 28, 2019
       Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Michael S. Neiburg*
M. Blake Cleary (No. 3614)
Michael S. Neiburg (No. 5275)
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email:  *mbcleary@ycst.com*
           *mneiburg@ycst.com*

-and-

PAUL HASTINGS LLP
Matthew M. Murphy
71 S. Wacker Drive, 45th Floor
Chicago, Illinois  60606
Telephone:  (312) 499-6000
Facsimile:  (312) 499-6136
Email:  *mattmurphy@paulhastings.com*


-and-

PAUL HASTINGS LLP
Nicholas A. Bassett
875 15th Street, N.W.
Washington, D.C.  20005
Telephone: (202) 551-1700
Facsimile: (202) 551-1705
Email:  *nicholasbassett@paulhastings.com*

*Counsel to THL Corporate Finance, Inc.*

.