UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| AEROGROUP INTERNATIONAL, INC., *et al.*,[1] | : | |
| | : | Case No. 17-11962 (KJC) |
| Debtors. | : | (Jointly Administered) |
| | : | |
| _____ | : | |

ORDER

AND NOW, this 3rd day of June, 2019, it appearing that:

On March 26, 2019, I entered an Opinion and Order determining three matters arising from the dispute between secured lenders Polk 33 Lending, LLC ("Polk") and THL Corporate Finance, Inc. ("THL") regarding the distribution of auction sale proceeds from the Debtors' March 6, 2018 sale of assets (the "Sale Proceeds Allocation Decision").[2]

On April 8, 2019, Polk filed a Notice of Appeal from the Sale Proceeds Allocation Decision.[3]

On May 13, 2019, I entered an Opinion and Order approving the Debtors' Motion for Approval of Settlement regarding adversary proceeding 18-50715, which overruled THL's limited objection to the motion (the "Settlement Decision").[4]

On May 28, 2019, THL filed a Notice of Appeal from the Settlement Decision.[5]

Both the Sale Proceeds Allocation Decision and the Settlement Decision are related to an allocation dispute between Polk and THL.

---

[1] The debtors in these jointly administered chapter 11 cases are Aerogroup International, Inc., AGI Holdco, Inc., Aerogroup International LLC, Aerogroup International Holdings LLC, Aerogroup Retail Holdings, Inc., and Aerogroup Gift Card Company (the "Debtors").

[2] D.I. 1131, D.I. 1132.
[3] D.I. 1142.
[4] D.I. 1183, D.I. 1184.
[5] D.I. 1190.

Because "[i]t is well established that the filing of a notice of appeal divests the lower court 'of tis control over those aspects of the case involved in the appeal,'"[6] it is hereby ORDERED that this Court will take no further action on these related matters until disposition of the appeals or resolution of the allocation dispute between Polk and THL.

BY THE COURT:

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

cc: Scott D. Cousins, Esquire[7]

---

[6] *Mazzocone v. Fox, Rothschild, O'Brien, Frankel*, 1995 WL 113110, *4 (E.D. Pa. Mar. 16, 1995) (quoting *Griggs V. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982).

[7] Counsel shall serve copies of this Order on all interested parties and file a Certificate of Service with the Court.