# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AEROGROUP INTERNATIONAL, INC., *et al.*, | Case No. 17-11962 (CSS) |
| Debtors.[1] | (Jointly Administered) |
| AEROGROUP INTERNATIONAL, INC., *et al.*, | |
| Plaintiffs, | Adversary Proceeding |
| v. | No. 18-50715 (CSS) |
| GBG USA INC., | |
| Defendant. | |

## ORDER GRANTING
## DEBTORS' MOTION FOR STAY PENDING APPEAL

On June 14, 2019, the above-captioned Debtors moved the Court for a stay pending the appeal (the "Motion") of this Court's May 13, 2019 Order Approving Settlement and Distribution of Proceeds (the "Order"). Upon consideration of the parties' briefing and all other statements on the record, it is **ORDERED** as follows:

1. The Motion is GRANTED.

2. Any foreclosure of the proceeds described in the Order is stayed pending resolution of THL Corporate Finance, Inc.'s pending appeal of the Order.

---

[1] The debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Aerogroup International, Inc. (6119), AGI Holdco, Inc. (7087), Aerogroup International, LLC (4658), Aerogroup International Holdings, LLC (4312), Aerogroup Retail Holdings, Inc. (4650), and Aerogroup Gift Card Company, Inc. (7551). The mailing address for the Debtors, solely for purposes of notices and communications, is: 201 Meadow Road, Edison, New Jersey 08817.

3. Polk 33 Lending, LLC is enjoined from holding the public auction contemplated by its June 5, 2019 Notice of Disposition of Collateral.

Dated: ___June 24___, 2019
Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE