**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AEROGROUP INTERNATIONAL, INC., *et al.*, | ) ) | Case No. 17-11962 (CSS) |
| Debtors.[1] | ) ) ) ) | (Jointly Administered) |
| | ) | **Re: D.I. 1256** |
| AEROGROUP INTERNATIONAL, INC., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Adversary Proceeding |
| v. | ) ) | No. 18-50715 (CSS) |
| GBG USA INC., | ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON OCTOBER 15, 2019 AT 12:00 P.M. (EASTERN)[2]**

**I.    ADJOURNED MATTERS**

1. Debtors' Motion to Compel Polk 33 Lending, LLC to Comply with Its Obligations Under the Bankruptcy Code and the Final DIP Order [Filing Date: 8/21/19; D.I. 1220]

---

[1] The debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Aerogroup International, Inc. (6119), AGI Holdco, Inc. (7087), Aerogroup International, LLC (4658), Aerogroup International Holdings, LLC (4312), Aerogroup Retail Holdings, Inc. (4650), and Aerogroup Gift Card Company, Inc. (7551). The mailing address for the Debtors, solely for purposes of notices and communications, is: 201 Meadow Road, Edison, New Jersey 08817.

[2] Please note that the hearing is before the Honorable Christopher S. Sontchi in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801. Any person who wishes to appear must contact COURTCALL, LLC at 866-582-6878 no later than 12:00 p.m. (ET) one business day prior to the hearing. Chambers must be contacted regarding any late requests for telephonic appearances.

Related Documents:

a. Amended Notice of Hearing on Debtors' Motion to Compel Polk 33 Lending, LLC to Comply with Its Obligations Under the Bankruptcy Code and the Final DIP Order [Filing Date: 9/6/19; D.I. 1246]

Response Deadline: September 13, 2019 at 4:00 p.m. (ET)

Responses Received:

a. United States Trustee's Statement Regarding Debtors' Motion to Compel Polk 33 Lending, LLC to Comply with Its Obligations Under the Bankruptcy Code and the Final DIP Order [Filing Date: 8/28/19; D.I. 1222]

b. Objection by Polk 33 Lending, LLC to Debtors' Motion to Compel Polk 33 Lending, LLC to Comply with its Obligations Under the Bankruptcy Code and the Final DIP Order and Request to Adjourn Hearing [Filing Date: 9/4/19; D.I. 1232]

Status: This matter is adjourned to a date to be determined and will be withdrawn or moot to the extent agenda item 4 is approved.

2. Motion of Polk 33 Lending, LLC to Convert or Dismiss the Debtors' Chapter 11 Cases [Filing Date: 8/30/19; D.I. 1225]

Related Documents:

a. Amended Notice of Hearing on Motion of Polk 33 Lending, LLC to Convert or Dismiss the Debtors' Chapter 11 Cases [Filing Date: 9/6/19; D.I. 1244]

Response Deadline: September 13, 2019 at 4:00 p.m. (ET), extended for the Debtors and THL Corporate Finance, Inc.

Responses Received: None as yet.

Status: This matter is adjourned to a date to be determined and will be withdrawn or moot to the extent agenda item 4 is approved.

3. Motion for Payment of Administrative Expenses/Claims filed by State of New York Department of Labor [Filing Date: 8/30/19; D.I. 1242]

Response Deadline: October 8, 2019 at 4:00 p.m. (ET)

Responses Received:

a. Informal comments of the Debtors.

Status: The Debtors have discussed this matter with State of New York and have provided requested documentation. The Debtors believe this matter is resolved and will be withdrawn. Pending such withdrawal, this matter is adjourned.

## II.   MATTER GOING FORWARD

4. Debtors' Motion Pursuant to Section 105(A) of the Bankruptcy Code and Bankruptcy Rule 9019 for Entry of an Order (I) Approving the Settlement Agreement Between Polk 33 Lending, LLC, THL Corporate Finance, Inc., and the Debtors and (II) Dismissing Chapter 11 Cases [Filing Date: 10/7/19; D.I. 1256]

   Related Documents:

   a. Order Shortening Notice Regarding Debtors' Motion to Approve Settlement [Date Entered: 10/8/19; D.I. 1258]

   b. Notice of Hearing Regarding Debtors' Motion Pursuant to Section 105(A) of the Bankruptcy Code and Bankruptcy Rule 9019 for Entry of an Order (I) Approving the Settlement Agreement Between Polk 33 Lending, LLC, THL Corporate Finance, Inc., and the Debtors and (II) Dismissing Chapter 11 Cases [Filing Date: 10/819; D.I. 1259]

   Response Deadline:   October 11, 2019 at 12:00 p.m. (ET)

   Responses Received:  None as yet.

   Status:   This matter is going forward.

Dated: October 10, 2019        BAYARD, P.A.
       Wilmington, Delaware

                               /s/ *Erin R. Fay*
                               Scott D. Cousins (No. 3079)
                               Erin R. Fay (No. 5268)
                               600 N. King Street, Suite 400
                               Wilmington, Delaware 19801
                               (302) 655-5000 (T)
                               scousins@bayardlaw.com
                               efay@bayardlaw.com

                               *Counsel for the Debtors*

                               -and-

REID COLLINS & TSAI LLP

Eric D. Madden
Thanksgiving Tower
1601 Elm Street, Suite 4250
Dallas, Texas 75201
(214) 420-8900 (T)
(214) 420-8909 (F)
emadden@rctlegal.com

Jeremy H. Wells
1301 S. Capital of Texas Highway
Building C, Suite 300
Austin, Texas 78746
(512) 647-6120 (T)
(512) 647-6129 (F)
jwells@rctlegal.com

*Special Litigation Counsel for the Debtors*