# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AEROGROUP INTERNATIONAL, INC., *et al.*,<br><br>                Debtors.[1] | Chapter 11<br><br>Case No. 17-11962 (CSS)<br><br>(Jointly Administered) |
| THL CORPORATE FINANCE, INC.,<br><br>                Appellant,<br><br>v.<br><br>AEROGROUP INTERNATIONAL, INC., GBG USA INC., and POLK 33 LENDING, LLC,<br><br>                Appellees. | Case No. 1:19-cv-00967-MN<br>Adv. No. 18-50715 (KJC)<br>BAP No. 19-00040 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Appellant THL Corporate Finance, Inc., and Appellees Aerogroup International, Inc., GBG USA Inc., and Polk 33 Lending, LLC, hereby stipulate that the above-captioned case (Case No. 1:19-cv-00967-MN) is hereby dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Aerogroup International, Inc. (6119), AGI Holdco, Inc. (7087), Aerogroup International LLC (4658), Aerogroup International Holdings LLC (4312), Aerogroup Retail Holdings, Inc. (4650), and Aerogroup Gift Card Company, Inc. (7551). The mailing address for the Debtors, solely for purposes of notices and communications, is: 201 Meadow Road, Edison, New Jersey 08817.

Dated: October 16, 2019

| | |
|---|---|
| **APPELLANT:** | **APPELLEE:** |
| */s/ Michael S. Neiburg* | */s/ Jason A. Gibson* |
| M. Blake Cleary (No. 3614) | Frederick B. Rosner (No. 3995) |
| Michael S. Neiburg (No. 5275) | Scott J. Leonhardt (No. 4885) |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | Jason A. Gibson (No. 6091) |
| 1000 North King Street | THE ROSNER LAW GROUP LLC |
| Wilmington, Delaware 19801 | 824 N. Market Street, Suite 810 |
| Tel: (302) 571-6600 | Wilmington, Delaware 19801 |
| Fax: (302) 571-1253 | Tel: (302) 777-1111 |

- and -

Matthew M. Murphy
Brendan M. Gage
PAUL HASTINGS LLP
71 S. Wacker Drive, 45th Floor
Chicago, IL 60606
Tel: (312) 499-6000
Fax: (302) 571-1253

- and -

Nicholas A. Bassett
875 15th Street, N.W.
Washington, D.C. 20005
Tel: (202) 551-1700
Fax: (202) 551-1705

*Counsel to Appellant THL Corporate Finance, Inc., as administrative agent*

**APPELLEE:**

*/s/ Erin R. Fay*
Scott D. Cousins (No. 3079)
Erin R. Fay (No. 5268)
BAYARD, P.A.
Gregory J. Flasser (No. 6154)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Tel: (302) 655-5000

- and -

- and -

Robert M. Hirsh
Beth M. Brownstein
ARENT FOX LLP
1301 Avenue of the Americas, Floor 42
New York, New York 10019
Tel: (212) 484-3900
Fax: (212) 484-3990

- and -

James H. Hulme
Jackson D. Toof
1717 K Street, NW
Washington, D.C. 20006
Tel: (202) 857-6000
Fax: (202) 857-6395

*Counsel to Appellee Polk 33 Lending, LLC*

**APPELLEE:**

*/s/ Jason D. Angelo*
Kurt F. Gwynne
Jason Daniel Angelo
REED SMITH LLP
1201 Market Street
Suite 1500
Wilmington, Delaware 19801
Tel: (302) 778-7550
Fax: (302) 778-7575

*Counsel to Appellee GBG USA Inc.*

2

Eric D. Madden
REID COLLINS & TSAI LLP
Thanksgiving Tower
1601 Elm Street, Suite 4250
Dallas, Texas 75201
Tel: (214) 420-8900
Fax: (214) 420-8909

- and -

Jeremy H. Wells
1301 S. Capital of Texas Highway Building C,
Suite 300 Austin, Texas 78746
Tel: (512) 647-6120
Fax: (512) 647-6129

*Counsel to the Appellee Aerogroup International, Inc., Debtors and Debtors-in-Possession*

    SO ORDERED this 17th day of October 2019.

    */s/ Maryellen Noreika*
    The Honorable Maryellen Noreika
    United States District Judge